IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | 2:15–cr–472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |

The above referenced Defendant has been indicted by a Federal Grand Jury for certain counts, which carry a potential sentence up to and including death. (Dkt. Nos. 2, 3). Pursuant to the provisions of 18 U.S.C. § 3005, the Defendant is entitled, upon the Defendant's request, to appointment by the Court of at least two counsel. By order dated July 23, 2015, the Court provisionally appointed David I. Bruck as lead counsel for Defendant, with final appointment to be made after the proper completion of certain formalities. (Dkt. No. 11). The Court now provisionally appoints Michael P. O'Connell of the Charleston County Bar as additional counsel to represent Defendant. Mr. O'Connell is a former Assistant Federal Public Defender and Chief Public Defender for Charleston County.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Court

Charleston, South Carolina
July 27, 2015