IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
| | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

The defendant, DYLANN STORM ROOF, hereby asserts his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel.  The Defendant does not wish to be questioned in the absence of counsel pursuant to <u>McNeil v. Wisconsin</u>, 111 S.Ct. 220 (1991) and <u>Edwards v. Arizona</u>, 451 U.S. 477 (1981).

        Respectfully submitted,

        *<u>s/David I Bruck</u>*
        David I. Bruck
        Washington and Lee School of Law
        Lexington, Virginia
        Attorney for Defendant
        (540) 458-8188
        Attorney ID#: 1535

        *<u>s/Michael P. O'Connell</u>*
        Michael P. O.Connell
        145 King Street
        Charleston, SC 29402
        (843) 577-9890
        Attorney ID#: 2915

                                                                <u>s/*William f. nettles, IV*</u>
                                                                William F. Nettles, IV
                                                               Assistant Federal Public Defender
                                                               c/o McMillan Federal Building
                                                               401 W. Evans Street, Suite 105
                                                               Florence, South Carolina 29501
                                                               (843) 662-1510
                                                               Attorney ID#: 5935

                                                               <u>*s/Ann Briks Walsh*</u>
                                                               Ann Briks Walsh
                                                               Assistant Federal Public Defender
                                                               P.O. Box 876
                                                               Charleston, S.C.   29402
                                                               (843) 727-4148
                                                               Attorney ID #5102

August 3, 2015