IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:15-CR-472 |
|  | ) |  |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
|  | ) |  |
|  | ) |  |
| DYLANN STORM ROOF | ) |  |

The defendant, DYLANN STORM ROOF, hereby asserts his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to <u>McNeil v. Wisconsin</u>, 111 S.Ct. 220 (1991) and <u>Edwards v. Arizona</u>, 451 U.S. 477 (1981).

Respectfully submitted,

*s/David I Bruck*
David I. Bruck
Washington and Lee School of Law
Lexington, Virginia
Attorney for Defendant
(540) 458-8188
Attorney ID#: 1535

*s/Michael P. O'Connell*
Michael P. O.Connell
145 King Street
Charleston, SC 29402
(843) 577-9890
Attorney ID#: 2915

*s/William f. nettles, IV*
William F. Nettles, IV
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
(843) 662-1510
Attorney ID#: 5935


*s/Ann Briks Walsh*
Ann Briks Walsh
Assistant Federal Public Defender
P.O. Box 876
Charleston, S.C.   29402
(843) 727-4148
Attorney ID #5102

August 3, 2015