IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

_____

**_EX PARTE_ MOTION FOR A SUBPOENA _DUCES TECUM_ AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

_____

Comes now the Defendant through his undersigned attorneys who asks this Court to issue a subpoena *duces tecum* to the Chief Jailer, W. Beatty, for the Charleston County Detention Center, to appear in the United States District Court for the District of South Carolina, Charleston Division at a time to be determined and to bring with him the following documents:

1. Charleston County Detention Center Rules for Inmates in effect as of the June 18, 2015;
2. The complete inmate file for the Defendant;
3. The Classification Interview Form signed by the Defendant.
4. Any and all forms signed by the Defendant in which he acknowledged that he had received the Charleston County Rules for Inmates;
5. Any and all documents seized from the Defendant's cell or person by personnel at the Charleston County Detention Center.
6. Any and all documents seized from the Defendant's cell or person by personnel at the Charleston County Detention Center;

7. Any and all documents, including but not limited to reports, letters, memoranda and notes which in any way refer to any documents seized from the Defendant's person or from his cell by personnel at the Charleston County Detention Center.
8. Any and all documents which will are relevant to authenticating any and all documents from the Defendant's cell.

The Defendant also asks this Court to issues an Order which requires the Chief Jailer, W. Beatty, to make copies of the above documents and provide them to his attorney or his attorney's representative within ten (10) days of service of the subpoena *duces tecum* at the Charleston County Detention Center.

The Defendant was found to be indigent at his arraignment by the Magistrate Judge. He cannot pay the witness fees and he asks this Court to exempt him from paying the same.

Respectfully Submitted,

S/MICHAEL P. O'CONNELL
Michael P. O'Connell, Esq.
PO Box 828
Mt. Pleasant, SC 29464
Federal Court ID. 2915
843-577-9890 telephone
843-577-9826 facsimile
moconnell@stirlingoconnell.com

David I. Bruck, Esq.
Washington & Lee Law School
Sydney Lewis Hall
Lexington, VA 24450-0303
540-460-8178 telephone
bruckd@wlu.edu

Sept. 2, 2015