IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO.: 2:15-CR-472 |
| | ) | |
| vs. | ) | **UNDER SEAL** |
| | ) | |
| **DYLANN STORM ROOF** | ) | |

## UNITED STATES MOTION TO SEAL DOCUMENT

NOW COMES the United States, by and through its undersigned counsel, and hereby moves this Court to seal a motion pursuant to the Standing Order Regarding Sealing Documents Filed in Criminal Matters, filed October 28, 2014, in 3:14-mc-00333-TLW [ECF #1]. The purpose of the Government's request is to provide statutory protections as otherwise referenced in associated motions. The United States notes that the Court has the inherent authority to seal these documents. *See* <u>Baltimore Sun v. Goetz</u>, 886 F. 2d 60 (4th Cir. 1988); and <u>In re Application of the United States for an Order Pursuant to 18 U.S.C Section 2703(D)</u>, 707 F. 3d 283 (4th Cir. 2013). The United States therefore requests that the Court direct that the forthcoming document be sealed pursuant to the Standing Order until further order of the Court.

        Respectfully submitted,
        WILLIAM N. NETTLES
        UNITED STATES ATTORNEY

By:   *s/Nathan S. Williams*
       Nathan S. Williams, #10400
       Assistant U.S. Attorney
       151 Meeting Street, Suite 200
       Charleston, South Carolina 29401
       (843) 727-4381

September 17, 2015