IN UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Cr. No.: 2:15-cr-472-RMG

United States of America,       )
                                )
        vs.                     )       EX PARTE ORDER FOR SUBPOENA
                                )       OF WITNESSES PURSUANT TO
                                )       RULE 17
Dylann S. Roof.                 )

The attorney for the defendant has requested that a subpoena be issued to LT Fletcher King of the Criminal Intelligence Unit for the Charleston County Sheriff's Department, for certain documents in support of a Motion to be filed by the Defendant. These documents are needed prior to the preparation of the Motion so that they can be inspected and furnished to the government in accordance with Rule 16(b) and (c), Federal Rules of Criminal Procedure. It is therefore

ORDERED in accordance with Rule 17, Federal Rules of Criminal Procedure, the documents and objects requested in the attached motion shall be provided by LT Fletcher King within ten days of service. The items shall be provided to Michael P. O'Connell, Esq., 145 King Street, Suite 325, Charleston, South Carolina 29401, telephone number 843-224-5717, to be inspected and/or copied or Mr. O'Connell's representative. The process costs and witness fees shall be paid in the same manner as those paid for witnesses the government subpoenas. It is sufficient for the witness to produce the requested documents and objects or copies thereof, at his expense, in lieu of appearing in court.

September 24, 2015
Charleston, SC

Bristow Marchant
United States Magistrate Judge