# State of South Carolina



| Charleston County | | Berkeley County |
|---|---|---|
| 101 Meeting Street, Suite 330 | | 300-B California Avenue |
| Charleston, SC 29401 | | Moncks Corner, SC 29461 |
| Phone (843) 958-5150 | | Phone (843) 723-3800 ext. 4529 |
| Fax (843) 958-5160 | | Fax (843) 719-4588 |

## SCARLETT A. WILSON
### Solicitor, Ninth Judicial Circuit

October 9, 2015

The Honorable Richard M. Gergel
U.S. District Judge
P. O. Box 835
Charleston, South Carolina 29402

RE: State v. Dylann Storm Roof

Dear Judge Gergel:

I hope this letter finds you doing well. I am writing to address an issue you raised in your October 1, 2015 Bar Meeting in the matter of *United States vs. Dylann Storm Roof, 2:15 – CR-472.* After your Bar Meeting, I met with Assistant United States Attorneys Nathan Williams and Jay Richardson and they informed me that you inquired as to whether the federal prosecutors and the state prosecutors had reached an agreement about whether the State trial or the Federal trial should proceed first. I also reviewed a transcript of the hearing.

I am extremely grateful for your interest and concern regarding the parallel State and Federal prosecutions. In my 20-plus years of prosecution at both the federal and state levels, I do not recall the Department of Justice actively pursuing a federal case while the State was in the midst of its prosecution. Parallel proceedings may have happened, but as you stated, it certainly is not a "common feature."

The State's case against Defendant Roof was assigned to The Honorable J.C. Nicholson. As discussed in your October 1 Bar Meeting, Judge Nicholson set a July 2016 trial date. He did so correctly presuming that the State would seek the death penalty. Likewise, Judge Nicholson appointed two very experienced death penalty qualified lawyers to assist our Chief Public Defender, who also has experience in death penalty cases. *(enclosed)* In addition, Judge Nicholson and the Chief Justice of the South Carolina Supreme Court took the extraordinary step of issuing an order protecting the defense attorneys from having to appear in other proceedings until the resolution of the Roof case. *(enclosed)* All this has been done to ensure that Defendant Roof has excellent representation and is afforded the fairest of trials.

I agree with Mr. Bruck's statement to you that trial dates often change. Death Penalty cases are often difficult to bring to trial. However, Judge Nicholson has tried a number of death penalty cases and he considered the difficulties both sides face in setting our trial date.    He selected July 2016 after much input from the State defense and prosecution teams, and he made clear he kept the inherent challenges in mind when he set the date.

As to discussions between the Department of Justice and me regarding which case should be tried first, I have requested that the State trial proceed first and that is our preference. I appreciate any consideration you may give us in this regard.

Respectfully yours,

Solicitor Scarlett A. Wilson
Ninth Judicial Circuit

c:    The Honorable J. C. Nicholson
      The Honorable William Nettles
      Assistant U.S. Attorney Nathan Williams
      Assistant U.S. Attorney Jay Richardson
      Chief Public Defender Ashley Pennington, Ninth Judicial Circuit
      Chief Attorney William McGuire, Capital Trial Division
      David I. Bruck
      Michael P. O'Connell



STATE OF SOUTH CAROLINA          IN THE COURT OF GENERAL SESSIONS
COUNTY OF CHARLESTON             NINTH JUDICIAL CIRCUIT

STATE OF SOUTH CAROLINA,          Docket Number: 2015-GS-10-4123 – Murder
                                                  2015-GS-10-4115 – Murder
                                                  2015-GS-10-4116 – Murder
                 Plaintiff,                       2015-GS-10-4117 – Murder
                                                  2015-GS-10-4118 – Murder
                                                  2015-GS-10-4119 – Murder
                                                  2015-GS-10-4120 – Murder
                                                  2015-GS-10-4121 – Murder
           v.                                     2015-GS-10-4122 – Murder
                                                  2015-GS-10-4124 – Possession of a
DYLANN S. ROOF,                                        Weapon During the Commission
                                                       of a Violent Crime
                 Defendant.                       2015-GS-10-4186 – Attempted
                                                       Murder
                                                  2015-GS-10-4187 – Attempted
                                                       Murder
                                                  2015-GS-10-4188 – Attempted
                                                       Murder

## ORDER PROTECTING ATTORNEYS PRIOR TO TRIAL

This matter is before the Court by way of a motion made by defense counsel, William
S. McGuire, the Chief Attorney of the Capital Trial Division at the South Carolina Commission
of Indigent Defense, and Ashley Pennington, the Ninth Circuit Public Defender. These two
attorneys are court-appointed counsel of record to Mr. Dylann Roof in the above captioned case.
To ensure effective and quality representation demanded by the United States Constitution, and
to allow his attorneys to prepare for the impending trial, currently to begin on July 11, 2016, it is
ordered that William McGuire is excused from appearing in all other matters pending in the
General Sessions Courts he is acting as defense counsel, from December 1, 2015 and until ninety
days after the resolution of the above referenced case. Ashley Pennington is excused from
appearing in all other matters pending in the General Sessions Courts he is acting as defense
counsel, from September 1, 2015 and until ninety days after the resolution of the above
referenced case.

Furthermore, to ensure effective representation on behalf of the State of South Carolina, Ninth Circuit Solicitor Scarlett A. Wilson, Chief Deputy Solicitor Bruce DuRant, and Assistant Solicitor Benjamin Chad Simpson shall be excused from appearing in all other matters pending in the General Sessions Courts where they are prosecuting cases from January 1, 2016 through the conclusion of the above captioned case.

Therefore, it this Court's Order that William S. McGuire shall be protected from court appearances in all South Carolina Circuits from December 1, 2015 until ninety days after the conclusion of this case. Ashley Pennington shall be protected from court appearances in all South Carolina Circuits from September 1, 2015 until ninety days after the conclusion of this case. Scarlett A. Wilson, Bruce DuRant, and Benjamin Chad Simpson shall be protected from court appearances in all South Carolina Circuits from January 1, 2016 through the conclusion of this case. Nothing in this Order shall prevent the above named attorneys from voluntarily appearing for any other court appearances if they so choose.

SO ORDERED this _____ day of _____, 2015

_____
The Honorable J.C. Nicholson, Jr.
Circuit Court Judge, Ninth Judicial Circuit

_____
The Honorable Jean Hoefer Toal
Chief Justice, South Carolina Supreme Court



**STATE OF SOUTH CAROLINA**
**COUNTY OF CHARLESTON**

**IN THE COURT OF GENERAL SESSIONS**
**NINTH JUDICIAL CIRCUIT**



|  |  |
|---|---|
| STATE OF SOUTH CAROLINA, | ) |
| Plaintiff, | ) |
| v. | ) |
| DYLANN S. ROOF, | ) |
| Defendant. | ) |

Docket Number: 2015-GS-10-4123 – Murder
2015-GS-10-4115 – Murder
2015-GS-10-4116  Murder
2015-GS-10-4117 – Murder
2015-GS-10-4118 – Murder
2015-GS-10-4119 – Murder
2015-GS-10-4120 – Murder
2015-GS-10-4121 – Murder
2015-GS-10-4122 – Murder
2015-GS-10-4124 – Possession of a
Weapon During the Commission
of a Violent Crime
2015-GS-10-4186 – Attempted
Murder
2015-GS-10-4187 – Attempted
Murder
2015-GS-10-4188 – Attempted
Murder

FILED
2015 JUL 17 PM 2: 33
JULIE J. ARMSTRONG
CLERK OF COURT
BY

## ORDER APPOINTING COUNSEL

This matter comes before the Court for an order appointing counsel to represent Defendant Dylann S. Roof.

### Findings of Fact

The State has named the Defendant as a suspect in a mass shooting spree. The State suspects the Defendant of murdering nine people in a mass shooting at Emanuel AME Church in Charleston County on June 17, 2015.

The Defendant has been screened for indigency by a representative of the South Carolina Commission of Indigent Defense on June 18, 2015, and based on that screening qualifies for representation by the public defender's office.

Under the circumstances of this case, and due to complex nature of the charges filed against the Defendant, I find it reasonable and necessary to appoint Ninth Circuit Public Defender Ashley Pennington, S. Boyd Young, William McGuire and the South Carolina Office of Indigent Defense as counsel for Mr. Roof.

Therefore, it is ordered that Ninth Circuit Public Defender Ashley Pennington, S. Boyd Young, William McGuire and the South Carolina Office of Indigent Defense be appointed as counsel. This appointment applies to all pending cases. Any subsequent change in the status of the case may be addressed by further motion before this Court.

IT IS SO ORDERED.

_____
The Honorable J.C. Nicholson, Jr.
Circuit Court Judge, Ninth Judicial Circuit

_____7/17_____, 2015
Charleston, South Carolina

FILED

2015 JUL 17 PM 2: 33

JULIE J. ARMSTRONG
CLERK OF COURT

BY_____