

**SCARLETT A. WILSON**
SOLICITOR, NINTH JUDICIAL CIRCUIT
CHARLESTON AND BERKELEY COUNTIES
101 MEETING STREET
CHARLESTON, SC 29401
**RETURN SERVICE REQUESTED**





The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston SC 29402

10/13