IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

**<u>EX PARTE</u> MOTION FOR A SUBPOENA *DUCES TECUM* AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

Comes now the defendant through his undersigned attorneys who ask this Court to issue a subpoena *duces tecum* to DFC Shellie Greene of the Sheriff J. Al Cannon Charleston County Detention Center to appear in the United States District Court for the District of South Carolina, Charleston Division at a time to be determined and to bring with her the following documents:

1. Any and all letters, notes, e-mails, text messages, facsimiles, and writings produced as a result of verbal conversations between any employee of the Charleston County Sheriff's Office regarding Dylann Roof, including but not limited to employees at the Al Cannon Detention Center, The Sheriff's Administrative Offices, the Sheriff's Law Enforcement Division, the Intelligence Group at the Al Cannon Detention Center, and The Security Threat Group and

1

      a. Federal Bureau of Investigation Agents;

      b. State Law Enforcement Division Agents;

      c. Employees of the City of Charleston Police Department Charleston City Police Department;

      d. Any and all employees at The Ninth Circuit Solicitor's Office including Solicitor Scarlett A. Wilson;

The defendant also asks this Court to issue an Order which requires DFC Shellie Greene to make copies of the above documents and provide them to his attorney or his attorney's representative within ten (10) days of service of the subpoena *duces tecum.*

The defendant is indigent and he asks this Court to exempt him from paying travel expenses and the witness fee to DFC Greene.

                                          Respectfully Submitted,

                                          S/MICHAEL P. O'CONNELL
                                          Michael P. O'Connell, Esq.
                                          PO Box 828
                                          Mt. Pleasant, SC 29464
                                          Federal Court ID. 2915
                                          843-577-9890 telephone
                                          843-577-9826 facsimile
                                          moconnell@stirlingoconnell.com

                                          David I. Bruck, Esq.
                                          Washington & Lee Law School
                                          Sydney Lewis Hall
                                          Lexington, VA 24450-0303
                                          540-460-8178 telephone
                                          bruckd@wlu.edu

November 2, 2015