UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

### DEFENDANT'S WAIVER OF APPEARANCE AT BAR MEETING

I, Dylann S. Roof, have been notified that a Bar Meeting will be held on February 11, 2016 at 10:00 a.m. during which the status of my case will be discussed with the Court, my attorneys and attorneys for the United States. I understand the Court at this Bar Meeting may issue certain orders regarding my case including but not limited to scheduling orders. I understand I have a right to be present at this Bar Meeting. After conferring with my attorneys, I have decided I do not want to be present at this Bar Meeting. No one has forced me to give up my right to be present and I am doing so voluntarily.

_Dylann Roof_
Dylann S. Roof
JANUARY 29, 2016

Witness: _____