US v. Roof – Joint scheduling proposal, 6/3/2016

| | | |
|---|---|---|
| June 10 | Defense notice of intent to demand or waive jury | 10 days to respond* |
| June 27 | Defense *Atkins* notice (if any) | |
| July 5 | Defense motions challenging indictment and any other dispositive motions | 45 days to respond* |
| July 18 | Defense motions to suppress evidence | 45 days to respond* |
| July 22 | Government Rule 16(a)(1)(G) disclosures of non-mental health expert summaries (guilt) and Defense Rule 16(b)(1)(C) disclosures of non-mental health expert summaries (guilt) ** | |
| July 25 | Defense and Government proposed jury procedures, including proposed questionnaire | |
| July 25 | Defense motion on venue (if any) | 30 days to respond* |
| August 15 | Government and Defense responsive Rule 16 disclosures of non-mental health expert summaries (guilt) ** | |
| August 1 | Defense motions challenging death penalty and death penalty notice | 45 days to respond* |
| September 6 | Government and Defense expert challenges on non-mental health experts (guilt) ** | 30 days to respond* |
| September 26-27 | Dates for jury panel to appear and complete questionnaires | |
| October 4 | Defense and Government motions in limine and any other pre-trial motions | 20 days to respond* |
| October 18 | Agreed list of juror strikes | |
| October 28 | Government and Defense proposed jury instructions for guilt and penalty phases | |
| November 7 | Jury selection to be followed by trial | |

Areas of disagreement

| Government's Proposal | Defense's Proposal | | |
|---|---|---|---|
| June 24 | August 15 | Joint Rule 12.2 procedures submission | |
| July 11 | September 12 | Defense Rule 12.2 notice of intent to offer mental health evidence | |
| July 22; August 15; September 6 | N/A | Government and Defense penalty phase expert disclosures and challenges ** | |
| N/A | July 22; August 15; September 6 | Government penalty phase expert disclosures and challenges** | |
| October 13 | N/A | Government and Defense witness list (guilt and penalty)*** | |
| N/A | October 13 | Government witness list (guilt and penalty)*** | |

* The Government proposes these response times based on the limited information available about the scope and substance of each category of motions. The Defense does not join in these proposed response times.

1

\*\*This schedule does not include Rule 16 penalty phase expert disclosures.  The defense contends that defense penalty phase experts are not covered by Rule 16's reciprocal discovery obligations.  The Government disagrees and contends that both sides' penalty phase experts should be disclosed and challenged at the same time as the guilt phase experts.

\*\*\*The defense contends that it is not required to produce its penalty phase witness list in advance of trial.  The Government contends that both parties should be required to disclose simultaneously guilt and penalty phase witness lists in advance of jury selection.