## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | **ORDER** |
| ) | |
| _____) | |

1.      On June 7, 2016, the Court entered an interim scheduling order that, among other things, directed Defendant to advise the Court whether he prefers the pool of prospective jurors to be drawn form Area C of the Amended Jury Selection Plan of the District of South Carolina or a statewide venire (including Areas A, B, C and D of the Amended Jury Selection Plan of the District of South Carolina). (Dkt. No. 179 at 2). The June 7, 2016 Order stated that if "[i]f the Defendant prefers that jurors be drawn from Area C, the Defendant is to advise the Court at the time of the filing whether he intends to move for a change of venue." (*Id.*).

2.      On June 15, 2016, Defendant filed a document indicating that he requests the Court draw the pool of prospective jurors from Area C of the Amended Jury Selection Plan, but he did not state whether he presently intends to move for a change of venue. (Dkt. No. 190). Therefore, the Defendant is directed to advise the Court, on or before June 17, 2016, whether he presently intends to move for a change of venue.

3.      In a filing on June 15, 2016, Defendant made a number of requests regarding jury selection procedures. (Dkt. No. 191). For example, Defendant requests that (a) the Court require appropriate follow-up with respect to jurors whose summonses are returned as undeliverable, or

-1-

from whom no response is received; (b) the parties be afforded a reasonable opportunity to object to the excusal of jurors based on Form JA SCD 203 or responses to the Standard Questionnaire; and (c) jurors who do not respond to the Standard Questionnaire be summoned to appear on September 26, 2016. (*See id*). The Court directs the Defendant to include all such requests in the proposals regarding jury selection procedures to be submitted to the Court on June 24, 2016. (*See* Dkt. No. 179 at 3). Defendant should state specifically what "appropriate follow-up" he requests with regard to jurors whose summonses are returned as undeliverable or from whom no response is received.

       AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

June 15, 2016
Charleston, South Carolina