## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

|                                   |   |                                    |
|-----------------------------------|---|------------------------------------|
| United States of America,         | ) |                                    |
|                                   | ) | Criminal No. 2:15-472-RMG          |
| vs.                               | ) |                                    |
|                                   | ) |                                    |
| Dylann Storm Roof,                | ) | **ORDER**                          |
|                                   | ) |                                    |
| _____ | ) |                                    |

Counsel for several victims has filed a motion for a protective order excusing and protecting counsel from all other court appearances from October 15, 2016, until January 15, 2017. (Dkt. No. 193). While the Court appreciates counsel's position and respects the rights of victims under 18 U.S.C. § 3771, comity and respect for the state courts prevents this Court from entering such a sweeping order affecting an unknown number of proceedings in other courts. Counsel should seek protection from the court(s) in which he wishes to be excused from appearance. The motion is, therefore, DENIED.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

June /6 2016
Charleston, South Carolina

-1-