# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>vs. )<br>)<br>Dylann Storm Roof ) | Criminal No. 2:CR:15-472-RMG<br><br>**ORDER** |

The parties' responses to the proposals of the opposing party regarding procedures for implementing Rule 12.2, Fed.R.Crim.P., are due today, July 1, 2016. (Dkt. No. 179, ¶ 5). Defense counsel request a brief extension of time, to and including July 7, 2016, to serve and file the defendant's response to the government's Rule 12.2 proposals (Dkt. No. 213). The government consents to the requested extension, and the request appearing otherwise reasonable, it is hereby GRANTED. The defendant will file his response to the government's Rule 12.2 proposals on or before July 7, 2016.

AND IT IS SO ORDERED.

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

July 1, 2016
Charleston, South Carolina