# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

ALEXIS CANDELARIO-SANTANA (01),
DAVID OQUENDO-RIVAS (05),

   Defendants.

Criminal No. 09-427 (JAF)



**VERDICT**

We, the Jury, find as follows:

1. **COUNT ONE:** RICO Conspiracy (Racketeer Influenced and Corrupt Organizations Act)

   **Alexis Candelario-Santana:**

   __✓__         _____
   Guilty        Not Guilty

   **_NOTE:_**   If you found the Defendant guilty in Count One, please answer the following questions:

   Regarding the Notice of Special Findings for Count One, we, the Jury, enter these special findings regarding drugs/narcotics types and amounts:

   **(A)**   **Heroin** – Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least one kilogram (2.2 lbs.) of heroin from 1993 to October 2009?

   
   __✓__         _____
   YES           NO

**(B)** **Crack Cocaine** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least two-hundred and eighty grams of crack cocaine (cocaine base) from 1993 to October 2009?

✓
_____        _____
   YES                 NO

**(C)** **Cocaine** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least five kilograms (11 lbs.) of cocaine from 1993 to October 2009?

✓
_____        _____
   YES                 NO

**(D)** **Marijuana** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least a detectable amount of marijuana from 1993 to October 2009?

✓
_____        _____
   YES                 NO

2. **COUNT TWO:** (Violent Crime in Aid of Racketeering Activity)

**Murder of Joan Manuel Class Guzmán**

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____        _____
  GUILTY            NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____        _____
  GUILTY            NOT GUILTY

Criminal No. 09-427 (JAF)                                  Page 3 of 15

3.    **COUNT THREE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Pedro Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

    __✓__      _____
   GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    __✓__      _____
   GUILTY     NOT GUILTY

4.    **COUNT FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Murder of José Angel Hernández Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

    __✓__      _____
   GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    __✓__      _____
   GUILTY     NOT GUILTY

5.    **COUNT FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of John Henry García Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

    __✓__      _____
   GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    __✓__      _____
   GUILTY     NOT GUILTY

Criminal No. 09-427 (JAF)                                    Page 4 of 15

6. **COUNT SIX:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Elisa del Carmen Ocasio

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__        _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__        _____
GUILTY      NOT GUILTY

7. **COUNT SEVEN:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Samuel Ruiz Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__        _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__        _____
GUILTY      NOT GUILTY

8. **COUNT EIGHT:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Rafael Angel Ramos Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__        _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__        _____
GUILTY      NOT GUILTY

2:15-cr-00473-RMG 004 Case 3:09-cr-00427-JAG Date Filed 07/07/16 Document 985 Entry Number 242-2 Filed 03/08/23 Page 5 of 15 Page 6 of 20

Criminal No. 09-427 (JAF)          Page 5 of 15

9.     **COUNT NINE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Tina Marie Rodríguez Otero

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____  _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____  _____
GUILTY     NOT GUILTY

10.     **COUNT TEN:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Unborn Child

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____  _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____  _____
GUILTY     NOT GUILTY

11.     **COUNT ELEVEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Joan Manuel Class Guzmán

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____  _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____  _____
GUILTY     NOT GUILTY

Case 3:09-cr-00427-JAG Document 985 Filed 03/08/13 Page 6 of 15
2:15-cr-00472-RMG Date Filed 07/07/16 Entry Number 242-2 Page 7 of 20

Criminal No. 09-427 (JAF) Page 6 of 15

12. **COUNT TWELVE:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Pedro Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
—————————   —————————
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
—————————   —————————
GUILTY          NOT GUILTY

13. **COUNT THIRTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of José Angel Hernández Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
—————————   —————————
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
—————————   —————————
GUILTY          NOT GUILTY

14. **COUNT FOURTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of John Henry García Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
—————————   —————————
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
—————————   —————————
GUILTY          NOT GUILTY

Criminal No. 09-427 (JAF)  Page 7 of 15

**15.** **COUNT FIFTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Elisa del Carmen Ocasio

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__  _____
GUILTY   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__  _____
GUILTY   NOT GUILTY

**16.** **COUNT SIXTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Samuel Ruiz Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__  _____
GUILTY   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__  _____
GUILTY   NOT GUILTY

**17.** **COUNT SEVENTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Rafael Angel Ramos Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__  _____
GUILTY   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__  _____
GUILTY   NOT GUILTY

Criminal No. 09-427 (JAF)            Page 8 of 15

**18.**    **COUNT EIGHTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Tina Marie Rodríguez Otero

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      ____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      ____ NOT GUILTY

**19.**    **COUNT NINETEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Unborn Child

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      ____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      ____ NOT GUILTY

**20.**    **COUNT TWENTY-NINE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Carmen María García Santiago

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      ____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      ____ NOT GUILTY

Criminal No. 09-427 (JAF)            Page 9 of 15

**21.**    **COUNT THIRTY:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Omaris Fonseca, a Minor

We, the Jury, find Defendant Alexis Candelario-Santana:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

**22.**    **COUNT THIRTY-ONE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Wilfredo Semprit-Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

**23.**    **COUNT THIRTY-TWO:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Amarilys Fonseca-Matias

We, the Jury, find Defendant Alexis Candelario-Santana:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

    ✓
────────────     ────────────
GUILTY          NOT GUILTY

Criminal No. 09-427 (JAF)             Page 10 of 15

**24.**    **COUNT THIRTY-THREE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Melissa Fonseca

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

**25.**    **COUNT THIRTY-FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of José Amézquita Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

**26.**    **COUNT THIRTY-FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Miriam Figueroa Robles

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

2:15-cr-00472-RMG Case 3:09-cr-00427-JAG Date Filed 07/07/16 Document 985 Entry Number 242-2 Filed 03/08/13 Page 11 of 15 Page 12 of 20

Criminal No. 09-427 (JAF) Page 11 of 15

**27.** **COUNT THIRTY-SIX:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Josué Oquendo Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__    __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__    __NOT GUILTY__

**28.** **COUNT THIRTY-SEVEN:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of José David Carmona Santos

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__    __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__    __NOT GUILTY__

**29.** **COUNT THIRTY-EIGHT:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Carmen Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__    __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__    __NOT GUILTY__

2:15-cr-00472-RMG   Date Filed 07/07/16   Entry Number 242-2   Page 13 of 20
Case 3:09-cr-00427-JAG   Document 985   Filed 03/08/13   Page 12 of 15

Criminal No. 09-427 (JAF)                                    Page 12 of 15

**30.  COUNT THIRTY-NINE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Aladino Amezquita-Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__                    _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__                    _____
GUILTY                   NOT GUILTY

**31.  COUNT FORTY:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Félix Rivera Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__                    _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__                    _____
GUILTY                   NOT GUILTY

**32.  COUNT FORTY-ONE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Caleb Castro Renta

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__                    _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__                    _____
GUILTY                   NOT GUILTY

2:15-cr-00472-RMG Date Filed 07/07/16 Entry Number 242-2 Page 14 of 20
Case 3:09-cr-00427-JAG Document 985 Filed 05/08/13 Page 13 of 15

Criminal No. 09-427 (JAF)            Page 13 of 15

**33. COUNT FORTY-THREE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Roselyn Rosado Miranda

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

**34. COUNT FORTY-FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Oscar Gómez Miranda

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

**35. COUNT FORTY-FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Richard Ramos Figueroa

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
   __GUILTY__        __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
   __GUILTY__        __NOT GUILTY__

Case 3:09-cr-00427-JAG Document 985 Filed 03/08/13 Page 14 of 15

Criminal No. 09-427 (JAF)                                         Page 14 of 15

**36.    COUNT FORTY-SEVEN:**  (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Angel Ríos Santos

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓_____          _____
GUILTY              NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓_____          _____
GUILTY              NOT GUILTY

**37.    COUNT FORTY-EIGHT:**  (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Juan Ramos Vázquez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓_____          _____
GUILTY              NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓_____          _____
GUILTY              NOT GUILTY

**38.    COUNT FORTY-NINE:**  (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of William Ramos Vázquez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓_____          _____
GUILTY              NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓_____          _____
GUILTY              NOT GUILTY

Criminal No. 09-427 (JAF)                                    Page 15 of 15

**39.  COUNT FIFTY:**  (Conspiracy to Possess with Intent to Distribute a Controlled Substance)

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
 _____          _____
  GUILTY            NOT GUILTY,

as charged in Count 50.

**40.  COUNT FIFTY-ONE:**  (Possession of a Firearm with a Prior Conviction)

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
 _____          _____
  GUILTY            NOT GUILTY,

as charged in Count 51.

**DATED: MARCH  8 , 2013.**



_____
FOREPERSON

C:\Case Files\Candelario\Motions-penalty phase\Motion-informative-re mitigating factors (03-14-2013).wpd

SERVED AND FILED VIA ECF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> ALEXIS CANDELARIO-SANTANA, <br> et. al, <br><br> Defendants. | CRIMINAL NO. 09-00427(JAF) |

### INFORMATIVE MOTION REGARDING MITIGATING FACTORS

TO:    THE HONORABLE JOSÉ A FUSTÉ,
        JUDGE OF THE UNITED STATES DISTRICT COURT
        DISTRICT OF PUERTO RICO

       COMES NOW the undersigned counsel, and respectfully informs the Court that the defendant will rely upon the list of mitigating factors set forth at Attachment A to this motion.

1

WHEREFORE, it is respectfully requested that the court take notice of the above-described information.

Respectfully submitted,

/s/ David A. Ruhnke
David A. Ruhnke, Esquire (PHV)
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000
973-746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

/s/Francisco Rebollo-Casalduc
Francisco Rebollo-Casalduc, Esquire
Capital Center Building, Torre Sur
Suite 1005
239 Avenida Arterial Hostos
San Juan, PR 00919
787-765-0505
787-765-0585
frc@onelinkpr.net
USDC Bar No. 205603

<u>Electronically filed</u>: San Juan, Puerto Rico
March 14, 2013

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties to this matter have been served via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE, ESQUIRE

<u>Dated</u>:    March 14, 2013

2

United States v. Alexis Candealrio-Santana

MITIGATING FACTORS

1. If spared execution, Alexis will be incarcerated for the remainder of his life in a secure federal prison.

2. Lifetime imprisonment is a severe punishment.

3. There is no parole in the federal system.

4. Braulio Ortiz Rodriguez ("Menor") will not face the death penalty for the murders he committed as a member of the enterprise.

5. David Oquendo Rivas will not face the death penalty for his role in the murders at La Tómbola.

6. The Federal Bureau of Prisons is capable of fashioning conditions of confinement that will safely manage, punish, and confine Alexis while he serves out his sentence of lifetime incarceration.

7. The Federal BOP has a variety of options – including the "Supermax" facility in Florence, Colorado ("ADX") – for punishing and controlling federal inmates.

8. Alexis grew up under circumstances of extreme poverty.

9. Alexis grew up without a father.

10. Alexis grew up without positive male role models.

11. Alexis' mother, while she tried her best, was overwhelmed by her circumstances.

12. Alexis dropped out of school in the 6th grade in order to go to work and earn money for his family.

13. The environment in which Alexis grew up was one of violence, death, narcotics trafficking, and other forms of illegal activity.

14. As a child growing up in Sabana Seca, Alexis experienced the violent deaths of many people.

15. Alexis has made a satisfactory adjustment to incarceration in the past and is likely to do so in the future.

16. The evidence of Alexis' guilt is insufficient to justify imposition of a sentence of death.

17. Alexis is a human being whose life has value.

18. Executing Alexis will cause others to suffer grief and loss.

19. One or more members of the jury wish to exercise mercy and impose a sentence of life.

20. The Commonwealth of Puerto Rico has outlawed capital punishment.

21. There are other factors that weigh against a sentence of death.