IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**UNOPPOSED DEFENSE MOTION TO SEAL**
**FOURTH AND FIFTH AMENDMENT MOTION TO SUPPRESS**
**AND ATTACHED EXHIBITS**

The defendant, through counsel, moves to seal his Fourth and Fifth Amendment Motion to Suppress and attached exhibits, pursuant to Local Criminal Rule 49.01 DSC. The government does not oppose this motion.

The items proposed for sealing are: (a) the defendant's Fourth and Fifth Amendment Motion to Suppress and Memorandum in Support; (b) Exhibit 1 to that motion, which is a video file produced to the defense in discovery; (c) Exhibit 2 to that motion, which is a video file produced to the defense in discovery; (d) Exhibit 3 to that motion, which is a series of video files produced to the defense in discovery;[1] (e) Exhibit 4 to that motion, which is a transcript produced to the defense in discovery; (f) Exhibit 5 to that motion, which is a document produced to the defense in discovery; (g) Exhibit 6 to that motion, which is a document produced to the defense in discovery; (h) Exhibit 7 to that motion, which is a document produced to the defendant in discovery; (i) Exhibit 8 to

---

[1] Some of these files were produced in the state discovery.

1

this motion, which is a document produced to the defense in discovery. Sealing of these items is necessary because their public disclosure could affect the Court's ability to select an impartial jury and conduct a fair trial in this high-profile, Federal Death Penalty Act case. There is no way to redact the items or otherwise implement a less drastic alternative than sealing them pending trial in this matter. Any disclosure would reveal information that could affect jury selection and the fairness of the trial. Moreover, it appears that items (f)-(i) may still be under seal in this or other courts.

These reasons for sealing meet the standards set in *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), and *In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

Pursuant to local rule, a non-confidential description of the documents proposed to be filed is attached to this motion.

                              Respectfully submitted,

                              s/ *Sarah S. Gannett*
                              Sarah S. Gannett
                              Assistant Federal Public Defender
                              Federal Public Defender for the District of Arizona
                              850 W. Adams Street, Suite 201
                              Phoenix, AZ 85007
                              602-382-2862
                              sarah_gannett@fd.org

                              David I. Bruck
                              Washington & Lee School of Law
                              Lexington VA 24450
                              540-458-8188
                              bruckd@wlu.edu

                              Attorneys for Dylann S. Roof

## CERTIFICATE OF COMPLIANCE

I, Sarah S. Gannett, certify that I have complied with Local Criminal Rule 49.01 DSC in filing this motion and attachments.

s/ *Sarah S. Gannett*
Sarah S. Gannett

Attorney for Dylann S. Roof

**Exhibit**

**<u>Non-Confidential Descriptive Index of Documents to Be Sealed</u>**

<u>Fourth and Fifth Amendment Motion to Suppress and Memorandum in Support</u>
Fourth and Fifth Amendment motion to suppress.

<u>Exhibit 1 to Fourth and Fifth Amendment Motion to Suppress</u>
Video file produced to the defense in discovery.

<u>Exhibit 2 to Fourth and Fifth Amendment Motion to Suppress</u>
Video file produced to the defense in discovery.

<u>Exhibit 3 to Fourth and Fifth Amendment Motion to Suppress</u>
Series of video files produced to the defense in discovery.

<u>Exhibit 4 to Fourth and Fifth Amendment Motion to Suppress</u>
Transcript produced to the defense in discovery.

<u>Exhibit 5 to Fourth and Fifth Amendment Motion to Suppress</u>
Document produced to the defense in discovery.

<u>Exhibit 6 to Fourth and Fifth Amendment Motion to Suppress</u>
Document produced to the defense in discovery.

<u>Exhibit 7 to Fourth and Fifth Amendment Motion to Suppress</u>
Document produced to the defense in discovery.

<u>Exhibit 8 to Fourth and Fifth Amendment Motion to Suppress</u>
Document produced to the defense in discovery.