# EXHIBIT 4

RESTRICTED MATERIAL

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

Date:                June 18, 2015
Location:            Shelby Police Department, 301 S. Lafayette St., Shelby NC
Participants:        SSA Michael E. Stansbury – MS
                     SA Craig A. Januchowski – CJ
                     Dylann Strom Roof – DR:
Other Parties:       Pre-Interview Officer Matt Styres – OS
                     Post Interview Unidentified Shelby PD Officer(s) – SPD
Unintelligible:      UI

**(1:38 PM Interviewing Agents enter the interview room)**

MS:     Michael Stansbury

OS:     Matt Styers

CJ:     Craig Januchowski

MS:     Dylann, I'm Michael Stansbury, how are you doing?

DR:     Good

OS:     Hey, are you done with this?  Here, I'll get it out of your way if you want.

CJ:     Dylann, I'm Craig.  How you doing?

DR:     Good

CJ:     Got an extra, extra water here for you.

DR:     Okay UI

CJ:     Nice and cold.

MS:     UI were going to take those cuffs off.

DR:     Alright

OS:     Would you like to have some privacy or ?

CJ:     Yeah.

**(Door closed and only SSA Stansbury, SA Januchowski and Roof are in the interview room)**

MS:     My best friend from high school went to be a Border Patrol Agent.

RESTRICTED MATERIAL                                    US-016752

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Hmm

MS:    Yeah, I grew up out in West Texas.

**(Interview Starts)**

MS:    Alright Dylann, my name is Michael Stansbury.  I'm with the FBI.  This is Craig
       Januchowski, he's also with the FBI.  Alright, just our ID just to show you that, we are
       who we say we are, alright?  Alright, we, we want to talk to you about some stuff.  I'm
       sure you probably already know that, that we want to talk to you. You know and we're
       hoping that you want to talk to us and tell your story and you know, what happened,
       everything, your side of the events.  I mean, I, I know a lot of stuff's been going on and a
       lot of stuff's said, and out there and everything.

DR:    Well, I don't know anything about it, to be honest.  I mean about what's been said.

MS:    Right, but, but we want to talk to you about what happened.

DR:    Okay

MS:    Alright, here's the thing, right?  Before we can talk to you, we have to go through and
       give you your rights, alright? And, and so what we're going to do, he, he's, Craig's going
       to read them to you.  I'll basically explain them to you and go through each one, but and
       we'll go again but you, you do have the right to remain silent.  Alright, now, if you, you
       can always decide at any time to exercise these rights.  You know at any time you want,
       you can say, "Oh you know what, I don't really want to talk no more," that's fine.  Um,
       you have the right to have an attorney present with you prior to and during any
       questioning, if you can't afford to hire an attorney, one will be appointed to represent you
       prior to and during any questioning.  But we are going to go through this form right here
       and basically it's a form that they have up in North Carolina, and this basically, this says
       hey, that we can talk to you and you can talk to us.  And we can just go through here,
       figure out, what happened, where we're at and all that, okay?

DR:    Alright

CJ:    Alright, the police officer, which means Federal Agent, okay?  Whose name appears
       below told me that he's with, we're with the FBI, just like Agent Stansbury and myself
       we explained to you, okay?  And want to question you about the following offenses,
       alright, which are um.  So before you're asked any questions about um, what we want to
       speak to you about uh, we want to make sure it's clear to you that you have the following
       rights, okay?  You don't have to answer any questions or say anything, do you
       understand that?

DR:    Yes

CJ:    Can you place your initials right next to that saying you understand that?

RESTRICTED MATERIAL                                US-016753

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     Just two initials? (DR initials form).

CJ:     Yeah, your, your first initial and your last.  There you go, alright.  Anything that you say, can be used as, used as evidence against you in a criminal, criminal case.  Do you understand that?

DR:     Uh huh (DR shakes head up and down indicating he understands and initials form).

CJ:     Can you put your initials there, please.  Alright, you have the right to speak to an attorney before or after questioning, or have an attorney present with you during questioning.  If you can't afford to hire an attorney one can be appointed for you and made uh, one would be obtained for you, do you understand that?

DR:     Uh-huh (DR shakes head up and down indicating he understands and initials form).

CJ:     If you're willing to discuss the offense under investigation without a lawyer present, you have the right to stop the questioning at any time or speak to an attorney before answering any other questions.  Do you understand that?

DR:     Uh huh (DR shakes head up and down indicating he understands).

CJ:     Put your initials there.

DR:     (DR initials form)

CJ:     Alright, what I'd like you to do, can you read this for me?  I want to make sure you understand that.

DR:     You want me to read it out loud?

CJ:     Yeah, read that out loud, this little paragraph right there.

DR:     Okay.  I have read this statement of my rights and I understand what my rights are.  I am willing to make a statement and answer questions.  I do not want a lawyer at this time.  I understand and know what I am doing, no promises or threats have been made to me and no pressure or coercion of any kind has been used against me by anyone.

CJ:     Okay.  Having, having all these rights in mind do you wish to speak to us?

DR:     Oh sure.

CJ:     Okay.  Can you just sign your name right there please?

DR:     (DR signs form)

CJ:     Very good.

RESTRICTED MATERIAL                                            US-016754

RESTRICTED MATERIAL

Transcript                INVESTIGATIVE COPY             Dylann Roof Interview

MS:    So Dylann, you're, you're from South Carolina, right?

DR:    Uh huh

MS:    You've lived there your whole life?

DR:    (DR shakes his head up and down indicating yes)

CJ:    Yes

MS:    Where'd you go to school?

DR:    In Lexington, South Carolina…

MS:    Uh huh

DR:    …White Knoll High School, but then I went to Dreher High School in Columbia.  But then I dropped out of it and went to online school.  And then I dropped out of online school.  And then I just got a GED, that's it.

MS:    So you got your GED?

DR:    Yeah, that's it.

MS:    Okay.  Well, what kind of work do you do?

DR:    Uh.  I, well, I don't have a job right now.  The, the only job I've ever had was just doing landscaping, you know like lawn maintenance I guess

MS:    Uh huh

DR:    That's pretty much what it was.

MS:    Okay, okay, and, and where in Columbia did you live?  Did you live with your mom or your dad, or?

DR:    Yes, um, uh, Eastover.

MS:    Eastover? Uh huh

DR:     It's sort of.

MS:    I know where Eastover is.

DR:    Yeah

RESTRICTED MATERIAL        US-016755

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    Yeah, yeah, out Garners Ferry Road?

DR:    Right

MS:    Okay, was that where your, your, was that your mom, or your?

DR:    Well, that's my mom's boyfriend's house.  But I mean I live there.

MS:    Okay

DR:    But lately, you know I've been living, you know, at my dad's house too, a little bit.

MS:    Okay, where, where's he live?

DR:    He lives right in Columbia, right downtown.

MS:    Oh okay.

DR:    Right uh, near Park Street.

MS:    Okay, I, yeah I know where you're talking about, okay.  Um, well, can you tell us about what happened last night?

DR:    Umm.  Well uh, yeah, I mean, I just, I went to that church in Charleston, and uh, you know, I, you know, I did it, you know.

MS:    Did what?

DR:    (laughs)

MS:    Well you, I mean…

DR:    Uh

MS:    I know it's tough sometimes to, to say it.

DR:    Uh.  It's not that I don't want to say it because I don't want to make myself seem guilty, I just don't really like saying it, you know.

MS:    But I know sometimes we have to face those things, the realities.  You know?

CJ:    We don't what to put any words in your mouth…

DR:    Right

RESTRICTED MATERIAL                                    US-016756

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                  Dylann Roof Interview

CJ:    …that's why Agent Stansbury is, is asking what did, exactly is that you, that you, that you did do.

DR:    Well, I did, I killed them.  Well I guess, I mean I don't really know.

MS:    Well, well, what, what…

DR:    Well I don't know how many people were in there or anything like that.

MS:    So did you shoot them?

DR:    Yes

MS:    What kind of gun did you use?

DR:    (laughs) A Glock .45.

MS:    Okay, okay.  Was that, was that your gun or?

DR:    Yes, I bought it from the gun store.

MS:    Which gun store did you buy that from?

DR:    Umm, Shooter's Choice.

MS:    In West Columbia, Shooter's Choice?

DR:    Uh, well, it's in Columbia, I'm not sure what part.

MS:    It's West, the one, they've got the indoor gun range there?

DR:    Yes

MS:    Yeah

DR:    But I've never used it, but yes they have one I think

MS:    Okay, so…

CJ:    How long ago did you purchase that, the weapon?


DR:    It's, it's July?

MS:    Yeah, yeah, no it's June right now.

RESTRICTED MATERIAL                                US-016757

RESTRICTED MATERIAL

Transcript                 INVESTIGATIVE COPY             Dylann Roof Interview

CJ:     It's June now

DR:     Oh, it's June, okay. Probably like two months ago.

CJ:     About two months ago?

DR:     Yeah

MS:     So you just turned 21, right?

DR:     Right

MS:     So was it, it was like, uh, did you get, was it for your birthday or…

DR:     No, yeah, I bought it when I turned 21.

MS:     Yeah, yeah. So, so, alright, so going back to the, to the church, you, you pulled out the gun and shot them, started shooting people or how, I mean how?

DR:     Yeah, that's it.

MS:     I mean, so, do you know how many people you shot?

DR:     If I was going to guess, five.

MS:     Five

DR:     Maybe, I'm really not sure, exactly.

MS:     You just started shooting, well…

DR:     Four or five, I'm not sure.

MS:     Did, did you say anything to them before or after or during?

DR:     No, I didn't say anything to them before anything.

MS:     Before anything. What about, what about after?

DR:     Well, I think like during, I said like don't talk to me or something like that you know.

MS:     While, while you were shooting?

DR:     Well, about like in the middle, you know. I mean I didn't really talk to them.

MS:     Okay

RESTRICTED MATERIAL            US-016758

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:    How long, how long were you at the church before you actually uh, before you pulled your weapon out, you said yourself you shot, you think maybe five or so people.  How long were you, were you at the church before you decided that you were going to do that?

DR:    Well, I just went in the church you know, and then I sat down with them for like maybe, 15 minutes.

CJ:    Fifteen minutes

DR:    It could've been 20, it could've been 10, but I think it was probably around 15.

MS:    Were they having a meeting or something, or?

DR:    No, no, no, this was a bible study class.

MS:    Oh, so you knew it, the bible study class was going to happen?

DR:    Yes, because I had went there before and asked them.

MS:    Okay so, you had been to the church before?

DR:    Well, not in it.

MS:    But outside, and said when do you have bible study or?

DR:    Well, yeah, I saw somebody get in to their car and asked them.

CJ:    When was that?

DR:    Oh, that was like, oh God, that was probably, I don't know.

CJ:    You don't know?

DR:    I don't know.

MS:    Right, right before when you pulled out your gun and started to shoot or right before, did you say.  Do you remember what you said or if you said anything to the people when you pulled, because I mean.

DR:    Oh no, I didn't.

MS:    If you suddenly pulled out a gun and I'm like.

DR:    Right, that's what I did, and I didn't say anything to them before I pulled it out.

MS:    Did they see…

RESTRICTED MATERIAL                    US-016759

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Not even one word. I didn't say anything to them.

MS:    Did they see or did anybody react to you as you pulled the gun out or were you already shooting before they knew what was happening?

DR:    I mean they reacted after I shot.

MS:    Yeah…

CJ:    Yeah, we understand that.

DR:    Right

MS:    I guess my, my question, and it might have been a bad question.  I was just trying to figure out.  You know if somebody, if I suddenly fired a gun, but if I pulled a gun out and everybody saw it, people might start to run or whatever.

DR:    Oh, no, no, no, it was very fast, it was not like I was like, you know, it was like a quick motion.

MS:    So can you show what, what, were you sitting down and you did it or did you stand up or what?

DR:    Yeah, I was sitting down the first, shot.

MS:    The first, can you show me, like what you did, I mean.

DR:    Yeah, it was just like (showing the motion of pulling a weapon) you know.

MS:    Did you like this or this (showing a motion of pulling a weapon).

DR:    Yeah, you know (motion of waving a weapon)

MS:    And just started shooting it?

DR:    Yeah

MS:    At people?

DR:    (Sighs)

MS:    And we'll go back and I'll ask you some more questions.

DR:    You see I had it in a bag.

MS:    It was in a bag?

RESTRICTED MATERIAL

RESTRICTED MATERIAL

Transcript                           INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     The bag is there, I dropped it.

MS:     You, you dropped the bag?

DR:     It was a black bag, well, it was like a thing you can buy at a sporting goods thing, you know, for military people to hook on their whatever, their vests or whatever.  But I just put it in my belt and I had all my magazines and the gun in there.  When I walked in the church, this thing was right on me, in front of me, you know?

MS:     Uh huh

DR:     And I was like, oh my God, they're going to see it, you know, and obviously they did because I mean this thing it's big, it's heavy.

MS:     Uh huh

DR:     You know, because it's got, what, seven magazines with, and I put 11 bullets in each magazine.  They could hold 13 but I didn't want any jam, like it to jam or anything like that so.  But anyways, it's still really heavy.  Anyway, they saw it but I just say down, I guess they just didn't say anything.  You know and then I was sitting there and I was like, you know, just thinking about whether I should do it or not.  You know, and that's why I was sitting there for 15 minutes just like, oh you know, like.  Because I know I could of just walked out, you know, because they didn't say anything to me about the pack, what I, you know the thing on my belt.  So I could of walked out you know, and that's what I was just thinking you know.  But then it just, you know, it just uh, like, I don't know, I was thinking.  Not I, you want to say spur of the moment, but you know, I just, I just finally decided I had to do it.  And that's pretty much it.

MS:     Well, well that, that goes to my next question.  Why did you have to do it?

DR:     Um, I had to do it.

MS:     How come?  I mean, that's what I don't, that's what I don't know.

DR:     Um, well, I had to do it because, somebody had to do something.  Because, you know, black people are killing white people every day on the streets and they rape, they rape white women, a hundred white women a day.  That's a FBI statistic from 2005.  You know that's 10 years ago.  It might even be more now, who knows.  It sounds unrealistic but you break it down that's two a state, it's really not unrealistic at all.  It could probably be more.  You know, the fact of the matter is, what I did is so miniscule to what they're doing to white people every day, all the time and just because that doesn't get on the news, doesn't mean it's not happening, you know.  Everybody knows that the news is biased for black people.  You know we can pretend it's not but we know it is.

CJ:     Dylann, (clears throat) you said you had to do this cause, so basically what you're…

RESTRICTED MATERIAL                                    US-016761

RESTRICTED MATERIAL

Transcript                              INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     I had to do it because nobody else is going to do it.  Nobody else is brave enough to do anything about it, you know.  Back in the late 80's and early 90's, you know we had skinheads and stuff like that.  There's no skinheads left, there's no KKK.  The KKK never did anything anyway.

CJ:     So you basically you were trying to make a, you were trying to make a statement or prove a point on behalf of the white race.  Is that what you're saying?

DR:     Yeah, in a way, I guess.

CJ:     Did somebody help, did, did, did you talk to people or anybody in particular about this prior to making this decision to do this?

DR:     (laughs) Oh no, this, no.

CJ:     So you came, you came about this decision solely, solely by yourself?

DR:     Right

CJ:     And did you uh, it, what is the reason, um, because you said you um, you'd never been in that church before.

DR:     Right

CJ:     But you said as you were driving by once and correct me if I'm wrong, you saw somebody getting into their car, so you asked them…

DR:     Oh yeah, I was walking

CJ:     Okay you were walking?

DR:     Uh huh

CJ:     And you saw somebody getting into a car, so you asked them, you asked about a bible study, is that correct?

DR:     No, I just asked them, I said, "When is the church service?"  You know and then she told me the church service and the bible study or something like that and the times or something, I guess.

CJ:     Was that, was that an African American woman or a white woman?

DR:     Yes, yes.  Well this is an African Methodist Episcopal, is that what AME stands for? I think, I think that's what it stands for I'm not really sure.

MS:     So that's, that's why you went to that church?

RESTRICTED MATERIAL                                                    US-016762

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                          Dylann Roof Interview

CJ:     So is that why you chose that church?

DR:     Well, yes.

MS:     Because you were looking for African Americans.

DR:     Right, right.  I wasn't going to go to another church you know, because there could of been white people there.

MS:     So you, you didn't want to kill any white people?  Or shoot any white people?

DR:     (Laughs) Oh, no.

MS:     You just wanted to, to shoot the black people.

DR:     Right, yeah.

CJ:     What was the reason why, um, cause if you're, you're from, you bounced, you lived at your dad's for a while and you stayed at your mom's for awhile.

DR:     Right

CJ:     What was the reason why you chose Charleston as your location, why, why that particular area there?

DR:     Well, the reason I chose Charleston is because, you know, it's just, it's, I like Charleston.

CJ:     Uh huh

DR:     You know it's really nice down there, uh, it's a historic city, you know.  You know at one time, I think it had the highest ratio of black people to white people in the whole country., when we had slavery but, you know.  And then the other reason is just because that AME church was historic, too, you know, it was a historic AME church.  I mean, I guess that's pretty much the reason.

MS:     How did you find out about that AME church in Charleston?  Did you research it on the internet?

DR:     Yeah, I just looked up black churches.

MS:     On the internet?

DR:     Yeah

MS:     Where you do that at?

RESTRICTED MATERIAL                                    US-016763

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY              Dylann Roof Interview

DR:    Uh, there's a website called sciway like S, C, I, way.net, you know and it's got a bunch of stuff about South Carolina on it.

MS:    Okay. So you, so you went on the internet to look, to find black churches and you knew Charleston had a high black population, and it, it was historic.

DR:    Well, I could of done it in Columbia too. There's black churches in Columbia, it's just, I don't know, I just wanted to go to Charleston, I guess. I don't really know.

CJ:    I'll um…

MS:    But that church, the fact that that church was a historical church, it had been around a long time…

DR:    Right

MS:    …that was good, that was good. I mean, I guess what I'm asking is, were you trying to make sure you were sending a message out? You wanted to send a message.

DR:    Right

MS:    You wanted people to know, hey…

DR:    Yeah

MS:    …I got to stop this, or what, right? That's, that was your message?


DR:    Yeah, and that one's right, right by downtown, right by King Street, you know.

MS:    Uh huh

DR:    So

MS:    Did, did, when you first walked in and they were having a, a bible study, did anybody even acknowledge you or say anything or say, you know, "welcome sit down?"

DR:    Yeah, yeah, they gave me a, a, they gave me a sheet, they gave me a sheet, they gave me a sheet.

MS:    So they, they welcomed you, these people did?

DR:    Right, but I didn't, I mean I didn't, like I said, I didn't say anything to them they just handed me the sheet pretty much. So you know, there wasn't that many people there. There wasn't but like eight people there.

RESTRICTED MATERIAL                                        US-016764

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:     So when you walked in there were eight people, was it, was it in the main sanctuary or was it in a, what do you recall?  When you walked in there were eight people, where were they all positioned?

DR:     Just around like tables.

CJ:     Around tables?

DR:     Yeah, it wasn't in the sanctuary.

CJ:     Okay, so it was around tables.

DR:     Yeah

CJ:     Where did you position yourself?  Were you in front of them, in the midst of them, were you in the back of them, to the side of them, do you recall?

DR:     Well, you know, there was, there was like a table here and a table here you know and I was sitting like here.  Most of the other people were over here.

CJ:     Can you draw that out for me?  Would you mind doing that? Just..

DR:     Uh, I can if you want.

CJ:     Yeah, just, just so I can have a better understanding.  Just, just like, so when you walked in just show me like where the tables were and.

DR:     The door was right here.

CJ:     Okay

DR:     (DR drawing and describing what he's drawing) And there is a table here and a table here and here, and then like another little table here.

CJ:     If you can like, if you can like do like little circles to indicate where the people were, that, to the best of your recollection.

DR:     It's just like I said, most of the people were like over here.

CJ:     Uh huh

DR:     Maybe like this and then but I was at this table.

CJ:     Put an X, put an X where you were.

DR:     Okay

RESTRICTED MATERIAL                                              US-016765

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:     Was there anybody else at that table with you?

DR:     No

CJ:     Okay

DR:     But, this is, yeah, that's pretty, okay I don't that's probably, one, two, six, I don't know that's probably about the right number but I'm just trying to give you an idea.

CJ:     Right

DR:     But this is the door.

CJ:     So you walked in and you said…

DR:     Right, I was walked over here and they gave me the, you know, a sheet.

CJ:     Little sheet, and you said you put your bag down on the ground?  Is that what you said?

DR:     Oh no, no, no, no

CJ:     Or you had the bag on you?

DR:     Yeah, the bag was on me.

CJ:     Okay

DR:     I dropped the bag afterwards, like as I was leaving.

CJ:     I got you.

MS:     So, so you had, you had the bag on you.  It's about when you finally thought, "No, I've got to do this, I've got to, I've got to," you know, you came here to do it and you told yourself.  You had, thought, you had a thought about leaving, right?

DR:     Yes I did.

MS:     But then you said, "No, I'm here, I've got to do it."

DR:     Right

MS:     And so you, you pulled your gun out of the bag.  How many magazines did you have in your bag?

DR:     Eight

RESTRICTED MATERIAL                                                    US-016766

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    You had eight?

DR:    But one was in the gun.

MS:    So you had…

DR:    Seven in the bag.

MS:    Seven in the bag, okay.  So, for the, how many times did you reload?

DR:    All the times.

MS:    So you went through all eight magazines?

DR:    Yes, no, no, no, actually no, I went through seven magazines and I took one magazine with me, which is still in the gun.

MS:    And where is the gun right now?

DR:    Well, it was in my car when they arrested me.

MS:    When they arrested you, so the gun's still in…

DR:    And I told them about it.

MS:    And it's got a loaded, you've got one loaded magazine.  So you shot through, you got, essentially, you said you put 10 or 11 bullets in each magazine?

DR:    Right, right

MS:    So the gun wouldn't malfunction or miss feed or whatever, right?

DR:    Right

MS:    And so you, you reloaded, you shot and reloaded seven times, or, am I right?  One in the magazine…

DR:    Six times

MS:    Well reloaded, yeah, because the last one you took with you.

DR:    Right

MS:    You shot, one that was in there, you shot it.

DR:    Right

RESTRICTED MATERIAL                    US-016767

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     Went through six more magazines shooting…

DR:     Right

MS:     …and then you reloaded.  Did you, so by, by that time I mean people that were already
        down.  Did you walk up and shoot them, that had already, you know, um, went to the,
        that fell on the ground?

DR:     Well, see, it was sort of complicated because they were all like under the tables, you see
        what I'm saying?  It's not like I was like uh you know going around shooting people that
        were already dead or anything like that.  It's just, when I shot a magazine it's like I just
        went pop, pop, pop, pop, pop, pop, pop, pop, you see what I'm saying, like at one person.
        You see what I'm saying?

MS:     So they, so when you started shooting, I guess, you say you were so quick shooting, it
        looked like maybe they didn't even see where it was coming from at first…

DR:     Right, well the first shots.

MS:     …and they all dove under the table.

DR:     Right, right, right.  Everybody dove under the table.

MS:     Everybody did.

DR:     Yeah

MS:     And then you went around the tables just shooting them?

DR:     No, not exactly, you, you know because there's some people that I didn't shoot.  I think
        there were two people that I didn't even shoot at all.  Like one woman was over here
        (points to location on diagram) and I didn't even shoot her at all.  Anyway, because she
        was like looking at me and stuff and I didn't shoot her.

MS:     So you didn't shoot that woman because she was looking at you?

DR:     (laughs)

MS:     Well, it's hard, it's hard to shoot somebody when they're looking at you, right?  I mean it
        is?

DR:     No but it's hard to shoot somebody anyway.

MS:     Right, right.  But the other people, so were you, were they at, were you shooting them in
        the back, or, or just where ever they were, however they were?

RESTRICTED MATERIAL                                                    US-016768

RESTRICTED MATERIAL

Transcript                        INVESTIGATIVE COPY                        Dylann Roof Interview

DR:  Right, just however they were laying, I guess.

MS:  Like multiple times.  So the first magazine, if I'm reading you, right.  You pulled it out and you just started shooting.  You go through that very quick.  Everybody dives under the table.

DR:  Right

MS:  You then reload the magazine.  Do you like just get up and start going around—because people are under the tables—just shooting, you know?

DR:  Yeah, you know, I was, you know, I was sort of pacing around, you know, because I was like freaking out a little bit too.  You know what I mean.  It's not, I, there was pauses in between, you know thinking about, you know what I should do and stuff.  But I guess in a way, I guess you could say that's what I was doing.

MS:  But, but did, did anybody try and run or just all under tables.

DR:  No, hmm hmm, see, I thought everybody was going to try and run out the door but nobody did.  They all went under the table.

MS:  And, and, and nobody charged you to try to stop you?

DR:  No, no, no

MS:  Alright and we'll come back more, but so you, you go through you.  The one woman you didn't shoot at all she looked at you, and then there was another person you said you didn't shoot at all.  Was that a woman or a man, or?

DR:  Yeah, I think it was a woman.

MS:  Okay.  And did she look at you too, or?

DR:  No, no, she wasn't looking at me.

MS:  Why didn't you shoot her?

DR:  I mean she might have got shot.  I'm not saying she didn't get shot, but I'm saying I didn't aim at her and shoot.

MS:  Okay.  Was there a reason why you didn't aim at her and shoot?

DR:  Uh, no, I can't really say a reason.

MS:  Okay, so after you shoot, do you leave all your magazines laying on the ground?

RESTRICTED MATERIAL                                        US-016769

RESTRICTED MATERIAL

Transcript                     INVESTIGATIVE COPY                     Dylann Roof Interview

DR:    Yes

MS:    Except for you put a fresh one in, so you, your eighth magazine you load?

DR:    Right

MS:    So, you drop, you leave the bag there, you've got the gun.  What do you do next?

DR:    Well, then I leave.

MS:    Right, well, I knew.  But you go out the door and run.

DR:    The same door I came in.

MS:    And where did you go to?  I mean where's your car?  Did you, where is your car at?

DR:    I went to my car.

MS:    Where, where had you parked at?

DR:    Right by the door.

MS:    Just out on the street or is there a parking lot?

DR:    Literally right by this door, in a parking space.

MS:    So this is, this is street parking right out here?

DR:    No, no, no, this, they've got a gate, you see and then they've got parking.

MS:    So you went into the gate and parked?

DR:    Yes, yes, yes.

MS:    And then got out, parked by the door, walked in, walked out?

DR:    Yes, yes, yes.

MS:    Would you, would you mind initialing this and write, and write the word door right there.

DR:    Initial on this?

MS:    Well, this exhibit is yours, so later you can say "yeah that's me that." So just write the word door right there.

CJ:    You can initial right above where you were sitting.

RESTRICTED MATERIAL                     US-016770

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    I don't know if I should initial this.

MS:    That's fine, that's fine, you don't have to, that's fine.  Um, but anyway, so you go and you get in your car.  And you uh, you get in and leave.  So where do you go?

DR:    Well, to be honest, I was in absolute awe that there was nobody out there after I had shot that many bullets.  I was like, oh my God, what are these cops doing?  They're not even really doing their job.  If you hear how many shots, I don't know how many shots that was.  You know, what's, what is it seven times 11...

MS:    That's 77

DR:    ...that's 77.  You know and there's not even a cop outside, you know.  So obviously when I walked out that door, you know, I peeked out that door.  Because I thought there was going to be somebody there ready to shoot me.  You know what I'm saying?  So you know, that's really why I had the last magazine.  It's not to shoot cops, it's so I could shoot myself.  You see what I'm saying, when they, when I saw a cop.

MS:    So you had it, so if, if law enforcement would have showed up, you were going to go ahead and just?

DR:    Yeah, I wasn't going to ever shoot at a cop.  I was going to shoot myself.  But anyway, like I said, there was, there was no cop so I just got in my car and then uh, I just drove out of Charleston, you know, onto the interstate.

MS:    To uh to 26?  Like the interstate going back to Columbia?

DR:    I think it was in that direction, but I didn't go back to Columbia.

CJ:    Where did you go to?

DR:    Charlotte

MS:    So you, so you, you drove up 26, did you drive up the interstate the whole way to Charlotte?

DR:    No, no, no, no

MS:    You took back roads?

DR:    I just took all kinds of roads, I don't know.

CJ:    What was the reason you chose that, you chose to drive to Charlotte?

DR:    Well, I just didn't want to go back to Columbia and I just, like I said, you know, I was still in awe that I even was driving at all, and even got away.

RESTRICTED MATERIAL                                    US-016771

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:     Sure

DR:     You see what I'm saying?

CJ:     Sure, sure

DR:     So I just picked a place.

MS:     So you didn't expect to survive?

DR:     Oh no, no.

MS:     So okay, so well go back to where we were at. I had some more questions getting to that point. Well, are these the clothes you were wearing last night? Or did you change?

DR:     Yes. No I haven't changed.

MS:     So you, so those were the Timberland boots and the black pants. Did you have a, a, a jacket or a hoodie on or something?

DR:     Uh, yeah, yeah, no, I had a long sleeve shirt on, over this.

MS:     Over that, where's that at now?

DR:     It's in the car.

MS:     It's in your car, okay. So these are the clothes you, you wore and, and essentially we'll, we'll come back to where we were. So I'm just going to kind of recap. You, you picked the AME church out. The African American Episcopal Church, it's, it's a historic church, been around a long time. It's a black church. You knew there would be black people there and probably not any white people there.

DR:     Uh huh

MS:     Right? Because, you did not want to kill any white people?

DR:     Uh huh

MS:     You went there with the intent to kill black people in retaliation for what other black people have been doing in the United States.

DR:     Uh huh

MS:     That's why you went, right? And so, and to make a point, right? I don't know who would call it a. I mean, what do, is, is it to you, is it, sometimes we use the word political or revolutionary or?

RESTRICTED MATERIAL                                      US-016772

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Well, I guess it could be considered political.

MS:    Political.  So, is it safe to say, you know, you don't like black people?

DR:    Well, I don't like what black people do.

MS:    Okay, okay, that's fair. What, what black people as a race do, right?

DR:    Right

MS:    Is that what you're saying.  That are in America or the whole world or what?

DR:    In America in Europe.  There's a whole bunch of black people in Europe now that are doing the same thing.

MS:    So, so, what you did, I mean, this shooting was all about because they were black.  It wasn't, I mean, that's why, I mean, I know, because and let me make sure I'm clear on this.  If it wasn't, you've already said, if there wouldn't have been uh, uh, black people in that church, you would have never walked in there…

DR:    Right, right

MS:    …and shot them?  I mean, it was because of your, your belief, your understanding of what black people in America and the world are doing to society.

DR:    Uh huh

MS:    The crimes and everything else and you wanted to, it was a retaliation or a?

DR:    Right, well, you know, obviously I realize that these people, you know, they're, they're at church, you know, they're not criminals or anything but that's not the point.  What is, that criminal black people kill innocent white people every day.

CJ:    So what was the, what was your point then?  What point were you trying to make?  By, you said, you said right there these people are in church, they're innocent.

DR:    Right

CJ:    But what was, so what was the point of targeting them?

DR:    Because, I just knew that would be a place there would be, you know the least, you know, a small amount of black people, you know, in one area.

CJ:    Yeah

RESTRICTED MATERIAL                              US-016773

RESTRICTED MATERIAL

Transcript                     INVESTIGATIVE COPY                     Dylann Roof Interview

DR:    You see what I'm saying?  I thought about going to like a black festival or something like
       that but then you got security and stuff and you got to wait for the day, you know you
       can't do it whenever you're ready, so.

CJ:    So I'm, so we're understanding you correctly, you specifically, you did your homework
       obviously, cause you were quoting statistics earlier, you, you did research and you, you
       specifically chose and area where there would be all African Americans there, is that
       correct?

DR:    Yes

MS:    Are you, are you in any type of, of.  Well earlier you made, and you mentioned like the
       Neo Nazis and…

DR:    Yeah…

MS:    …the KKK and the skinheads.

CJ:    The skinheads.

DR:    …yeah, well there are no skinheads.  I wish they were but there aren't.

MS:    Are you, so you're not into any.  Are you in any groups like that?

DR:    No

MS:    I guess what I'm asking is do you have other associates or friends that are well, let me
       back up. Would you consider yourself a white supremacist? I know sometimes that's a, a
       but that the white people are superior.

DR:    I consider myself a white nationalist…

MS:    A white nationalist.

DR:    …rather than a white supremacist.

MS:    Okay

CJ:    What's, what's, what's your definition of the two then?  Because you said you're not a
       white supremacist, you're a white nationalist.  What's, in your mind, what's the
       difference?

DR:    Well no, but UI all this I do consider myself a white supremacist, sure.

MS:    You…

RESTRICTED MATERIAL                     US-016774

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                          Dylann Roof Interview

DR:     White people are superior, if that's what you mean.

MS:     Yeah, that's what I'm asking, right, you know, that, that, the white race is superior to all
        the other races, is what, and so you're…

DR:     No, no, no, I don't think there's like for example, you know you've got East Asian
        people, they've got higher IQ's than white people and I don't have a problem admitting
        that, it's just the facts.

MS:     So you. So as white supremacist it's only to certain races?

DR:     Right, well look, white people are superior to blacks or you know, Hispanics you know.
        But then you got white Hispanics, you know.

MS:     Uh huh

DR:     So, you know.

MS:     Yeah

DR:     There're Indians, you know, Arabs, South East Asians, you know.  The only other races
        probably you know about equal to white people would be like East Asians, you know like
        Chinese, Japanese and Koreans, people like that.

CJ:     But as a white supremacist do you still think that you're, do you still think the white race
        is superior to East Asians even though they have a higher I, you said the higher IQ than
        Caucasians?

DR:     I think in general, yes, I mean because we've invented a lot more stuff than them.  But
        they're good at they're good at improving on our inventions.

CJ:     Sure, but in your mind, the white race is, is the dominant race?

DR:     (laughs) No, I don't think the white race is the dominant race. I wish it was though.  You
        know I think it should be.

MS:     Do, do…

DR:     That's the problem.

MS:     Do you think, like, what you did last night, do you think that helps to, to maybe.  Were
        you, I guess were you trying to start a revolution to where other people say, "hey, it's
        time to stand up," if everybody does this?  You know what, you, you understand what
        I'm saying?

RESTRICTED MATERIAL                                                      US-016775

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     I'm not delusional, I don't think that you know, that something like what I did could start a race war or anything like that, you  know, but.

MS:     But I know would you like that?  I mean, would that be. Would that help?

DR:     Well a race war would be pretty terrible, you know.

MS:     Yeah

DR:     People dying all the time.

MS:     Yeah, yeah it would.

DR:     But you know I'd rather just, you know, just be able to like reinstate segregation or something like that, you know, without there having to be a race war.  But, you know, I there probably will be a race war, eventually.

MS:     But just segregation, correct, I mean is all?

DR:     I mean that would be okay with me for right now but like I said, you know, that's, that's really unrealistic, you know.   The black people just aren't going to allow themselves to be, to go back into segregation.  Not that segregation was bad, you know, it wasn't, but.

CJ:     How long have you um, how long have you felt this way?  I mean did, I guess my question is were, was there ever a time where you?

DR:     Right well I can tell you …

CJ:     Yeah

DR:     ... the first thing that, I guess I would say, I would say that woke me up, you know, would be the Trayvon Martin case.  You know, I mean that was a while back.

CJ:     Right

DR:     What was it two years ago?  And you know, I'm, I'm, I kept hearing about this kid you know and I'm like, eventually I decided to you know look, look his name up, just type him into Google, you know what I'm saying?  And then I read the Wikipedia article about Trayvon Martin, and I couldn't understand what the big deal was, you see what I'm saying?  And then, for some reason after I read that, I, I, I typed in uh, for some reason it made me type in the, the words black on white crime and that's, that was it, every since then.

CJ:     So prior to that you really didn't think too much about black and white relations or white and black relations?

RESTRICTED MATERIAL                                    US-016776

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Right, well I mean obviously, you know, you live in South Carolina, you know there's so many black people here, you know.  Every white person in South Carolina probably has at least a little bit of racial awareness, you know, naturally because there's so many black people.  But it's superficial, you see what I'm saying, it's no real understanding behind it.

CJ:    Right.  So, so basically after the Trayvon Martin incident, you said, you said it woke you up and you did a little bit of research.

DR:    Right

CJ:    After you researched that and you started looking at, you said black on white crime, is that correct?

DR:    Right

CJ:    So what happened after that?  If you could, just, just carry me through the, you studied that, were there other, other research um topics that you looked into?

DR:    Well, then I found out you know, like I said what was happening in Europe.  In a lot of ways it's even worse over there than it is here.  London is only 60% white, you know, they've got so many Muslims over there in Europe, they're being swamped.  It's going to be a race war in Europe too I bet.  You know, in France, they don't even take demographics.

MS:    Well, on this incident, did, did you share, I mean were any of your views shared by any of your friends or anything, I mean?

DR:    Oh no

MS:    Did you ever talk to any of them about it?

DR:    No

MS:    Now, now going back, do you, do you have a phone a cell phone or anything?

DR:    Oh no, I don't even have a cell phone.

MS:    How do you communicate?

DR:    I don't.

MS:    You don't.

DR:    (laughs) No

RESTRICTED MATERIAL                                        US-016777

RESTRICTED MATERIAL

Transcript           INVESTIGATIVE COPY           Dylann Roof Interview

MS:    So if your dad or somebody wants, wanted to get a hold of you, how would they get a hold of you?

DR:    Oh, I just, I just call them on the house phone I guess.

MS:    Okay, now, um, who's your best friend?

DR:    Well I don't have a best friend.

MS:    Do you have a friend, do you know a, a, let me ask you this. Do you know a guy named Joey Meeks?

DR:    Yes

MS:    Are ya'll, are ya'll friends?

DR:    Yes

MS:    Did, did he know of anything about you planning to do this, did you talk to him about it, what you were going to do?

DR:    (DR shakes his left to right indicating no)

MS:    Okay, does, does he share some of the same views you do?

DR:    (UI)

MS:    You, you, sometimes our friends, they, we hang with people that share our views, I mean that's, that's life…

DR:    Right, yeah.

MS:    …right, like minded people.

DR:    But, I never even you know talked about race around, you know, other people and stuff like that because they probably wouldn't agree with me, you see what I'm saying?

MS:    Well, like what about at home?

DR:    No

MS:    Ya'll didn't really talk about it?

DR:    Because they, they wouldn't like it, you see what I'm saying.

MS:    Yeah. Like, like your dad didn't know?

RESTRICTED MATERIAL          US-016778

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     Oh no, because they wouldn't like it.

MS:     You're right, they would say, "hey."

CJ:     Did you ever, did you ever bring that topic up to your dad or your sister or anybody, your grandparents, did you ever even just talk about it and then.

DR:     No

CJ:     No

DR:     No

CJ:     Never

MS:     Well, going back to last night again, at the church.  Do you know about how many men or women that were there or?

DR:     Right, eight, I'm guessing eight.

MS:     If, if I told you that someone there said um, that when you started shooting or right when you did it that you said, "I have to kill black people."

DR:     No, I didn't say that.

MS:     You don't remember saying that?

DR:     No I didn't, I probably said something similar to that…

MS:     What do you think you said?

DR:     …in the middle of it.

MS:     Yeah

DR:     But not right when I started shooting.

MS:     Yeah, that's right, when you started shooting, you just pulled out and started shooting, because you wanted to get the jump on them?

DR:     Of course.

MS:     Right, cause you, if, if they saw it somebody might have tackled you or whatever before you got the gun out.

DR:     Right

RESTRICTED MATERIAL                                    US-016779

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    And you thought about that right?

DR:    Right

MS:    I mean, did you like practice somewhere drawing?

DR:    (laughs) No, I didn't practice or anything like that.

MS:    Did you ever go to the gun range or out in the country to, to practice shooting?

DR:    Well, I'd shot my gun before, you know.

MS:    Where, where would you go?

DR:    Uh.  I just shot it at my house.

MS:    At Eastover?

DR:    Right, cause that's outside the city.

MS:    Yeah, it's in the country, it's in the country.  Where did you get the, what kind of bullets did you use?

DR:    Um, just the .45 bullets.

MS:    I mean, did you like try to buy any special bullets, hollow points or?

DR:    Oh yeah, they were hollow points but you know they were just the cheap kind.

MS:    The cheap.  Did you, but did you get those instead of ball for any reason or I mean, did you even think about it or is it that what you had?

DR:    Well no, I mean just saw them there and it sounded good you know.

MS:    So you bought the bullets, you.  So walk me through this, what, how, when did you decide, alright, I know, I know you went to the church before and you found out they had church meetings on Wednesdays.  So at some point, you then decide, okay you have your gun, right, you bought that, just a while back.  Did you go to the store and did you say, alright I'm going to buy these, I got to get the bullets for the job?

DR:    No, I had had bullets, you know, I had bought bullets weeks ago.

MS:    Okay, but did you buy the, did you buy the bullets with the intent of doing of, of, of going to kill the black people?  You know what I mean?  I mean if you're at the gun store and you're like "yeah, these bullets right here are these are the bullets I need to get," because…

RESTRICTED MATERIAL                                                              US-016780

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Well, I guess so, I mean, you know, but I mean, I could of used them just to shoot the gun, too, you see what I'm saying?

MS:    Right, right, but you wanted, I mean…

DR:    Right, I mean I had to have enough bullets.

MS:    Right

DR:    You know to fill the magazines, sure.

MS:    And the, and the hollow points, you know, guns, guns, bullets that are known to stop people, I mean.

DR:    Right, right

MS:    Just like we carry bullets that are you know, you know, you want to carry good bullets, and so you thought that, I'm just saying did you think about it, I mean.

DR:    Yeah, I thought about it, yeah.

MS:    Okay, and where did you buy the bullets at?

DR:    Wal-Mart

MS:    Just Wal-Mart?  Which, do you know which one?

DR:    Well, actually, I bought them at different Wal-Marts, you know.  Not for any reason, it's just, I didn't have the money, you know, to buy them all at the same time.

MS:    So you just kind of stock piled.  I mean, I say stock pile, you go to your Wal-Mart...

DR:    Well, it was just, it was only two boxes, you know, but, two boxes of bullets.

MS:    So you bought one box at one Wal-Mart and one box at another Wal-Mart?

DR:    Yeah

MS:    Do you remember which Wal-Marts they were?

DR:    No, but they're all around Columbia I know that.

MS:    Uh huh

DR:    They were all around Columbia.

RESTRICTED MATERIAL                    US-016781

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:     Did you uh, use a credit card or pay cash for that do you remember how you paid for the bullets?

DR:     I couldn't tell you.

CJ:     Couldn't tell.

MS:     So, now, we're kind of going back to what you, what you mentioned before when you left.  You were kind of in shock, "hey, the police didn't show up, I'm alive, I didn't have to kill myself," because that's what you were going to do when you came out, right?

DR:     Right (laughs)

MS:     And, and so you were like, "where do I go?" And you just, you drove all over till you decided to come to Charlotte.

DR:     Right

MS:     And, and why did you decide to go to Charlotte?

DR:     I don't know, you know, it's just the names. I just wanted to come to Charlotte, pretty much.

MS:     Did…

DR:     You know it was sort of close, it's not too, far away. Because I didn't have a lot of gas, you know.

MS:     What do you, uh…

DR:     And obviously I didn't want to use my debit card at the gas station, you know that way they can track it.

MS:     They track it.

DR:     But obviously, I did use my debit card eventually.

MS:     Where did you use it at?

DR:     I used it at a ATM, because I had to get more gas.

MS:     How much gas did you get?  Cash, you got cash out the ATM, right?

DR:     Yeah, I only got $20.

MS:     Okay, and then you went and got some gas?

RESTRICTED MATERIAL                                              US-016782

RESTRICTED MATERIAL

Transcript                        INVESTIGATIVE COPY                        Dylann Roof Interview

DR:    Yeah

MS:    Where at?

DR:    It was in Charlotte.

MS:    Okay, now, then you drove out this way to, I mean to Shelby, uh?

DR:    Yeah

MS:    Did, you, when they stopped you, were you driving or were you?

DR:    Yeah, I was driving.

MS:    And so they pulled you over, did, what did you think, what went through your head?

DR:    Oh well, I knew they were going to get me eventually anyway.

MS:    Yeah

DR:    I was just waiting for them.

MS:    Where was the gun?  I mean did you take it out when the cops?

DR:    No, the gun was in the back seat, oh, no, no, no.

MS:    Now that time, you said, "Ah, I guess I'm not going to have to kill myself," right?

DR:    Right, I had already decided that's just a bad idea.

MS:    Yeah.  Did you decide, when the, when the, when the policeman pulled you over and obviously you didn't want to do that, I mean, you, you, your, you had decided alright "I'm just going to give up," right?

DR:    Right

MS:    Okay, did you say anything to the policeman after, when he pulled you over and he walked up to the car?

DR:    Oh no, I didn't say anything.  He just, you know, told me to put my hands on the wheel and that's it.

MS:    He didn't tell you why he was stopping you?

DR:    (laughs)

RESTRICTED MATERIAL                                US-016783

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    You knew right?

DR:    I knew why he was stopping me.

MS:    Yeah, but uh, did, I mean, did you tell them I did it, or do you remember saying anything like that?

DR:    No, I didn't say anything like that.  They just said, you know, uh, are you connected to what happened, I think, something that, you know, and I just said yes.

MS:    Okay, and then you told them, I think you said you told them the gun's in the car?

DR:    Right, they said is there anything in the car and then I said yeah, the gun's in the backseat.

MS:    Okay

CJ:    Where were you headed to when they stopped you the UI?

DR:    Well, I was going to, (laughs) it might sound sort of weird but I was going to try and go to Nashville.

CJ:    Nashville?

DR:    Yeah

CJ:    Why, why Nashville?

DR:    (laughs) Why not?

CJ:    Yeah

DR:    No reason, I've never been to Nashville, but it so far away, I didn't know if I would have been able to make it.

MS:    So you really didn't have a good plan, an escape plan, because you didn't think you'd make it out?

DR:    Right (laughs) there was no escape plan.

MS:    Had you thought about going, "Hey, I'll get some more bullets and go shoot some more people with it?"

DR:    Oh no, I was worn out, there's no way.

RESTRICTED MATERIAL                                                    US-016784

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     How did it make you feel, afterwards?  I mean, I mean there's got to be a lot of adrenaline, right, running, driving back?

DR:     No, no I didn't need any adrenaline.

CJ:     Are you um, are you glad you did what you did?  I mean, do you think it sent the message you wanted to send?

DR:     I really couldn't tell you.  I have no clue if whether it sent a message or not.

CJ:     But how do you feel personally about it?  Are you glad you did it?

DR:     Well I wouldn't say I'm glad I did it, you know, but I've done it, so.

CJ:     And you said it was something you had to do.

DR:     Yeah, I had to do it.

MS:     If you could back up, would, would you do it again?  I mean, that's, that's how strongly you felt about this issue, right?

DR:     (laughs) Well at the moment, you know, if I could back up to where I was just still sitting at the table thinking about walking out (laughs), I might walk out.  I'm not going to lie, but you know.

MS:     Yeah

DR:     Who wouldn't?

MS:     So, what is your thought about those people though?  Because, I think you kind of eluded earlier there, I mean, in your mind, they're innocent people, right, I mean, they, there was clearly church going people, they were in bible study.

DR:     Uh.  Well, I try not to really think about it, you know.

MS:     But I mean, I guess, I guess, the question would be is it, because they were black.  That really kind of overrode everything else, because you, you had to send that message?

DR:     Well, it's like this, you see.  I'm not in the position, you know, by myself, you know, to go into like, a black neighborhood, you know, or something like that and, and, and shoot up, you know, drug dealers or something like.  You see what I'm saying?  That's just, that's not going to do anything.  You see what I'm saying?  I had to go somewhere else.  You see what I'm saying?

RESTRICTED MATERIAL                    US-016785

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     So, what you're saying is that you had to go somewhere you could…

DR:     Yeah

MS:     …shoot some people without getting shot?  I mean isn't that right, I mean?

DR:     Right, you know, even if it, you know not, not necessarily that like say the black drug dealer would have shot me, you know, say I would have shot him.  That's only one person, you see what I'm saying?

MS:     Okay, so it wasn't the fact that you could have shot him and he might have shot you.

DR:     Right

MS:     It was the fact that you knew "I could shoot more people," like you eluded to earlier, or you said earlier…

DR:     Right

MS:     …I had, there was a lot, several people in that.  Do you wish there would have been more people in there, I mean?

DR:     No, because, like I said, you know, if that was the case, I would have shot everybody in there; you see what I'm saying?  Afterwards, you know, it's just like, awe, you know.  That's why I didn't shoot the other lady, I could have but I didn't.

MS:     Do you remember telling that lady "I'm going to let you live so you can tell my story," or something like that?

DR:     (laughs) Yeah, I remember saying that but, you know, there's really no story.

CJ:     What did she say to you when you said that?

DR:     I don't think she said anything.

MS:     But, but, I guess you said that, right, cause you thought again, you thought you were going to walk out the door and probably.  You didn't think you were going to leave that alive, leave there alive?

DR:     I didn't really know, you know, like, I didn't hear anything out there but you know, I thought they were probably hiding out there somewhere, somewhere.

MS:     The police?

DR:     Right

RESTRICTED MATERIAL                                                    US-016786

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    Okay, and, how. Did you buy all those magazines at one time when you got the gun, did they, I mean, does two usually come with it or did you buy the spares or did you go pick them up as you had money?

DR:    Yeah, I just picked them up as I had the money.

MS:    Did you get them at Shooter's Choice also or?

DR:    I think I got most of them at Shooter's Choice, but I might have gotten a couple somewhere else. But I think I got most of them at Shooter's Choice.

MS:    So you, do you remember filling out the 4473? That form, the ATF form you have…

DR:    Oh yeah

MS:    …to fill out to get the gun, and you put all your information on there?

DR:    Right

MS:    And, and all that and everything. Okay, and so. Is that the only gun you have?

DR:    Yes

MS:    At home?

DR:    Yes

MS:    The only gun you ever owned?

DR:    Right

MS:    And did you get to, and you carried that and kept that with you or where did keep that gun before, before last night?

DR:    Oh, I had it with me in my car.

MS:    Right but normally do you always drive around with it or usually like keep it at the house?

DR:    Well, for the past like week or two, I had it in my car.

MS:    Was that because you were at any time ready to go, or?

DR:    Yeah, I guess.

RESTRICTED MATERIAL                                                US-016787

RESTRICTED MATERIAL

Transcript　　　　　　　　　　INVESTIGATIVE COPY　　　　　　　　Dylann Roof Interview

CJ:　　Did you purchase that weapon for the very purpose of doing what you did last night? Was that the reason you purchased the weapon?

DR:　　No I wouldn't say that.  I, I mean, I just wanted a gun pretty much.

CJ:　　Right.  How long ago was it would you say that you actually, just, just so I can back track.  I don't want to keep, I don't want to keep having to go over the same stuff over and over, I'm just trying to understand, to make sure I understand you correctly. You say you really never thought about a lot of this stuff until roughly the Trayvon Martin incident, correct?

DR:　　Yeah, that's right.

CJ:　　So when you, so when you saw that, you got upset and you started to do some research on the computer and you didn't like the statistics that you saw.

DR:　　Right

CJ:　　And that was roughly two years ago or so?

DR:　　Right

CJ:　　You seem very well versed and very well educated on, you know, black on white crime or white on black crime, this, that and the other, so you've done quite a bit of research with it, is that safe to say?

DR:　　Oh yeah, I know a lot more stuff I can talk about, but you know.

CJ:　　Like what kind of stuff?

DR:　　I mean just everything.  I can't, I mean, I can't think of it now but yeah, what you're saying, yeah.

CJ:　　Sure, did you read a lot, did you read books or watch videos or watch movies or YouTube, or anything like specifically about that subject matter?

DR:　　No, just pretty much just reading articles.

CJ:　　Reading articles.

DR:　　Yeah

CJ:　　The more, the more you read, the more.

DR:　　Yeah, obviously I've seen, you know, videos, you know, white people being, you know, be innocent like that but.

RESTRICTED MATERIAL　　　　　　　　　　　　　　　　　　　　　US-016788

RESTRICTED MATERIAL

Transcript                INVESTIGATIVE COPY                Dylann Roof Interview

MS:   Well, staying where Craig's at on it, like, in clothes, what kind.  Did you like to wear black clothes and stuff a lot?  I mean, was that kind of like?

DR:   Black, it's a nice color, for clothes (laughs).

MS:   You don't have that picture, do you?   Oh, yeah, yeah okay.  Dylann, that's, that's obviously that's a picture of you, right?

DR:   Uh huh

MS:   Where is that, is that at uh?

DR:   This is in Charleston.

MS:   In Charleston.  Who took the picture?

DR:   Me, I set it up on this post.

MS:   Well not that one, but one like it.

DR:   Right here.

MS:   The post right here?

DR:   Yeah, right, right, right.

MS:   Okay, when did, when was this picture taken?

DR:   Maybe two-thousand, it could have been, it could have even been 2014, I'm not really sure.

MS:   So it would have been before you went do down there and uh, and, and checked the church out?

DR:   Oh, no, I mean, I've been to Charleston a bunch of times.

MS:   Well, so (UI) you'd  just go.  That jacket right there.

DR:   Uh huh

MS:   Do you still, is that. That's not the jacket you were wearing last night, right?

DR:   Oh no, I was just wearing a long sleeve shirt last night.

MS:   Was it a black long sleeve shirt?

RESTRICTED MATERIAL
US-016789

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                     Dylann Roof Interview

DR:     No, it was gray.

MS:     Gray, okay.  What are like, what are those patches right there?

DR:     Well, well, that's the South, that's the old South African flag and that's the Rhodesian flag.

MS:     Like back when.

DR:     Yes

MS:     Okay

DR:     Rhodesia

MS:     Can you tell me about.

DR:     And South Africa.

MS:     So the old, back when apartheid and back when it was a British Colony South Africa?

DR:     Right, that's the apartheid flag and then Rhodesia, you know, that was a country in, in Southern Africa, right above South Africa.

MS:     And was that their flag back when it was…

DR:     Uh huh

MS:     …controlled by white.

DR:     Right now it's Zimbabwe.

MS:     Okay, but the white, that's back when white people controlled it?

DR:     Right

MS:     What is, on the, the?

DR:     Oh, that's just (laughs), I got that jacket at Goodwill, that's just a, like a Richland County Academic All Stars or something.

MS:     Oh, okay.

CJ:     Did those patches come on that jacket when you got it or did you buy them and put them on there.

RESTRICTED MATERIAL                                                    US-016790

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Oh no, I bought them.

CJ:    So what was the sig, so what is the reason why you chose those par, of all the patches you could of chose, why did you chose those two patches?

DR:    Well, because they represent white people ruling in the homeland of, of Africans and ruling as minorities, you know?

CJ:    Ruling as minorities?

DR:    Yeah, that's powerful.

MS:    Okay, okay. How come you're, you got that mean look on your face in those pictures?

DR:    No, I don't think it looks mean.

MS:    Was that, I mean, you're not smiling, were you trying to, I mean, or is that just you don't. What is?

DR:    Oh well that's 1488.  You guys probably know what that means.

CJ:    Why don't you explain to me what that means.

DR:    Fourteen stands for we must secure the existence of our people and the future of our white children and the 88 stands for hale Hitler.

CJ:    So would you consider yourself a Neo Nazi then?

DR:    No, because…

CJ:    No

DR:    …you know, I think to be considered to be a Neo Nazi, you have to be a part of a real movement or something, you see.

CJ:    Would you, so do you disagree with what Hitler did or do you support Adolf Hitler? Because you're saying hale Hitler in that statement there.

DR:    Right, uh, no, I support Hitler, sure.

CJ:    Okay

MS:    And, and where was this, is that in the sand?

DR:    Yeah, that's at Sullivan's Island.

RESTRICTED MATERIAL                                        US-016791

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     Okay, you drew that in there and then.

DR:     Yeah I just drew that.

MS:     When, how long ago was that taken?

DR:     Yeah, that's where it was.

MS:     So all these would have been in the same time frame, you think, or?

DR:     Yes, actually, I think they were.

CJ:     Can you, can you, explain that to me again what that 1488 means, because I never heard it that um, (UI).

DR:     We must secure the existence of our people and the future for white children, that's the 14 words and then 88 stands for hale Hitler because it's H, H, you know.

CJ:     And who came up with the 1488 slogan? Do you remember the name of the person?

DR:     (laughs) I know you know who it is, um, oh God, is his last name Lane? No, I don't, I can't.

CJ:     Well who was he, though, to you, if you don't know his name?

DR:     Oh, no, I don't know anything about him. I just heard his name, or saw, saw his name.

CJ:     Yeah

DR:     I'm not really sure of his name. But he just came, he just came up with the 14 words.

CJ:     Right

DR:     He didn't come up with the 88.

CJ:     And do you, so you, you identify with and agree with what that, what those numbers represent?

DR:     Yeah, I guess so.

MS:     Do you believe that, that, that this, that your actions last night, I mean, will make you a martyr amongst the people of the similar beliefs? I mean, was that kind of your goal to become a martyr? I mean, if you're thinking you're going to kill yourself, that's kind of what a martyr does, right, for the cause?

RESTRICTED MATERIAL                                                        US-016792

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Yeah, that would be nice, sure, but I don't know if that's what would happen or not, you see what I'm saying.

MS:    I mean, did you want people to know who you were and what your cause was or were you trying to bring this cause, attention to this cause?

DR:    Yes, yes, I'd say so.  I'd say so.

CJ:    Can you tell me about this?

DR:    Oh, that's just a DVD that was made with uh.

CJ:    Well I know that.

DR:    It's okay.

CJ:    I read, I read the back of that and you obviously watched the movie.  What was this movie about?

DR:    Uh, this movie is just about a Brit, a British skinhead in the 80's, like 82, I think.  It's, it's not really that, it's not really like a real racist movie or anything like that, it's more just, he's just a delinquent pretty much.

CJ:    Well, it talks about the uh, skinhead whose random acts of racism, vandalism and violence.

DR:    Right, but if you watch it, there's really nothing violent in it.

CJ:    No

DR:    No

CJ:    What about American History X? You ever seen that movie?

DR:    Yeah, I've seen it.

CJ:    What are your thoughts on that movie?

DR:    That's an okay movie but you know, it's got an anti white ending.  You know what I'm saying? The only reason to think it's funny because that's a good movie you know, but at the end of the move, the only reason they give for you not to be a skinhead is because it's bad to go around with so much hate in your heart.  That's literally the reason they give and that's the only counter reason they have.  You see what I'm saying?

CJ:    Right

RESTRICTED MATERIAL                                   US-016793

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     So in the movie, when Edward Norton's character went to prison and changed his ways and saw that people are, you know, everybody's kind of the same on the inside, no matter what, what their skin is on the outside and everybody has the same struggles that they just may not, you know.  I, I don't, I can't, you know, I don't know what a black man's struggle is just like he really doesn't know what my struggle is.  You know we all have our own, own things we go through in life, you know, um, so, in, in that movie, I mean, that's the whole point, right?  So you're saying that the way it turned out when Edward Norton comes out and he now realized he was wrong, you're saying he should of come out and realized that he wasn't wrong.

DR:     (laughs) Of course.

MS:     Right? That he should of.

DR:     There was no, you know, it's just, it's just a movie.

MS:     Yeah, it, it is.

CJ:     Right but there's a lot of symbolism behind movies, like in the beginning of that movie, it shows.

DR:     Like in the beginning the movie, the first part of that movie is great, it's good.

CJ:     Why is that great?

DR:     Because you know, it shows him being, you know, uh, in the beginning of the movie, I don't know.  It's just, I'll, it's an okay movie, I didn't really like it.

CJ:     Yeah, sure.

MS:     Well kind of going back, and I keep saying that, kind of going back because I'm trying to stick, wrap my head around this whole thing.  Do you have any remorse?

DR:     Uh.  I think it's too soon.

MS:     What, what about regrets?

DR:     Yeah, I'd say so.

MS:     What do you regret?

DR:     Well, that's uh, you know, I regret doing it a little bit.

MS:     A little bit.

DR:     Yeah

RESTRICTED MATERIAL                                    US-016794

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    But part of you is glad you did it, still?  I mean, I mean, I kind of sense that from you, right?  I mean, part of you, so you're proud, I mean, you're proud, part of you is?

DR:    No, because like I said, I didn't really know what I had, exactly what I've done, you know, you know, I don't.

CJ:    What do you mean by that?

DR:    I don't know how many people are killed or anything.

MS:    And how many, do you think anybody died? I mean?

DR:    I think.

MS:    Or do you…

DR:    Yeah, I think somebody died.

MS:    I mean, how do you know?  I mean, you wouldn't…

DR:    Well, I don't know for sure, that's the problem.

MS:    That's the, I mean.  Did you, anybody in the head?

DR:    No, I don't think I did.

MS:    Was it only…

DR:    Intentionally I didn't, I mean I intentionally didn't shoot anybody in the head.

MS:    Were you aiming down the sights or were you just shooting?  Pointing and shooting, you know the difference, you know.

DR:    Right, I was just pointing, but I didn't aim at anybody's head.

CJ:    But getting back to his question, if I were to tell you that yes, there are dead people, do regret that?  Or mission accomplished?  You said it was something you had to do, so either it's.

DR:    Well yeah

CJ:    So I, it's, it's kind of one or the other, you know?

DR:    No, it isn't one or the other, it isn't.

RESTRICTED MATERIAL                    US-016795

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                     Dylann Roof Interview

MS:    Well, but, but, but what he's saying is, I mean, your miss, your, let me go.  Your mission was it, it wasn't just to go shoot people, it was, it was, it was to kill black people, right?

DR:    Uh huh (DR nods head up and down).

MS:    I mean, a .45, Glock .45, that…

CJ:    That' heavy.

MS:    …everyone knows that, that's, that's the handgun if you want to take care of business.   I mean, that, that does the job, right? I mean, that's why you bought that handgun?

DR:    Well, yeah, when I got a gun, I wanted to get the big, the best, the biggest caliber.

MS:    Biggest caliber in that, in the Glock that holds the most bullets for a .45?

DR:    Yeah

MS:    There still may be some that hold more…

DR:    Right

MS:    … I don't want to, whatever, but, it, it, and they're good guns. I mean, the police carry them, those guns.

DR:    Right, right

MS:    I mean that's, it's a good gun and its.  But going back, your, your mission, your plan that you had established and decided that you wanted to do, it was to kill black people?

DR:    Uh huh (DR nods head up and down)

MS:    As many black people as you could in, in, in one location.

DR:    Well, that was the original idea but like I said, when I got in there, you know, it was not really about how many I could kill anymore, you see what I'm saying.

MS:    What was it about?

DR:    I don't know, I mean, it was just like, you know, after I'd already shot people, it's like, I didn't believe and feel like I needed to shoot, you know, everybody, you see what I'm saying?

MS:    Once again, it goes back to what we said a while ago, a part of that, you know, you might have, you thought you were going to die and someone to tell the story, let…

RESTRICTED MATERIAL                                          US-016796

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     (laughs) You know, that's, that's more really an excuse.

MS:     Yeah

DR:     It's not really, it's really that I just didn't want to kill her.  So, you see what I'm saying?

MS:     So, so, if I, I told you nine people died last night, how would that make you feel?

DR:     I wouldn't believe you.

MS:     It was nine.

DR:     There wasn't even nine people there.

MS:     There was just a little bit over nine.  But it's hard when you're looking at the table to judge people.

CJ:     As you said when you went in there, you said it could of been six, eight, you really weren't certain, you know.

DR:     Are you guys lying to me?

MS:     No

CJ:     No, we're not.

MS:     Eight people were dead at the scene, two were rushed to the hospital, so I guess it was 10 people were shot, actually had gunshot injuries.  It's my understanding, the uh, the ninth person died at the hospital, but eight people were, were dead on the scene when the police showed up.

DR:     Oh, well.

MS:     How do you feel?

CJ:     In all honestly?

DR:     Well, it makes me feel bad.

MS:     But also, but, but, but as Craig was saying, I know, I mean your mission was to kill black people, and I mean you killed nine black people.

CJ:     You said earlier that you, just to recap, from watching the Trayvon Martin, you got upset and you started doing research.  You said you could of done it in Columbia but you chose not to.  You picked out that particular church because of the historical…

RESTRICTED MATERIAL                                US-016797

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     Right

CJ:     …meaning behind the church.   You actually drove out to the church.  There was a black lady you said, getting into her car as you were walking by and you found out that there was going to be a bible study there.  So you knew there was going to be a large concentration of black people at the study.  You said you went into the study.  You said you thought about this, you finally made a decision, you had your weapon, go.  You said maybe April or so is when you got the weapon.  So now you had your weapon.  You said you bought two different boxes of ammunition, one at one, possibly one Wal-Mart, one at the other.  So you didn't buy it all at one time, but you, over 77 rounds over time you collected.

DR:     Right

CJ:     You brought that weapon with you in a bag.  You said you X amount of am, correct me if I'm wrong, was it seven magazines?

DR:     Eight, all together.

CJ:     Eight magazines all together.  Alright, you went into there, you went into the bible study.  You uh, you walked in through the door.  You saw these two tables, see one, two three, four, five, six, seven, eight, nine, 10.

MS:     You drew 10 people.

CJ:     You drew 10 people.  You sat right here at this table.  You sat for about 15 minutes, could be 20, could be been 10,  and then you said you just had to do it.  You said, that's when you stood.  You said you started shooting.  You went back to the door.  You, you told us that you fully anticipated after firing 77 rounds that law enforcement would have responded.  You were fully anticipating that and you said you didn't, you didn't, you kept an extra magazine, but you weren't going to use that magazine on the police, you were going to use it on yourself.  But when you looked outside and you saw that the police weren't there, you were kind of shocked.  You said, wow, jeez, the police aren't doing their job.  You specifically parked inside the gated area.  You said you got into your vehicle.  You started to drive.  Then you said you thought of Charlotte for some reason.

DR:     Right

CJ:     So you drove to Charlotte.  At some point in time, you said you used your uh, your card to get $20 out of an ATM.

DR:     Uh huh

CJ:     And you need more gas and then you decided at the last second that maybe going to Nashville might be a good idea because you had never been there before.  And then you got stopped by the police.  But the whole reason you did this, just so I understand

RESTRICTED MATERIAL                              US-016798

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

correctly again and you've already told us, I just want to make sure I, we understand you correctly. Is after, you never really thought about race relations until the Trayvon Martin uh incident. You did research and then it really started to irritate you because day after day after day after day in your mind, or what you perceived from watching the news, there's black on white crime and it goes unnoticed, nobody cares, doesn't matter and you actually quoted uh a FBI statistic on rape. You broke it down to about two rapes, was it two rapes per day, is that what it is?

DR:    No, no, two rapes per state per day.

CJ:    Two rapes per state per day and that upset you. And you basically said that when you went into the church you had made your mind up that you had to do this. You said it had to be black victim, it had to be black uh, you were targeting black individuals because there's no skinhead movement anymore, there's no KK, no KKK movement anymore, and your whole goal was basically to, to do what? You said to kill black people, but what was the reason, what was the reason? What would this, what is this do? I guess my question is, there's nine people that are dead. You said that your, you said the goal was to kill black people specific, just black people, because they're black. Because you're sick and tired of what um, what's, black on white crime and no one's paying attention to that, the lack of the movement with the skinhead movement, the KKK. So you said you wanted to kill people, now that you did, what are your thoughts? What, I guess what message do you want to be told to the public, what do you want, what do you want people to remember Dylann Roof for?

DR:    Uh, uh, I don't know.

MS:    It's tough, right? Thinking about that whole thing, and having to go through with knowing; and even before. I mean, you, you knew your actions were going to kill people. You, you said you believed at least probably one guy probably died, I think early on you said you said you shot four or five, and you thought…

DR:    Right

MS:    …you thought maybe four or five people were dead.

DR:    yes

MS:    I may be miss speaking, but you, you knew when you left, when you were driving, before you got stopped, before you got arrested, you were under the assumption you killed four or five people, right?

DR:    Yes, that's true.

MS:    But your numbers were doubled. It was nine. So, you've done it. I mean, what do you think should happen to you?

RESTRICTED MATERIAL                                      US-016799

RESTRICTED MATERIAL

Transcript            INVESTIGATIVE COPY            Dylann Roof Interview

DR:    Ahh. I don't know how to answer that.

MS:    Well, I mean, I guess, I guess, you're guilty, you wouldn't dispute that? You're guilty of, of killing nine people. Nobody else walked in there and picked up a gun was with you shooting those nine people, or shooting people, right? It was just Dylann Roof, right?

DR:    Right

MS:    Right. So there's no, nobody helped you plot, there's no co conspirator in this case, no one put you up to this. This was your plan, you schemed it, you did it, right?

DR:    Right

MS:    Okay, so, what is the result now of UI. Someone has, has killed nine people. What do you, what do you think, if you took black or white out of the issue or let's say this, say a black man walked into a church and killed nine white people, what should happen to him?

CJ:    You already know the answer, just tell us. I mean, I can, I can see by the look on your face you already have a thought so what was your thought on that when he asked you?

DR:    Well, with you, he should probably die, too, I guess

MS:    Well, and, and I'm not sitting here saying oh, you, you think you should die, because I knew you thought you were going to die anyway carrying out this, this mission.

DR:    Right

MS:    But, I, I guess what I'm asking, you, you've said it, I just want to, are you guilty of this?

DR:    Yes

MS:    Would you consider this a crime?

DR:    Yes

MS:    And you're guilty? Say it again.

DR:    (laughs) I am guilty. We all know I'm guilty.

CJ:    We want, here's the thing, the reason why we'll say that and he ask you to, we don't ever want to put words in your mouth, we're not going to, were not going to UI.

DR:    Right. I know you need me to say it, I get it.

RESTRICTED MATERIAL            US-016800

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     And, and, and we, and part of what we want to know and part of why we're asking you these questions, is we want to know, is there somebody else involved.  Is there somebody, you know that, that, nurtures you and like, led you down this path, or was this just Dylann?  Did Dylann just come up with this all on his own as you said or is there somebody else there that's you know, recruiting, training , getting UI and saying "hey let's go do this?"

DR:     (laughs)

MS:     You know what I'm saying?

DR:     No, no, I mean it's pretty much just, you know, it sounds lame, you know, I don't really like to say it, but it's pretty much just the internet, you know.  All the information's there for you.

CJ:     Can you, other than, other than, um, the movie that you watched, that Britain movie, we talked about American History X, which you said is not a good movie, are there specific books that you've read about this subject matter?

DR:     Books

CJ:     Articles, magazines, authors

DR:     I haven't really read any books, I haven't even read, you know, Mein Kampf or anything like that, you know, um.

CJ:     Was there anything that you read, music that you listened to, videos that you watched to help you get in the mindset to carry this out?  You know, to help, you know to, here for instance, I played football, you know, back in the day and prior football games I used to like listening to  AC/DC because it was uh, hard rock music to get me pumped up, we'd play it in the locker room, we go on the field.  So I guess what I'm trying to ask you is, is there anything you did in preparation for this to get you to the point where when you were sitting there, when you said, you made that decision, I got to do this.  Was there anything that you did to prepare yourself so you could say to yourself, I got to do this and I'm going to carry this out?  Is there anything you did to prepare, prepare yourself?

DR:     No

CJ:     No?

DR:     But I mean, you know, it's pretty much like I had been preparing myself mentally…

CJ:     Okay, tell me about that

DR:     …when I set it up, you know UI.

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:    Tell me about that, tell me about that, tell me about that, that's what I want to, that's what I want to know.  Tell me about the mental preparation, because what I really want to know is, like you said, you walked by the church and that lady was getting in to the car, so you knew there was going to be a large concentration of African American people, black people in that church.  Those were your victims, you decided you had to kill them, you had to do it.  You had to send a message.  You said there was some mental preparation that you did.  So I want to know a little bit about the mental preparation but I also want to know when was it that you decided that I'm going to do this.  Was it, was it on June 16th, was it yesterday when you woke up in the morning, was it when you left your mom's and you said, that's it, I've had, I've saw this thing on the news, I'm fed up, I'm going to send a message.  When did you decide I'm going to do this?

DR:    I can't tell you.

CJ:    You can't tell me?

DR:    I mean, I've been thinking about it.

CJ:    Right, right.

DR:    You see what I'm saying.

CJ:    How long have you been thinking about it?

DR:    I can't say.

CJ:    Well, let's, would it go back as far as the Trayvon Martin, because you said that's.

DR:    No, it wouldn't go back that far.

CJ:    It wouldn't go back that far.  That's, that's what got you interested in statistics.

DR:    That's just thinking about it, you see what I'm saying?

CJ:    Okay

DR:    I wasn't thinking about, you know, doing anything.

CJ:    When did you start, when did you start actually thinking about maybe I should, maybe I should send a message myself, when did that start?

DR:    Well, I don't want to get into it.  What, you know, it wasn't, it wasn't that long ago.

MS:    Was there, was there anything that happened that long ago, was there like a movie…

DR:    No, no

RESTRICTED MATERIAL                                        US-016802

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     …or something you read or, or that said, "Hey you know what."

DR:     No, it was just an accumu, you know, like accumulation.

MS:     I mean, was it, you know, was anything else going on beyond the Trayvon Martin?  I mean there's been a lot of high profile…

DR:     Right

MS:     …incidents across the country.

DR:     There's a lot of other things happening, too, but I just said Trayvon Martin because that was just the very first.

CJ:     That was the beginning.

DR:     Right

MS:     And when you told me, you're talking about the different incidents.

DR:     I mean, I don't care about Trayvon Martin or anything like that, it's just that's, that's just what made me start thinking about it.

CJ:     What are some of the other things that have happened since then that have got you, that got your attention, I guess.

DR:     Well, you know, like the Ferguson thing, that I really didn't pay too much attention to, because by the time that happened, I'm already, you know, I'm already completely awake, you see what I'm saying?

CJ:     Right

DR:     I don't, I don't even really need to pay attention to it anymore, because I already understand it, you see what I'm saying?

CJ:     Understand what?

DR:     Once you already understand what's going on, I didn't even need to watch the news…

CJ:     What exact…

DR:     …because I already know what's happening.

CJ:     That's what I want a, that's what I want to understand.   You're saying you're completely awake and you understand what's going on.

RESTRICTED MATERIAL                    US-016803

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:   Right, it's…

CJ:   What…

DR:   …it's being racially aware, you know.  That's a real thing.

CJ:   Racially aware…

DR:   You can sense it.

CJ:   …of what?

DR:   Racially aware, it, in itself, you know.  That's where you view everything that happens, ever, through a racial lens.

CJ:   And that's what you do?

DR:   Yes, you have to view everything through a racial lens; everything that happens.  Because that is how black people think.  Black people from the day they are born are racially aware, but white aren't, because we're brainwashed not to be.  But I am.  Because it sounds corny but.

CJ:   No, no, I'm listening to what you're saying.

DR:   You know, I said woke up and you know, saying that sounds corny but I guess that's the only way to put it.

MS:   We understand what you're saying but where did you learn this?  I mean, I know you said the internet but is there sites.  I mean, what inspired you to go, "I got to research this."

CJ:   Cause Dylann, believe me when I tell you, you know, Michael and I have interviewed many people and, with each other.  And, you're an intelligent individual.  And, but the bottom line is the fact that you're, you maybe, maybe grades at the school or things like that don't reflect it but you're, you're an intelligent person.  The fact that you're able to read and comprehend and maintain specific knowledge you know, you're, you're highly aware is what I'm trying to say.

MS:   And I did want to clarify.  Obviously—but I don't think I asked that question, I usually do, you said you got your GED, GED—you can read and write?

DR:   Right (laughs)

MS:   Yeah, because you had to, I mean I, that' the question was, well can he read and write.

CJ:   Right

RESTRICTED MATERIAL

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     Of course, I mean I knew you, but you can, you said you could.

CJ:     You're saying, you said that black people are basically racially aware from the time they're born…

DR:     Right

CJ:     … but white people are asleep.

DR:     From the day black people are born, they're viewing everything that happens to them through a racial lens. That's why they get offended so easy. Sometimes a white person might do something to a black person and they'll, the black person, will think it's racist even when the white person wasn't even thinking about race because the black person is viewing this is a white person. You see what I'm saying? This is a white person talking to me, they're always thinking like that.

CJ:     Sure

DR:     You can ask a black person, they'll probably admit it to you. You know, they're, that's how they think but white people don't think like that, but eventually they'll have to. You see what I'm saying? Because we're going to become the minority eventually if nothing, you know, if nobody does anything.

CJ:     And, and that's what led up to yester, yesterday, correct?

DR:     Yes, I guess.

MS:     Is, is, is that what you mean by does anything? Like what you did? I mean, because that's…

DR:     Well I mean, does anything, anything, you know. It doesn't even have to be violent.

MS:     Well, like what?

DR:     Just do something.

CJ:     What are you looking for? Like, like what're you looking for somebody to do?

DR:     Do something. I mean, have some kind of movement, something standing up for white people. Nothing, there is nothing in Europe or America. You know what I mean? You know, Europe that's the homeland of white people and, and then, you know. God, it's, it's, I've never been to Europe but like I said, I've read about it. You know, it's, it's terrible what's happening over there. I couldn't, you know, say I wanted to, you know, I wanted to get away from minorities or something and move to Europe or something. You can't even do that because they're there too.

RESTRICTED MATERIAL                                                            US-016805

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     Well, have, have any black people ever done anything specifically to you?  Other than what you see going on around you in the world, in your perception of it, right, have any of them ever done anything specifically to you?  Have, have harmed you?

DR:     Oh no, no, no.  I mean, I think you know one time probably a black person stole something from me, but you know that wasn't a big deal, you see what I'm saying.  A black person has never done anything to me personally to make me dislike black people.

MS:     Right

DR:     Because of what they did.

MS:     It's just, because I mean, I mean, even in this church.  I mean, clear, obviously, they welcomed you, nobody.  I mean they gave you pamphlet and you sit down.

DR:     I know because.

MS:     Well, I mean, they didn't tell you "what do you?"  Did anybody say, "what do you want?"  Can we help, did anyone say, "can we help you?"  Or did they say, "come on in and have a seat?"  What'd they say?  Come on…

DR:     (UI)

MS:     …I, I, it's important for me to know that.

DR:     Let's, let's be honest.  I think they were very surprised that a white person was coming into their African church.

MS:     But right, but, but they didn't say, "oh wait," they didn't jump up and say "hey, ho, what are you doing here?" They handed you a brochure and said, "sit down."

DR:     Well right, they

MS:     Because what…

DR:     A black person could, could go in any white church and they do the same thing.

MS:     Right, because what, what are they, what, what is.  Race aside, what is the church about?

DR:     Well, Jesus.

MS:     Well, I mean, were you raised in the church, or?

DR:     Yes, uh, Lutheran.

RESTRICTED MATERIAL                                                    US-016806

RESTRICTED MATERIAL

Transcript                INVESTIGATIVE COPY                Dylann Roof Interview

MS:   Lutheran, that's a church.  I mean, um, so, you know the church is really, I mean. Although there are predominately black churches, there are predominately white churches, and there's people that, there's churches like I go to that both white and black people go to.

DR:   Right

MS:   But I've never, and I've been to plenty of black churches, and no one's ever told me, "hey, don't come in here" and they didn't tell you.  They welcomed you, right?  I mean you would say they welcomed you, I mean.

DR:   No, I wouldn't say they welcomed me.  I'd say they let me sit down.

MS:   Okay, so then, what, what, when you walked in, did someone, what did somebody say to you?

DR:   They just said, "Oh pastor, I think somebody's here to see you" or something like that and then he handed me a book…

MS:   And did he say sit…

DR:   …or a pamphlet.

MS:   …did he say, "sit down young man?"  I mean, I can just imagine it in my mind.

DR:   Yeah, he just, I think he pulled out the chair or something like that and then you know.

MS:   He pulled out the chair for you to sit down.

DR:   Right

CJ:   What was the pamphlet that he handed you, do you recall?

DR:   Yes, it was just, uh, like verses.

CJ:   Okay

DR:   Verses, just verses.

MS:   Did you leave that there or did you take it with you?

DR:   Oh, I left it.

MS:   Do you remember what they were talking about or were you just so focused on getting the courage up to do what you needed to do?

RESTRICTED MATERIAL                                    US-016807

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    I think they were talking about riches or something like that.  Riches, that's all I remember

CJ:    A that point in time, you said for a while you were debating, should I go, and then you said, nope, I got to do this.  So, if you can think back to that, what was the um, what was it at that moment you decided I have to get up and I have to shoot these people?

DR:    It was, it was just, I mean, like it was going back and forth in my mind…

CJ:    Sure

DR:    …and actually I just, it was just a like a jerk, you know, like a, like a jerk reaction,  you know.

CJ:    And it was, and it was basically a culmination of all the mental preparation you said you were doing over time.

DR:    Yeah, I guess, you know.  I'll admit, I wouldn't, but, I really wouldn't even say I was fully mentally prepared, you know, it's just, I just did it, I just did it, you know, it's like.

MS:    Well speaking of about mentally prepared, and there's a couple other questions I want to ask you.  Are you, are you on any medications?

DR:    No

MS:    Did you take any medications last night before you went to the church?

DR:    No

MS:    What about drugs?

DR:    No

MS:    Do you use drugs?

DR:    Sometimes

MS:    Which kinds do you, what do you use?

DR:    No, I don't use drugs.

MS:    It's okay if you do.  If it's marijuana, trust me, we are…

CJ:    Trust me…

MS:    …we're not worried about, you know.

RESTRICTED MATERIAL                                                              US-016808

RESTRICTED MATERIAL

Transcript                     INVESTIGATIVE COPY                     Dylann Roof Interview

DR:    No, I don't use drugs and I don't want to talk about drugs.

MS:    Okay, that's fine.  But, I just asked you, were, were you under the influence of drugs last night?

DR:    No

MS:    Is that because you wanted to make sure you had a clear head?

DR:    Right.

MS:    Okay, so you…

DR:    But I mean I don't use drugs that often anyway.

CJ:    Can, can we just ask you that though? Alright, you haven't used them often but when you, in the past, what've, what've you done in the past.  That's in, I mean that's in the past so it's no big deal but, you know.  What have you, what have you tried?  I know marijuana's illegal.

DR:    I mean obviously I've smoked weed.

CJ:    Yeah

DR:    But I don't UI and I don't want to talk about it.

CJ:    Okay

MS:    Okay, that's fine, that's, that's fine, um.  UI do that.  Was, I'm just trying to go through this, some of the logical steps.  Who, what who's your, your bank card, who do you bank with?

DR:    First Citizens

MS:    First Citizens.  Now in, in going back to where, run me through yesterday.  Did you go to work yesterday or did you work with your dad, or?

DR:    No, I didn't go to work yesterday.

MS:    What, what did you do, where did you spend, not, obviously we know what happened last night, right.  But the night before, which was…

CJ:    The sixteenth.

RESTRICTED MATERIAL                     US-016809

RESTRICTED MATERIAL

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    …the sixteenth.  Where did you, no I'm sorry, yeah, the sixteenth, where did you spend um, was it Tuesday night?  My days are all running together.  As you woke up Wednesday…

CJ:    Right

MS:    …morning?

DR:    I think I was at my dad's house.

MS:    Okay, so you spent Tuesday night and woke up Wednesday morning at your dad's house?

DR:    Yes, yes.

MS:    And, and, and what did, what did you do that day?

CJ:    Did you go anywhere with your granddad, your uncle, your sister?

DR:    No, I'm sorry, I know, to be honest I know it seems strange but I really am honestly trying to think about what I did.  I know I went and saw a movie but I'm trying to think about what I did before that.

CJ:    What movie did you go see?

DR:    I went and saw Jurassic World.

CJ:    Is that any good?

DR:    No, not really.

CJ:    No

DR:    I don't really like stuff like that.  I like, I like uh drama movies, you know.

CJ:    Did you go by yourself to the movies?

DR:    Uh huh

CJ:    Yeah.  What movie theater did you go to?

DR:    Dutch Square.

CJ:    Dutch Square, and that was on, was that on Tuesday or, today's what, today's Thursday?  Was that on Tuesday you went to the movie or Wednesday?

RESTRICTED MATERIAL                                    US-016810

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     On Wednesday.  Oh God.

MS:     Wednesday was yesterday.

CJ:     Yesterday was Wednesday.

DR:     Today's Thursday right now today is Thursday?

MS:     Yes

CJ:     Yep

MS:     The best I can guess, yes, today is Thursday.

DR:     Yes, I think I did go to a movie Wednesday.

CJ:     Alright, so that was Wednesday.  So it was yesterday?

DR:     Yes

CJ:     So you went to the movie, okay.  When did you uh, so you, you, did you spend the night at your dad's on the sixteenth going into the seventeenth?

DR:     Tuesday night?

CJ:     Yeah, did you spend the night?

DR:     I think so, yes.

CJ:     You did, okay.  So, before, before you went to your dad's to spend the night, what did you do during the daytime on Tuesday, do you remember?

DR:     Daytime on Tuesday?

CJ:     Yeah

DR:     I don't know.

CJ:     Okay, so you spent the night at your dad's, you woke up yesterday, yesterday was Wednesday.

DR:     Right

CJ:     Okay, you woke up in the morning?

DR:     Yes

RESTRICTED MATERIAL                                        US-016811

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                  Dylann Roof Interview

CJ:     I think your dad, if I'm not mistaken, he owns a, he's a construction company, your dad, does he do carpen, he is a carpenter, does he do construction?

DR:     Yeah, he's a contractor.

CJ:     Contractor.  Did, did you go, did you go with him to a job site?

DR:     Yes I did!  That's exactly right now you got me remembering.

CJ:     Alright, so what, what did you do there?

DR:     I pretty much just stood there.

CJ:     Yeah, your dad was working, was he estimating a job, what was he doing?

DR:     Uh no, they were working.

CJ:     They were working.   How long did, do you remember how long you were there with him?

DR:     Two hours?

CJ:     About two hours. So then you came home to your dad's house, correct, after work?

DR:     Yes

CJ:     And what happen, what happened then?

DR:     You know actually, now that, now that, now that you got remembering that I went to work, I don't know if I went to the movie on Wednesday.  I think that might have been on Tuesday.

CJ:     Alright, that's what I was kind of trying to, trying to make...

DR:     Yeah, yeah

CJ:     ...trying to make, is it…

DR:     I'm not trying to…

CJ:     …you can't do it, there's almost, too, many, there's not enough hours in the day.

DR:     Right

CJ:     Alright so, Tuesday movies, spend the night at your dad's you wake up yesterday…

RESTRICTED MATERIAL                                          US-016812

RESTRICTED MATERIAL

Transcript                      INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     yeah

CJ:     …you go to work with your dad.  What do you do at the end of the workday with your
        father, what did you do then?

DR:     That's right, I just stayed at his house.

CJ:     Okay

DR:     Until I left.

CJ:     Alright.  Where did you go after you left your dad's?  You go by your uncle's,
        grandparents', grandma's, mom's, do you remember where you went?

DR:     Yes, I did.  I went by my mom's.

CJ:     Yeah, what happened over there?

DR:     I just talked to her and I gave her um, her camera.

CJ:     Camera.  At, at that point in time, had you already made up your mind that you were
        going to go to Charleston?

DR:     Yeah

CJ:     You already made your mind up for that?

DR:     Right, well, that's where I was going.

CJ:     Right, so you already made your mind up.  So when you're at your dad's, did you already
        have it in your mind that, when you were at your dad's, did you already make your mind
        up that you were going to go to Charleston.  Or did you make that mind…

DR:     Yes, I think so.

CJ:     Yeah

DR:     I think so.

CJ:     So when you were at work with your dad, you already knew that later that day you were
        going to drive to Charleston?

DR:     Right, but you have to realize, you know, I've thought many times that oh, today I'm…

CJ:     Today's it.

RESTRICTED MATERIAL                                              US-016813

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    … going go to Charleston.  You see what I'm saying?

CJ:    Right

MS:    Had you, had you ever actually driven down there and then backed out before?

DR:    Oh no, no, no, I mean, I've driven to Charleston to go shopping so.

MS:    Right, but to actually to…

DR:    I've never, no, to never.

CJ:    Did you ever drive past, other than the one time when you asked that lady about the bible study, have you ever driven past that place to look at it?  To look at the entry, you know, this door goes into the church?

DR:    No, actually, to be honest with you, I didn't even realize where the entrance was…

CJ:    Okay

DR:    …I didn't even know it was on the back of the church until yesterday.

CJ:    So you never went there before just to see what it looked like…

DR:    No

CJ:    …before.

DR:    Only that one, the one time.

CJ:    That one time

MS:    Which was, how many weeks ago was that?

DR:    I couldn't even tell you.

MS:    Okay, but, and that's when she just said that bible studies on Wednesday nights?

DR:    Yes

CJ:    The reason you did that was because that was going to be the place you were going to go, is that correct?

DR:    Right, well, that's where I was considering.

CJ:    Okay, you were considering.

RESTRICTED MATERIAL                                    US-016814

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:     Were you considering any other places?

DR:     Well no, well not really, it's just, that was pretty much the main place, you know.  I mean, I had looked up other black churches but I had never been anywhere else except for that.

MS:     What are those ones that you looked up?

DR:     I mean, like I said, it's just on the website, you know, it's just got a list, you know, I mean, I clicked on them.

MS:     Uh huh

DR:     But I don't know the names of them.

MS:     Were they all in Charleston or?

DR:     Yes, I think so, yes, they were all in Charleston.

MS:     And, and, and again I know and I apologize for not starting with it and coming back to it.  Was there anything, other than the fact that Charleston had been around and a lot of black people live in Charles, but you know, there's black churches in Columbia.

DR:     Right

MS:     I mean, in, in your dad's neighborhood, there's black churches not that far away.

DR:     Uh huh

MS:     And, but going back, was there any other, uh were there any other events, like, did the Walter Scott event that happened down there, did that?

DR:     Oh, no, no, no, no, that had nothing to do with it

MS:     That had nothing what so ever to do with it.  It was just strictly just because?

DR:     It's just, Walter Scott, you talking about that black guy that got shot by the cop, right?

MS:     Uh huh

DR:     No, that didn't have anything to do with that.  I just, I just like Charleston, that's really it.

MS:      And so

CJ:     And you said there was some, there was a lot of history with that particular church?

RESTRICTED MATERIAL                                        US-016815

RESTRICTED MATERIAL

Transcript                     INVESTIGATIVE COPY                     Dylann Roof Interview

DR:    Right, yeah, yeah.

CJ:    What was, what was the history?  I'm not familiar with it.

DR:    Oh no, I don't know any history about that church.  I just know there was a historic
       African Methodist church.

CJ:    Got you.

MS:    Okay

CJ:    Got you.

DR:    I don't know anything about, anything about it.

MS:    So, did, did you pick your gun up at your mom's house on the way to Charleston?

DR:    No, I had my gun.

MS:    You had your gun.

DR:    Uh huh

MS:    Did you, did it usually stay at your dad's house or your mom's house, or?

CJ:    Where's the case for the gun?  Where, where...

DR:    It's in the car.

CJ:    Right, where did you keep it?  Like was, obviously you, you didn't drive around with the
       gun in the case, you had, you probably had the gun and the case was probably somewhere
       else, is that right or no?

MS:    The box that gun…?

CJ:    Where's the box, the box that the gun comes in?

DR:    Okay, right now, the box is in my car.

MS:    Okay

CJ:    Alright, prior to that, though, prior to putting it in your car?

DR:    I think it was at my mom's house in Eastover.

CJ:    At your mom's.

RESTRICTED MATERIAL                                                US-016816

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Uh huh

CJ:    Did she ever, did she ever look in there to make sure, to see if the gun was locked up properly?  Did, did she ever make you lock the gun up or anything like that?

DR:    I don't know why you're asking me that.

CJ:    I'm just want, cause, before I, before I got into law enforcement, I never had a gun, so when I got into law enforcement, I made sure that the box was locked up in case someone came into the house they couldn't steal my gun.  So I just want to make sure…

DR:    Right, well, the box was closed.

CJ:    Right

DR:    You see what I'm saying?

MS:    But you didn't put a lock on the box or anything like that.

DR:    Oh no, I didn't have a lock on the box, nobody else goes into my room.

CJ:    Did you mom, did she mind you having a gun in her house?  Did she, did she care or that didn't bother her?

DR:    Well she didn't really like it

CJ:    No.  Yeah some people like guns and some, some don't, so.

DR:    Right

MS:    Did, did your dad or anybody call you and ask you where the gun was last night, or your mom?

DR:    No, they couldn't call me, I don't have a phone.

MS:    Because you didn't have a phone.

DR:    Right

MS:    Your dad didn't call you at your mom's house when you got there and talk to you, or?

DR:    No

MS:    Or your mom call you dad?  Do you remember talking to any of them before you?  I guess you went by and saw both of them before you went to Charleston, you left your dad's house…

RESTRICTED MATERIAL                    US-016817

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Right

MS:    …and you stopped at your mom's.

DR:    Right

MS:    Did you tell them goodbye, would they have noticed anything different about you?

DR:    Oh, no, no, no, no, I didn't say goodbye or nothing, nope, nothing.

CJ:    Did your dad ever ask if, before uh, before you went to Charleston, did you speak to him, did he ever ask, "hey, I want you to bring the gun back" or "I don't want you to take" or "I want the gun?"  Did he, did he ask anything like that?

DR:    Well, yeah, I think he did.

CJ:    What was, what was the reason?

DR:    But I think you guys already know this, that's why you're asking me, you know.

CJ:    Not, not, not necessarily Dylann.  What was, why would he ask for the gun back?  What would the, what would be the reason for it?  Did he help, did he help you pay for it?  Did he give you money towards it?  Cause, if someone asks for, if somebody asks for something back, then they obviously have a vested interest in that object, you know what I mean?  If I gave Michael this water, I could take it back because I gave it to him, or I, I helped him purchase it.  And why would your dad ask for the, for the gun back?

MS:    Well see, the reason we're asking about your dad and the gun is because I mean, there's this note, right?  Is that from your dad?  "IOU good for up to $400 toward pistol and CWP permit, I love you dad, based on job."  I guess you did some work for him?  "Happy 21st Birthday" on that card.

DR:    No, that's based on me having a job.  You see, here it is.

MS:    Yeah, he was glad you got the job.

DR:    Uh huh

MS:    But, so he gave you the four hundred, did he give you $400.00?  I guess that's the question we want to know.

DR:    (laughs)

MS:    I mean it's nothing wrong with it.  It's not illegal for him to give you $400.00 as a gift, I mean I give my kids stuff, too, I mean.

RESTRICTED MATERIAL                    US-016818

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     Why are you guys asking me this? You're not trying to get somebody else in trouble for what I did.

CJ:     Not at all.

MS:     No, no.  Here, here is what you have to understand…

CJ:     We're trying to understand. Go ahead.

MS:     …we, really, honestly, because you said, you have a story.  We're trying to get to the whole story, because, you have got to understand, everyone's going to want to know, what was every piece of, what does every step have.  One, we need to be able to walk out of here with confidence and say, no, UI.  The very first question is, is there anybody else involved?  That's what we're going to be asking.  And we need to be able to with confidence, say no, based on our interview, and, and, and talk with Dylann, nobody else was involved.  He acted alone, here's why he did it, here's what he UI.  They are going to ask us these questions.  That's why we ask you.  I could sit there, we could speculate on what we know, what we've been told or what we don't, but until you tell us it is or it isn't, that's, that's the only way we're going to know for sure.  That's why we're asking you questions that, you know, because you, you're the only person here, the only person that knows the whole story.

CJ:     The truth.

MS:     The truth, right, it's you.  So that's why we're asking you, is to get the truth out and so we can understand it.  And really, honestly, I mean you have to understand, I mean, I've never thought about going to a black church and killing black people.  And, so it's hard for me to wrap my head around that and so that's why I'm asking you these questions, you know.  And we're kind of going over and over again, is, is to really make sure I have a good understanding and I want to see it from your point of view.

CJ:     So when you say that you mentally prepared or you read things, the reason why, the reason why I ask you, well, how did you mentally prepare, what did you read? Is that very reason that Michael brought up because we can't understand it unless you explain it to us.  That would be like you telling, I don't know, you're telling us a story as to what happened over the last 48 hours.  Unless you tell us a story, all we're going to do is guess and listen to what other people may think.  We kind of want to go right to the source.  You're the source.  You're, you're the truth.  So we're trying to understand that.

DR:     Uh huh

CJ:     Without you telling us, we, we just don't know.  That's why, that's why we maybe ask the same question over and over again.

DR:     Right

RESTRICTED MATERIAL                                                    US-016819

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:   And you know, we're not trying to, to get somebody else in trouble or whatever, but if there was somebody else that was involved or somebody that put you up, put you up to it, yeah, we, that's our job, right?

DR:   But there wasn't.

MS:   I know and I know and you told me…

CJ:   Right, and you explained that…

MS:   …and you have explained that to us.  So now we're just trying to get how we got, because yes you are correct, we have talked to your parents.  I mean, obviously, I mean…

DR:   Yeah

MS:   Not both of us personally—have not talked to each one of them—but I mean I met your dad this morning.  So we know things and we've talked to them and we've gone through and uh, stuff.  But he doesn't know, I mean, he, he, you know, why and everything else, so we just got the conversations they had and what he had.  That's how we know about the gun, right?  That you had the gun and everything and, and stuff.  So, we just want to make sure we're, we're re-tracing the life of Dylann Roof in the last 24 hours.  How, what got us all here and you know, and we all intersected together.  And, and, that's really the basis for our questions, we're just trying to understand that and UI you know.  Because trust me, the community out there right now, they don't know what's going on.  They don't know, I mean, if I, you know, if I was black and going to the church, you know, I mean, I'm now worried if I'm going to be attacked in church.  You have to understand that.  People are scared now.  I mean, when things happen, right.  You know just like when 9/11 happened, the towers fell, people didn't know if the terrorist were going to fly another plane into another building.  People were scared to fly. People now don't know, hey, is this some plot, is this some, you know.

CJ:   I think the big question out there, what Michael is saying is people are saying what happens now?  What happens now?  You know?  I guess what would your, what would your message be to them?  You know, they're saying what happens now?  What, what would you want, what would you want those people to know, to know?

DR:   What happens now?

CJ:   Yeah

DR:   Well, I don't even know what happens now.

CJ:   Well, right, and, and, specifically regarding, you know, why you did what you did.  You said you went out there cause you, someone, someone had to do it.

DR:   Right

RESTRICTED MATERIAL                                                      US-016820

RESTRICTED MATERIAL

Transcript                 INVESTIGATIVE COPY                Dylann Roof Interview

CJ:    You said you had to do it.

DR:    Right

CJ:    You had to kill black people because of all the crimes and atrocities being committed against white people by black people, those were your words.

DR:    Right

CJ:    So now that that's been done…

DR:    Right

CJ:    …what now?  That's what people, you know, what now?  Now that you've actually.

DR:    Now?

CJ:    Yeah

DR:    (laughs) That depends on what other people, you see what I'm saying?  I already did what I did, I can't say what happens now, I don't know.

MS:    So, so, do you hope other people emulate you and we go forward?  I mean..

DR:    No, I wouldn't say that.

MS:    …and that's.  Would you want that?  Would you, was that in your thought process, if I do this and I'm successful, then other people might get the courage to do it too?

DR:    You know, I wouldn't, no, I don't think that was in my thought process at all.  I was never thinking, oh, if I go shoot people, other people were going to go shoot people, no, not all.  I think more, you know, if I go shoot people, then it would just cause more agitation.

MS:    That's what you thought, it would cause more agitation.

DR:    Right

MS:    So, so, how, so your deal, so is it, is it like, if it…

DR:    To agitate race relations.

MS:    To make it worse.

DR:    Right

RESTRICTED MATERIAL                                    US-016821

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:    So that was your, ultimately your goal was to make race relations worse, right?

DR:    Right, I mean, I guess that was one of my goals, I guess, I don't know.

CJ:    What does that accomplish by making it worse?

DR:    It causes friction and then, you know, it could lead to a race war.  Like I said, I.

CJ:    You're hoping, are you hoping that, so basically you're hoping that white people will rise up and, and become aware though what you did?

DR:    Yes, and it doesn't mean that I want white people to rise up and kill all black people.

CJ:    No, but you want them to be aware.

DR:    I just want them to, to, to, to do something, you know, for themselves, you know.

MS:    But, but…

DR:    To stop what's happening to them and they don't even know what's happening to them.

MS:    …and, and, and obviously, it…

DR:    It doesn't mean you have to kill black people.  Just, you know, just make things better, you know.

MS:    But in your mind, making things better, right, as you said in the very beginning, going back to segregation, white people are in charge.  I mean, white people need to be running the country, right?

DR:    Well, yeah, sure.

MS:    Right, I mean, like no, no more black presidents, no more black politicians, right? I mean that's…

DR:    Yeah, no more black presidents sure.

MS:    Yeah?

DR:    I don't think we need a black president.

MS:    You don't think we need it.

DR:    No, I don't think we do.

MS:    Right

RESTRICTED MATERIAL                                    US-016822

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     But I don't really have an opinion on Obama or anything like that.  You really can't blame Obama.

MS:     Okay, well that, and that's right because that's not part of the deal but, I mean.  I think that if you're saying your goal is to agitate, then I guess it is but how are we going to get things, so you, I mean, you really don't want them to get better?  You don't want people to start saying, you know what maybe I will…

DR:     They won't get better unless it's agitated.  There's no way, it's not possible.  It doesn't work that way.

MS:     But in your view it only gets better if black people become second class citizens.  That's, right? I mean really, right, I mean, come on…

DR:     (laughs)

MS:     …I mean because somebody has to.  Either, in, in your, world or your mind, either white people are going to become the second class citizens or UI.

DR:     We are the second class citizens!  That's the problem, we already are the second class citizens, that's the problem.

MS:     So you want us on equal level, or do you want us superior?

DR:     No, I'd say I want us superior.

MS:     Okay, uh, I got that.

DR:     No, right now we're inferior, you know, so that's even worse than being equal.

CJ:     How do we become, how do we, how do we uh, shake off the, the stigma of being inferior?  I mean, how do we, how do we change that?

DR:     By, you know, standing up for ourselves and not letting black people walk all over us.  And that doesn't mean, you know, black on white crime, I'm just talking about the way black people act, you know, just in general.

CJ:     Have, have you, I know Michael asked you this before and I just want to ask you this again because I'm now curious.  Has, you said you, you knew something was stolen from you at one point and time.

DR:     Oh yeah, but see, that was back when I was a kid.

CJ:     Right, I'm talking, has anything specific, any violent act ever happened to you or any member of your family or a friend, a crime committed, a violent crime by a black person

RESTRICTED MATERIAL                                   US-016823

RESTRICTED MATERIAL

Transcript                      INVESTIGATIVE COPY                      Dylann Roof Interview

against anybody you personally know, whether it be family or friends?  Has that ever happened?

DR:     No

CJ:     No

DR:     Thank God

CJ:     Right

MS:     And I'm, I'm bouncing around here again because I know we asked about drugs a while ago, which got that done, what about alcohol?  Do you drink alcohol?

DR:     Yeah, I just, I drink alcohol sometimes.

MS:     But, when was the last time you drank alcohol?

DR:     You know what, I did drink a little bit of alcohol before I went in there, but it was only half of ah, the um a Smirnoff thing, something like that.

MS:     Last night?

DR:     Yes, like before.

MS:     When you say half a Smirnoff, like are we talking about a pint, a fifth?

DR:     Yeah, uh, it was a big one but you know, like, I wasn't, you know, even, you know, buzzed or anything like that.  I just took a couple swigs of it.

MS:     Of Smirnoff vodka?

DR:     Oh, no, no, no, no, no, no, no, no, it was just.

MS:     You're talking about like a wine cooler?

DR:     Yeah, like a wine cooler.

CJ:     Wine cooler

MS:     One of those, whatever.

DR:     Right, right, just like that.

MS:     Okay, so where, where did you get that?

RESTRICTED MATERIAL                      US-016824

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     A gas station.

MS:     In Charleston or?

DR:     I don't remember.

MS:     Did you use your debit card or did you pay cash?

DR:     I really don't even remember buying it but I know I had it.

MS:     Did you just buy one or did you buy a six pack?

DR:     Oh no, it was just one, it was just one.

CJ:     So you had a coup, how many swigs would you say you had, just like a couple gulps or just sips?

DR:     Yeah, like a couple gulps but like I said just now, I wasn't even feeling it, you see what I'm saying, I just took it but just because.

MS:     Was that like before you went in or was it?

DR:     Maybe about 15 minutes before cause I was sitting in my car.

CJ:     Bottle about this size?

DR:     No, no, it was a bigger bottle.  Yeah, see, it was a little bit bigger anyway.

CJ:     And how much would you say, if it, if this was filled, I mean that's a full bottle.  How much of it would you say you drank, if that was the bottle?  If that was the bottle, how much would you say you drank of it?

DR:     Like this much.

CJ:     Oh yeah, that's, that's like one or two gulps.

DR:     Yeah

MS:     Well, what, what happened to the bottle afterwards, is it in your car or?

DR:     I think it is still in there but I drank the rest of it afterwards.

MS:     So after.

DR:     Yeah right.

RESTRICTED MATERIAL                                   US-016825

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

MS:   So driving, when you were driving?

DR:   Yeah I think so.

CJ:   And that was yesterday?

MS:   Well, no, last night, driving after the shooting.

DR:   Right

CJ:   Last night.

DR:   Yeah, but I didn't get drunk or anything like that.

MS:   Okay.  Well, if you, if you could talk to or say anything to the victim's families, what, what would you say to them?

DR:   I don't know.

MS:   If they were like right across the table from you.  You know they want answers.  I mean, and you, you've told us your answers.  I mean, that, that and that, I mean, the answers isn't, isn't why.  I mean, I mean, and you've told us that but what would you tell them?

CJ:   Would you be able to tell them that, that you shot their family member because the reason you told us?

DR:   No way.

CJ:   No

DR:   I couldn't say that to them.  I probably couldn't even look at them.

MS:   Um, your car, uh, would you sign a consent form to allow law enforcement to search your car and retrieve that gun out?  What we call a consent to search.

DR:   The gun's still in there?

MS:   Yeah, your car's been towed back, it's, it's over here now but I mean, they, you know.

CJ:   We want to get your permission to take the gun out of the car.

MS:   And to search your car, I mean.

CJ:   It's your car.

RESTRICTED MATERIAL                              US-016826

RESTRICTED MATERIAL

Transcript            INVESTIGATIVE COPY            Dylann Roof Interview

MS:    It's your car, that, I mean, someone might come in here and ask you that and say, hey, would you sign this consent form or not. We are not asking you that right now and presenting the form when that time comes, they'll give you a form. Because obviously, you know, they want to get the gun out um, and uh. I know, you, you look perplexed like why is the gun still in there, why haven't you already done that, right? But, um, I'm just asking you that, is that, is that something you'd do or?

DR:    Why? Am I better off if I don't?

MS:    I'm not, I'm not, I'm not going give you no one way or the other on that. I'm not going to make any comment. It is, that's something totally, and you know what, just think about that, I'm just letting you know, think about that. I'm not going to be the one handling that part, so just think about that, they might come and ask. I do want to take a couple of pictures of you right quick, because I don't know if anybody has photographed you.

DR:    Oh

MS:    What so ever. Um, and uh, I need, I just need to step out, before we do that, I need to step out just real quick. Is there anything, hang on a second, okay?

DR:    Now, do, can I ask you this?

MS:    Yeah

DR:    Do I have to let you take pictures of me, legally?

MS:    Well, yeah, I mean, you really have no.

DR:    No, do I really?

MS:    Yeah, taking pictures of you, have you ever seen, everybody gets uh, pictures taken.

DR:    But, do, do I have to let you take pictures of me?

MS:    You can let somebody else take them.

CJ:    Somebody else can take them.

MS:    Somebody else can take them, if you don't want me to take you picture, I don't have to take your picture.

DR:    No, you know what I mean.

MS:    I mean, that's fine.

RESTRICTED MATERIAL        US-016827

RESTRICTED MATERIAL

Transcript                      INVESTIGATIVE COPY                     Dylann Roof Interview

DR:     I mean, you guys.  Do I have to let you guys have pictures of me.  I don't look too good.

CJ:     That's not the reason why we're taking your pictures.

MS:     Yeah, that's, that's really not it, but, but, but anyway, but yeah, I mean.

DR:     UI

MS:     I don't know, nobody's ever really asked me that question before, um, I mean, at some point, someone will take your picture, it' would just be easier…

DR:     Right

MS:     …you know, if you were up and you were smiling and, and, and stuff like that.

DR:     Smiling

MS:     Hang on, hang on just a second, well not smiling, but you know what I'm saying, hang on a second.

**(SSA Stansbury leaves interview room)**

CJ:     One, one, one of the reasons, we want to take a picture, it shows you don't have any injuries, you didn't hurt yourself, you didn't, you know what I mean?  That's, just like, for me to get a better understanding, I had you draw this?

DR:     Uh huh

CJ:     For, to get a better understanding that Dylann was okay and he didn't, he didn't, when he UI, when he ran out of the church, he didn't trip and hurt himself, whatever.  We want to be able to show that you were fine, there was no physical injuries to you.  That when we spoke to you that, that we didn't, I don't observe anything but we like to take a picture to document it.  That's pretty much the reason

DR:     Uh huh.  I sure wish I could take a shower.

CJ:     Well, but that will help, uh, eventually that's going to happen, yeah.  I don't know when, I, I, I'm not uh, assigned to this police department, so we'll talk, I'll talk with the officers and see if they can make that, that happen for you.

DR:     I thought I was going back to Charleston.

CJ:     Don't know yet, don't know.  That's probably one of the reasons why he stepped out.  But um, getting back to the, the car, um, the reason he was, he was asking, someone may come in with a consent form.

RESTRICTED MATERIAL                                    US-016828

RESTRICTED MATERIAL

Transcript                          INVESTIGATIVE COPY                          Dylann Roof Interview

DR:    Right

CJ:    You know, there's rules, you know, we have to follow the rules in order for us, you know, that's, that's your possession and your vehicle. I'm just asking you, the same way I'm talking to you, I'm just asking for your permission to retrieve that weapon from the car, that's all, that's all he meant by that. Because if it's still loaded…

**(SSA Stansbury enters interview room)**

DR:    I don't see…

CJ:    …we, we, we want to make sure that it's safe, we want to make sure that it's safe.

DR:    …I don't see why you guys can't do that without my permission, if I'm already guilty (laughs). I'm sure you can, because if I say no, eventually you're going have to get that gun.

MS:    Here's, here's, here's the thing, and I don't want to get into any legal discussion about weapons, the prob, ultimately, they'll probably go ahead and follow through with every, the way they were going to do it anyway and that's fine, I was just asking you, um.

CJ:    That would be nice.

MS:    And you know, but and that's okay. But sometimes, the way the law is now, and someone else will review stuff, they'll say well you told him this and then that and suggested that and that. So I it's just easier for me to say, hey, if, if, if you can, they'll do it, if not, we'll right now just think about that. But I, I really do need to take a couple of pictures um, of you, um, through this and then um, and but before we do, I'll do that after we're done, that's fine. I just uh, you've had a sandwich, you were eating in here when we came in here, right? So they fed you?

CJ:    Was that a Big Mac you had?

DR:    Uh, no it was a Whopper.

CJ:    Whopper, Burger King.

MS:    Water, you been allowed to go to the restroom?

DR:    Well, I haven't been yet.

MS:    Do you need to go?

CJ:    Do you need to go?

DR:    Sort of.

RESTRICTED MATERIAL                                                    US-016829

RESTRICTED MATERIAL

Transcript                      INVESTIGATIVE COPY                      Dylann Roof Interview

MS:     Okay well I do too, but we'll get you over there in just a minute, alright.  Um, do you, I mean, did they, it looks like the Shelby PD guys have been treating you really nice.

DR:     Uh huh

MS:     And they've been really, really great and they've treated us real nice too.  Actually gave me some food, too, I hadn't eaten myself.

CJ:     We were hungry.

MS:     Uh, do you have any questions of us?

DR:     Uh, yes.  What do you think is going to happen to me now?

MS:     I'm going to revert that back, and I'll answer you, but I'm going to revert that back first to the question I asked you earlier.  What do you, what do you think should?

DR:     Well, really what I meant is not really like, what my sentence would be, it's more like, am I like, going to like Charleston, is there a prison in Charleston or what?

MS:     Well, alright, what will happen.

**(Knock on Door)**

MS:     Let me get this.  Okay

**(SSA Stansbury leaves interview room)**

CJ:     What are you thinking about Dylann?

DR:     Oh, nothing, really, just thinking, just.

CJ:     What's going through your mind?

DR:     Well, I'm just wondering where I'm going, that's all.  I'm just thinking about where I'm going to go.

CJ:     Where would you like to go?

DR:     Oh, I don't know.  I'm just wondering where I'm going.

CJ:     Well, if you could pick one place right now, where would you like to go?

DR:     Oh, anywhere?  (laughs) Shoot.  I know.

CJ:     Where's that?

RESTRICTED MATERIAL                      US-016830

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

DR:     Home

CJ:     Yeah

DR:     Yeah

CJ:     Mom or dad's?

DR:     Uh, probably my mom's.

CJ:     Yeah.  What do you think, out of curiosity, do you think your mom and dad are going to think of this?

DR:     Oh God, I don't want to think about it.

CJ:     Alright, then don't think about it.  It was, who, who's watch is that you're wearing, I noticed?

DR:     Oh no, this is mine.

CJ:     Is that yours.

DR:     Yes, I have got a small wrist, so, yeah.  Now I don't want think about that kind of stuff, because it's bad.

CJ:     Yeah, don't think about that then.  You still hungry?  You want any more food?

DR:     Oh no, I can't eat.

CJ:     You alright.

DR:     I'm going to get dinner later, right?

CJ:     Oh, absolutely, absolutely.  You know, it's just going back to what we said, we had, we had, we had you initial this and sign this because we wanted to get your permission obviously to speak to us and you agreed to speak to us.  It's the same thing about your car, it's the only reason he brought that form up about the car.  So, if I got one of those forms, would you read it over and give us consent, would you give us permission to go into your car?  It's the same thing as what you signed here regarding us to speak, we had to ask your permission.

DR:     Sure

CJ:     (Opens door and speaks to SSA Stansbury) Get a consent for the car.

MS:     Right (speaking to officers in the hall) do you'll have UI.

RESTRICTED MATERIAL                    US-016831

RESTRICTED MATERIAL

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

**(SSA Stansbury enters interview room)**

MS:     Alright, here's, here's what's going to happen.  That's, that was the boss, the SAC, he's in charge of the North Carolina office out there, my boss is back in South Carolina now. Um, alright, there's a, they have issued a warrant for you for murder in South, in the state of South Carolina, okay.

DR:     Uh huh

MS:     Alright.  You are about to be officially, you've been detained, we won't get into the semantics of arrest versus detained, whatever, I mean but for all intents and purposes, you're handcuffed that's arrested, right.  You're being officially arrested.  You are going to be transported up to a local magistrate here in North Carolina.  They are going to tell you what you have been charged with, alright.  At that point in time, they are going to give you an option, here's the choices you have, right.  And say hey, in which I think, I mean.  Do you want to, you know, you can waive what we call extradition.  When you're in another state arrested, it goes back a long time under, under state charges right now, they have, you have to be extradited to go back to another state.  There's two ways that happens, the first one you say, yeah that's me, here, take me back and let's get the court process going.  If you don't waive extradition, then they put you in a local jail here and then basically the Governor of South Carolina, their office, they would apply what's called a Governor's Warrant and issue it and then they issue, it's all done, it's issued here in North Carolina.  Basically saying, yeah, we've determined it's you.  That takes a couple of months sometimes and then they, they then take you back uh, to South Carolina; then and so your whole court process doesn't really start until you get back to South Carolina.  So, but they'll give you.  The judge will explain everything to you and tell you what you are charged with.  He will tell you that you can waive it.  If you waive, it's my understanding that SLED, you know who SLED is in South Carolina?

DR:     Uh huh

MS:     The state police who we work with, because right now is, is a state charge right now, they put on you this warrant.  You know how all this is going to break out in the end, I don't know, but right now, it is state right.  They are going to then, they will take, if you waive, they'll take you back this afternoon and then you'll end up going to a court, you know, down there tomorrow.  And then the court, start the whole process down there, start the legal process.  You can either go back today.

DR:     Right, but what I'm trying to figure out is, you said, if I didn't, if I didn't waive it, is that right?  And I stayed in North Carolina and go to a local jail or whatever, so where would I be in Charleston or in South Carolina, in another local jail there?

MS:     You will go to a local jail, but I have a feeling, I can't promise you this because I don't, I'm not in charge.  I have a feeling they will probably put you in a, they might put you in a separate facility for safety purposes, you know?  They may say, hey, let's go ahead and transport, instead of the local jail, they may make the decision, you know what, we're

RESTRICTED MATERIAL                                                    US-016832

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

going take him and put him in, in a state prison facility in a separate facility for security purposes; as opposed to being in the Charleston County Detention Center. So um, because your safety is, despite everything that's happened here, we still have a job, a duty to protect you, right? And so um, we want to make, you know, we got to make sure you're safe. But those decisions will be made in South Carolina. But if you don't waive, right, you'll go here and you'll go to the local, I think we're in um, is it Cleveland County we're in?

CJ:    Cleveland County, I believe.

MS:    Cleveland County, you'll go to the Cleveland County jail and you'll sit there until, until they um, until they do, do all the orders and come back. You know, I can't give you advice on that or whatever, that's something that you will decide, the people there, the judge will explain it to you. A lot of times, um, people do waive that just to get back. Um, essentially if, if we were charging on federal charges right now, we would, essentially we'd scoop you up and drive you straight back because it's, Federal is districts, and it's different. You know we take you to a federal judge and be done or we take you to a judge in Charlotte and drive you back after the judge saw you and had what we call an identity hearing, etcetera, etcetera. So, it's, it's a similar process but there, there processing with the state, it's the same way, it's essentially, it's just kind of goes back to old way things used to be. So that's a decision you'll have to make but I do think.

CJ:    Yeah, let me go over this with you the same way I went over with this. This is a um, consent to search vehicle, alright, so I checked vehicle right there. It says as the person in apparent control of this vehicle, the undersigned officer would like to your consent to search for evidence, contraband, instrumentalities of a crime as subscribed to me. We already spoke about why we were going to. You are under no obligation to give this consent and anything found may be seized and used in evidence. You have the right to consult with an attorney before deciding whether to grant or withhold consent. If you cannot afford to hire an attorney, one will be appointed to represent you before you give your consent. You have the right to withdraw your consent at any time and then give consent to a limited search of your vehicle. Alright descriptional items, that's uh.

DR:    Oh God, now if I don't sign this, then what happens? Does that slow me down, too?

MS:    No, it doesn't slow you down but also, in addition to the car, we actually do want your clothes, too.

DR:    Why's that?

MS:    Because those are the clothes you were wearing, understand.

DR:    Then what will I put on?

MS:    They'll give you…

RESTRICTED MATERIAL                    US-016833

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:    They'll give you clothes.

MS:    We'll give you some clothes, but we want your clothes because, I mean, there, you may not see it but there could be blood splatter on those clothes, there could be all kinds of stuff.

DR:    Uh huh

MS:    And understand even though you have come here and readily admitted it, did everything you were, you know, you stood up as a man and said I did this, right?  You told your story.  The Government and, and or, and the State, still has to actually prove all aspects of the case as if you've never told us anything.  So they are going to go through and do all the things, hey, he was here, he was here, you know and here's the blood splatter, here's this, here's that.  So, you know, you, we get a consent, and then, you know.  Whether I'm going to get this taken or not, those are legal issues that are, again, I don't want to get into, um but the decision was made that either cons, you know to ask you for consent on the clothes, um, you know, or you know, they'll, they'll, you know, do the other.  That's your choice.  I just can't, I can't coerce you into saying, oh you got to give these either give me these or it's not going to happen, and I'm not going to.  And if you don't want to that's fine, if you say, "I don't want to sign consent," don't sign, that's fine.

CJ:    Yeah

MS:    I mean, you know, I, I'm, I'm just.

DR:    Okay, I can't sign it.

MS:    Okay

DR:    Okay

MS:    So that's fine.  I do though I do need to take a picture of you now, okay?  This basically concludes our full on interview, okay.  Is there anything else you want to say?

DR:    Uh, no I don't think so.

MS:    Okay, go ahead and stand up for me.  (SSA Stansbury takes pictures) That side.  Turn to that side.  Look that way.  Alright, face the wall.  Alright face the dry erase board.  Those are black Dickies?

DR:    Uh, yes

MS:    Okay

**(SSA Stansbury handcuffs Roof)**

INVESTIGATIVE COPY
Page **83** of **86**

RESTRICTED MATERIAL

Transcript                 INVESTIGATIVE COPY                 Dylann Roof Interview

MS:    And it is 3:35 pm by my watch.

**(Formal Interview Finished)**

MS:    You are skinny.

DR:    (laughs)

MS:    Do you feel like you can escape?

DR:    No

MS:    You're not going to try to escape, are you?

DR:    No

MS:    Do you have anything on you, other than your watch and stuff?

DR:    No, they've searched me but I don't have anything on me.

MS:    You were wearing sweatpants underneath your Dickies?

DR:    Yes, you can check those too.  There's nothing in there.

MS:    What's in this front pocket right here?

DR:    Uh, that's stuff they've taken and put, put back in there.

MS:    The Dutch Square movie ticket the thing you went to Dutch Square on, 6/16.  So that was Tuesday, right?

CJ:    That was Tuesday.

MS:    I actually saw that movie uh, Saturday night.  Is this all the money you had left?

DR:    Um, yes

MS:    That's UI.  Alright.  The belt.  Now this you didn't get, you just carry this around or no?

DR:    Um, yeah, yeah, I just had that in my pocket.

CJ:    You carry a $2 bill?

DR:    Yes

CJ:    How long have you had that for? I didn't think they made them anymore.

RESTRICTED MATERIAL                              US-016835

RESTRICTED MATERIAL

Transcript                         INVESTIGATIVE COPY                    Dylann Roof Interview

DR:    Oh no, they make them.

MS:    You tried to get out some more money?

DR:    No, that was all at the same time.

MS:    But I meant you draw, you drew 20, then you tried to go draw some more? Or did you try to draw too much?

DR:    No, the first, the first time I tried to draw too much, then I.

MS:    Anybody have your wallet and stuff?

DR:    No I don't have a wallet.

MS:    Oh you don't, so you don't have a driver's license with you? Is it at home or?

DR:    No, I should have my driver's license. It should, it should be in my pocket, with my debit card but I guess it's not.

MS:    They may have, they may have grabbed it.

DR:    Yeah, they might have it.

MS:    Okay. Alright, let's pull these pants down. Those are Timberlands, right?

DR:    Oh, no, no, no, these are just uh, I just got these from Wal-Mart.

MS:    In that other picture, I noticed you were in like some black combat boots.

DR:    Oh yeah, I just got those from Wal-Mart, too.

MS:    Is that kind of the, is that part of like the skinhead type clothing, the?

DR:    Oh no, I just, I just got the boots, there's no reason.

MS:    Okay, the ones, I did ask you there were no other guns at your mom's house, right? Or did you have like .22's or any other guns or?

DR:    Oh, no, no, no, no, no, I don't have any other guns except for that one.

MS:    Is this my water?

CJ:    I don't remember.

DR:    That one was mine.

RESTRICTED MATERIAL                                    US-016836

RESTRICTED MATERIAL

Transcript                    INVESTIGATIVE COPY                    Dylann Roof Interview

CJ:     I threw mine out so, that, that's over there so that's yours.

MS:     This is mine, but you know what, that's fine, I'm done now.

DR:     Am I leaving now?

MS:     You're about to, yes.

DR:     Okay, can I use the bathroom before we leave?

**(Multiple people talking)**

SPD:    How about this, do you have to go that bad because you're not going to be riding for, we're just going to go a couple blocks?

DR:     Okay

SPD:    We'll get, we'll get out of here and we're just going go a couple blocks over to the court house.

DR:     Uh huh

SPD:    And then we'll get you situated there.  You're not going to be riding for a long time. Right now we're just going to go a couple blocks

DR:     Okay

SPD:    Alright, are ya'll done here?

MS:     Yes, we are done

**(Multiple voices)**

Recording ends


This investigative transcript was prepared and authenticated by SSA Michael E. Stansbury.  The transcript was finalized on June 29, 2015.

RESTRICTED MATERIAL                                    US-016837