# EXHIBIT 5

RESTRICTED MATERIAL

# STATE OF SOUTH CAROLINA

County of ___Richland___

---

# SEARCH WARRANT

---

Date: June 18, 2015

Agent: S/A Casey K. Collier

803-609-8369

CKCollier @ SLED. SC. GOV

RESTRICTED MATERIAL                                US-017830

RESTRICTED MATERIAL

# STATE OF SOUTH CAROLINA}

}                                          **SEARCH WARRANT**

COUNTY OF     RICHLAND                    }

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY
OF _____ :

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under
provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

### DESCRIPTION OF PREMISES (PERSON, PLACE OR THING)
### TO BE SEARCHED

2000 dark in color 4-door sedan, Hyundai Elantra GLS Automobile, VIN#: KMHJF35F8YU964587, bearing SC License
Plate #: LGF 330, registered to Dylann Storm Roof at ████ Garners Ferry Road in Eastover, South Carolina. The vehicle
has been towed to SLED Headquarters located at 440 Broad River Road, in Columbia, SC 29210.

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to
seize such property if found:

### DESCRIPTION OF PROPERTY SOUGHT

Any and all evidence to include, but not limited to, latent prints, hairs, DNA, fibers, fluids, blood, or other biological
evidence; weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband,
narcotics, U.S. currency, and/or documents, clothing, and articles of identification that could aid in the criminal
investigation of Murder.

This Search Warrant shall not be valid for more than ten days from the date of issuance.
A written inventory of all property seized pursuant to this Search Warrant shall be made to

_____ JUDGE HOOD _____ 1701 Main ST. ColumBia, SC 29201.

within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy
of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of
such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the
person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the
person, a copy shall be attached to a prominent place on such premises.

_____ Columbia _____, S.C.

_____ 6/18 _____, 2015        _____ Re Hood _____ (L.S.)
      1747 Hrs.                        Signature of Judge

RESTRICTED MATERIAL                    US-017831

RESTRICTED MATERIAL

**STATE OF SOUTH CAROLINA}**

**AFFIDAVIT**
}

COUNTY OF  RICHLAND                    }

       Personally appeared before me, one <u>S/A Casey Collier</u> who, being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

**DESCRIPTION OF PROPERTY SOUGHT**

Any and all evidence to include, but not limited to, latent prints, hairs, DNA, fibers, fluids, blood, or other biological evidence; weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband, narcotics, U.S. currency, and/or documents, clothing, and articles of identification that could aid in the criminal investigation of <u>Murder</u>.

**DESCRIPTION OF PREMISES (PERSON, PLACE OR THING)**
**TO BE SEARCHED**

<u>2000 dark in color 4-door sedan, Hyundai Elantra GLS Automobile, VIN#: KMHJF35F8YU964587, bearing SC License Plate #: LGF 330, registered to Dylann Storm Roof at ▮▮▮▮ Garners Ferry Road in Eastover, South Carolina. The vehicle has been towed to SLED Headquarters located at 440 Broad River Road, in Columbia, SC 29210.</u>

**REASON FOR AFFIANT'S BELIEF THAT THE**
**PROPERTY SOUGHT IS ON THE SUBJECT PREMISES**

On the evening of June 17, 2015, nine people were murdered as the result of a shooting at a church located at 110 Calhoun Street, Charleston, South Carolina.  During the investigation of these murders, Law Enforcement Officials ultimately obtained surveillance footage surrounding the incident and identified the shooter as a white male that was driving a dark in color car.

At approximately 6:00 a.m. on June 18, 2015, law enforcement officials published photographs from the video surveillance and began soliciting assistance from the general public via a tip line.  A call into this tip line by a subject named Dalton Tyler indicated the shooter in the video that was released was named DYLANN STORM ROOF.  Tyler knew ROOF's parents to live in Lexington, South Carolina.  Tyler further stated that ROOF drove a car with a confederate tag that says "South will rise again", ROOF visited Charleston a lot and always talked about segregation and another Civil War.

Sworn to and Subscribed before me                    }

this __18__ day of ___June___, 2015 __}

___Re Hovy___ (L.S.)}
   Signature of Judge  *1747 Hrs*

___Casey Collier___
                              Affiant

Address: SLED

<u>4400 Broad River Road, Columbia, SC 29210</u>

Phone  <u>(803) 737-9000</u>

RESTRICTED MATERIAL                                                                    US-017832

RESTRICTED MATERIAL

**STATE OF SOUTH CAROLINA}**

} **AFFIDAVIT**

COUNTY OF  RICHLAND                }


Shortly after the call from Tyler, the tip line received another call from a female identifying herself as Amber Roof.  Amber Roof indicated the subject she observed in the publicly released surveillance footage was her brother, DYLANN STORM ROOF.  Amber Roof stated DYLANN STORM ROOF had been living in his black in color Hyundai or Honda.  Amber Roof further stated that their parents live in Columbia and both of her parents had called her "in tears" when they saw the pictures on the news.  The parent's names are Bennett Roof (father) and Amy Roof (mother).  Amber Roof indicated that DYLANN STORM ROOF does own a gun as her mother has seen it.

After the call from Amber Roof, Dalton Tyler called back in to the tip line and indicated he had taken screen shots of the Facebook pages belonging to DYLANN STORM ROOF.  These screen shots were supplied to Law Enforcement Officials by Tyler.  The person and vehicle depicted in the images appearing in these screen shots were confirmed to be the same person that appears in the surveillance footage of these crimes and the same vehicle that the shooter utilized during the commission of these crimes.

Upon learning the aforementioned facts, investigators began ascertaining information regarding licensing and vehicle registrations of DYLANN STORM ROOF.  As investigators were obtaining more information, contact was made with DYLANN STORM ROOF's father, Bennett Roof.  Bennett Roof first told investigators over the phone that the images he had seen on the news regarding this incident were images of his son, DYLANN STORM ROOF.  He subsequently confirmed the identity of the suspect upon viewing the photos in person, during an interview with investigators.

On June 18, 2015 at approximately 10:33 hours, The Shelby Police Department received a call from a motorist indicating the suspect from this incident was traveling west on US Highway 74 through Shelby.  This motorist gave a description of the car and suspect.  This car was ultimately stopped on US Highway 74.  The driver of the car, DYLANN STORM ROOF (DOB▮▮▮▮▮▮▮▮, was taken into custody and interviewed by investigators at the Shelby Police Department. The vehicle that was driven by DYLANN STORM ROOF was seized by Shelby Police Department and turned over to South Carolina Law Enforcement Division (SLED) and towed to the SLED Headquarters located at 4400 Broad River Road in Columbia, SC 29210 to be searched.

Based on the facts revealed in this affidavit, the totality of the circumstances would lead a reasonable person to believe items of evidentiary value surrounding the murders of the victims could be located in the 2000 Hyundai Elantra GLS bearing SC License Plate #: LGF 330 listed in the property to be searched. These items of evidentiary value such as but not limited to latent prints, hairs, DNA, fibers, fluids, blood, or other biological

Sworn to and Subscribed before me                 }

this __18__ day of ____June____ , 2015 __}

_____ (L.S.)}
Signature of Judge

_____
Affiant

Address: SLED

4400 Broad River Road, Columbia, SC 29210

Phone  (803) 737-9000

RESTRICTED MATERIAL

**STATE OF SOUTH CAROLINA}**

                                    }                    **AFFIDAVIT**

COUNTY OF   RICHLAND               }

evidence; weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband, narcotics, U.S. currency, and/or documents, clothing, and articles of identification.

Sworn to and Subscribed before me                    }

this ___*18*___ day of ___*June*___, __2015__  }

_____*Re Hood*_____(L.S.)}                      _____*Casey Collin*_____
Signature of Judge   *1747 Hrs*                                                    Affiant

                                                                        Address: SLED

                                                                        4400 Broad River Road, Columbia, SC 29210

                                                                        Phone   (803) 737-9000

RESTRICTED MATERIAL                                                    US-017834

RESTRICTED MATERIAL

## RETURN

I received the attached Search Warrant _____, 2015 and have executed it as follows:

On _____, 2015 at _____ o'clock _____ M, I searched

(the person) described in the warrant and (the premises)

I left a copy of the warrant with _____

Name of person searched or "at the place of search" with.

Together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the warrant:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This inventory was made in the presence of _____

AND _____

I swear that this Inventory is a true and detailed account of all property taken by me on the warrant.

SWORN to before me this _____ }

day of _____, 2015 _____ }

_____ }

_____(L.S.)}

Signature of Judge

_____

(Signature of Officer Executing Warrant)