# EXHIBIT 8

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

SEALED COPY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

▓▓▓▓ ;arners Ferry Road, Eastover, South Carolina, 29044

Case No.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___ South Carolina ___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 249 | Hate Crime Acts |
| 18 USC 924(j) | Causing the Death of a Person Through the Use of a Firearm |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Joseph Hamski, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 27, 2015

City and state: Mount Pleasant, SC

*Judge's signature*

Hon. Mary Gordon Baker, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 44A-CO-6460937 | Date and time warrant executed: 06/28/2015 5:12 pm | Copy of warrant and inventory left with: Amy Roof and her Attorney John Delgado |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

1. Dell Dimension 2350 CPU
2. Dell Dimension 2400 CPU
3. Gateway Essentials CPU
4. Straight Talk Paperwork/Cell Box
5. Netgear USB Adapter Box
6. Belkin Router N600
7. Belkin Router N600
8. Kyocera cell phone
9. Two (2) Floppy disks
10. One (1) Unlabeled VCR tape
11. One (1) Memorex CD-RW disk
12. Paper documents
13. Kodak photo disk
14. Ceramic bunny bank
15. Whip
16. Mace
17. Photos
18. Eight (8) Floppy disks
19. Three (3) ammo shell casings (.45 caliber)
20. One (1) projectile
21. One (1) 9mm shell casing
22. Wood target
23. Garmin Nuni (GPS) box
24. One (1) Confederate belt buckle
25. Receipt for South African Patch
26. Two Confederate flags

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/2015

_____
*Executing officer's signature*

Neil Power
_____
*Printed name and title*