IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**UNOPPOSED DEFENSE MOTION TO SEAL**
**FOURTH AND SIXTH AMENDMENT MOTION TO SUPPRESS**
**AND ATTACHED EXHIBITS**

The defendant, through counsel, moves to seal his Fourth and Sixth Amendment Motion to Suppress and attached exhibits, pursuant to Local Criminal Rule 49.01 DSC. The government does not oppose this motion.

The items proposed for sealing are: (a) the defendant's Fourth and Sixth Amendment Motion to Suppress and Memorandum in Support; (b) Exhibit 1 to that motion, which is an item seized on or about August 3, 2015, and produced to the defense in discovery; and (c) Exhibit 2 to that motion, which consists of certain policies and procedures obtained by subpoena in preparation for trial. Sealing of these items is necessary because their public disclosure could affect the Court's ability to select an impartial jury and conduct a fair trial in this high-profile, Federal Death Penalty Act case. There is no way to redact the items or otherwise implement a less drastic alternative than sealing them pending trial in this matter. Any disclosure would reveal information that could affect jury selection and the fairness of the trial.

1

These reasons for sealing meet the standards set in *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), and *In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

Pursuant to local rule, a non-confidential description of the documents proposed to be filed is attached to this motion.

>
> Respectfully submitted,
>
> s/ *Sarah S. Gannett*
> Sarah S. Gannett
> Assistant Federal Public Defender
> Federal Public Defender for the District of Arizona
> 850 W. Adams Street, Suite 201
> Phoenix, AZ 85007
> 602-382-2862
> sarah_gannett@fd.org
>
> David I. Bruck
> Washington & Lee School of Law
> Lexington VA 24450
> 540-458-8188
> bruckd@wlu.edu
>
> Attorneys for Dylann S. Roof

2

## CERTIFICATE OF COMPLIANCE

I, Sarah S. Gannett, certify that I have complied with Local Criminal Rule 49.01 DSC in filing this motion and attachments.

s/ *Sarah S. Gannett*
Sarah S. Gannett

Attorney for Dylann S. Roof

**Exhibit**

**<u>Non-Confidential Descriptive Index of Documents to Be Sealed</u>**

<u>Fourth and Sixth Amendment Motion to Suppress and Memorandum in Support</u>
Fourth and Sixth Amendment motion to suppress.

<u>Exhibit 1 to Fourth and Sixth Amendment Motion to Suppress</u>
Item seized on or about August 3, 2015, and produced to the defense in discovery.

<u>Exhibit 2 to Fourth and Sixth Amendment Motion to Suppress</u>
Certain policies and procedures obtained by subpoena in preparation for trial.