# EXHIBIT 1

I would like to finish writing my
opinions. I was unable to finish
before because I was in a hurry to
get to Charleston. I would also like
to make some clarifications.

Jews are an enigma.
I can't pretend to understand why
the Jews do what they do. A person
can only speculate. I don't think
the Jews themselves understand why
they do these things. I have tried,
when I write, to not state statistics
or facts or things people can
read for themselves with a little
research. This doesn't mean I don't
know them or am ignorant. I would
consider myself well versed on almost
every issue facing White people
around the world. That being said,
the Jews have played a major
role in literally every thing that has
proved destructive to our race, culture,
and society. The truth is that at
the moment it is much easier to
talk about blacks or muslims or
hispanics to other Whites because it
is easier for them to relate. I
would not deny for a moment

childhood. I had everything I needed and
then some. Having divorced parents doesn't mean



that the Jews have made many
wonderful, and truly great contributions
to the world. But the bad outweighs
the good, Lets take Hollywood as an
example. The Jewish control of
Hollywood allows for Hollywood films to
have bigger budgets because of the
amount of Jewish money in the
industry. Because of this some amazing
films have been made. But this
same networking has probably prevented
some of the best films of all time from
being made, because a man who has
a great idea, or script, or screenplay,
may not be able to have it seen
because he isn't Jewish. So the
Jewish control of Hollywood has
benefits and drawbacks. Obviously
the other drawback of their control
of the film industry, as well as every
other media industry, is the introduction
of vile, disgusting filth into our
society. At the same time, some of
the most wholesome classic films
have been directed or produced by
Jews. Some of the best composers
have been, and are, Jewish. Jews have
written many great books and contributed
greatly to world literature, and not

childhood. I had everything I needed and
then some. Having divorced parents doesn't mean



always with dirty or degenerate writing.
But just as with the film industry,
who is more likely to have their
manuscript read by a Jewish run
publishing house? Therefore what
have we missed out on that
great White minds have or could
have produced? All this being said,
the Jews are undoubtedly our
enemies, indeed our greatest enemy
and obstacle in saving our race.
One could very well say that, all Jewish
acheivments are a result of their White blood.

2 Hispanics are a tough issue. Living in
South Carolina, I haven't had too
much contact with hispanics, but within
the past few years I have witnessed
their population spike in my area. Do
we as Americans have to accept
that we will always have a decent
sized hispanic population? ABSOLUTELY NOT
and at the moment we have to do
something before they completey
overrun us. The hispanic population
percentile is rising very quickly, and
it isn't slowing down, And it has
been and is rising at an amazing
pace. Many hispanics have significant
amounts of White blood, although the
childhood. I had everything I needed and
then some. Having divorced parents does,t mean



Vast majority do not. I believe the
White hispanics are worth saving as
long as they wholeheartedly identify
as White and align themselves in that
fashion. This would also mean turning
against part of their heritage, and
indeed some of their relatives.
There is enough good White blood
in the USA that we could survive
and prosper even with a large
non-White hispanic population. But
even if that population wasn't rising,
it would still drag us down and
definitly keep us from reaching our
full potential. In the event of
a race war, you would have the
hispanics who would align with the
blacks, the hispanics who would side
with the Whites, and then the
ones who didn't align with anyone.
It is hard for me to write about the
hispanic issue because I have little
experience to draw on. The bottom
line is that they are our enemies,
and introduce crime and violence to
our country, and therefore deserve no
place in it. (Footnote) - I realize that
other minority populations have an increasing
population, such as muslims. But the hispanic
childhood. I had everything I needed and
then some ___ ___ ___ ___ mean

RESTRICTED MATERIAL

If there is one group I have almost zero experience with, it would be muslims. I feel very sorry for my European brothers that their main adversary has to be so seriously formidable. In a way the muslims in Europe could be compared to the hispanics in the USA, the obvious difference being a toxic religion. I would say

population poses the strongest immediate threat. As a small, rather funny sidenote, I have noticed that hispanic television channels are actually more White than regular American stations

RESTRICTED MATERIAL

RESTRICTED MATERIAL

If there is one group I have
almost zero experience with, it
would be muslims. I feel very sorry for
my European brothers that their
main adversary has to be so
seriously formidable. In a way
the muslims in Europe could be
compared to the hispanics in the
USA, the obvious difference being
a toxic religion. I would say
that hispanics and muslims have
similar IQs and violence levels, but
unfortunately the muslims violent
behavior is increased exponentially
by their sick religion. Again I
feel sorry for, and a little bit
scared for my European brothers.
Many of them don't realize how
serious their enemy is. Not that I
think the muslims could stand half of
a chance against a united White
front. I am not trying to give
the muslims undue credit, but
their presence is a huge issue
for everyone.

childhood. I had everything I needed and
then some. Having divorced parents does,t mean

RESTRICTED MATERIAL
US-019533

RESTRICTED MATERIAL

Asians have and continue to endure the most discrimination in America, even more than Whites. When I look at East Asian countries such as Japan and Korea, I see what White countries could be like if we win. Not only could we be as good, we could be 10 times better. But as of now these countries have passed us. I admire the East Asians just like they used to admire us. They are not better than whites, but they are living better because the don't face the problems we do. I can't help but feel a small amount of jealously.

Slavs

In the White Nationalist movement, many have the idea that Slavs are these great White warriors that won't put up with the things Western Europeans do. Although this is true in a way, it has nothing to do with them being Slavic. It is simply because they haven't been subjected to the same mental manipulation. I will use Russia as an example. In Russia, most people are racist, or in the very least conservative, and

childhood. I had everything I needed and then some. Having divorced parents doesn't mean

RESTRICTED MATERIAL

all Russian people know this. So the far-right in Russia feels, and is, empowered. If in England, for example, the skinheads thought they had popular opinions support, they would and could act more brashly. Now, is the reason Russia is a conservative, racially aware country because it is Slavic? Of course not. It is because their government supports these beliefs and has pride in its people, as well as the fact that their media doesn't have a far-left agenda, and neither do their schools. But I would also like to touch on the Slavic identity itself. I think the Slavic identity is needless, and could end up being divisive. I think that once Europe has taken care of its immigration problem, it could become a source of tension, needlessly. That being said, the Eastern Europeans will surely play an important, and positive role in the future of Europe if they choose to do so, hopefully without shedding the

childhood. I had everything I needed and then some. Having divorced parents doesn't mean



blood of their white brothers.

To wrap this up. White people are pretending. Grown adults walking around playing pretend. Pretending we are all the same and equal, pretending that nothing bad is happening, and pretending like they have a future. Well unless we take real, possibly violent, action, we have no future, literally. I am 21 years old and I don't play pretend. I couldn't go another day without doing something, I couldn't live with myself seeing these things happen to my people and doing nothing about it. Sometimes sitting in my cell, I think about how nice it would be to watch a movie, or eat some good food, or drive my car somewhere, but then I remember how I felt when I did these things, and how I knew I had to do something. And then I realize it was worth it. I would rather live imprisoned knowing I took action for my race than to live with the torture of

childhood. I had everything I needed and then some. Having divorced parents doesn't mean



sitting idle. It isn't up to me anymore. I did what I could do, I've done all I can do. I did what I thought would make the biggest wave. And now the fate of our race sits in the hands of my brothers who continue to live freely. I would like to make it crystal clear, I do not regret what I did. I am not sorry. I have not shed a tear for the innocent people I killed. I do feel sorry for the innocent White children forced to live in this sick country, and I do feel sorry for the innocent White people that are killed daily at the hands of the lower races. I have shed a tear of self pity for myself. I feel pity that I had to do what I did in the first place. I feel pity that I had to give up my life because of a situation that should never have existed.

... everything I needed and then some. Having divorced parents doesn't mean



## Homosexuality

I dont believe homosexuality exists. I think it is nothing more than a sick fetish. I find evidence for this in the multitude of married men, with children, that come out, or lead secret gay lives. It is obvious that they can perform like a normal man. But that isn't their preference. In the very least, "homosexuality" should be re-instated as a mental illness, and a severe one at that. I will not lower myself to even comment on transgenderism.

Feminism is bad. Modern psychology is Jewish and evil. Abortion, of White children, is wrong. Social services are evil, sometimes.

I would have liked to adopt a White child if I had had the means.

My Race is My Nation. My only nation is my race.

Then some, having divorced parents doesn't mean

US-019538

My favorite movies

Pride and Prejudice- 2005 #2
Pretty Poison - 1968
Himizu - 2011 - my personal favorite #1
Norwegian Wood - 2010
Romper Stomper 1993 - best skinhead film, no moralization
The Notebook - 2004
Ladykillers - 1955
Zatoichi films
Hidden Fortress
Titanic - 1999
one who reads on the tiger's tail - kurosawa
Rebel without a Cause
12 years as a slave - even though
it is anti-white and unrealistic, the
cinemantography is beautiful
Cold Fish - 2010
Kuroneko - 1960?
Lolita - 1962 and 1994?
Hitchcock film with Teresa Wright - forget
the name
Claires Knee - Rohmer, Eric
IF... 1968 - Great film despite
leftist message
Oh boy - good film minus the bar
scene, which practically ruins it
Their survie, having divorced parents does, I mean

Spirited Away
Millenium Actress - all good
Totoro  Ponyo
Far from the Madding Crowd -
2015- decent film
The Duchess - decent/ok
A Royal Affair - decent/ok
Pusher 1996 - very degenerate but very
good, a favorite, lead actor a jew
The Last Samurai - 2003 - Tom Cruise
one of the best actors to ever live
I have seen probably 150 Japanese films
and countless other films. Films hold
enormous power.
I believe that costume dramas in
particular are a good way to make
white people proud of their history
and physical beauty. I believe only
the most beautiful people should be
allowed to act. This induces pride
in our race, when we see beautiful
specimins of our people. A beautiful
person can make a mediocre film
wonderful.
Cinderella - 2015 - great. Minus the
token black friend
Great Gatsby - 197? - New version was
terrible
Their sometimes divorced parents doesn't mean

RESTRICTED MATERIAL



Moss - 2010 - korean
Old Jackie Chan film with dragon
costume scenes
Old Ti Lung films

doesn't mean that your have a "troubled
childhood". This accusation is asinine.
I never used drugs to "drown the pain"
I have never had any pain to drown.
I never intended to shoot the
young girl in the church. I never
aimed at her and never would have,
therfore I resent the attempted
murder charge. For the same reason,
I resent the two other attempted
murder charges.

Their some having divorced parents doesn't mean



then some, having divorced parents doesn't

RESTRICTED MATERIAL



I was not suicidal or seen
crying in my room. This is ridiculous.
I was placed on suicide watch
when I arrived at the jail, for
no reason.
Anything anyone says about me,
including family, should be taken
with a huge grain of salt.
Never in my life have I stated
that blacks are "taking over the
country" This is ignorant and I
never said it. How are blacks "taking
over the country" when their population
percentile is stagnant? If any race
is taking over the country, it would
be hispanics. During the shooting, I
said "you blacks are killing white people on
the streets everyday and raping white
women everyday"
I never wanted my writing to be
called a "manifesto". That is why I
just put "text" on my website.

I did not have a so called troubled
childhood. I had everything I

RESTRICTED MATERIAL
US-019544

## Clarifications

I never planned on shooting up the College of Charleston. This is ridiculous and has no basis in reality.

I did not do it because of a girl.

Many of the people who claimed to have known me, I have never heard of in my life.

Anything these so-called friends have said about me should be interpreted as lies.

I haven't had a black friend in years, and have never had a close black friend.

I am not and have never been obsessed with the Trayvon Martin case. I simply use it a reference point for when I woke up. I couldn't care less about it in reality.

I have never in my life been addicted to any drug.

I realize that if I was to recieve life impriosonment, I would eventually be pardoned.

You see, many White people don't want to know the truth. Because once you know what is happening, you feel like something needs to be done about it. It is an irritating feeling. So even if they do stumble across or hear about what is happening to White people, they deny it, or say that it is lies, because they don't want to believe it. Once you admit that it is true, you have two choice. You either do something about it, or you don't. At this point you fall into a "someday" mentality. You say "One day there will be a race war." "One day things will change." "One day we will live in this White utopia." "One day someone else will do something, so I don't need to". And this is where most White nationalists end up. So nothing happens. And this has to change. There is a lot of big talk from White nationalists, with no one backing it up.

Socialism is used as a sort of buzzword amongst so called conservatives.



In reality socialism isn't necessarily
a bad thing. For example, proponents, usually
leftists, liked to point to the Scandinavian
countries as successful examples of socialism,
at work. And for a long time they
may have had a point. But these
countries have rather, small, homogeneous
populations. Or at least they used to.
The point is that socialism can work
when a population is homogeneous, and
even better when the population is
smaller. But when a population is
diverse, you are bound to have problems.
For example one group may notice
that another, distinct, group uses a
disproportionate amount of welfare, and
get annoyed. But in a homogeneous
population this is almost impossible,
because everyone is the same, and
there would be nothing to notice.
I believe one day, that Adolf
Hitler will be inducted as a Saint.
I can see an icon of him in my
mind.

I do not want to live in the
past. I do not wish that I was

RESTRICTED MATERIAL



I want to live now, with all the modern advancements and conveniences that we have, and I think we could have even more of these if we weren't being dragged down. I wish some things were as they were in the past, but I want to live now. I want to see a future. I want to help make the way, to help create the path, to that great future. How can people blame young White people for having no ambition, when they have been given nothing, and have nothing, to look forward to? Even your most brain dead White person can see that there is nothing good on the horizon. And even your most brain-dead White person can be saved. Almost no one is beyond saving.

We also need to remember that no one is stopping us. We are only stopping each other. White people are the ones keeping other White people from standing up for themselves. If we were to, for example, become completely ruthless to the blacks, or implement a harsh eugenics program, who could stop us?

US-019548

Is Kenya or Nigeria or South Africa
going to send troops to stop us? Of
course not. If White people were
united, would it matter if the whole
of Africa put sanctions on us?
Would the Asians or Arabs even
care? Without White people telling them
to, I doubt they would.
The saddest part when it comes to
blacks is that it didn't have to be
this way. In other words, now we
have to get revenge. If the
Jews had never forced integration,
the blacks would of never had a
chance to do as much harm to us
as they have. But its too late now,
so they have to pay for what they
have done, even though the Jews
are the ones truly responsible.

Christianity
I cannot agree with the form of
Christianity most modern preachers preach.
It seems to me that this form of
Christianity says, "Leave it to God" "There
is nothing you can do about it." "Ok, well
maybe you can do something, but don't,
because its not your place." And I
can't agree with this. I see some



people who seem to use Christianity
as an excuse for not doing anything.
They tell themselves they are
being pious, but they are really being
cowardly. Their piety is their excuse.
But Christianity doesn't have to
be this weak, feeble, cowardly religion.
There is plenty of evidence to
indicate that Christianity can be
a warriors religion.

I think that once White Nationalists
have gained control of their respective
countries, we should send troops together,
into South Africa to save the
remaining Whites, and possibly help
them reinstate a new White
government, if it is still feasible.
We could also encourage immigration
from our countries into South Africa
to boost the White population. If not,
we could at least help them to
secure the portions they want, and
let the blacks have the rest. If
their numbers are very small by the
time we are able to do this, then we
could give remaining population citizenship



and help them to move to our countries.
Not only is it our responsibility to help
them, but it would also be symbolic
and motivating to the worldwide
White population.

Sometimes I think it would be
nice and peaceful to be deaf.
Specifically to go deaf. Ideally I
wish I could just be very hard
of hearing, like a very old person.

It is important to accept what you
are. You cannot change where you come
from. You can't decide where you are
born or who you are born to. So you
must try to find pride and be proud
of your heritage even if you don't
have anything to be proud of. Obviously
this isn't the case for White people.
But even if it was.

We cannot just dwell and imagine a
great future without taking the steps
to attain that future. This could very
well mean not being able to see or
enjoy that future. Some would then say,
"Then what is the point?" We are
only a continuation of our ancestors,

and our children are continuations of us. In a way we are one and the same. So by making the way and creating the path to that future for the ones who come after us to see, we are at the same time doing it for ourselves. By letting the future be stolen from our children we are letting it be stolen from ourselves. I don't have a child, but I wish I did and I regret not being able to before I did what I did. I can only imagine the love a parent must feel for their child, e      when young. And for White men and women to be able to look at their children and know they are threatened, and resign themselves and their children to that fate is shameful.

I find it quite comical when I hear White men talk about how they will defend their home and their family no matter what, or how they "dare someone" to break into their home. They feel courageous when they say "but if someone trys to harm me or my family..." when in reality they couldn't be more pathetic cowards. It is so nice to



be able to say these things, to call
my fellow White men pathetic cowards,
because that is what they are, and
with my deed behind me I have
every right, possibly the most right, to
say it. So they claim they will
defend what is theirs, yet everything
is being stolen from them in front
of their eyes, and they know it. Yet
they stand idle with their tails
between their legs.

I enjoy self pity. It gives me great
delight to pity myself. I am a realist,
a strict one. I never, ever, ever lie to
myself in order to make myself feel
better or more comfortable. I think
this may be my best strongest trait.
I also, like many other people, find
it pleasurable to be sad. I get off on
it. I wonder why so many people enjoy
being sad. I think it may be that they
can be sad while remaining, comfortable.
So they can experience sadness without
hardship, and therefore can feel a
strong emotion, that much of the time
is easier to induce than happiness,
+ without suffering.........any real injury
from it.



Sadness is considered a bad feeling.

roumy.
I have never in my life been
addicted to any drug.
I realize that if I was to



I don't like it when people try
to read into things, or try to find,
or create meaning that isn't there.
I don't like it when people put so
much weight on the things I say.
Sometimes, more now than before the
incident, I feel that the people I
talk to hang on my words as if
they were all important or offer
some sort of insight into my being.
But this isn't the case; it never
is with anyone. This is part of
the reason I hate psychology.
A psychologist, often with more
mental issues than their "patient"
proceeds to put labels on them and
tell them they have issues that
they don't really have, and half
the time are completely invented
"diseases" that have no scientific
foundation. For example, I stated
before that I never used drugs to
"drown the pain", or "self medicate". I
used drugs because they get you high.
There is no deeper meaning behind
this. There is no deeper meaning
behind any of my behavior. These
things don't apply to me or any
number of people.

## Patriotism

I feel like I stated my opinions in the text I put on my website, but I can't remember so I will put it here anyways. Modern American patriotism, or really modern patriotism in most White countries, is an absolute joke. Firstly, what is there to be patriotic about? I find it beyond comical when I hear people thank veterans of any war after Vietnam for their service. Even more hilarious is that golden line, "Thank you for protecting us." Modern military men disgust me in a way. They walk around as if someone owes them something. I think many of them really believe that we do owe them something. They truly believe that they are "protecting our way of life." What way of life they are referring to, I'm not sure of. Maybe they are referring to the homosexual, race traiting, self destructive, anti-White way of life. I think some of them have this mystical view of America, truly a delusional view that they are fighting or have fought for an America that in reality ceased to exist long ago.

If it is true that what doesn't kill you only makes you stronger, then



A Night Price - 1918- Foote

Heiden - Symphony 101 - the clock

Monday 8- Classics Cinema

RESTRICTED MATERIAL



Monday -

Tuesday -

Wednsday -

Thursday -

Friday -

Saturday -

Sunday -