IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 2:15-CR-472-RMG |
| | ) | |
| DYLANN STORM ROOF | ) | |

ORDER

A Motion and Application for admission *pro hac vice* has been filed in this case and considered by the Court. Upon consideration of the Motion and Application,

IT IS ORDERED THAT the applicant Kimberly C. Stevens, who represents Dylann Storm Roof, be granted admission *pro hac vice* in this case.

_____
Richard Mark Gergel
United States District Judge

July 25, 2016

Charleston, South Carolina