2:15-cr-00472-RMG Date Filed 01/30/17 Entry Number 901-1 *SEALED* Page 1 of 12

| File No. | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| **SEARCH WARRANT** | Cleveland County | District/Superior Court Division |

**IN THE MATTER OF**

DYLANN STORM ROOF (DOB: ▮▮▮▮)

| Date Issued | Time Issued |
|---|---|
| 6-18-15 (ATH) | 4:34 ☐ AM ☒ PM |

Name Of Applicant: S.M. Treadway

Name Of Additional Affiant:

Name Of Additional Affiant:

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

**RETURN OF SERVICE**

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 6-18-15 | 4:34 ☐ AM ☒ PM |

| Date Executed | Time Executed |
|---|---|
| 6-18-15 | 4:57 ☐ AM ☒ PM |

☒ I made a search of
Dylann Storm Roof
▮▮▮▮▮▮▮▮▮▮

| Date | Signature | |
|---|---|---|
| 6-18-15 | Ashlynn J Harris | ☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge |

_____ as commanded.

☒ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

Signature Of Officer Making Return: [signature]

| Department Or Agency Of Officer | Incident Number | Date | Time | Signature | |
|---|---|---|---|---|---|
| Shelby Police Dept | 2015-7966 | 6/22/2015 | 2:35 ☐ AM ☒ PM | Michelle J Neusler | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

AOC-CR-119, Rev. 9/02
© 2002 Administrative Office of the Courts

(Over)

US-022333

| File No. | | STATE OF NORTH CAROLINA | | In The General Court Of Justice District/Superior Court Division |
|---|---|---|---|---|
| **SEARCH WARRANT** | | Cleveland County | | |

**IN THE MATTER OF**

DYLANN STORM ROOF (DOB: ▮▮▮▮)

| Date Issued | Time Issued |
|---|---|
| 6-18-15 (ATU) | 4:34 ☐ AM ☒ PM |

Name Of Applicant
S.M. Treadway

Name Of Additional Affiant

Name Of Additional Affiant

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

**RETURN OF SERVICE**

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 6-18-15 | 4:34 ☐ AM ☒ PM |
| Date Executed | Time Executed |
| | ☐ AM ☐ PM |

☐ I made a search of _____

| Date | Signature | | |
|---|---|---|---|
| 6-18-15 | Ashlynn J Harris | ☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge | |

_____ as commanded.

☐ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

Signature Of Officer Making Return

This Search Warrant was returned to me on the date and time shown below.

| Department Or Agency Of Officer | Incident Number | Date | Time | ☐ AM ☐ PM | Signature | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|---|---|

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

(Over)

US-022334

# APPLICATION FOR SEARCH WARRANT

I, Detective Seth Treadway, Shelby Police Department

*(insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*

items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence and/or gunshot residue

constitutes evidence of a crime and the identity of a person participating in a crime, *(Name crime)* Murder

(and)

[X] *(Name and/or describe other places or items to be searched, if applicable)*

See Attachment A

The applicant swears to the following facts to establish probable cause for the issuance of a search warrant:

See Attachment A

and is located *(Check appropriate box(es) and fill-in specified information)*

[ ] in the following premises *(Give address and, if useful, describe premises)*

(and)

[X] on the following person(s) *(Give name(s) and, if useful, describe person(s))*

DYLANN STORM ROOF (DOB ▮▮▮▮▮ )

(and)

[ ] in the following vehicle(s) *(Describe vehicle(s))*

SWORN AND SUBSCRIBED TO BEFORE ME  Date 6-18-15

Date 6-18-15

Signature: Ashlum J Harris

[X] Magistrate  [ ] Dep. CSC  [ ] Asst. CSC  [ ] Clerk of Superior Court  [ ] Judge

Signature of Applicant: [signature]

[X] In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by _____
S.M. Treadway

[ ] In addition to the affidavit included above, this application is supported by sworn testimony, given by _____

This testimony has been *(check appropriate box)*  [ ] reduced to writing
[ ] tape recorded and I have filed each with the clerk.

NOTE: If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.

AOC-CR-119, Rev. 9/02
© 2002 Administrative Office of the Courts

US-022335

ATTACHMENT A  Page 1 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF (DOB: ███████) by Detective Seth M. Treadway dated June 18, 2015.

The application for this Search Warrant is submitted based on the following evidence and credentials. As the applicant of this request, I affirm that I am a full-time sworn Law Enforcement Officer holding the position of Detective in the Criminal Investigation Division of the Shelby Police Department. Prior to serving in this position I served as a Community Police Officer in the Problem Solving Unit under the Community Oriented Policing Division of the Shelby Police Department in Shelby, North Carolina. In this position I was responsible for investigating repeat or ongoing problems in the City of Shelby and handling them accordingly. In addition to these responsibilities, I investigated gangs within the city and tracked their activities. Prior to working in the Community Policing Division I served in the K-9 Unit as a K-9 handler for 2 years and prior to that I was an officer in the Street Crimes Unit under the Vice/Narcotics Division. Before serving in the Street Crimes Division, I served as a Field Training officer in the Patrol Division. I currently have over 10 years of Law Enforcement experience. All of my time as a Law Enforcement Officer has been with the Shelby Police Department.

As a Lead Case Officer, I have successfully investigated and obtained convictions on persons for criminal activity, both misdemeanors and felonies to include, but not limited to, breaking and entering, both residential and commercial, larceny, traffic violations, armed robberies, weapons violations and narcotic violations. I have frequently assisted other Case Officers in the investigation of criminal activity where they have successfully obtained convictions. I have worked among and spoken at length with persons involved in criminal activity. Initially, I received over 400 hours of training to become an officer at the Shelby Police Department to include, but not limited to, Police Field Operations, Elements of Criminal Law, Crime Scene Investigation, Basic Narcotics Investigations and Juvenile Law. During my career, I have received over 1000 additional hours of training to include, but not limited to, Legal Updates, Police Law Institute, Interview and Interrogation, Drug Enforcement for Patrol Officers and Gang Investigations. Furthermore, I have attended several conferences pertaining to Gang and Gun Investigations.

The information in this application is based upon my training, experience, knowledge, and any information that I have ascertained during this investigation.

~~Unless otherwise stated, any reference made to persons, places, or things in this Search Warrant Application are~~ considered to be located in the City of Shelby, which is in the County of Cleveland, and the State of North Carolina.

The person requesting to be searched is DYLANN STORM ROOF (DOB: ███████)

On the evening of June 17, 2015, nine people were murdered as the result of a shooting at a church located at 110 Calhoun Street, Charleston, South Carolina. During the investigation of these murders, Law Enforcement Officials ultimately obtained surveillance footage surrounding the incident and identified the shooter as a white male that was driving a dark in color car.

At approximately 6:00 a.m. on June 18, 2015, law enforcement officials published photographs from the video surveillance and began soliciting assistance from the general public via a tip line. A call into this tip line by a subject named Dalton Tyler indicated the shooter in the video that was released was named DYLANN STORM ROOF. Tyler knew ROOF's parents to live in Lexington, South Carolina. Tyler further stated that ROOF

Sworn and subscribed
Before Me On the __18__ Day
Of __June__, 2015.

_Ashlynn J Hawks_
Magistrate

_[signature]_
Applicant

US-022336

ATTACHMENT A                                                                                           Page 2 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF (DOB:           ) by Detective Seth M. Treadway dated June 18, 2015.

drove a car with a confederate tag that says "South will rise again", ROOF visited Charleston a lot and always talked about segregation and another Civil War.

Shortly after the call from Tyler, the tip line received another call from a female identifying herself as Amber Roof. Amber Roof indicated the subject she observed in the publicly released surveillance footage was her brother, DYLANN STORM ROOF. Amber Roof stated DYLANN STORM ROOF had been living in his black in color Hyundai or Honda. Amber Roof further stated that their parents live in Columbia and both of her parents had called her "in tears" when they saw the pictures on the news. The parent's names are Bennett Roof (father) and Amy Roof (mother). Amber Roof indicated that DYLANN STORM ROOF does own a gun as her mother has seen it.

After the call from Amber Roof, Dalton Tyler called back in to the tip line and indicated he had taken screen shots of the Facebook pages belonging to DYLANN STORM ROOF. These screen shots were supplied to Law Enforcement Officials by Tyler. The person and vehicle depicted in the images appearing in these screen shots were confirmed to be the same person that appears in the surveillance footage of these crimes and the same vehicle that the shooter utilized during the commission of these crimes.

Upon learning the aforementioned facts, investigators began ascertaining information regarding licensing and vehicle registrations of DYLANN STORM ROOF. As investigators were obtaining more information, contact was made with DYLANN STORM ROOF's father, Bennett Roof. Bennett Roof first told investigators over the phone that the images he had seen on the news regarding this incident were images of his son, DYLANN STORM ROOF. He subsequently confirmed the identity of the suspect upon viewing the photos in person, during an interview with investigators.

On June 18, 2015 at approximately 10:33 hours, The Shelby Police Department received a call from a motorist indicating the suspect from this incident was traveling west on US Highway 74 through Shelby. This motorist gave a description of the car and suspect. This car was ultimately stopped on US Highway 74. The driver of the car, DYLANN STORM ROOF (DOB:          , was taken into custody and interviewed by investigators at the Shelby Police Department. DYLANN STORM ROOF (D              currently in the custody of the Shelby Police Department and will remain there pending the outcome of this search warrant application.

Based on the facts revealed in this affidavit, the totality of the circumstances would lead a reasonable person to believe items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence and/or gunshot residue, would be located on the person of DYLANN STORM ROOF (DOB        . Affiant prays unto the court that a warrant be issued to search the person of DYLANN STORM ROOF (DOB            to obtain clothing, skin swabs and to obtain a DNA profile standard by means of buccal swab, blood sample or both and by a reasonable amount of force if necessary to obtain said standard.

Affiant further requests that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an extremely sensitive ongoing criminal investigation that is neither public nor known to all targets of the investigation. Accordingly,

Sworn and subscribed
Before Me On the __18__ Day
Of ___June___, 2015.

                                                        Magistrate

                                                        Applicant

ATTACHMENT A  Page 3 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF (DOB: ▮) by Detective Seth M. Treadway dated June 18, 2015.

there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Further the AFFIANT sayeth not.

Sworn and subscribed Before Me On the __18__ Day Of __June__, 2015.

_Ashlynn J Harris_
Magistrate

_[signature]_
Applicant

US-022338

| File No. | | STATE OF NORTH CAROLINA | | In The General Court Of Justice District/Superior Court Division |
|---|---|---|---|---|
| | | Cleveland County | | |

## SEARCH WARRANT

**IN THE MATTER OF**

2000 Hyundai Elantra: VIN - KMHJF35F8YU964587

| Date Issued | Time Issued |
|---|---|
| 6-18-2015 | 9:14 ☐ AM ☒ PM |

**Name Of Applicant**
S.M. Treadway

**Name Of Additional Affiant**

**Name Of Additional Affiant**

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

### RETURN OF SERVICE

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 6-18-2015 | 9:14 ☐ AM ☒ PM |
| Date Executed | Time Executed |
| 6-18-2015 | 10:05 ☐ AM ☒ PM |

☒ made a search of
2000 Hyundai Elantra
VIN- KMHJF35F8YU964587

_____ as commanded.

☒ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

**Signature Of Officer Making Return**

| Department Or Agency Of Officer | Incident Number |
|---|---|
| Shelby Police Dept. | 2015-2966 |

| Date | Signature |
|---|---|
| 6/18/15 | [signature] |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC
☐ Magistrate ☐ District Ct. Judge ☒ Superior Ct. Judge

This Search Warrant was returned to me on the date and time shown below.

| Date | Time | | Signature |
|---|---|---|---|
| 6/22/2015 | 2:35 | ☐ AM ☒ PM | Michelle J. Reisler |

☒ Deputy CSC ☐ Assistant CSC
☐ Clerk Of Superior Court

AOC-CR-119, Rev. 9/02
© 2002 Administrative Office of the Courts

(Over)

US-022339

| File No. | | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|---|
| | | Cleveland County | District/Superior Court Division |

## SEARCH WARRANT

**IN THE MATTER OF**

2000 Hyundai Elantra: VIN - KMHJF35F8YU964587

| Date Issued | Time Issued | |
|---|---|---|
| 6-18-2015 | 9:14 | ☐ AM ☒ PM |

Name Of Applicant
S.M. Treadway

Name Of Additional Affiant

Name Of Additional Affiant

**RETURN OF SERVICE**

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received | |
|---|---|---|
| | 9:14 | ☐ AM ☒ PM |
| Date Executed | Time Executed | ☐ AM ☐ PM |

☐ I made a search of _____

_____

_____ as commanded.

☐ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

Signature Of Officer Making Return

| Department Or Agency Of Officer | Incident Number |
|---|---|

AOC-CR-119, Rev. 9/02
© 2002 Administrative Office of the Courts

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

| Date | Signature | ☐ Deputy CSC ☐ Assistant CSC ☐ CSC |
|---|---|---|
| 6/18/15 | [signature] | ☐ Magistrate ☐ District Ct. Judge ☒ Superior Ct. Judge |

This Search Warrant was returned to me on the date and time shown below.

| Date | Time | AM/PM | Signature | ☐ Deputy CSC ☐ Assistant CSC |
|---|---|---|---|---|
| | | ☐ AM ☐ PM | | ☐ Clerk Of Superior Court |

(Over)

US-022340

## APPLICATION FOR SEARCH WARRANT

I, Detective Seth Treadway, Shelby Police Department
*(Insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*

items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence, weapons, ammunition, items used to store and transmit electronic data and/or gunshot residue

constitutes evidence of a crime and the identity of a person participating in a crime. (Name crime) Murder

and is located *(Check appropriate box(es) and fill-in specified information)*

☐ in the following premises *(Give address and, if useful, describe premises)*

(and)
☐ on the following person(s) *(Give name(s) and, if useful, describe person(s))*

(and)
☒ in the following vehicle(s) *(Describe vehicle(s))*
2000 Hyundai Elantra bearing the South Carolina Registration Number Plate: LGF330, VIN - KMHJF35F8YU964587

(and)
☒ *(Name and/or describe other places or items to be searched, if applicable)*
See Attachment A

The applicant swears to the following facts to establish probable cause for the issuance of a search warrant:
See Attachment A

SWORN AND SUBSCRIBED TO BEFORE ME  Date 6-18-15
Date 6/18/15
Signature [signature]  Signature of Applicant [signature]

☐ Magistrate ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk of Superior Court ☒ Judge

☒ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by _____
S.M. Treadway

☐ In addition to the affidavit included above, this application is supported by sworn testimony, given by _____

This testimony has been *(check appropriate box)* ☐ reduced to writing
☐ tape recorded and I have filed each with the clerk.

**NOTE:** If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

US-022341

ATTACHMENT A

Page 1 of 3

Attachment to Search Warrant Application for a Black in color 2000 Hyundai Elantra; VIN- KMHJF35F8YU964587 by Detective Seth M. Treadway dated June 18, 2015.

The application for this Search Warrant is submitted based on the following evidence and credentials. As the applicant of this request, I affirm that I am a full-time sworn Law Enforcement Officer holding the position of Detective in the Criminal Investigation Division of the Shelby Police Department. Prior to serving in this position I served as a Community Police Officer in the Problem Solving Unit under the Community Oriented Policing Division of the Shelby Police Department in Shelby, North Carolina. In this position I was responsible for investigating repeat or ongoing problems in the City of Shelby and handling them accordingly. In addition to these responsibilities, I investigated gangs within the city and tracked their activities. Prior to working in the Community Policing Division I served in the K-9 Unit as a K-9 handler for 2 years and prior to that I was an officer in the Street Crimes Unit under the Vice/Narcotics Division. Before serving in the Street Crimes Division, I served as a Field Training officer in the Patrol Division. I currently have over 10 years of Law Enforcement experience. All of my time as a Law Enforcement Officer has been with the Shelby Police Department.

As a Lead Case Officer, I have successfully investigated and obtained convictions on persons for criminal activity, both misdemeanors and felonies to include, but not limited to, breaking and entering, both residential and commercial, larceny, traffic violations, armed robberies, weapons violations and narcotic violations. I have frequently assisted other Case Officers in the investigation of criminal activity where they have successfully obtained convictions. I have worked among and spoken at length with persons involved in criminal activity. Initially, I received over 400 hours of training to become an officer at the Shelby Police Department to include, but not limited to, Police Field Operations, Elements of Criminal Law, Crime Scene Investigation, Basic Narcotics Investigations and Juvenile Law. During my career, I have received over 1000 additional hours of training to include, but not limited to, Legal Updates, Police Law Institute, Interview and Interrogation, Drug Enforcement for Patrol Officers and Gang Investigations. Furthermore, I have attended several conferences pertaining to Gang and Gun Investigations.

The information in this application is based upon my training, experience, knowledge, and any information that I have ascertained during this investigation.

Unless otherwise stated, any reference made to persons, places, or things in this Search Warrant Application are considered to be located in the City of Shelby, which is in the County of Cleveland, and the State of North Carolina.

The vehicle requesting to be searched is a Black in color, 2000 Hyundai Elantra bearing the South Carolina registration number plate: LGF330. The Vehicle Identification Number is KMHJF35F8YU964587. This vehicle is in the custody of the Shelby Police Department and will remain there pending the outcome of this search warrant application.

On the evening of June 17, 2015, nine people were murdered as the result of a shooting at a church located at 110 Calhoun Street, Charleston, South Carolina. During the investigation of these murders, Law Enforcement Officials ultimately obtained surveillance footage surrounding the incident and identified the shooter as a white male that was driving a dark in color car.

Sworn and subscribed
Before Me On the ___18___ Day
Of ___June___, 2015.

Superior Court Judge

Applicant

US-022342

ATTACHMENT A                                                                Page 2 of 3
Attachment to Search Warrant Application for a Black in color 2000 Hyundai Elantra; VIN- KMHJF35F8YU964587 by Detective Seth M. Treadway dated June 18, 2015.

At approximately 6:00 a.m. on June 18, 2015, law enforcement officials published photographs from the video surveillance and began soliciting assistance from the general public via a tip line. A call into this tip line by a subject named Dalton Tyler indicated the shooter in the video that was released was named DYLANN STORM ROOF. Tyler knew ROOF's parents to live in Lexington, South Carolina. Tyler further stated that ROOF drove a car with a confederate tag that says "South will rise again", ROOF visited Charleston a lot and always talked about segregation and another Civil War.

Shortly after the call from Tyler, the tip line received another call from a female identifying herself as Amber Roof. Amber Roof indicated the subject she observed in the publicly released surveillance footage was her brother, DYLANN STORM ROOF. Amber Roof stated DYLANN STORM ROOF had been living in his black in color Hyundai or Honda. Amber Roof further stated that their parents live in Columbia and both of her parents had called her "in tears" when they saw the pictures on the news. The parent's names are Bennett Roof (father) and Amy Roof (mother). Amber Roof indicated that DYLANN STORM ROOF does own a gun as her mother has seen it.

After the call from Amber Roof, Dalton Tyler called back in to the tip line and indicated he had taken screen shots of the Facebook pages belonging to DYLANN STORM ROOF. These screen shots were supplied to Law Enforcement Officials by Tyler. The person and vehicle depicted in the images appearing in these screen shots were confirmed to be the same person that appears in the surveillance footage of these crimes and the same vehicle that the shooter utilized during the commission of these crimes.

Upon learning the aforementioned facts, investigators began ascertaining information regarding licensing and vehicle registrations of DYLANN STORM ROOF. As investigators were obtaining more information, contact was made with DYLANN STORM ROOF's father, Bennett Roof. Bennett Roof first told investigators over the phone that the images he had seen on the news regarding this incident were images of his son, DYLANN STORM ROOF. He subsequently confirmed the identity of the suspect upon viewing the photos in person, during an interview with investigators.

On June 18, 2015 at approximately 10:33 hours, The Shelby Police Department received a call from a motorist indicating the suspect from this incident was traveling west on US Highway 74 through Shelby. This motorist gave a description of the car and suspect. This car was ultimately stopped on US Highway 74. This vehicle is a Black in color Hyundai Elantra bearing the South Carolina registration number plate: LGF330. The Vehicle Identification Number is KMHJF35F8YU964587. The driver of the car, DYLANN STORM ROOF, was taken into custody and interviewed by investigators at the Shelby Police Department.

Based on the facts revealed in this affidavit, the totality of the circumstances would lead a reasonable person to believe items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence, weapons, ammunition, items used to store and transmit electronic data and/or gunshot residue, would be located in the Black in color Hyundai Elantra bearing the South Carolina registration number plate: LGF330, VIN - KMHJF35F8YU964587. Affiant prays unto the court that a warrant be issued to seize the Black in color Hyundai Elantra bearing the South Carolina registration number plate: LGF330, VIN - KMHJF35F8YU964587, so that said vehicle could be delivered to the South Carolina Law Enforcement Division and be searched by that agency or their designee.

Sworn and subscribed
Before Me On the ___18___ Day
Of ___June___, 2015.

_____
Superior Court Judge

_____
Applicant

US-022343

ATTACHMENT A

Page 3 of 3

Attachment to Search Warrant Application for a Black in color 2000 Hyundai Elantra; VIN- KMHJF35F8YU964587 by Detective Seth M. Treadway dated June 18, 2015.

Affiant further requests that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an extremely sensitive ongoing criminal investigation that is neither public nor known to all targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Further the AFFIANT sayeth not.

Sworn and subscribed
Before Me On the ___18___ Day
Of ___June___, 2015.

_____
Superior Court Judge

_____
Applicant

US-022344