FD-26 (Rev. 7-20-94)

# DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of: HOUSE LOCATED AT ▮▮▮▮▮▮▮▮▮▮▮▮▮
(Describe the person(s), place(s), or thing(s) to be searched.)

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

6/18/2015
Date

_____
Signature

_____
Witness

US-054214