# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | **UNDER SEAL** |
| Dylann Storm Roof. ) | |
| _____ ) | |

It is **ORDERED** that a sealed hearing on Defendant's first motion to suppress (Dkt. No. 266) and Defendant's second motion to suppress (Dkt. No. 268) will be held in closed court on Thursday, September 1, 2016 at 10 a.m. at the J. Waties Waring Judicial Center in Charleston, in a courtroom to be determined.

It is further **ORDERED** that Defendant may file replies to the Government's responses to Defendant's first motion to suppress and to Defendant's second motion to suppress on or before August 18, 2016.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

August 11, 2016
Charleston, South Carolina