IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:15-CR-00472-RMG |
| v. | ) | |
| DYLANN STORM ROOF | ) | **UNDER SEAL** |

### NOTICE OF PROPOSED CASE-SPECIFIC JUROR QUESTIONNAIRES

The Court directed the government and the defense to submit proposed case-specific juror questionnaires, identifying those questions on which there was common agreement and those proposed questions on which disagreement remained after consultation. With agreement from the defense, the government submits three documents that include this information.

The first document is a color-coded combined questionnaire that identifies areas of agreement through the use of black text while indicating the government's additional proposed questions with blue text and the defense's proposed questions with red text. *See* Exhibit A. The second document is a clean version of the government's proposed questionnaire (including both the areas of agreement and the government's proposed questions to which the defense has not agreed). *See* Exhibit B. The third document is a clean version of the defense's proposed questionnaire (including both the areas of agreement and the defense's proposed questions to which the defense has not agreed). *See* Exhibit C. Copies of these documents will also be submitted in Word format to chambers via email.

Respectfully submitted,

BETH DRAKE
ACTING UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA

                                            BY: s/*Julius N. Richardson*  
                                            JULIUS N. RICHARDSON (ID #9823)  
                                            NATHAN WILLIAMS  
                                            Assistant United States Attorneys  
                                            1441 Main Street, Suite 500  
                                            Columbia, SC 29201  
August 15, 2016                             Tel. (803) 929-3000