**FEDERAL PUBLIC DEFENDER**
**District of Arizona**
850 W. Adams, Suite 201
Phoenix, Arizona 85007

**JON M. SANDS**                                                                                      602-382-2700
**Federal Public Defender**                                                                    (Fax) 602-382-2800
                                                                                                                    1-800-758-7053

August 30, 2016

The Honorable Richard M. Gergel
United States District Court for the District of South Carolina
Charleston Division
J. Waties Waring Judicial Center
P. O. Box 835
Charleston, SC 29402

      Re:    *United States v. Dylann Storm Roof*
              Docket No. 15-00472

Dear Judge Gergel:

      Please accept the exhibits (2) filed with this letter in connection with our earlier correspondence in support of sealing Thursday's suppression hearing.

                                      Respectfully submitted,

                                      s/ *Sarah S. Gannett*
                                      Sarah S. Gannett
                                      Assistant Federal Public Defender
                                      Federal Public Defender for the District of Arizona
                                      850 W. Adams Street, Suite 201
                                      Phoenix, AZ 85007
                                      602-382-2862
                                      sarah_gannett@fd.org

                                      Attorney for Dylann S. Roof

cc:      Julius N. Richardson, Assistant United States Attorney