# EXHIBIT 1

WIS TV
@WIS10

Home
About
Photos
Videos
Events
NBC Shows
Likes
Notes
Contests
NBC Promos
Posts
Win Tickets to the Southern 500

Create a Page

14 hrs

Dylann Roof had a lot more to say than what investigators found on his website. Should we ever see what else he has written, or should it stay sealed for good?

Prosecutors: Accused church shooter wrote manifesto in jail

The man accused of killing nine parishioners of a downtown Charleston church wrote a jailhouse manifesto, according to federal prosecutors.

WWW.WISTV.COM

Like Comment Share

30

Top Comments

2 shares

Write a comment...

JMark Manning Nooooo.... no more attention to this empty shell. The ignorant already worship idiots like this and destroy people's property and lives by thinking it is okay to have some association to what they think is a historical figure... don't give this trash any type position. End it. Give him the chair or injection and close this chapter by giving the attention to vengeance of justice finally served. Stop reporting on him until the verdict.
Like · Reply · 11 · 12 hrs

Josh Shipitz As someone who is interested in the minds of criminal work I'd like to see it. But it's not something that HAS to be made public. But I don't see why it would hurt.
Like · Reply · 10 · 14 hrs

Melinda Davis Rykbost I don't even think he should be living in jail. What he did was so horrible and there's absolutely zero doubt he is guilty. Monsters like him should just be put to death - no trial necessary. Someone like that will not change and should never be back in society. He is a waste of tax dollars.
Like · Reply · 4 · 11 hrs

NOTES

Community Guidelines
July 8, 2013

ABOUT WIS TV
April 2, 2009

VISITOR POSTS

Robin D Bradley
Today at 5:33am
So you report on Italy earthquake..but wasnt anything on the Louisia... See More
Like · Comment

Ed Holshouser
Yesterday at 7:05pm
When you ask the question about RSO's in schools; why don't you ask ... See More
1 Like
Like · Comment

Ben E Glover
Yesterday at 5:22pm
As it should be let a child enjoy life after school,

https://www.facebook.com/WIS10/?fref=ts
WIS TV
@WIS10
Home
About
Photos
Videos
Events
NBC Shows
Likes
Notes
Contests
NBC Promos
Posts
Win Tickets to the Southern 500
Create a Page
Melinda Davis Rykbost I don't even think he should be living in jail. What he did was so horrible and there's absolutely zero doubt he is guilty. Monsters like him should just be put to death - no trial necessary. Someone like that will not change and should never be back in society. He is a waste of tax dollars.
Like · Reply · 4 · 12 hrs
Jason Justus A trail may not be necessary, but the Constitution gives him a right to one anyways.
Like · Reply · 9 hrs
Gina Denton Nothing he thinks, thought and wanted to say is NOT important! Nothing He is associated with is important other than he's death! He's a coward!
Like · Reply · 6 · 14 hrs · Edited
Kristin Shumpert Goodson He can plead whatever he wants dont make a difference, the boy is guilty, cut and dry. If they are using that as a tactic to avoid more court time by saying they will plead guilty only if the death penalty is dropped. All tactics to get the death penalty dropped. Just end this, this is open and shut, no doubt in no ones mind that he is 100% guilty and no need to keep dragging it out.
Like · Reply · 1 · 11 hrs
Ryan Kelly I think certain people should read it as a learning tool to identify certain in my opinion mental illnesses. I also think it could become a reference in teaching people not skilled in the area to identify people such as this.
Like · Reply · 7 · 12 hrs · Edited
Libby Welch Leave it alone....Hes guilty,thats all that matters Oh and he should ask God for forgiveness but sit in a cell looking at four walls,no windows,no tv,no outside at all,just do nothing for the rest of his life...
Like · Reply · 10 hrs
Kimberly Price It should stay sealed.This whole case should be sealed.Except for this I have not read anything reported about him.He does not deserve the publicity.
Like · Reply · 1 · 10 hrs · Edited
Lisa Sherrer Fisher Only a complete moratorium on anything related to this man is acceptable. No press coverage, no photos, nothing to feed his extremely sick psyche-
Like · Reply · 1 · 12 hrs · Edited
Gary Prevette If it helps understand an insane persons mind... Maybe? We might see his mindset and use it to identify other would be idiots and stop them before they commit such a crime!
Like · Reply · 40 mins
Fiona Kinard-Mckie Seal it, lock him up and forget he ever walked this planet.
Like · Reply · 13 · 14 hrs
Donnie Lucas Releasing it to the public will only fuel more hate. Shred it and send him away forever.
Like · Reply · 13 · 14 hrs
Michael Wise Awe, he doesn't want the death penalty. I say burn him and his manifesto with fire.
Robin D Bradley
Today at 5:33am
So you report on Italy earthquake..but wasnt anything on the Louisia... See More
Like · Comment
Ed Holshouser
Yesterday at 7:05pm
When you ask the question about RSO's in schools; why don't you ask ... See More
1 Like
Like · Comment
Ben E Glover
Yesterday at 5:22pm
As it should be let a child enjoy life after school, with so many ac... See More
1 Comment
Like · Comment
LIKED BY THIS PAGE
Miss South Carolina S... Like
Charles Molineaux Like
Columbia Fireflies Liked
English (US) · Español · Português (Brasil) · Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016
Eric Leach likes Ryan Sieg Racing's post.
Nan Butler likes Dwayne The Rock Johnson's video.
Becky Murray commented on Audrey Lynn's post.
Tammy McMillen likes Country Heat's video: Turn
Turn on chat to see who's available.
8:28 AM

https://www.facebook.com/WIS10/?fref=ts
WIS TV
@WIS10
Home
About
Photos
Videos
Events
NBC Shows
Likes
Notes
Contests
NBC Promos
Posts
Win Tickets to the Southern 500
Create a Page
manifesto with fire..
Jim Anderson Don't release it, if only so that he can't gain any sick satisfaction from knowing people are reading it.
Karen Richardson I think it should be sealed enough hurt has happened
Wendy M. Watt Not until aftet his trial.
Stoney Anderson Hang him on Main Street !!!
James Samuel Burn it
Brett Siegel I wanna read it
Candace Ritchie He should be executed and forgotten.
Kris Hansen After his trial. I understand it may open wounds. But the trial already did. But information is a powerful tool. Educate society by showing what drives the hate in these people and learn what to guard against.
Frank Milton PUT HIM IN A WEELBARROW AND PUSH HIM INTO THE RIVER!!!!
John C. Williams That's not a very bad punishment, ha ha.
Charles Word Why is this piece of crap still alive..???
Kelly De Lucia Because the only REAL judge is God....Roof will get his judgment from the higher power. there is a place deeper than the depths of hell for someone like him and many others who have done the same crimes in the past.
Randy Pues Who gives a darn
Richard Spurgeon Seal it horrible wounds heal
Inez Thompson Just put him to death
Rhonda Jaynes Nelson Handle it and stop costing tax payers money
Robin D Bradley
So you report on Italy earthquake..but wasnt anything on the Louisia... See More
Ed Holshouser
When you ask the question about RSO's in schools; why don't you ask ... See More
Ben E Glover
As it should be let a child enjoy life after school, with so many ac... See More
LIKED BY THIS PAGE
Miss South Carolina S...
Charles Molineaux
Columbia Fireflies
8:29 AM

https://www.facebook.com/WIS10/?fref=ts
WIS TV
@WIS10
Home
About
Photos
Videos
Events
NBC Shows
Likes
Notes
Contests
NBC Promos
Posts
Win Tickets to the Southern 500
Create a Page
what drives the hate in these people and learn what to guard against.
Like · Reply · 2 · 12 hrs
Frank Milton PUT HIM IN A WEELBARROW AND PUSH HIM INTO THE RIVER!!!!
Like · Reply · 1 · 13 hrs
John C. Williams That's not a very bad punishment, ha ha.
Like · Reply · 3 · 12 hrs
Write a reply...
Charles Word Why is this piece of crap still alive..???
Like · Reply · 10 hrs
Kelly De Lucia Because the only REAL judge is God....Roof will get his judgment from the higher power. there is a place deeper than the depths of hell for someone like him and many others who have done the same crimes in the past.
Like · Reply · 9 hrs
Write a reply...
Randy Pues Who gives a darn
Like · Reply · 12 hrs
Richard Spurgeon Seal it horrible wounds heal
Like · Reply · 13 hrs
Inez Thompson Just put him to death
Like · Reply · 11 hrs
Rhonda Jaynes Nelson Handle it and stop costing tax payers money
Like · Reply · 12 hrs
Doug Crawford Shred it. And burn it
Like · Reply · 13 hrs · Edited
Wade de Loach What difference does it make any way.
Like · Reply · 11 hrs
Cindi Spires Ford Yes, print it out!!!!!
Like · Reply · 11 hrs
Karen Crumpton Who cares. Fry him.
Like · Reply · 1 min
Cat Ayre Nope
Like · Reply · 9 hrs
Write a comment...
WIS TV
15 hrs
THIS JUST IN
NOTES
Community Guidelines
July 8, 2013
ABOUT WIS TV
April 2, 2009
VISITOR POSTS
Robin D Bradley
Today at 5:33am
So you report on Italy earthquake..but wasnt anything on the Louisia... See More
Like · Comment
Ed Holshouser
Yesterday at 7:05pm
When you ask the question about RSO's in schools; why don't you ask ... See More
1 Like
Like · Comment
Ben E Glover
Yesterday at 5:22pm
As it should be let a child enjoy life after school, with so many ac... See More
1 Comment
Like · Comment
LIKED BY THIS PAGE
Miss South Carolina S...
Like
Eric Leach likes Ryan Sieg Racing's post.
Nan Butler likes Dwayne The Rock Johnson's video.
Becky Murray commented on Audrey Lynn's post.
Tammy McMillen likes Country Heat's video: Turn
Turn on chat to see who's available.
8:29 AM

upi.com
About Us | Log in or Register!
UPI
TOP NEWS
ENTERTAINMENT
ODD NEWS
BUSINESS
SPORTS
SCIENCE
HEALTH
OPINION
PHOTOS
ARCHIVE
Dylann Roof wrote racist manifesto in jail after Charleston church shooting
By Andrew V. Pestano | Aug. 23, 2016 at 7:22 AM
Follow @upi
2 Comments
Share
Tweet
Email
Print
Dylann Roof, accused of killing nine worshipers at a historic Charleston, S.C., church,appears before
a judge on June 19, 2015. Roof wrote two handwritten manifestos related to race, federal authorities
CALATLANTIC HOMES
2016 BUILDER of the YEAR - Builder Magazine
Homes from the
mid $100s - upper $500s
9 Charleston Neighborhoods
Ads by ZINC
GET TOOLS TO HELP YOU BETTER MANAGE YOUR TYPE 2 DIABETES.

2:15-cr-00472-RMG Date Filed 08/30/16 Entry Number 344-1 Page 7 of 20

Safari File Edit View History Bookmarks Window Help
58% Tue 12:36 PM Denise Delarue
msn.com
msn news
web search
Sign in
Headlines US World Crime Election 2016 Opinion Local Technology Offbeat Live Coverage Video My Topics

# Dylann Roof wrote white supremacist manifestos: prosecutors

19 / 63

REUTERS
Reuters
By Harriet McLeod
13 hrs ago
SHARE
TWEET
SHARE
EMAIL

AdChoices
Find a cost-effective networking solution now.

MORE FROM MSN

Feedback



Safari File Edit View History Bookmarks Window Help

Tue 12:37 PM Denise Delarue

foxnews.com

FOX NEWS U.S.

Home Video Politics U.S. Opinion Entertainment Tech Science Health Travel Lifestyle World Sports On Air

Super Cheap Flights $78 SEARCH ! us.jetcost.com

U.S. HOME CRIME TERRORISM ECONOMY IMMIGRATION DISASTERS MILITARY EDUCATION ENVIRONMENT PERSONAL FREEDOMS REGIONS

SOUTH CAROLINA

# Dylann Roof 'self-radicalized' before church massacre, feds say

Published August 23, 2016 · Associated Press

Safari File Edit View History Bookmarks Window Help
58% Tue 12:37 PM Denise Delarue
washingtonpost.com
Sections
The Washington Post
Sign In
Subscribe
TAP YOUR AGE: 18-25 26-35 36-45 46-55 56-65 66-75 OVER 75
Calculate New House Payment
LowerMyBills.com
Post Nation
Prosecutors say Dylann Roof 'self-radicalized' online, wrote another manifesto in jail
UP TO 1.00% APY
FDIC Capital One 360 Money Market℠
By Mark Berman August 22 at 8:18 PM
POLICE LINE DO NOT CROSS
75
Most Read
1 Doctors thought it was a simple foot infection.
821

Safari File Edit View History Bookmarks Window Help
Tue 12:37 PM Denise Delarue
cnn.com
U.S. » Dylann Roof case: New court documents reveal more details, feds say
Live TV
U.S. Edition +
menu
Dylann Roof case: New court documents reveal more details, feds say
By Dave Alsup and Azadeh Ansari, CNN
Updated 2:24 AM ET, Tue August 23, 2016
Top stories
Teenagers sold for sex
1,500 Americans wash up in Canada
URGENT AIRBAG RECALL
AIRBAG RECALL .com

Safari File Edit View History Bookmarks Window Help
Tue 12:38 PM Denise Delarue
nbcnews.com

advertisement
EMPIRE HEATING & AIR CONDITIONING
Atlanta's Heating & Air Conditioning Specialists
Free Consultation

NEWS
CHARLESTON CHURCH SHOOTING
AUG 22 2016, 9:19 PM ET

# Accused Charleston Church Shooter Dylann Roof Had Two Hidden Manifestos: Court Docs

by TIM STELLOH and REUTERS

Authorities discovered two white supremacist manifestos in accused Charleston church shooter Dylann Roof's possession, according to court documents filed Monday.

The screeds, which were handwritten, were found in Roof's car and jail cell, the documents say.

No other details were provided.

advertisement
Today's Mortga
17%
APR

NEWS

CHARLESTON CHURCH SHOOTING

AUG 22 2016, 9:19 PM ET

# Accused Charleston Church Shooter Dylann Roof Had Two Hidden Manifestos: Court Docs

by **TIM STELLOH** and **REUTERS**

SHARE

Share

Tweet

Share

Email

Print

Comment

Authorities discovered two white supremacist manifestos in accused Charleston church shooter Dylann Roof's possession, according to court documents filed Monday.

The screeds, which were handwritten, were found in Roof's car and jail cell, the documents say.

No other details were provided.

advertisement

FROM THE WEB Sponsored Links

There Are 10 Types of Irish Last Names - Which One Is Yours?

Ancestry

Safari File Edit View History Bookmarks Window Help

Tue 12:42 PM Denise Delarue

dailymail.co.uk

Feedback Like 5.4M Follow @MailOnline DailyMail

Tuesday, Aug 23rd 2016 2PM 90°F 5PM 87°F 5-Day Forecast

Daily Mail .com News

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires Login

Revealed: Austrian girl-in-the-cellar

EXCLUSIVE - Missing: FBI files

Terror in Virginia: Knifeman tries to

Bombshell email shows Hillary aide

Will the world end next month?

'Fox News operates like a sex-fueled,

# Charleston shooter Dylann Roof had two white supremacist manifestos hidden in his car and jail cell, prosecutors claim

- Dylann Roof read extremist literature online in advance of the attack
- Experts will testify that the 22-year-old suspect 'self-radicalized online'
- Roof traveled to several 'race-relevant destinations' before the shooting
- He will face a death penalty trial when he appears in court in November

By DARREN BOYLE FOR MAILONLINE

**PUBLISHED:** 05:20 EST, 23 August 2016 | **UPDATED:** 06:59 EST, 23 August 2016

Share

1 View comments

Site Web Enter your search Search

Access all the latest listings on OWNERS.com

SEARCH NOW

American Apparel

Cotton Spandex Deep Cut Bodysuit

$34.00

A cotton spandex bodysuit with high neckline, thong bottom and deep back with skinny straps.

Shop Now

# Dylann Roof wrote white supremacist manifestos: prosecutors

REUTERS August 22, 2016

Dylann Roof is seen in this June 18, 2015 handout booking photo provided by Charleston County Sheriff's Office. REUTERS/Charleston County Sheriff's Office/Handout via Reuters

By Harriet McLeod

CHARLESTON, S.C. (Reuters) - Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal crimes including hate crimes, obstruction of religious practice and firearms charges.

Safari File Edit View History Bookmarks Window Help
56% Tue 12:43 PM Denise Delarue
newsweek.com
Feds: Church shooting suspect Dylann...
Dylann Roof Wrote Two White Supremacist Manifestos
Newsweek
U.S. WORLD BUSINESS TECH & SCIENCE CULTURE SPORTS OPINION
Subscribe To Newsweek
Sign In
PrimeNow
$10 OFF YOUR FIRST ORDER
NOW ON PRIMENOW.COM
#primenow
U.S.
DYLANN ROOF WROTE TWO WHITE SUPREMACIST MANIFESTOS
BY REUTERS ON 8/22/16 AT 7:12 PM
Advertisement (0:30): Sugarlands Distilling Company Distillery Moonshine Experience
Learn More
ADVERTISEMENT
Make Litter Box Care a BREEZE
FROM TIDY CATS
ONE SIMPLE SYSTEM keeps odors controlled

U.S. DYLANN ROOF CHARLESTON CHURCH SHOOTING

ADVERTISEMENT




CHARLESTON, S.C. (Reuters) - Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal crimes including hate crimes, obstruction of religious practice and firearms charges.

Roof has offered to plead guilty if prosecutors agree to drop the death penalty, his defense attorney has said. But prosecutors have so far refused to make a plea deal over the June 2015 slaying of nine Bible study members at the historic Emanuel African Methodist Episcopal Church.




Try Newsweek for only $1.25 per week

The shootings shook the country and intensified debate over U.S. race relations, already roiled at the time by high-profile police killings of unarmed black people.

Safari File Edit View History Bookmarks Window Help

Tue 12:44 PM Denise Delarue

independent.co.uk

Feds: Church shooting suspect Dylann...

Dylann Roof 'wrote second racist manifesto' while awaiting trial for Charleston church shooting | People | News | The Independ...

INDEPENDENT News Voices Sports Culture Lifestyle Tech US election Daily Edition

# Dylann Roof 'wrote second racist manifesto' while awaiting trial for Charleston church shooting

The 22-year-old faces a total of 33 charges over the June 2015 shooting

Andrew Buncombe New York | @AndrewBuncombe | 3 hours ago | 2 comments

7 shares

2:15-cr-00472-RMG Date Filed 08/30/16 Entry Number 344-1 Page 18 of 20

Safari File Edit View History Bookmarks Window Help
54% Tue 12:46 PM Denise Delarue
abcnews4.com
abc 4 NEWS
88°
Search
NEWS
WEATHER
SPORTS
LOWCOUNTRY LIVE
PHOTOS
ABOUT US
CIRCA
Road Trippin
exploring this week!
sponsored by:
aiken SOUTH CAROLINA

# Roof a 'self-radicalized' extremist who penned new manifesto in jail, experts will say

BY SAM TYSON | MONDAY, AUGUST 22ND 2016

ADVERTISEMENT
Road Trippin
Click here to
Find out where we're exploring this week!
sponsored by:
aiken SOUTH CAROLINA
TRENDING
Friends, family honor teenage lives lost in

facebook.com
The Post and Courier
Feds: 'Self-radicalized' before attack, Dylann Roof penned another manifesto in jal...
Mary on Instagram: "I was tagged by my sweet friend Heather @klotzhome to pl...
The Post and Courier
@ThePostandCourier
Home
About
Photos
Obituaries
Find a job
Videos
Contests
Posts
Likes
Events
Create a Page
McLaughlin Sue Please!! No more excuses for this disgusting Pig/Murderer!!
Like · Reply · 21 hrs
Elaine Cooler Duncan WHY THEY DRAGGING THIS OUT........HE MURDERED PEOPLE....
Like · Reply · Yesterday at 9:48am
Sharolyn Charleston Robinson Hate is in the heart. It was here long before TV, Internet etc. So they can convince themselves of that. This kid displayed it at home, on his car etc.
Like · Reply · 1 · August 22 at 4:34pm
Doug Simpson I disagree. Hate is definitely a learned behavior and it starts in the home.
Like · Reply · 2 · August 22 at 5:01pm
Mark Gahagan Hate is definitely taught at home, everything starts at home,every single time.
Like · Reply · 2 · August 22 at 5:38pm
Max Palmetto Doug Simpson - hate is all over tv, in movies, in magazines, on the radio, lyrics to songs, etc.
Like · Reply · 1 · August 22 at 5:55pm
Sharolyn Charleston Robinson You both are correct and I know that and that is why I said it the way I did when I said at home and that was my subtle way of saying he grew up in a household with hate. I know the parents taught him this but I didn't want to include them because I ... See More
Like · Reply · 2 · August 22 at 6:38pm
Write a reply...
Matthew Smith Well this sure flies in the face of the whole, "white America is racist" idea. Back to drawing board for the 1000th time NAACP, NAN, & BLN.
Like · Reply · Yesterday at 5:40am
Sonja Cease Sayles I don't care why or how he became anything. He shot & killed 9 innocent human beings, in a church!! Guilty, next, bye Felicia!
Like · Reply · 4 · August 22 at 7:06pm
1 Reply
Yesterday at 3:51pm
Report on it.
Like · Comment
APPS
Obituaries
Find a job
Contests
VIDEOS
568
90
YOUR GAMES
RECOMMENDED GAMES
Debbie Everts
Timothy Hays
Kate Wilson
Patti Puckett Ghezzi
Gordon Rose
Patty Caraher
Andrea Eifird Avery
Tommy Futch
Stephanie Kaskel Bo...
Ginnie Campbell Vestal
GROUP CONVERSATIONS
Cliff, Melanie, Denise
Search
Safari File Edit View History Bookmarks Window Help
38% Wed 10:25 AM Denise Delarue

Safari File Edit View History Bookmarks Window Help
Wed 10:39 AM Denise Delarue
facebook.com
The Post and Courier
Denise Home
The Post and Courier
@ThePostandCourier
Home
About
Photos
Obituaries
Find a job
Videos
Contests
Posts
Likes
Events
Create a Page
James Carroll So he was self-radicalized? I thought a flag made him do it. Or that's what most seem to think.
Like · Reply · 3 · August 22 at 6:11pm
1 Reply
Alicia Brown Alvarez He's a racist murderer..period. The issue shouldn't be what made him racist..the focus and real issue is he went to that Church with hate in his heart, and viciously executed 9 innocent people over the color of their skin. I don't care how or what happened in his life to turn him into a racist murderer.
Like · Reply · 1 · Yesterday at 4:02am
Noah Cartin No. Living in a racist state did that.
Like · Reply · 1 · August 22 at 10:33pm
Lisa Sherrer Fisher i don't care. flip the switch already.
Like · Reply · August 22 at 11:33pm
Donald G. Jenkins And when he is sent to the cooker and fried like a piece of chicken, he can meet his maker in hell!
Like · Reply · 1 · August 22 at 10:55pm
Daniel McKelvey He is a barely literate moron...He can't spell "Manifesto"...or know what it could mean..
Like · Reply · August 22 at 6:32pm
Kat Purrington No matter how hard people try to make this into an individual act of hate the bigger picture is that no one becomes a white supremacist in a vacuum. There were people who wrote the literature he read and there were people who held the rallies he went t... See More
Like · Reply · 7 · August 22 at 5:05pm
2 Replies · August 22 at 6:20pm
Teresa Stancil-Brown Sounds like the media radicalized him, whether social media or mainstream media. According to his own manifesto it started with the Trayvon Martin case and went from there. He used racism to fight racism. That will NEVER work. There are more like him out there in every race, we see them every day on mainstream media AND social media.
Like · Reply · 5 · August 22 at 5:54pm
Max Palmetto Internet based "media."
Like · Reply · 2 · August 22 at 4:23pm
Write a comment...
568 90
10 5
48 47
LIKED BY THIS PAGE
The Post and Courier - ... Like
Adam Parker - The Pos... Like
Forgotten South Carolina Like
English (US) · Español · Português (Brasil) · Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016
YOUR GAMES MORE
RECOMMENDED GAMES MORE
Michele Vaughan Oliver commented on IMAN Global Chic's photo.
Paul Harpin In the grab &Go some very tasty Meatballs Marinara( vera cucina) — checked in to Harpin's Restaurant.
Jennifer Moeller ...
Andrea Eifrid Avery
Tommy Futch
Ginnie Campbell Vestal
Marc Farley
Tonya Malone
Lorrie Oreck
GROUP CONVERSATIONS
Cliff, Melanie, Denise
Search
823