# EXHIBIT 2

# The Post and Courier

Winner of the Pulitzer Prize





Search

📰 News (/apps/pbcs.dll/section?category=PC16)

**DOG. CAT. PARROT. HEDGEHOG! WE WANT TO SEE YOUR CUTE**

# Post and Courier attorney objects to closed hearing in Dylann Roof case



(/apps/pbcs.dll/personalia?ID=47)    Andrew Knapp (/apps/pbcs.dll/personalia?ID=47) ✉ Email (mailto:aknapp@postandcourier.com) 🅕 Facebook (https://www.facebook.com/#!/andrewknapp) 🐦 @offlede (https://twitter.com/#!/offlede)

Aug 22 2016 10:53 am 🕐 Aug 22 10:58 am





Bender ✕

An attorney for The Post and Courier has asked a federal judge to reconsider barring the public from a hearing in Dylann Roof's death penalty case.

U.S. District Judge Richard Gergel last week ruled that he would close a Sept. 1 proceeding to discuss whether certain evidence should be allowed in the trial. In his order, Gergel said that disclosing the information early "could expose prospective jurors to evidence that they may not properly consider in reaching a verdict," jeopardizing Roof's constitutional right to a fair trial.

### Related Content

Feds: 'Self-radicalized' before attack, Dylann Roof penned another manifesto in jail (/20160822/160829824/feds-self-radicalized-before-attack-dylann-roof-penned-another-manifesto-in-jail)

### Photos



The judge had not held a hearing on the issue before his ruling, but he invited anyone who opposes the move to file an objection. That came Friday, when the newspaper's lawyer, Jay Bender of Columbia, sent a letter to Gergel. Bender wrote that court rules demand a public hearing ahead of any decision to close the proceedings.

"The newspaper objects to a closed hearing on grounds that it is inconsistent with established First Amendment precedent," Bender added in the letter.

GOLDEN OPPORTUNITY SALES EVENT SIGN & DRIVE

$0 DUE AT SIGNING
$0 1ST PAYMENT
$0 SECURITY

NEW 2016 LEXUS RX 350 V6 LUXURY CROSSOVER

$499 /MO. LEASE

or take up to $4500 OFF

The MSRP on Every New 2016 Lexus RX 350 In Stock!

HENDRICK LEXUS CHARLESTON

VIEW OUR INVENTORY

2424 Savannah Hwy.  hendricklexuscharleston.com  855-541-1240

O.A.C. Lease is 36 mo./10,000 mi/yr, $0 total due at signing, Including tax, tag, 1st mo. payment & $399 dealer closing fee, $0 sec. dep. New 2016 Lexus RX350, #160639, MSRP: $43,349. Res. value: $26,876. Discount off MSRP includes $399 dealer closing fee, plus T&T. Photo for illustration only. Ends 8/31/16.

(/uploads/original/1471900052_6185)160829844/EP-1.jpg?ratio=1.0)

The attorney cited a U.S. Supreme Court case that called for any hearing closure to be no broader than is necessary to protect the interest in question, for reasonable alternatives to be considered and for a judge's specific reasons for the closing to be aired publicly.

VIDEO: SANDUSKY ARRIVES AT COURT IN RETRIAL BID

Gergel did not immediately respond to Bender's filing. It was not clear whether he would consider the stance on the day of the hearing or in a separate proceeding at another time. The judge could decide to hear Bender's stance on the issue, then, if his opinion is unchanged, bar the public from attending the remainder of the hearing.

The hearing is set for 10 a.m. Sept. 1 in downtown Charleston.

Roof, 22, is charged with 33 federal counts in connection with the June 2015 shooting that killed nine black parishioners at Emanuel AME Church in Charleston. Authorities said Roof, who is white, was motivated by his hatred of black people. If Roof is convicted of certain charges during his Nov. 7 trial, a jury would consider whether he should be executed.

The Eastover resident also is charged with 13 counts in state court, including murder. That capital trial is set to begin in January.

Residents of the Charleston region already have received summonses to appear for the Sept. 26 start of jury selection in the federal trial.

But evidence suppression is one of the many issues that opposing attorneys in the case and Gergel must ponder before the case is heard. They typically weigh aspects such as whether the evidence would bias jurors or whether authorities followed proper procedures in obtaining it.

In the order announcing that he "intends to close the courtroom" for the hearing, Gergel said that in addition to evidence that proves inadmissible at trial, admissible evidence also could, "in some circumstances," interfere with the selection of an impartial jury.

"The court intends to authorize the release of all admissible evidence and all judicial orders relating to the admissibility of evidence at the earliest possible time when such release does not jeopardize the defendant's right to a fair and impartial jury and to a fair trial," the judge wrote in the Aug. 16

Reach Andrew Knapp at 843-937-5414 or twitter.com/offlede.

Keywords    🏷 **courts (/section/search&facet.filter=Keywords:courts)**

🏷 **Dylann Roof (/section/search&facet.filter=Keywords:Dylann%20Roof)**

🏷 **Emanuel AME Church (/section/search&facet.filter=Keywords:Emanuel%20AME%20Church)**

🏷 **federal court (/section/search&facet.filter=Keywords:federal%20court)**

🏷 **FOIA (/section/search&facet.filter=Keywords:FOIA)**

🏷 **Jay Bender (/section/search&facet.filter=Keywords:Jay%20Bender)**

🏷 **Richard Gergel (/section/search&facet.filter=Keywords:Richard%20Gergel)**

🏷 **U.S. District Court (/section/search&facet.filter=Keywords:U.S.%20District%20Court)**

## Similar stories from The Post and Courier



Feds: 'Self-radicalized' before attack, Dylann Roof



sponsored content

3 Ways to Save Big on Back-to-School Shopping



Dylann Roof's attorneys challenge constitutionality of

**Top Video Headlines**

of 3

- 





crucial.com by micron    UPGRADE NOW    for a faster Mac.    Free tools  100% compatible  Free shipping

# Dylann Roof case: New court documents reveal more details, feds say

By **Dave Alsup** and **Azadeh Ansari**, CNN

🕐 Updated 2:24 AM ET, Tue August 23, 2016



JOE RAEDLE/GETTY IMAGES

**Charleston church gunman called a racist bigot** 07:31

## Story highlights

Dylann Roof is accused of killing nine people at a church in 2015

Roof is charged with 33 federal offenses,

**(CNN)** — Dylann Roof, the man accused in the racially driven massacre at Charleston's Emanuel AME Church last year, wrote two documents and had made a list of churches, according to recently filed court documents.

Federal authorities say the two handwritten documents, or what they are calling "manifestos," were drafted by Roof, one before the 2015 attack and one while in jail.

**Our Terms of Service and Privacy Policy Have Changed**

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.

✕

inc



**Related Article:** Accused Charleston church shooter Dylann Roof beaten in jail

witnesses expected to testify at Roof's November 7 death penalty trial.

Roof, 22, who is white, is accused of killing nine people at a historic African-American church in Charleston, South Carolina.

A high school dropout, Roof was captured in North Carolina the day after the shootings. Investigators said he told them he wanted to start a race war.



**Photos:** Charleston church shooting

In this image from the video uplink from the detention center to the courtroom, Dylann Roof appears bond hearing Friday, June 19, in South Carolina. Roof is charged with nine counts of murder and firea charges in the shooting deaths at Emanuel African Methodist Episcopal Church in Charleston, South Carolina on June 17.

1 of 17                                                                                                    Hide Ca

In June, authorities found a website containing a 2,000-word racist manifesto and 60 pictures, which has since been used in the investigation into Roof and his possible motives.



Though Roof's name doesn't appear on the makeshift website called the Last Rhodesian, three photos show Roof posing with a pistol. One closeup shows a gun that can be identified as a.45-caliber Glock, the model investigators said was used in the church shooting. Those photos were taken in April, after Roof's 21st birthday, when his family said he bought a .45-caliber gun.

The name "Last Rhodesian" is apparently a reference to the former British colony in Africa that was ruled by a white minority until it became independent in 1980 and changed its name to Zimbabwe.

**Related Article:** Inside church massacre: A mom 'laid in her son's blood'

Roof is charged with 33 federal offenses, including hate-crime charges for allegedly targeting his victims on the basis of their race and religion.

*CNN's Ralph Ellis and Madison Park contributed to this report.*



T. rex skull found in Montana



After gay couple's home is vandalized, a community rallies

5 things for Thursday, August 25: Italy earthquake, Donald Trump...

Trigger warnings, safe spaces: Your guide to the new school year

EDITION
US

INFORM • INSPIRE • ENTERTAIN • EMPOWER

NEWS    POLITICS    ENTERTAINMENT    WELLNESS    WHAT'S WORKING    VOICES    VIDEO    ALL SECTIONS

AdChoices

**BLACK VOICES**

# White Supremacist Manifestos Discovered In Dylan Roof's Jail Cell

Prosecutors say Roof became radicalized online on his own rather than from associating with white supremacist groups.

🕐 08/23/2016 12:05 pm ET

880            

 REUTERS



HANDOUT VIA GETTY IMAGES

Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal

PRESENTED BY GOLDMAN SACHS




**Meet The Small-Business Owners Growing Employment In America**

Quick Read | Comments | 08.15.2016

**SUBSCRIBE AND FOLLOW**

Get top stories and blog posts emailed to me

crimes including hate crimes, obstruction of religious practice and firearms charges.

Roof has offered to plead guilty if prosecutors agree to drop the death penalty, his defense attorney has said. But prosecutors have so far refused to make a plea deal over the June 2015 slaying of nine Bible study members at the historic Emanuel African Methodist Episcopal Church.

The shootings shook the country and intensified debate over U.S. race relations, already roiled at the time by high-profile police killings of unarmed black people.

Much of the evidence against Roof has been sealed but the latest details were disclosed in a court filing by prosecutors listing the expert witnesses they plan to call at the trial, which is scheduled to begin on Nov. 7.

Roof also faces the death penalty on murder charges in state court trial scheduled for next year.

The Federal Bureau of Investigation has said Roof wrote an online racist manifesto in the weeks before the shootings. The writings referred to on Monday would be the first physical documents to be used against Roof.

Prosecutors plan to call a handwriting expert to testify that the manifestos match Roof's penmanship.

They will also summon at least one expert on white supremacy who will testify that Roof's "statements, writings, travel, personal interests and dress are consistent with the adoption of white supremacist beliefs ... including a belief in the need to use violence to achieve white supremacy," the court documents said.

The prosecution experts, identified as Eric Sorensen and Jacquelyn Hamelryck, will testify that white supremacists believe people generally fit into the categories of white and non-white.

"Whites are defined as non-Jewish people of European descent, and 'non-whites' are everyone else," according to court documents.

Prosecutors say Roof became radicalized online on his own rather than from associating with white supremacist groups.

(Reporting by Harriet McLeod; Editing by Daniel Trotta and Peter Cooney)

**Also on HuffPost**



each day. Opt out or contact us anytime. We'll send personalized content or advertisements.
Learn more

address@email.com

**Subscribe Now →**

f    943 K          🐦  293 K

📌  417 K          🎙  Podcast

👻  Add us on Snapchat

 "Black Lives Matter" March

**More:**   Racism    South Carolina    Dylann Roof    White Supremacy    Church Massacre

**Suggest a correction**

---

Comments

---

**YOU MAY LIKE**                                                    Sponsored Links by Taboola

**Darlington: This Meal Service is Cheaper Than Your Local Store**
Home Chef

**Top Longevity Scientist Provides Leading Expertise For Your Daily Use**
Scientific American | Elysium Health

**Get 6% Cash Back on Groceries**
SmartAsset

**Cable TV Is Dying in 2016. Here's What Comes Next**
The Motley Fool

**17 Celebrities You Will Never Guess Are Muslim**
Cyber Breeze

**67 Strangers Took DNA Tests. Here's What They Found Out.**
Ancestry

**Around The Web**                                                 Powered By ZergNet







**Reasons Why 'Naked and Afraid' is Totally Fake**

**New Orleans' Upper 9th Ward Resembles a Zombie Apocalypse**

**The Sketchy Double Life of Rachael Ray**

**CURATED FOR YOU**

Generated from related, personalized and trending articles. View your news l

# CONVERSATIONS

**31 Comments**                                    Sort by   Top

   Add a comment...

 **Ernest Adams** · Help Desk Analyst at CatalystRx
I'm not normally for the death penalty... but I make exception in this case especially when this asshole is fighting so hard to avoid the death penalty after killing those 8 souls in cold blood...

Like · Reply · 👍 48 · Aug 23, 2016 6:39pm

>  **Karen Foster** · Foley, Alabama
> I sympathize with the feeling. However, his living out a very full life in segregation, confronted daily with the perversity of his "reality" in many respects is a far harsher punishment. My hope is that before he dies (however that end meets him), he will come to realize the error of his way of thinking, his repudiation of the forces that led him to that sad, evil place, and ultimately embracing all of humanity as equals. As a Life without Parole case, he also doesn't become a martyr to anyone's cause.
>
> Like · Reply · 👍 19 · Aug 23, 2016 7:03pm
>
>  **Ernest Adams** · Help Desk Analyst at CatalystRx
> Karen Foster I'm looking at the fact that he is willing to do anything to avoid it... and that he wants to live more than anything else... and I want to take that away from and on that day he'll know the error of his ways...
>
> Like · Reply · 👍 18 · Aug 23, 2016 7:14pm · Edited
>
>  **Karen Foster** · Foley, Alabama
> Ernest Adams - it seems that you struggle with the morality of the death penalty. That in itself is wonderful. We have so many people nowadays who are so cocksure about things without giving them one iota of reasoned thought. Keep struggling!
>
> Like · Reply · 👍 12 · Aug 23, 2016 8:39pm
>
> **Show 7 more replies in this thread**

 **Ronald Bruce Robinson**
I'm thinking it's time Mr. Roof is enrolled in mandatory "sensitivity training" sessions administered daily by "the brothas" in his "corrections facility."

Like · Reply · 👍 22 · Aug 23, 2016 9:18pm

 **Bobby Wiseman**
...Inside Roof's cell? Corrections knew this. The have what is called, a cell search. It's a bet, some have known of {this} Manifesto. And, it's a bet, some in corrections approve of Roof's supremacisted movemnents. Remember, he's a hero to some inmates...

Like · Reply · 👍 14 · Aug 23, 2016 7:51pm

>  **Carol J. Stewart** · Works at Retired
> Not just 'cellmates'...remember, his captors bought him FOOD before he was jailed. When was the last time that happened for a black prisoner?
>
> Like · Reply · 👍 17 · Aug 23, 2016 9:20pm
>
>  **Ed Smith** · Works at Sears


The real question you should be asking: How many Radicals like Dylan Roof Trump is incubating with his hateful campaign rhetoric?

Like · Reply · 👍 8 · Aug 24, 2016 12:03am

**Bobby Wiseman**
Carol J. Stewart: Did the cops take him to Burger King? I think so, before cops re-handcuffed Roof to take him to jail? A hot meal. And a cold corpse...

Like · Reply · Aug 24, 2016 8:55am


**Joseph Lackey** · San Francisco State University
Dylann Storm Roof was greeted with fellowship before he took the lives of nine members of the esteemed congregation of this historic Charleston African-American church and forgiven by the some of the survivors of the victims when he was arraigned. Albeit I generally have qualms about the death penalty, but the number slaughtered, the fact he wasn't even entitled to a weapon, the nature of the crime as one of hatred and committed in a Wednesday Bible study group of an historic African-American church; I believe Dylann Storm Roof deserves the death penalty.

Like · Reply · 👍 12 · Aug 23, 2016 9:07pm


**Danielle Torrence** · Sam Houston State University
Remember when FOX news and its talking heads tied themselves into moral gordian knots trying to say the attack was on 'Religion' and not 'Race'? 'FOX and Friends' Steve Doocy -

"Extraordinarily they called it a hate crime," Doocy said. "Some look at it because it was a white guy apparently at a black church. But you just made a great point a moment ago about hostility towards Christians. And it was a church. So maybe that's what they're talking about. They haven't explained it to us."

Elizabeth Hasselbeck -

"A horrifying attack on faith killing 9 people, including a famed pastor. So, if we... See More

Like · Reply · 👍 13 · Aug 23, 2016 7:50pm


**Kay Harrington**
Danielle Torrence ... And Trump would give him a pardon if he became president.

Like · Reply · 👍 11 · Aug 23, 2016 8:23pm


**Connie Martin** · Medical transcription, medical writer at Fairview Health Services
YES, Danielle. Brilliant! FOX wasn't just spinning the facts, they were perverting the facts.

Like · Reply · 👍 9 · Aug 23, 2016 10:12pm


**Rick Reeves** · New Albany, Indiana
Kay Harrington Donnie may put him incharge of his minority outreach program

Like · Reply · 👍 2 · Aug 24, 2016 6:07am

**Show 1 more reply in this thread**


**Greg White** · UTEP - The University of Texas at El Paso
What a surprise...Dylan Roof a white supremacist..Also a home grown terrorist.

Like · Reply · 👍 31 · Aug 23, 2016 6:30pm


**Martin Moreno**
I appreciate the sarcasm, since this is no surprise at all.

Like · Reply · 👍 1 · Aug 23, 2016 10:53pm


**Linda Redhair** · Excelsior Springs High
Normally, I am an empathetic person, but Roof is an exception to the rule. His bigotry and hatred continues to rule his life. That congregation rose above afterwards. Roof remains the same.

Like · Reply · 👍 8 · Aug 23, 2016 7:25pm


**Rob Harr**
So, as a society, should we model our behavior on that of the congregation, or the criminal? You seem to, at the same time, respect the congregation, and want to act like the criminal. No empathy for this P.O.S. is needed, but how do we teach that killing is wrong, by killing? The rest of the civilized world has a) lower murder rates, and b) no death penalty. The

countries that share our behavior in this instance include the worst of the worst, i.e. Iran, Saudi, N. Korea, etc. How can we claim to be the "best", and act like the worst?

Like · Reply · 👍 2 · Aug 24, 2016 3:12am · Edited

 **Linda Redhair** · Excelsior Springs High

Rob Harr, first of all I am not a criminal as you would try to make me out to be one. When one flat out murders several people in a supposedly civilized setting, they have a debt to pay for those lives. In 99% of incidents, I am not pro death penalty despite your assessment of me Rob. Like I said, i believe Roof is an exception to the rule. I find it interesting that you accuse me of criminal-like behaviors, yet you take up for the perpetrator.

Like · Reply · 👍 1 · Aug 24, 2016 9:12am

 **Arlone Cofield** · Research Nurse Coordinator at Spaulding Rehabilitation Network

Linda Redhair This perpetrator. I'd like his view on perpetrators who are not white.

Like · Reply · Aug 24, 2016 11:48am

**Show 1 more reply in this thread**

 **Hermann Springmam**

I am curious as to what his home life was like, were his parents racist too? If so were the simple racist or harder KKK types? I'm thinking that there must have been a primer that started his search, on line, for support of such vile activities.

Like · Reply · 👍 2 · Aug 24, 2016 12:06am

 **James McGill** · The University of Arizona

Clearly his parents share some responsibility. What kind of monster would force a child to grow up in South Carolina?

Like · Reply · 👍 2 · Aug 24, 2016 3:10am

 **Jim Adams**

I'm curious-- is Roof actually as Lily White as he says? What does his DNA test say of his ancestry? Back in the slave days, if the slavers could prove as little as 2% African ancestry, that person could be sold as a slave. That's the argument that white supremicists made in those days to justify screwing black women and selling their own children. Craig Cobb, another rabid white supremecist (google him), set the standard for all white supremecists when he sent in his DNA to be tested. He flunked whiteness, of course because he ended up with almost 15% South African DNA.

I think we should tre... See More

Like · Reply · Aug 24, 2016 5:10am

 **Bob Humphreys** · Schafer High School

Let him live in misery. The death penalty is meciful. I have been in prison, nothing could be worse than to spend 60 yrs. of your natural life being judged and juried by that pile of peers. He should be begging for death.

Like · Reply · Aug 24, 2016 3:25am

**Load 10 more comments**

f Facebook Comments Plugin



**Aiken Standard** (/)

**Special Coverage**    **LIVE: Aiken Board of Zoning Appeals Meeting @ 5:30 p.m. (/20160823/160829807/live-aiken-board-of-zoning-appeals-meeting--530-pm)**    ×



# Attorney objects to closed hearing in Charleston church shooting case

Aug 22 2016 12:15 pm



FILE — Attorney Jay Bender, who represents news media, including The Post and Courier, talks with Andy Savage, an attorney for victims of the Emanuel AME Church shooting during a hearing on a gag order in Dylann Roof's prosecution at the Charleston County Courthouse in Charleston, S.C. Nicholson said he wanted to sit down with attorneys for the victims and the news media to review some of the more graphic evidence — including photographs of the crime scene, before deciding specifically what will be released. (Grace Beahm/The Post And Courier via AP)

CHARLESTON — A media attorney is objecting to closing a hearing on a defense request to keep some evidence out of the federal trial of Dylann Roof in the Charleston church shootings.

U.S. District Judge Richard Gergel has set a Sept. 1 hearing and says he intends to close it to protect Roof's right to a fair trial.

Attorney Jay Bender, representing The Post and Courier of Charleston, has written the judge asking to be heard before any decision to close the hearing. Bender says reasonable alternatives should be considered and if the hearing is closed, reasons for doing so should be on the record.

The 22-year-old Roof is charged in the deaths of nine black parishioners at Emanuel AME Church in June 2015. His death penalty trial is set for November.

Keywords      🏷 Charleston shooting (/section/search&facet.filter=Keywords:Charleston%20shooting)

🏷 Dylann Roof (/section/search&facet.filter=Keywords:Dylann%20Roof)

🏷 Emanuel AME Church (/section/search&facet.filter=Keywords:Emanuel%20AME%20Church)

🏷 Jay Bender (/section/search&facet.filter=Keywords:Jay%20Bender)



© 2016, Aiken Standard, an Evening Post Industries company.
All Rights Reserved.

Registration on or use of this site constitutes acceptance of Terms of Use (/terms), Parental Consent Form (/assets/pdf/AG6140911.PDF), and Privacy Policy (/private-policy).

## About

About (/about)

Staff (/staff)

Mobile apps (/section/mobileapps)

## Services

Newsletters (http://link.aikenstandard.com/join/4rb/theaikenstandard-sign-up)

Become a member (/become-a-member)

Place an ad (https://secure.adpay.com/AdEntry.aspx?p=5408)

Racism (https://blackmattersus.com/category/racism/)

You Voice (https://blackmattersus.com/category/voiceofcrimes/)

Entertainment (https://blackmattersus.com/category/entertainment/)

Meetups (/meetup/)

(https://www.facebook.com/blackmattersus.mvn

# DYLANN ROOF PROCLAIMED BEING WHITE SUPREMACIST THROUGH MANIFESTOS

**Two handwritten white supremacist manifestos were found in Dylann Roof's car and jail cell.**

Aug. 22,2016



Investigators discovered manifestos embracing white supremacy that belonged to Dylann Roof, who is accused of murdering nine Black church members in South Carolina last year. Investigators also unearthed an inventory of church buildings and handwritten letters owned by the accused killer, who faces trial on 33 federal crimes together with hate crimes, firearms expenses and obstruction of spiritual follow.

Roof proposed to plead guilty if prosecutors comply to drop the death penalty, his defense attorney stated. But prosecutors, up till now, have refused to make a plea deal over the June 15 massacre at the Emanuel African Methodist Episcopal Church.

The shooting came as a shock to the country and intensified the race relations debate in the U.S., after there were several high profile shootings of Black unarmed individuals.

The FBI said that Roof posted an on-line racist manifesto some weeks before he went into the church to kill nine bible study members. The writings would be used as the first physical documents to be used against the alleged killer.

Prosecutors revealed that Roof became radicalized after a decision he took on his own and not by the influence of white supremacist groups.

White supremacists believe they are better than every other non-white person. Better means in every aspect, but that doesn't seem to be the case because all they do is cause violence everywhere they go. We really hope Dylann Roof would be given his due punishment.

Source: RawStory

*Ensure to visit this page for all exclusive news and updates. Kindly SHARE this article on any social media of your choice.*

Author: Aaron Lewis



Sign up   Login   Help

Main   Economics   Society   Sport   Tech&Science   Entertainment   Sectors   Regions   Video   Tags   Geo news

Enter tag

Advanced search

My tags   My feeds

Favorites (0)

#Reforms  #Congress

#Hillary Clinton

#Republicans

#Ferguson City

#Obamacare  #Ebola

#MH17 crash

#Afghanistan

#Nuclear deal  #Israel

#Xi Jinping  #Putin  #Iran

#Ukraine conflict

#Boko Haram

#Barack Obama

## POST AND COURIER ATTORNEY OBJECTS TO CLOSED HEARING IN DYLANN ROOF CASE

Main   South Carolina (SC)   Post and Courier attorney objects to closed hearing in Dylann Roof case



08.22 / 15:04   charlestonscene.com

*Read the full story*

An attorney for The Post and Courier has asked a federal judge to reconsider barring the public from a hearing in Dylann Roof's death penalty...



An attorney for The Post and Courier has asked a federal judge to reconsider barring the public from a hearing in Dylann Roof's death penalty case.

U.S. District Judge Richard Gergel last week ruled that he would close a Sept. 1 proceeding to discuss whether certain evidence should be allowed in the trial. In his order, Gergel said that disclosing the information early "could expose prospective jurors to evidence that they may not properly consider in reaching a verdict," jeopardizing Roof's constitutional right to a fair trial.

The judge had not held a hearing on the issue before his ruling, but he invited anyone who opposes the move to file an objection. That came Friday, when the newspaper's lawyer, Jay Bender of Columbia, sent a letter to Gergel. Bender wrote that court rules demand a public hearing ahead of any decision to close the proceedings.

"The newspaper objects to a closed hearing on grounds that it is inconsistent with established First Amendment precedent," Bender added in the letter.

The attorney cited a U.S. Supreme Court case that called for any hearing closure to be no broader than is necessary to protect the interest in question, for reasonable alternatives to be considered and for a judge's specific reasons for the closing to be aired publicly.

Gergel did not immediately respond to Bender's filing. It was not clear whether he would consider the stance on the day of the hearing or in a separate proceeding at another time. The judge could decide to hear Bender's stance on

Searching phrase

News for Today: 41339

Back Cutout Shine Dress   Lace Bande

Crochet Lace Mini Dress   Mia Lace Fl Dress

◄   ►

### RECOMMENDED ARTICLES



New role for Mik Young's

10.28 / 12:41   fishupdate.com



Burglar Caught o has Odd Use for

06.28 / 02:44   fox40.com



Witnesses descri Istanbul airport a

06.28 / 23:24   cbsnews.com



Anger, Fear Follo Shock Decision t

06.29 / 09:45   nbcnews.com

### RELATED NEWS

Attorney objects to closed hearing in church shooting case

08.22 / 13:43   o.seattletimes.com

Attorney objects to closed hearing in Charleston church shooting case

08.22 / 15:59   wsav.com

Attorneys ask to film hearing in Lovell murder case

04.15 / 20:04   thecharlottenews.org

Pennsylvania Attorney General Kathleen Kane convicted in perjury and

08.16 / 01:29   ksl.com

the issue, then, if his opinion is unchanged, bar the public from attending the remainder of the hearing.

The hearing is set for 10 a.m. Sept. 1 in downtown Charleston.

Roof, 22, is charged with 33 federal counts in connection with the June 2015 shooting that killed nine black parishioners at Emanuel AME Church in Charleston. Authorities said Roof, who is white, was motivated by his hatred of black people. If Roof is convicted of certain charges during his Nov. 7 trial, a jury would consider whether he should be executed.

The Eastover resident also is charged with 13 counts in state court, including murder. That capital trial is set to begin in January.

Residents of the Charleston region already have received summonses to appear for the Sept. 26 start...



**Uncover the secret to get the lowest hotel prices.**
If you're looking for cheaper ways to travel, listen up. Hotels.com customers who book with their Secret Prices can save an average of $32 on a room.

[ Learn More ]

Sponsored by **Hotels.com**

0 Comments    Myinforms.com                                          🔴 1  Login ⌄

♥ Recommend    ➦ Share                                         Sort by Newest ⌄

    Start the discussion…

Be the first to comment.

✉ Subscribe    ➕ Add Disqus to your site Add Disqus Add    🔒 Privacy

**This is how you get a free night in any hotel of your choice**
Forget coupons and promo codes. With Hotels.com Rewards, for every 10 nights you stay, you get one free. Scoring a great deal has never been simpler.

[ Learn More ]

Sponsored by **Hotels.com**

## Last news

**TSA Pre-Check program coming to Myrtle Beach International Airport**
08.23 / 21:44    myhorrynews.com
Waiting in line to be screened by the Transportation Safety Administration
flight can be a...


Clinton Offers Su...
Trump Says 'Figh...
Fire'
06.29 / 10:21    nbcnews.com


Hillary Clinton, th...
we know so well
07.13 / 04:42    o.seattletimes.com


7 Celebs Who Are...
Floppy Hat This S...
07.13 / 06:21    la-confidential-magazine.com


WATCH: Samuel...
Gives A Mthfkn R...
'Game Of Mthfkn...
07.13 / 06:58    pedestrian.tv

WW3 Alert: NATO To Attack Russia? Pe...
Only A Front?

07.13 / 08:46    morningnewsusa.com


Manny Pacquiao...
Of Short-Lived Re...
07.13 / 08:59    ibtimes.com

### CHARLESTONSCENE.COM


Meeting to focus...
preventing Raver...
jumpers
08.23 / 21:32    charlestonscene.com


Lawmakers dema...
explanation for E...
increase
08.23 / 20:56    charlestonscene.com


Charleston area...
leaders seek com...
support in walk a...
08.23 / 20:55    charlestonscene.com


Insurer to pay $3...
settle Taser laws...
North Charlestor...
08.23 / 20:55    charlestonscene.com


Summerville wor...
with sexually ass...
year-old girl in Pe...
08.23 / 19:42    charlestonscene.com


Concern for Sout...
as storm approac...
Caribbean
08.23 / 19:05    charlestonscene.com

$31.8 million Coa...
stadium project approved

**The Washington Post**

Post Nation

# Prosecutors say accused Charleston church gunman 'self-radicalized' online



By **Mark Berman**  August 22 at 8:18 PM

The man accused of killing nine black parishioners in a historic Charleston, S.C., church last year "self-radicalized" online, absorbing violent white supremacist beliefs from the Internet, according to federal prosecutors.

Rather than adopting such convictions "through his personal associations or experiences with white supremacist groups or individuals or others," prosecutors said these viewpoints were self-taught from material found online and elsewhere.

Dylann Roof, 22, could face a death sentence in the federal case against him as well as in the state's parallel case stemming from the shooting. In the state's case, he has been charged with nine counts of murder and three counts of attempted murder for the June 2015 massacre at the Emanuel African Methodist Episcopal Church. Roof, who is white, was also indicted on federal hate crime charges not long afterward for attacking people "because of their race and in order to interfere with their exercise of their religion," Attorney General Loretta E. Lynch said.

In a court document filed Monday, authorities said they intended to call experts to outline how Roof's comments, writing and the media he consumed "are consistent with the adoption of a white supremacy extremist ideology, including a belief in the need to use violence to achieve white supremacy."

Prosecutors said Roof's "self-learning process" led him to adopt the thinking "that violent action is necessary to fight for white people and achieve white supremacy … and that the choice of targets and execution of violent action should be conducted in a manner that promotes these objectives, to include publicizing the reasons for those actions to inspire others to engage in violent action to further white supremacy."

In addition, federal authorities said they had found two handwritten manifestos and a list of churches — and that one of these manifestos was found in Roof's jail cell.

Attorneys for Roof declined to comment on the new filing.

The Southern Poverty Law Center said in a report earlier this year that the Internet is an ideal venue for "lone wolves" like Roof. "White supremacists are increasingly opting to operate mainly online, where the danger of public exposure and embarrassment is far lower, where younger people tend to gather, and where it requires virtually no effort or cost to join in the conversation," the report stated.

After the church attack, officials found a manifesto online belonging to Roof that was filled with racist characterizations of black people and others. On this site, which one official said was modified hours before the shooting, there were also images of Roof holding a Confederate battle flag, burning an American flag and standing in front of a Confederate history museum.

One of the new manifestos was found in Roof's jail cell, while the other was found in his car, authorities said.

In the filing, prosecutors also said that evidence suggests that Roof's

sentiments grew in the months before the attacks. During this period, Roof traveled to the Emanuel AME Church, as well as areas connected to the Confederacy, according to the filing, submitted by the office of Beth Drake, the acting U.S. attorney for the District of South Carolina.

Prosecutors seeking a federal death sentence have said that the shooting was carefully planned and racially motivated. They said that Roof targeted the church's Bible study group to "magnify the societal impact" of the rampage and that "his animosity towards African Americans played a role in the murders."

Earlier this month, attorneys for Roof filed a motion to challenge the death penalty, arguing that capital punishment "constitutes an unconstitutional punishment." In this motion, Roof's attorneys said that if the Justice Department changed its mind about seeking a death sentence, their client would plead guilty to the federal charges and agree to be sentenced to life in prison without parole.

Also on Monday, Drake's office filed a response to this challenge, asking a judge to reject that motion questioning the death penalty itself.

**Further reading:**

‘I forgive you.’ Relatives of Charleston church shooting victims addressed Roof just days later

Families of Charleston shooting victims sue FBI over gun sale

The federal death penalty is a rare punishment

*This story, first published at 4:35 p.m., has been updated.*

Mark Berman covers national news for The Washington Post and anchors Post Nation, a destination for breaking news and stories from around the country.

✦ Follow @markberman




OWN YOUR SUMMER,
NOT THE CAR.

zipcar

JOIN NOW



# Attorney objects to closed hearing in Charleston church shooting case

**By [Shanay J. Campbell (http://wsav.com/author/wsavshanaycampbell/)](http://wsav.com/author/wsavshanaycampbell/)**
Published: August 22, 2016, 11:30 am | Updated: August 22, 2016, 11:30 am



FILE - In this June 19, 2015, file photo, police tape surrounds the parking lot behind the AME Emanuel Church as FBI forensic experts work the crime scene, where nine people where shot by Dylann Storm Roof, in Charleston, S.C. After nine black parishioners were slain at a Charleston church, South Carolina did what many thought would never happen: It moved the Confederate flag off Statehouse grounds. (AP Photo/Stephen B. Morton, File)

CHARLESTON, S.C. (AP) – A media attorney is objecting to closing a hearing on a defense request to keep some evidence out of the federal trial of Dylann Roof in the Charleston church shootings.

U.S. District Judge Richard Gergel has set a Sept. 1 hearing and says he intends to close it to protect Roof's right to a fair trial.

8/23/2016    2:15-cr-00472-RMG    Attorney objects to closed hearing in Charleston church shooting case | WSAV-TV    Page 26 of 50

Date Filed 08/30/16    Entry Number 344-2

Attorney Jay Bender, representing The Post and Courier of Charleston, has written the judge asking to be heard before any decision to close the hearing. Bender says reasonable alternatives should be considered and if the hearing is closed, reasons for doing so should be on the record.

The 22-year-old Roof is charged in the deaths of nine black parishioners at Emanuel AME Church in June 2015. His death penalty trial is set for November.

(Copyright 2016 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.)

## Related Posts



**Judge delays state trial in Emanuel AME church shooting (http://wsav.com/2016/07/14/judge-delays-state-trial-in-emanuel-ame-church-shooting/)**



**Former officer charged in death of black motorist back in federal court (http://wsav.com/2016/08/12/former-officer-charged-in-death-of-black-motorist-back-in-federal-court/)**



**Dylann Roof case: Defense lawyers file challenge to federal death penalty (http://wsav.com/2016/08/02/dylann-roof-case-defense-lawyers-file-challenge-to-federal-death-penalty/)**

---

**Show Comments**

---

WSAV (http://wsav.com/)

All content © Copyright 2000 - 2016 Media General Communications Holdings, LLC. A Media General Company.

Powered by WordPress.com VIP (https://vip.wordpress.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit)

# BUSINESS INSIDER

# Feds: Church shooting suspect entrenched in his beliefs

 MEG KINNARD, ASSOCIATED PRESS
AUG. 23, 2016, 7:41 AM

COLUMBIA, S.C. (AP) — A white man charged with the shooting deaths of nine black churchgoers in Charleston "self-radicalized" in the months before the attack and grew more entrenched in his beliefs in white supremacy, according to court papers prosecutors filed this week in federal court.

The information filed Monday was part of a list of more than a dozen expert witnesses whom prosecutors intend to call in Dylann Roof's federal death penalty trial later this year.

Roof, 22, is charged in the June 2015 deaths of nine black parishioners at Emanuel AME Church. He also faces a possible death sentence if convicted of murder charges in state court.

Roof's actions, according to the government, were "consistent with the concept of leaderless resistance and martyrdom advocated by white supremacy extremist groups and self-radicalization leading to violence." Experts in white supremacy, the government notes, are expected to testify on Roof's "extremist ideology, including a belief in the need to use violence to achieve white supremacy."

Roof's increasing tendency toward white supremacist ideology, the government alleges, came in Roof's "travel to such race-relevant destinations as the site of his crimes and locations that have connections to the antebellum and Confederate eras." Experts also will comment on patterns in Roof's travel, personal interests and dress, which the government says will show as being "consistent with the adoption of white supremacist beliefs through self-radicalization."

Authorities have long said they believed Roof was the author of an online manifesto in which he embraced Confederate symbols and talked about white supremacy. Handwriting analysis experts are expected to testify that he wrote another similar document while jailed after his arrest.

Also Monday, a media attorney objected to closing a hearing on request by Roof's defense to keep some evidence out of Roof's federal trial. U.S. District Judge Richard Gergel has set a Sept. 1 hearing, which he has said he intends to close to protect Roof's right to a fair trial.

Attorney Jay Bender, representing The Post and Courier of Charleston, has written the judge asking to be heard before any decision to close the hearing. Bender says reasonable alternatives should be considered and if the hearing is closed, reasons for doing so should be on the record.

In another filing Monday, prosecutors disputed earlier arguments made by Roof's attorneys that the death penalty is unconstitutional and should therefore be removed as a possible punishment if he's convicted in federal court.

——

Kinnard can be reached at http://twitter.com/MegKinnardAP. Read more of her work at http://bigstory.ap.org/content/meg-kinnard/ .



## The Agenda: Trump returning next month; Roof's 'self-radicalization'; West Nile found in Chs. area skeeters

**Roof reportedly wrote about radicalization after arrest**

Posted by Sam Spence on Tue, Aug 23, 2016 at 11:12 AM



*Trump returns to Charleston next month for a high-dollar fundraiser*

Flickr user gageskidmore

A double dose of Myrtle Beach Sun News columnist Issac Bailey on Trump's minority outreach for CNN and Trump's role in exposing 'America's white identity crisis' for Politico. Source: CNN, Politico

It's back to school time for S.C. colleges, which means some pretty sick rush parties for frats across the state. USC is keeping close tabs on theirs after flirting with the idea of doing away with the months–long pledging process altogether. Source: The State

Charleston County School District o cials got their first look at plans to build a new high school for the fast–growing East Cooper area, one which will accommodate 1,500 students. Source: P&C

Joint Base Charleston o cials announced yesterday that a few mosquitos found in the area tested positive for West Nile virus. No cases of the illness in humans have been reported. Source: AP

New details disclosed yesterday in the federal case against accused Emanuel AME gunman Dylann Roof showed multiple 'manifestos' written by Roof before he was arrested and while he was in jail. Roof was also reportedly 'self–radicalized' by reading information online about white supremacy. Source: Reuters, P&C, AP

Donald Trump will be back in Charleston next month for a high–dollar fundraiser with S.C. Republican supporters. Date and location TBA. Source: P&C

Charleston County Democratic Chair Brady Quirk–Garvan to P&C: "Charleston voters want no part of his campaign. We know that Charleston is already great and hope Donald Trump will stay in his tacky tower in New York City."

Aviation followers are dismissing claims by Trump that Boeing jobs could get shipped overseas if he's not elected president. One analyst says if anything, non-union S.C. is where union jobs in Washington are being outsourced. Source: McClatchy

Journo Ron Aiken has stayed on reported impropriety inside Richland County government since leaving the SC Policy Council's The Nerve and founding Quorum Columbia, uncovering new allegations that county recreation o   cials were selling moonshine and counterfeit electronics out of their government o   ces. Source: Quorum

Tags: The Agenda, Image

Tweet          Like 4



U.S.

Home   Video   Politics   U.S.   Opinion   Entertainment   Tech   Science   Health   Travel   Lifestyle   World   Sports   On Air

**U.S. HOME**   CRIME   TERRORISM   ECONOMY   IMMIGRATION   DISASTERS   MILITARY   EDUCATION   ENVIRONMENT   PERSONAL FREEDOMS
REGIONS

SOUTH CAROLINA

## Dylann Roof 'self-radicalized' before church massacre, feds say

Published August 23, 2016

Associated Press



Dylann Roof

(Charleston County Sheriff's Office via AP, File)

COLUMBIA, S.C. –  A white man charged with the shooting deaths of nine black churchgoers in Charleston "self-radicalized" in the months before the attack and grew more entrenched in his beliefs in white supremacy, according to court papers prosecutors filed this week in federal court.

The information filed Monday was part of a list of more than a dozen expert witnesses that prosecutors intend to call in Dylann Roof's federal death penalty trial later this year.

Roof, 22, is charged in the June 2015 deaths of nine black parishioners at Emanuel AME Church. He also faces a possible death sentence if convicted of murder charges in state court.

Roof's actions, according to the government, were "consistent with the concept of leaderless resistance and martyrdom advocated by white supremacy extremist groups and self-radicalization leading to violence." Experts in white supremacy, the government notes, are expected to testify on Roof's "extremist ideology, including a belief in the need to use violence to achieve white supremacy."

Roof's increasing tendency toward white supremacist ideology, the government alleges, came in Roof's "travel to such race-relevant destinations as the site of his crimes and locations that have connections to the antebellum and Confederate eras." Experts will also comment on patterns in Roof's travel, personal interests and dress, which the government says will show as being "consistent with the adoption of white supremacist beliefs through self-radicalization."

Authorities have long said they believed Roof was the author of an online manifesto in which he embraced Confederate symbols and talked about white supremacy. Handwriting analysis experts are expected to testify that he wrote another similar document while jailed after his arrest.

Also Monday, a media attorney objected to closing a hearing on request by Roof's defense to keep some evidence out of Roof's federal trial. U.S. District Judge Richard Gergel has set a Sept. 1 hearing, which he has said he intends to close to protect Roof's right to a fair trial.

Attorney Jay Bender, representing The Post and Courier of Charleston, has written the judge asking to be heard before any decision to close the hearing. Bender says reasonable alternatives should be considered and if the hearing is closed, reasons for doing so should be on the record.

In another filing Monday, prosecutors disputed earlier arguments made by Roof's attorneys that the death penalty is unconstitutional and should therefore be removed as a possible punishment if he's convicted in federal court.

Advertisement

**More from Fox News**

*Criminal complaint details brutal slaying*

*Fight over goodnight kiss lands 59-year-*

*Murder suspect's tweet could make*

*Teen who fathered teacher's baby gets*

*Teen dies after girlfriend gives him a*

*McDonald's facing social media*

*Sturgill Simpson says he's 'disgusted'*

*Kate Gosselin explains tough*

## Sponsored Stories

**How To Fix Your Fatigue (Do This Every Day)**
*Sponsored by Gundry MD*

**The 12 Rarest Cars on the Planet**
*Sponsored by Goliath*

Ad Content by

## From Our Partners


**Woman Only Gets $80 After 'Winning' $8 Million Jackpot**
Aol.com


**2 Sisters Found a Year After They Disappeared**
People.com


**NASA Plans to Launch Study of Asteroid That Could Destroy Earth**
Nypost.com


**Teen Who Was Allergic to WiFi Commits Suicide**
Nypost.com


**Jared Fogle Divorce Documents Reveal Wife's Disgust Over Charges**
Aol.com


**Richard Simmons Finally Responds to Transitioning Rumors**
Hollywoodreporter.com


**Old Friend of O.J. Simpson Makes a Bombshell Claim**
Aol.com


**Secret Service Says Hillary Clinton Is A Nightmare To Work With**
Nypost.com


**How the Obamas Are Paying for Malia's College**
Nypost.com


**Bill Clinton's Alleged Ex-Lover Comes Out With Bombshell Claims**
Aol.com

## Sections

Home
Video
Politics
U.S.
Opinion
Entertainment
Tech
Science
Health
Travel
Lifestyle
World
Sports
Weather
On Air

## Tools

Live Video
Newsletters
Alerts
Blogs
Mobile
Podcasts
Radio
Fox News Store
Apps & Downloads

## About

Careers
College Students
Fox Around the World
Advertise With Us
Terms of Use
Privacy Policy
Ad Choices
Contact Us
Email Newsroom
FAQ
Media Relations

## Follow

Facebook
Twitter
Google+
LinkedIn
RSS
Newsletters

This material may not be published, broadcast, rewritten, or redistributed. ©2016 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes. Privacy - Terms - FAQ

# The Post and Courier

FOUNDED 1803 · WINNER OF THE 2015 PULITZER PRIZE FOR PUBLIC SERVICE

Tuesday, August 23, 2016 | POSTANDCOURIER.COM | Charleston, S.C. $1.00

## Roof wrote new manifesto in jail, feds say

### Experts in Emanuel case conclude writings, use of symbols depict self-radicalized extremist

BY ANDREW KNAPP
aknapp@postandcourier.com

Dylann Roof penned a handwritten manifesto before his hate-driven attack on Emanuel AME Church and drafted another from his jail cell after his arrest, a federal court filing revealed Monday.

Federal authorities already had implicated Roof, 22, as the creator of an online diatribe about white supremacy. But experts in handwriting analysis are expected to testify at his

Nov. 7 death penalty trial that he appears to have expressed his beliefs on paper, too.

Roof, who is white, also likely created a list of churches and wrote some letters that investigators found in his car after nine black worshippers were slain in June 2015 at Charleston's Emanuel AME, the filing said.

Federal prosecutors disclosed in the court document Monday the 13 experts expected to testify for the government at the trial. Summaries of their testimony also indicated the

extensive evidence that authorities have amassed in what they called a hate crime.

Roof's lead attorney in federal court, David Bruck, said in a separate notice Monday that the defense had turned over a list of its experts directly to prosecutors. It had not been filed publicly.

Roof is charged with 33 federal counts, including hate crimes and religious rights violations. In state court, he is charged with 13 counts.

The prosecutors' filing stated that



Roof

**Inside**

Attorney for The Post and Courier asks judge to reconsider barring public from a hearing in the Roof case. **A4**

the collection of Roof's writings and reading materials, along with his use of symbols and other expressions,

paint him as an extremist who "self-radicalized" instead of getting directly involved with hate groups.

Two experts with knowledge of race-motivated extremism analyzed the evidence to arrive at the conclusions.

The experts could testify Roof "adopted his violent white supremacist beliefs principally from self-teaching from internet-based media and other sources," the document explained.

Please see **ROOF**, Page A4

## Downtown Parking 101

### Charleston insider tips can help you avoid those annoying tickets



## 7 colleges oppose restroom mandate

### Haley receives letter from presidents of evangelical schools

BY DEANNA PAN
dpan@postandcourier.com

Presidents of seven evangelical Christian colleges in South Carolina

ews    Voices    Sports    Culture    Lifestyle    Tech    US election    Daily Edition

News › People

# Dylann Roof 'wrote second racist manifesto' while awaiting trial for Charleston church shooting

The 22-year-old faces a total of 33 charges over the June 2015 shooting

Andrew Buncombe New York | @AndrewBuncombe | Tuesday 23 August 2016 | 💬 5 comments

   **40** shares



A bicyclist rides in front of the Emanuel AME Church before the first worship service since nine people were fatally shot during a Bible study group, in Charleston *AP*

The young man charged with nine counts of murder for an attack on a black church wrote a second, white supremacist manifesto while awaiting trial, prosectors have said.

Documents filed in court in Charleston, South Carolina, claim that Dylann Roof wrote two manifestos in which he outlined his views on race and race relations. Prosecutors said they would use

We use cookies to enhance your visit to our site and to bring you advertisements that might interest you. Read our Privacy and Cookie Policies to find out more.    ×

Roof, 22, faces 33 federal charges for the attack to which he has entered pleas of not guilty. Witnesses for the prosecution will be called to testify, including handwriting analysis experts and white supremacy extremism experts.



Dylann Roof was arrested a day after the shooting in Charleston

"The evidence in this case relating to defendant Roof, including his readings, writings, statements, use of symbols and other expressions, as well as his criminal and related actions, are consistent with the adoption of many of the central tenets of white supremacy extremist ideology, including the belief that violent action is necessary to further the goal of white supremacy over non-white peoples, particularly African Americans," the document filed on Monday said.

According to *CNN*, it added: "More specifically, the evidence relating to defendant Roof is consistent with the adoption of the belief that 'white' people are superior to 'non-white' people, particularly African Americans, and therefore should be dominant over non-white people, particularly African Americans."

Roof was charged after an attack on the historic Emanuel AME Church in Charleston that left nine people dead. In the days after his arrest, an online manifesto was discovered in which Roof outlined his radicalisation and his beliefs about white supremacy.





0:00 / 0:00

Video of Dylann Roof's arrest



zulily

shop tunics

UP TO 70% OFF


indy100 TRENDING


People are sharing these seven images to show how ludicrous the burkini ban is


Homeless man hands in wallet, gets new job and free home in return

These gifs show what the world looks like if you have colour blindness

This baby gets dressed up in the greatest costumes when she's asleep

This man built a 'dog train' to take rescued strays on mini adventures

**MOST POPULAR**

France's top court rules burkini bans 'clearly illegal'

How to opt out of WhatsApp's invasive new terms

Watch President Obama tour Yosemite National Park in virtual reality

Also discovered were a series of images of Roof posing at Confederate battleground cemeteries, former slave plantations and other sites associated with white supremacists. Roof also posted images of himself posing with a Glock pistol, the weapon he is alleged to have used to attack the church.

Prosecutors said in the court filing they will use all the race-related writings to build a case that gives evidence Roof committed a hate crime when he alleged killed nine black churchgoers near the end of a Bible study session at the church.



We don't have enough information to display this visualization.

According to the documents, Roof laid out a list of churches and his "selection of victims," describing the defendant's "decision making and specific choice to target churchgoers attending Bible study in order to magnify the societal impact of his crimes".

Roof, 22, who is white and a high school dropout, allegedly told investigators that he wanted to start a race war.

## READ MORE

Student's call for non-white roommate at college sparks racism row

George Zimmerman punched for allegedly bragging about killing Trayvon Martin

Dylann Roof: Accused Charleston church shooter 'assaulted by fellow inmate' in jail

Prosecutors said they believe that the young man, from Columbia, South Carolina, had become more radicalised in the months ahead of the attack.

He faces the death penalty if convicted.

More about: | Dylann Roof | white supremacism | Charleston shooting

Sponsored Links by Taboola

**15 Things Producers Hid About The Golden Girls**
Trend Chaser

**17 Celebrities You Will Never Guess Are Muslim**
Cyber Breeze

**There Are 7 Types of Irish Last Names - Which One Is Yours?**
Ancestry

JK Rowling condemns Nicolas Sarkozy over burkini ban 'provocation' com

Hillary Clinton attacks 'Putin-style extremist' Nigel Farage

Sponsored Links

**20 Nerdy Actors Who Turned Out To Be Heartthrobs**
Womens Forum

**28 'Game Of Thrones' Characters Who Look Totally Different In Real Life**
Bustle

**Horrifying Rare Photos Reveal A Different Side To Woodstock**
HistoryThings

**QUIZ: How Smart Are You When It Comes To World War II?**
Topix Offbeat

**31 Moments Capture What It's Like To Have A Dog**
Mental Flare

by Taboola

Freemason link to Hillsborough cover-up probed by police watchdog



ch gets a homophobic new trailer

nith accuses debate audience of entryism

**SPONSORED FEATURES**

Could you be a better leader than May or Corbyn?

Summer holiday hair inspiration

Could you be the next Usain Bolt?

How to host your own music festival

INTERIOR

AVAILABLE FEATURES

LEATHER-APPOINTED, HEATED FRONT SEATING WITH 10-WAY POWER ADJUSTERS - TELESCOPING
STEERING COLUMN - 110-VOLT POWER OUTLET - BOSE® PREMIUM AUDIO SYSTEM



<    >



17 NEW STORIES        NEWSLETTER

Home | News

# Accused Charleston, SC, Shooter 'Self-Radicalized' Online, Prosecutors Say

Dylann Roof, 22, is believed to have absorbed his violent white supremacist beliefs from online material, rather than actually adopting his convictions through personal associations or experiences, prosecutors say.



**BY: BREANNA EDWARDS**
Posted: August 23, 2016



No Food Left Behind

Using foods we already have to end hunger.

Donate $5 Today     AmpleHarvest.org

POPULAR

READ | SHARED



*Dylan Roof (right), the suspect in the mass shooting that left nine dead in a Charleston, S.C., church in June 2015, appears in court accompanied by assistant defense attorney William Maguire July 18, 2015, in Charleston, S.C.*
**GRACE BEAHM-POOL/GETTY IMAGES)**

**01** Colin Kaepernick's Birth Mother 'Scolds' Him on Twitter Over National Anthem

**02** Star-Spangled Bigotry: The Hidden Racist History of the National Anthem

**03** Man Shot, Killed for Not Holding Door Open for Woman at Las Vegas McDonald's

**04** Former NFL Player Rodney Harrison on Colin Kaepernick: 'He's Not Black'

**05** Jackie Robinson in 1972: 'I Cannot Stand and Sing the Anthem; I Cannot Salute the Flag'



2016 BUICK ENCORE

2016 ENCORE

PERFECTLY SIZED TO SUIT YOUR NEXT ADVENTURE

[ < ]     [ > ]

**EDITORS PICKS**

The Conveniently Missing Racial Politics of EpiPen Access

A ccused Charleston, S.C., shooter Dylann Roof "self-radicalized" online, adopting viewpoints that were reportedly acquired through material found online and elsewhere, federal prosecutors say, **the Washington Post reports**.

According to the report, rather than adopting his beliefs "through his personal associations or experiences with white supremacist groups or individuals or others," prosecutors say, Roof adopted his white supremacist beliefs from the internet.

The 22-year-old, who is accused of killing nine black parishioners—including pastor and state Sen. Clementa Pinckney—at Charleston's historic Emanuel African Methodist Episcopal Church, could face the death penalty in both the federal and state cases against him for the horrific mass shooting.

Roof was indicted on federal hate crime charges that he attacked the parishioners"because of their race and in order to interfere with their exercise of their religion," Attorney General Loretta Lynch said.

In the state case, he will face nine counts of murder and three

counts of attempted murder in the June 2015 shooting.

According to the Post, in a court document filed Monday, authorities announced their intention to call on experts to outline how Roof's comments, writing and media consumption "are consistent with the adoption of a white supremacy extremist ideology, including a belief in the need to use violence to achieve white supremacy."

Prosecutors say Roof's "self-learning process" led him to believe "that violent action is necessary to fight for white people and achieve white supremacy … and that the choice of targets and execution of violent action should be conducted in a manner that promotes these objectives, to include publicizing the reasons for those actions to inspire others to engage in violent action to further white supremacy."

Additionally, federal authorities said they uncovered two new handwritten manifestos and a list of churches. One manifesto was found in Roof's jail cell, while the other was uncovered in his car.

After the attack on the church, often referred to as Mother Emanuel, officials found an online manifesto linked to Roof that showed a deep-seated hatred toward blacks.

**SEE ALSO**

Texas High School Cheerleader Fighting To Wear Her Hair How She Wants

Man Shot, Killed for Not Holding Door Open for Woman at Las Vegas McDonald's

Young Girl Finds and Returns Stolen Olympic Gold Medal

White Lives Matter Classified as a Hate Group

Ohio Woman Shot and Killed After Car Accident Caused by Shooter

**Read more at the Washington Post.**

**Like The Root on Facebook. Follow us on Twitter.**

The School for Magical Negroes

Don't Read the Comments … Especially if You're a Black Woman

## RECENT VIDEOS

A Brief History of the Racial Breastfeeding Gap

Beyonce Crashes Chance The Rapper's Interview

**WE RECOMMEND**     **MORE FROM OUR PARTNERS**

Here's the Real Reason Black Women Are Upset About Kyrie Irving's 'All White Girls' Yacht Party
(The Root)

Star-Spangled Bigotry: The Hidden Racist History of the National Anthem
(The Root)

16 of the Sleepiest (Read: Not Woke) Black People We Know
(The Root)

Why Are People Hating on Birdman and Toni Braxton's Relationship?
(The Root)

NJ Man Told 2-Year-Old to Put Up His Fists Before Punching Him to Death: Report
(The Root)

The 8 Wokest White People We Know
(The Root)

American Residents Born Between 1936 and 1966 Are In For A Big Surprise
(LiveSmarterDaily)

The Future of Aging Includes This Cellular Health Pill
(Elysium Health on NY Mag)

These Children of Celebs are so Good Looking that Your Jaw Will Drop
(RightBrainNews)

Enter Your Name, Wait 14 Seconds, Brace Yourself
(TruthFinder)

Forget Your 401k If You Own A Home (Do This Instead)
(OneSmartPenny.com)

Why Donald Trump Avoids Talking About His Daughter Tiffany
(CyberBreeze)

George Clinton on Black Funk



Recommended by

# COMMENTS

3 comments

Sign in                    4 people listening

+ Follow        Share        Post comment as...

**Newest** | Oldest | Top Comments



### Hal Bleavy                                    7 days ago

So, let's check all of his online activities and make note of what web sites he frequented like we would do if a Muslim had killed some white people, and has anyone seen his phone.

1  Like    Reply



### Woodie Wills                                  7 days ago

"Online white racist communities are a threat to national security." Everyone already knows this.

Like    Reply



### Ms. Salazar                                   7 days ago

Self-Radicalized online my ass - GTFOH with that lame ass excuse......

1  Like    Reply

Help  |  Press  |  Contact Us  |  RSS  |  Privacy Policy and Terms of Use  |  Advertise on The Root  |  About Us

Copyright © 2016 Univision Communications Inc.

All rights reserved.

# Black Awareness Foundation

The Footsteps of History

## New Trial Date for the "Animal", Dylan Roof

Posted on **August 24, 2016**



Peace is a good open as I write and report on a heart sinking tragedy that still pains our souls even after the events took place in June, 2015.

Peace, again it fits in our prayers that the B.A.F. staff and friends send out to the victims of the 6.2 magnitude Earthquake that has rocked Central Italy and left 63 dead.

Back to the madness… if by some chance you don't remember who the "Animal" Dylann Roof is, he planned and carried out a black church shooting that left nine dead in South Carolina.

Before we highlight new information on his pending trial, I think it's only right to give you a list of the black victims shot and killed by this animal. Then, we'll talk about this piece of shit!

R.I.P. to the true victims

- Cynthia Hurd – 54
- Susie Jackson – 87
- Ethel Lance – 70
- Rev. Depayne Middleton-Doctor – 49
- Hon. Rev. Clementa Pinckney – 41
- Tywanza Sanders – 26
- Rev. Daniel Simmons Sr. – 74
- Rev. Sharonda Singleton – 45
- Myra Thompson – 59



Eight of these victims died of gun shot wounds in the church and the ninth died in the hospital. I use the word "animal", not because he's white, but because any man that would do this to the peace lovers of religion is an animal. If he wanted to fight, there are plenty of neighborhoods he could go to in South Carolina. This animal spent an hour at bible study with the parish. You know they were surprised and glad to have a young white man at this historical place, the Emanuel African Methodist Episcopal Church. It's the oldest one in South Carolina and one of the first black church congregations where black slaves could worship however they wanted. Lord, how Sundays were special to the slaves at that time. Crumbs of freedom!

In June of 2015, one of the worst shootings happened in this historic church. The animal, Dylann Roof, is a young white supremacist who cowardly acted like a Christian and enjoyed the hospitality of this black parish. He joined in a bible study for an hour then exploded before the meal time gathering. He shouted "You rape our women and you're taking over our country. You have to go".

He then began to shoot his victims as they were running and screaming. One Reverend was shot as he prayed for

deliverance! The animal allowed one woman to leave so she could tell the story. He shot them at point blank range and walked up on the wounded victims who were still alive. They screamed and prayed. My soul aches as I feel for this open hated.

The new information that has bought this case back into light came from the result of a shake down in Roof's jail. They found two handwritten manifestos in his cell that espoused white supremacy. One was a list of his nine victims and the other was on his views as a white supremacist. Violence has been and still is the foundation of how white supremacists will take over. He wrote "violence is our tool". Also in the manifesto was his definition of what white means. "White is people of pure European descent (barring Jewish people) and non whites are everyone else", he wrote.

Much of the evidence is sealed by prosecutors for the November 7 trial date, but they had to list (names withheld) experts and primary witnesses (probably the woman he let go) for the up coming trial. This coward offered to plead guilty if the prosecutors agreed to drop the death penalty. So far, they have refused. SO FAR…

The deeper meaning is that animal Roof knows he'd be a white supremacist hero if he could make it to a high level population in the prison yard. A death row inmate lives in a single cell only surrounded by other death row inmates.

This shooting shook the country and intensified the debate and feeling over U.S. race relations. South Carolina has long been a white aggressive state. They hold onto white privilege and power and blacks still feel the pressure and fruits of slavery. Unlike most states, whites are open faced with their views and dislikes of the direction of America. Blacks are the commanding foundations for the image of America. We are truly the most creative and resilient race on planet earth and as you know, we're deeply involved in the movement of pop culture.

Roof, the coward criminal, faces the death penalty at the state level as well. Let's hope he gets the federal death penalty. He faces 33 federal charges for hate crimes, obstruction of religious practices, gun charges and nine counts of first degree murder!

The void of these nine families is agonizing. You know it's usually the steady church goer who is the strength of the whole family. The community's loss is still felt in this South Carolina neighborhood.

He tried to destroy the very essence of most black communities. The church or mosque counters the liquor and gun stores and the negative image of a lot ghettos. I grew up in hoods and I know that churches and mosques are respected, both the property and the congregation. Thugs and people in the street life walk around them or cross the street. They even say "good morning" to Sunday worshipers.

I'm heavy hearted and soul drenched with pain writing this post to the point where I ALMOST wish him dead. But my life duty is to write and report, not sentence or punish. I hope my words have refocused your day. Know what's really important in life or what life really is!

Your writer and brother
-KJS
#youngblackhistorian
Copyright 2016





This entry was posted in **Daily Diet** by **knowledge Shabazz**. Bookmark the **permalink [http://www.blackawarenessfoundation.com/?p=2253]** .



Home - Text News     Audio     Subscribe     Contact     About     Donate

# Feds Claim Dylan Roof Carried out a "Martyrdom Operation"

Aug 24, 2016

Dylann Roof, accused of murdering nine members of the Emanuel AME Church in Charleston, South Carolina in June 2015, was a self-radicalized white supremacist who carried out a terrorist "martyrdom operation," according to a brief filed by federal prosecutors. The court filings contend that Roof's "statements, writings, travel, personal interests and dress are consistent with the adoption of white supremacists beliefs … including a belief in the need to use violence to achieve white supremacy."

Following his arrest last year, Roof was described by investigators as a "lone wolf" terrorist who had been radicalized through study of white supremacist teachings online. The most recent prosecution theory is that Roof's alleged crimes are "consistent with the concept of leaderless resistance and martyrdom advocated by white supremacy extremist groups and self-radicalization leading to violence." Several figures described by the prosecution as experts in white supremacy will be called to testify in his November trial.

Roof faces the death penalty for murder in South Carolina. Federal prosecutors are also seeking the death penalty, rejecting a defense offer to plead guilty in

exchange for a promise that the Feds would take the death penalty off the table.

Since 1988, when the federal death penalty was reinstated, only three offenders sentenced to die have been executed – Timothy McVeigh, drug kingpin Juan Raul Garza, and Louis Jones, Jr., a decorated Iraq war veteran who was convicted of kidnaping, rape, and murder.

Under the United States Constitution, murder and lesser offenses fall within the exclusive jurisdiction of the states. The only criminal offenses properly found in federal jurisdiction are treason, counterfeiting, and offenses against the "laws of nations," such as piracy.

Copyright 2016 - Liberty News Daily

