# EXHIBIT 4

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | DECLARATION |
| COUNTY OF HAYWOOD COUNTY | ) | |

1. I, Carl Stroebel, live in Waynesville, North Carolina.

2. During a recent trip across the country in my camper, I traveled to Mount Pleasant, South Carolina with my common law wife ("wife"). We arrived in Mount Pleasant on Thursday, May 14, 2015, after spending time in Florida. We stayed in Mount Pleasant until the next Monday.

3. On the Saturday of our stay in Mount Pleasant, we were invited by one of my relatives to attend a birthday party at a restaurant in the Mount Pleasant area. We arrived at the party around 7:30 or 8:00 p.m. on Saturday evening, May 16, 2015. The sun had not yet set when we arrived at the party.

4. I do not remember the exact name of the restaurant, but I believe it was something like "CJ's," "RJ's," or "RB's." It was a restaurant specializing in seafood. I believe the restaurant was in Mount Pleasant, possibly near Patriot's Point. The restaurant was near a canal, and I recall seeing boats docked behind it. Next door to the restaurant was a bar that caters to young people, which made finding parking at the restaurant difficult.

5. While I was at the party, I noticed a man wearing a "retired Navy" hat and went over to talk with him because I worked for the Navy prior to my retirement. While we were talking, a young man came up and began talking to us as well. Initially, he began by nicely asking about our service in the military. Soon after the young man came over, the man wearing the "retired Navy" hat walked away and I remained talking with the young man myself. The young man brandished a handgun, pulling it out of a holster, and showed it to me. I was startled by seeing the gun and stepped back a short distance. The young man said he received the weapon for his 21st birthday. The young man then began using vulgar language to describe African Americans, including using the "N word" and said he was "going to go hunting." At this point, I became uncomfortable and walked away. I spoke to the young man for approximately three minutes or less.

6. The young man did not tell me his name and I did not hear anyone else say it at the party.

7. I believe the young man was a guest at the party as opposed to a general patron at the restaurant.

8. The young man was accompanied by an older man, who I assumed was his father. The older man and the young man walked in to the restaurant together, spoke to each other on a dock outside the restaurant during the party, and left the restaurant together.

1

9. When my wife and I were in my truck in the restaurant parking lot getting ready to leave the party, at approximately 10 p.m., we noticed the young man and the older man leaving the party as well. I said to my wife that the young man seemed "like a bomb ready to explode" or "like a powder keg" or something along those lines.

10. After I saw some news coverage about the shooting in Charleston, I thought the shooter might have been the man I met at the restaurant in May. I called a friend who has a radio show in California. That friend contacted the Bill O'Reilly Show and Bill O'Reilly had me on his show via the telephone on June 19, 2015. Later, the O'Reilly Show contacted me again and said the FBI was trying to contact me.

11. At an interview with two FBI agents, I was shown two photographs of the person arrested for the AME shooting, Dylann Roof. The first photograph was of the top of the head of individual entering the church. I told the FBI agents I did not recognize the person in that photograph. I was then shown a photograph from Dylann Roof's driver's license. I told the FBI agents that I believed the person in the photograph from the driver's license was the young man I talked to at the restaurant on May 16, 2015. The hair and face in the photograph looked similar, but I am not certain it was the same person I met at the restaurant.

12. The FBI Agents also showed me a photograph from Dylann Roof's father's driver's license. I told the FBI Agents that I did not recognize the person in that photograph and did not see that person at the restaurant on May 16, 2015.

13. I was not shown any other photographs during the FBI interview.

I affirm, under the penalty of perjury, that the foregoing is true and correct.

CARL STROEBEL

2