*United States v. Alexis Candelario Santana, Wilfredo Candelario-Santana, and David Oquendo-Rivas*
No. 3:09-CR-00427-JAF
Judge Presiding: The Hon. Jose A. Fuste, District of Puerto Rico
(Voir dire began December 28, 2012)

# EXHIBIT 1

**Juror No. _____**

# UNITED STATES OF AMERICA

## VS.

### ALEXIS CANDELARIO SANTANA
### WILFREDO CANDELARIO-SANTANA
### DAVID OQUENDO-RIVAS

## <u>CRIM. NO. 09-427 (JAF)</u>

Juror No. _____

## JUROR QUESTIONNAIRE
## PRELIMINARY INSTRUCTIONS

Welcome to the Courthouse and thank you for participating in jury service.  Please complete the following questionnaire in order to assist the Court and counsel with the jury selection process. The purpose of this questionnaire is to gather information about you. These questions are not meant to ask unnecessarily about personal matters.  Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury.  Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

Each question is important so please take the time to read each one and respond honestly and truthfully, and as completely as possible. Please answer each question by placing a check next to the correct response or by providing the information requested. If you do not understand a question, just say so on the questionnaire and you will be given a chance to clarify any confusion at a later time.  Do not conduct any research at all about the case, on the internet or anywhere else. Please print your answers, or write legibly. Write in dark ink to ensure legibility. If you need more space, please use the blank page at the end of the questionnaire.

The Court instructs you not to discuss the questions or your answers with anyone, including your fellow jurors, family members or court personnel. It is very important that the answers be yours and yours alone.  Remember, there are no "right" or "wrong" answers. However, you have taken an oath to give truthful answers so it is important that you be completely candid in this process. Any answers you give will be kept confidential.  The information you provide will be made available only to the Judge, Clerk's Office, the parties and the attorneys and will be used solely for the purpose of selecting a jury in this case.

Thank you again for your time and service.

JOSE A. FUSTE
United States District Judge
District of Puerto Rico

2

**Juror No. _____**

## PART I:    BACKGROUND INFORMATION

1.    Do you have any difficulty reading or understanding English?

☐ Yes        ☐ No    <u>If yes</u>, please explain:_____

_____

_____

2.    Age:_____

3.    ☐ Male            ☐ Female

4.    Place of birth:_____

5.    Do you currently:

☐ Own a home        ☐ Rent        ☐ Live with relatives        ☐ Live with friends

6.    If you live with others, with whom do you live? (Please describe person, not by name, but by relationship to you, e.g., daughter, father, roommate, partner, spouse)

_____

_____

7.    In what city and neighborhood do you currently reside? (please do not provide your address).

_____

8.    How long have you lived in your current residence?_____

9.    If you have lived in your current residence for fewer than 10 years, please identify other places where you have lived in the past 10 years:_____

_____

_____

10.    What is your current relationship status?  Are you:

| **Single and**... | **Married and**... | **Widowed and**... |
|---|---|---|
| ☐ Never married | ☐ Never divorced | ☐ Remarried |
| ☐ Living with someone | ☐ Previously divorced | ☐ Now single |
| ☐ Divorced | ☐ Currently separated | ☐ Living with someone |

3

**Juror No. _____**

11. What do you regard as your race/ethnicity and that of your spouse/domestic partner, if applicable?

Yours:_____

Spouse/Domestic Partner:_____

12. If you are married or live with a domestic partner, please indicate your spouse/partner's highest level of education or degree:_____

_____

_____

13. If you are married or live with a domestic partner, please indicate your spouse/partner's current occupation and how long he/she has been in his/her present  job: _____

_____

_____

14. If your spouse/domestic partner is retired or not employed, please indicate and describe the type of work he/she had been doing during his/her last period of employment:_____

_____

15. If you have children, even if they no longer live with you, please indicate their age, gender, highest level of education and occupation (if applicable):

| **Age** | **Gender** | **Educational level** | **Occupation** |
|---------|-----------|----------------------|----------------|
|         |           |                      |                |
|         |           |                      |                |
|         |           |                      |                |
|         |           |                      |                |
|         |           |                      |                |

4

**Juror No. _____**

16.   For adult children, please state the occupation(s) of their spouses or mates
      (e.g., son's girlfriend is a stockbroker).

      _____

      _____

      _____

17.   What is the highest level of education <u>you</u> have completed?  Please specify any
      degrees you have obtained and certification programs or vocational schools you
      have completed:_____

      _____

      _____

18.   Are you currently: (**Please check that apply**)

      ☐ Employed full-time            ☐ Self-employed         ☐ A student

      ☐ Employed part-time            ☐ A homemaker           ☐ Unemployed

      ☐ Employed with more than one job    ☐ Retired          ☐ Disabled

19.   If you are a student, what is your current area of study?_____

      _____

20.   If you are employed, please complete the below information for your present job. If
      you are currently retired or otherwise without a job, please complete the below
      information for your last job.

      a)   <u>Without mentioning the name of your business/employer</u>, what type of work
           do you do and what type of business is it?_____

           _____

           _____

      b)   How long have you worked at your current employer?_____

      c)   Briefly describe your job duties:_____

           _____

           _____

**Juror No. _____**

d)     If you are retired or unemployed, how long have you been retired or unemployed?_____

e)     What other types of jobs have you held in the past?_____

_____

_____

f)     No matter what your current employment status, if you could change your job or profession, what would you change it to?_____

_____

g)     Are you now or have you ever been a supervisor?   ☐ Yes      ☐ No

If yes, please describe type of work, when, and number of people supervised:

_____

_____

21.     Have you ever been in any branch of the armed forces, including the military reserves, National Guard or ROTC?     ☐ Yes     ☐ No

If yes, please answer the following questions:

a)     For what country did you serve in the military?_____

b)     List branch of service, approximate years of service, highest rank and places stationed:_____

_____

_____

c)     Did you ever participate in a court martial?  ☐ Yes     ☐ No

If yes, please describe your role and the charges:_____

_____

_____

d)     Did you ever serve in the military police?   ☐ Yes     ☐ No

If yes, please describe your duties:_____

_____

e)     Did you receive an honorable discharge?   ☐ Yes     ☐ No

f)     Did you receive an dishonorable discharge?  ☐ Yes     ☐ No

6

**Juror No. _____**

22. Have you ever applied for, been employed by, received training from or volunteered in <u>any</u> law enforcement agency, correctional institution or in the private security field? (*Examples include: municipal law enforcement, Puerto Rico Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco and Firearms, jails or prisons, probation or parole and the Medical Examiner's office*).

☐ Yes          ☐ No

If <u>yes</u>, please describe your experience and the approximate dates:_____

_____

_____

_____

_____

Do you have any plans to apply for such a position? _____

_____

_____

23. Has a relative or anyone you know well ever been employed by or volunteered in <u>any</u> law enforcement agency, correctional institution or in the private security field? (*Examples include: municipal law enforcement, Puerto Rico Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco and Firearms, jails or prisons, probation or parole and the Medical Examiner's office*).

☐ Yes          ☐ No

If <u>yes</u>, please state the agency and the person's relationship to you:_____

_____

_____

_____

Juror No. _____

**PART II:        KNOWLEDGE AND OPINIONS ABOUT THE CASE**

It is alleged that [1] Alexis Candelario-Santana, a.k.a. "Congo", [2] Carmelo Rondon-Feliciano, a.k.a. "Omi", and [4] Wilfredo Candelario-Santana, a.k.a. "Coper", the defendants and others known and unknown, were members and associates of a criminal organization whose members and associates engaged in narcotics distribution and acts of violence, including murder and attempted murder, and which operated principally in Sabana Seca, Toa Baja, Puerto Rico.

It is alleged that, during the time period of 1993 until 2009, in furtherance of the racketeering conspiracy, and to effect the objects thereof, the defendants and their co-conspirators committed and caused to be committed thirteen (13) murders between 1995 through 2001 and nine (9) murders on October 17, 2009.  As to the thirteen (13) murders from 1995-2001, it is alleged that [1] Alexis Candelario-Santana ordered or directly killed those persons.  The thirteen persons killed during 1995-2001 are: Javier Martinez Ramos, Julio Angel Martinez-Santana, Andres Torres Oquendo, Melvin Medina Arce, Jimmy Nelson Velez Matos, Orlando Cardona Ortiz,  Saul Padin Orozco, Silvestre Gonzalez Santos, Richard Matias Negron, David Nieves Carmona, Zuly Santana-Francis, Harry Santiago-Santiago and Erick Morales-Alvarez.

It is further alleged that on October 17, 2009, in furtherance of the conspiracy another eight (8) persons and one (1) unborn child were killed as well as another twenty (20) persons shot during the inauguration of a bar called La Tómbola in Sabana Seca, Puerto Rico.   On the evening of October 17, 2009, six (6) persons died at the scene as a result of being shot.  These persons are: Elisa Del Carmen Ocasio, Samuel Ruiz Martinez, Joan Manuel Class Guzman, Pedro Semprit Santana, Jose Angel Hernandez Martinez and John Henry Garcia Martinez. One person, Rafael Angel Ramos Rivera, and the unborn child of Carmen Maria Garcia Santiago died that same day at medical facilities.  The ninth person, Tina Marie Rodriguez Otero, died approximately two and ½ weeks later at the hospital as a result of shooting injuries sustained on October 17, 2009.   The twenty (20) surviving victims are: Wilfrdeo Semprit-Santana, Melissa Fonseca-Matias, Jose Amezquita-Semprit, a.k.a. Cheito, Miriam Figuroa-Robles, Josue Oquendo-Semprit, Jose David Carmona Santos, Carmen Semprit Santana, Aladino Amezquita-Semprit, Felix Rivera-Rivera, Carmen Maria Garcia Santiago (pregnant lady), Caleb Castro Renta, Omayra Fonseca Matias, Roselyn Rosado Miranda,

**Juror No. _____**

Oscar Gomez Miranda, Richard Ramos Figueroa, Erick Delgado Garcia, Angel Rios Santos, Juan Ramos Vazquez, William Ramos Vazquez and Amarilys Fonseca-Matias. The government has specifically charged [1] Alexis Candelario Santana and [5] David Oquendo Rivas aka Gordo with these murders.

24.    Have you read any articles or seen any news programs regarding this case?

☐ Yes          ☐No

If <u>yes</u>, please describe in detail what you read, saw or heard about this incident, the case or any of the people involved:_____

_____

_____

_____

_____

_____

25.    Have you discussed, or overheard discussions about, this case with friends, family or co-workers?          ☐ Yes          ☐ No          ☐ Unsure

If <u>yes</u>, what did you talk about and with whom did you discuss the case?

_____

_____

_____

_____

_____

_____

26.    Based upon what you read, heard or discussed, have you formed any opinions about whether or not any of the defendants is guilty or not guilty?          ☐Yes ☐No

If <u>yes</u>, please explain:_____

_____

_____

_____

**Juror No. _____**

27.    Do you, or anyone you know, know any of the defendants? ☐ Yes        ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

28.    Did you, or anyone you know, know any of the victims?        ☐ Yes        ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

29.    Do you, or anyone you know, have any involvement with this case or incident in any

manner, including knowing the investigators or the victims' families, friends or

neighbors?

☐ Yes        ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

10

**Juror No. _____**

## PART III:     QUESTIONS CONCERNING POTENTIAL PUNISHMENT

In this case, [1] Alexis Candelario Santana faces a potential sentence of life imprisonment without the possibility of release or the death penalty if convicted of capital murder. Procedurally, this trial may proceed in two stages: a trial phase, during which the jury will consider the defendant's guilt or non-guilt, and a penalty phase. During the trial phase, the only question for the jury is whether the government has proven a defendant guilty beyond a reasonable doubt. The question of possible punishments must not enter into your deliberations during this phase of the trial. If the jury unanimously finds a defendant guilty on a count for which death is a possible penalty, the case will then, and only then, proceed to the penalty phase.

Should a penalty phase be necessary, the question for the jury to decide is whether the defendant should be sentenced to death or to life imprisonment without the possibility of release. The jury makes this decision by weighing a variety of factors. The government will present information as to matters referred to as "aggravating factors," meaning circumstances that under the law may justify the imposition of the death penalty. The defendant would then present information as to matters referred to as "mitigating factors," which are facts about a defendant or any other relevant evidence under the law that may cause you to believe that the death penalty is not warranted. In order to impose a sentence of death, all jurors must agree that is the correct sentence. Even if a single juror disagrees that death is the correct sentence, the death penalty cannot be imposed and the judge will impose a sentence of life. Each juror must come to his or her own decision as to whether to impose a sentence of death or a sentence of life imprisonment without the possibility of release. In the federal prison system, there is no parole, so a person sentenced to life imprisonment must spend his or her life in prison. There is never a requirement that the death penalty must be imposed. The sentence imposed by the jury is final and cannot be changed by the Judge.

The questions in this section are not meant to imply that the defendant is guilty or that you will, in fact, be called upon to decide a penalty in this case. Moreover, in asking questions about your feelings on the possible sentences, you are <u>not</u> being asked to determine now or to state what you would decide in this particular case. Rather, you are only being asked about this type of case

11

**Juror No. _____**

in general.  The Judge must ask these questions, however, to determine whether you could be fair to both the prosecution and the defense on the issue of punishment if you reach that issue.

30.     Please circle *one* number on the scale below that is *closest* to your opinion about the death penalty in general. The *lower* the number the more strongly you oppose the death penalty.

**1**     **2**     **3**     **4**     **5**     **6**     **7**     **8**     **9**     **10**
**Strongly**                                                 **Strongly**
**Opposed**                                                 **In Favor**

31.     Please describe in detail your views about the death penalty and explain why you hold these opinions and beliefs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12

**Juror No. _____**

32.    Have you ever held a different view on the death penalty?   ☐Yes        ☐No

If <u>yes</u>, please state your prior view and explain why your view changed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

33.    If applicable, please describe your spouse's or significant other's view on the

death penalty:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13

**Juror No. _____**

34.    Life imprisonment without the possibility of release is also a possible punishment in this case.  Please describe in detail your views about life imprisonment without the possibility of release for a person who has been found guilty of intentional murder.  Please explain why you hold these opinions and beliefs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

35.    Do you believe that life imprisonment without the possibility of release could be a *severe enough* punishment for a person who is found guilty of intentional murder?

☐ Yes        ☐ No

Please explain your beliefs:_____

_____

_____

_____

_____

_____

_____

14

**Juror No. _____**

Cont._____

_____

_____

36.    Do you believe that life imprisonment without the possibility of release is a *more severe*
       punishment than the death penalty for a person found guilty of intentional murder?

              ☐ Yes            ☐ No

       Please explain your beliefs:_____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

37.    In what kinds of intentional and premeditated murder cases do you think life
       imprisonment without the possibility of parole is the proper punishment?

       _____

       _____

       _____

       _____

       _____

       _____

       _____

**Juror No. _____**

38.    In what kinds of intentional and premeditated murder cases do you think the death
penalty is the proper punishment?

_____

_____

_____

_____

_____

_____

_____

_____

39.    If a person was proven guilty beyond a reasonable doubt of breaking into your house, and
torturing and killing a member of your family, is that a case where you could consider the
death penalty would be proper punishment?

          ☐ Yes          ☐ No

Please explain:_____

_____

_____

_____

_____

40.    Are your beliefs about the death penalty such that you could **never impose the death
penalty** for someone convicted of intentional murder, even where there were many
murder victims, one of whom was an unborn child, and the defendant had served time in
prison in the past for prior convictions of murder?

          ☐ Yes          ☐ No

Please explain your beliefs:_____

2:15-cr-00472-RMG    Date Filed 09/15/16    Entry Number 382-1    Page 18 of 46
Case 3:09-cr-00427-JAF    Document 737-2    Filed 12/28/12    Page 17 of 45


**Juror No. _____**

Cont._____

_____

_____

_____

_____

_____

_____

_____

_____

_____

41.    Are your beliefs about the death penalty such that you would **never impose a sentence of life imprisonment without the possibility of release** for someone convicted of intentional murder? In other words, do you believe that the death penalty is the only appropriate punishment for someone convicted of intentional murder?

☐ Yes            ☐ No

Please explain your beliefs:_____

_____

_____

_____

_____

_____

_____

_____

**Juror No. _____**

41A.   Are your beliefs about the death penalty such that you would never impose a sentence of life imprisonment without the possibility of release in a case <u>where there were many murder victims, one of whom was an unborn child, and the defendant had spent time in prison in the past for prior convictions of murder</u>?

☐ Yes          ☐ No

Please explain your beliefs:_____

_____

_____

_____

_____

_____

_____

_____

42.   If the defendant is found guilty of intentional murder the defense may, during the sentencing phase, present mitigating evidence to the jury about the defendant's childhood and background.  Would you consider such relevant mitigating evidence and give effect to such relevant evidence in deliberations when making a decision about punishment?

☐Yes  ☐No

Please explain:_____

_____

_____

_____

_____

_____

_____

_____

18

**Juror No. _____**

Cont._____

_____

_____

_____

_____


42A.  In both the first and second parts of the trial (if one is necessary), will you listen to and respect the views of your fellow jurors?

     ☐ Yes ☐ No

43.  The question whether a defendant who has been convicted of intentional murder should live or die is a moral decision that each juror must make himself or herself.  Do you feel that you could make such a decision?

     ☐ Yes      ☐ No

Please explain:_____

_____

_____

_____

_____

_____

_____

_____


44.  If selected as the foreperson of the jury, would you be able to authorize a sentencing verdict in support of the death penalty and have the verdict announced in open court by the Clerk of Court?

     ☐ Yes      ☐ No

Please explain:_____

_____

_____

**Juror No. _____**

_____
_____
_____
_____
_____

45.    The question of punishment, if any, should not enter into your deliberations during the trial phase on whether to find a defendant guilty or not guilty of a crime.  Would you have any difficulty following this rule when a finding of guilty could require the jury to subsequently decide if the death penalty should be imposed?

☐ Yes          ☐ No

Please explain:_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

46.    Knowing that whether or not to impose the death penalty may have to be decided by the jury in this case, would you hold the government to a _higher_ standard of proof than proof beyond a reasonable doubt during the trial phase when the jury determines whether to find a defendant guilty or not guilty?

☐ Yes          ☐ No

**Juror No.** _____

Please explain:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Juror No. _____**

## PART IV:    COMMUNITY AND MEDIA INTERESTS

47.    What social or civic clubs, organizations or volunteer groups do you belong to or
support? (*Examples include Kiwanis, Rotary Club, Knights of Columbus, Veterans of
Foreign Wars, American Legion*).

_____

_____

_____

48.    Have you ever held an office or position of leadership in an organization to which you
belonged?    ☐ Yes        ☐ No
If <u>yes</u>, please describe:_____

_____

_____

49.    Have you, a relative or anyone you know well ever been a member of a group that
lobbies or takes a public position on social or law enforcement issues, such as the right to
bear arms, gun control or the death penalty? ☐ Yes        ☐ No
If <u>yes</u>, please describe:_____

_____

_____

50.    Are you a member of the National Rifle Association?        ☐ Yes        ☐ No
If yes, for how long have you been a member?_____

51.    Do you or anyone in your household own any guns?        ☐ Yes        ☐ No
If <u>yes</u>, state your relationship to the gun owner, the number of guns owned and the
general reason for ownership:_____

_____

_____

52.    Have you, a relative or anyone you know well ever been a member of either a victims'
rights group or a prisoners' rights group?        ☐ Yes        ☐ No

**Juror No. _____**

If <u>yes</u>, please describe:_____

_____

_____

53.     Are you currently a member of any church, mosque, temple, synagogue or other religious organization?  ☐ Yes          ☐ No

    a)        What is your denomination?_____

    b)        How often do you attend services?_____

53A.   Does your religious organization have a view or position on the death penalty?

            ☐ Yes ☐ No

    If yes, what is that view and do you agree or disagree with that view?

    _____

    _____

    _____

    _____

    _____

    _____

54.     If you are not a member of an organized religion, would you otherwise describe yourself as spiritual?    ☐ Yes          ☐ No

55.     Do you have any moral, religious or philosophical beliefs that prevent you from sitting in judgment of others or that might make you unable to render a "guilty" verdict for reasons unrelated to the law and the evidence?         ☐ Yes          ☐No

    If <u>yes</u>, please describe:_____

    _____

    _____

    _____

    _____

    _____

**Juror No. _____**

56.    What are your favorite hobbies and spare-time activities?_____

_____

_____

57.    List any newspapers, magazines, internet sources or web blogs that you subscribe to or read and  indicate how frequently you read them, e.g,. daily, often, occasionally, rarely.

_____

_____

_____

58.    List any radio news or talk shows to which you listen and indicate how frequently you listen to these programs (*Examples: La Comay, Fuego Cruzado, Ruben Sanchez, Luis Francisco Ojeda, Benny Frankie Cerezo, Caso Cerrado, Nancy Grace, Luis Pabon Roca and Carlos Diaz-Olivo, Análisis 630, or any other*).

_____

_____

_____

59.    List any television programs dealing with the criminal justice system that you watch, including investigative news programs, and indicate how frequently you watch these programs *(Examples: La Comay, Fuego Cruzado, Ruben Sanchez, Caso Cerrado, CSI, Law and Order, Dateline, 48 Hours, 20/20*).

_____

_____

_____

60.    What authors and types of books do you like to read and what were the last three books you read?_____

_____

_____

**Juror No. _____**

61.    Do you have an online blog or web page, or a social network account such as

"Facebook," "MySpace" or "Twitter?"        ☐ Yes            ☐ No

If <u>yes</u>, please describe:_____

_____

_____

**Juror No. _____**

**PART V:**    **YOUR EXPERIENCES AND BELIEFS**

62.    Have you ever been a victim of racial, ethnic or religious prejudice or discrimination?

☐ Yes        ☐ No

If yes, please explain:_____

_____

_____

63.    Are there people of a particular ethnic or religious group or race with whom you do not care to associate?        ☐ Yes            ☐ No

If yes, please explain:_____

_____

_____

64.    Have you followed any criminal trials in the newspaper, online or on television?

☐ Yes        ☐ No

a)    If yes, which ones?_____

_____

_____

b)    Has following a public criminal trial caused you to form an opinion regarding the judicial system?

☐ Yes        ☐ No

If yes, please explain:_____

_____

_____

65.    Are you concerned about the rate of violent crime in Puerto Rico?

☐ Yes        ☐ No

a)    If yes, please explain:_____

_____

_____

b)    If yes, what do you think is the cause of the violent crime? _____

_____

26

**Juror No. _____**

c)    What do think should be done to individuals who commit crimes of violence?

_____

_____

d)    Are you personally worried about becoming a victim of criminal acts, violent or not?

_____

_____

66.    Have you, a relative or anyone you know well ever been a witness to and/or the victim of a crime?    ☐ Yes (self)    ☐ Yes (family/friend)    ☐ No

If <u>yes</u>, please describe the circumstance surrounding the incident and your relationship to the person(s) involved:_____

_____

_____

_____

67.    Did you, your relative or friend report that crime to the police or other law enforcement agency?    ☐ Yes    ☐ No

a)    If <u>no</u>, please explain why the crime was not reported:_____

_____

b)    If <u>yes</u>, do you believe that law enforcement personnel responded to the report appropriately?    ☐ Yes    ☐ No

If <u>no</u>, please explain:_____

_____

_____

c)    Was anyone arrested or convicted of the crime?    ☐ Yes    ☐ No

d)    Were you, your relative or friend called to testify?    ☐ Yes    ☐ No

**Juror No. _____**

e)   Were you, your relative or friend satisfied with the outcome of the investigation and/or prosecution?         ☐ Yes          ☐ No

Please explain:_____

_____

_____

68.   Have you, a relative or anyone you know well ever:

a)   Been asked to assist in a police investigation?        ☐Yes          ☐No

b)   Called a "Crime Stoppers" or police tip hotline?        ☐Yes          ☐No

c)   If yes, to either question, please explain:_____

_____

_____

69.   Have you, a relative or anyone you know well ever been (check all that apply):

a)   a party to a lawsuit?              ☐ Yes          ☐ No

b)   a witness in a court proceeding?      ☐ Yes          ☐ No

If yes, please describe the circumstances surrounding the event(s), your relationship to the person(s) involved and the ultimate result:_____

_____

_____

70.   Are you, a relative or anyone close to you currently under subpoena or expect to be subpoenaed in any civil or criminal case?      ☐ Yes          ☐ No

If yes, please describe the circumstances and explain your relationship to the person(s) involved and the ultimate result:_____

_____

_____

71.   Have you, a relative or anyone you know well ever been involved in, or expect to become involved in, legal action or a dispute with any local, state or federal governmental agency or employee?  ☐ Yes          ☐ No

If yes, please explain:_____

_____

_____

**Juror No. _____**

72. Do you believe that any group does not receive fair treatment from the police, prosecutors or federal law enforcement?      ☐ Yes          ☐ No

   If <u>yes</u>, please explain:_____

   _____

   _____

73. Do you have any beliefs concerning law enforcement in general, including the Puerto Rico Police Department, the Drug Enforcement Administration, the Alcohol Tobacco and Firearms, the FBI and the Department of Justice, that you believe would affect your ability to serve as a juror in this case?      ☐ Yes          ☐ No

   If yes, please explain:_____

   _____

   _____

   _____

74. Have you, a relative or anyone you know well ever been stopped or questioned by any federal, state or local law enforcement agency or government agency? (*Examples include municipal police departments, the Puerto Rico Police Department , the ATF, the FBI, and the DEA*).

   ☐ Yes          ☐ No

   a) If <u>yes</u>, do you believe that you, your relative or friend were treated fairly in connection with such matter?      ☐ Yes          ☐ No

   b) If you believe that you or your relative/friend were treated unfairly, please explain:_____

   _____

   _____

75. Have <u>you</u> ever been accused of, arrested for or charged with a crime?

   ☐ Yes          ☐ No

**Juror No. _____**

a)      Please describe the circumstances, the time frame and the outcome:

_____

_____

_____

_____

b)      Do you believe that you were treated fairly by the criminal justice system?

☐ Yes          ☐ No

If <u>no</u>, please explain why:_____

_____

_____

76.    Has a <u>relative or anyone close to you</u> ever been accused of, arrested for or charged with a crime? ☐ Yes          ☐ No

a)      Please describe the circumstances, the time frame and the outcome:

_____

_____

_____

b)      Do you believe that your relative or friend was treated fairly by the criminal justice system?          ☐ Yes          ☐ No

If <u>no</u>, please explain why:_____

_____

_____

77.    Have you, a relative or anyone close to you ever had a problem with drug abuse, alcoholism or addictions?          ☐ Yes          ☐ No

If <u>yes</u>, please describe the type of problem and your relationship to the person involved:_____

_____

_____

78.    Have you, a relative or anyone close to you received treatment or counseling for a substance abuse (drugs or alcohol) problem?    ☐ Yes          ☐ No

**Juror No. _____**

If <u>yes</u>, please describe the circumstances of the treatment and your relationship to the person involved:_____

_____

_____

79.    Have you, a relative or anyone close to you been diagnosed or treated for any mental health or mood disorder, such as depression, bipolar disorder or any similar problem?

☐Yes          ☐No

If <u>yes</u>, please describe the type of problem, the treatment and your relationship to the person involved:_____

_____

_____

79A.    Have you, a member of your family, or anyone you know well, ever worked with or had any experience with someone who is classified as mentally retarded?

☐ Yes ☐ No

If yes, please provide further information describing that experience.

_____

_____

_____

80.    Have you ever served as a juror?      ☐ Yes          ☐ No

If yes, please answer the following questions (check all that apply):

a)    Have you served in:

☐ State court          ☐ Federal Court          ☐ Grand Jury

b)    Have you served in:

☐ Civil cases          ☐ Criminal cases

c)    Have you ever been called as a potential juror in a death penalty case, even if you were not ultimately selected to serve?      ☐ Yes          ☐ No

d)    Have you ever been a juror in a case which was dismissed because the jury was deadlocked, i.e., could not reach a verdict?  ☐ Yes          ☐ No

If yes, how many times?_____

**Juror No. _____**

e) Were you ever the foreperson?    ☐ Yes       ☐ No

If yes, how many times?_____

f) In what types of cases have you served as a juror? (*Examples: car wreck, burglary, lawsuit, etc....*)_____

_____

_____

_____

81. If you have prior jury service, please provide the following information:

| Grand Jury or Trial | Criminal or Civil | Nature of case | Was there a Verdict (**Yes or no only**) |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

82. What did you like or dislike about your prior jury service?_____

_____

_____

_____

_____

83. Were you satisfied or dissatisfied with the outcome(s) of the trial(s) where you served?

☐ Satisfied        ☐ Dissatisfied

Please explain:_____

_____

_____

84. Have you, a relative or anyone you know well taken courses in or received training in the law, criminal justice, criminology or other related areas? ☐ Yes          ☐ No

If yes, please describe the course(s) or training:_____

_____

_____

_____

32

**Juror No. _____**

85.    Have you, a relative or anyone you know well ever worked for or applied for a position in the local Department of Justice or the United States Attorney's Office?

☐ Yes          ☐ No

If yes, please describe who, when, where and what agency:_____

_____

_____

_____

86.    Have you, a relative or anyone you know well ever worked for or applied for a position with a criminal defense lawyer or the Federal Defender's Office or a private investigator?

☐ Yes          ☐ No

If yes, please describe who, when, where and what type of agency or office.

_____

_____

_____

87.    Do you hold any feelings about lawyers in general that you believe might affect you as a juror in this case?          ☐ Yes          ☐ No

If yes, please explain:_____

_____

_____

88.    Have you, a relative or anyone you know well taken any courses in or received training related to social work, drug abuse counseling, mental health, psychiatry, psychology, addiction or other related areas?          ☐ Yes          ☐ No

If yes, please describe the course(s) or training:_____

_____

_____

_____

89.    Do you hold any opinions about psychiatrists, psychologist or other mental health professionals who testify in criminal cases?  ☐ Yes     ☐ No

**Juror No. _____**

If <u>yes</u>, please explain:_____

_____

_____

_____

90.    This case is being prosecuted by the United States Attorney's Office for the District of

Puerto Rico.  The United States Attorney for this District is Rosa Emilia Rodriguez

Velez.  Do you, a relative or anyone you know well know or have any connection to Ms.

Rodriguez Velez or anyone associated with her Office, such as: Maria A. Dominguez,

Jacqueline D. Novas, Scott H. Anderson, Jose A. Ruiz, Ernesto Lopez Soltero, Timothy

Henwood, Jose Capo, Warren Vazquez, Dina Avila, Jose Contreras, Carmen Marquez,

Vernon Miles, Mariana Bauza, Justin Martin, Marshal Morgan, Evelyn Canals, Elba

Gorbea, George Massucco, Hector Ramirez, Carlos Cardona, Jenifer Hernandez, Marcela

Mateo, Luke Cass, Desiree Laborde, Jeanette Mercado, Charles Walsh, Olga Castellon,

Dennise Longo, Ilianys Rivera, Teresa Zapata, Guillermo Gil, Alberto Lopez, Cesar

Rivera, Victor Acevedo, Normary Figueroa, Maria Montanez, Juan Ovies, Max Perez,

Amanda Soto, Kelly Zennon, Wallace Bustelo, Kelley Tiffany, Jose Saurez, Nelson

Perez, Myriam Fernandez, Thomas Klumper, Julia Meconiates, Juan Reyes, Michael

Baggie, Maritza Gonzalez, Eugenio Lomba, Jose Pizarro, Lisa Bhatia, Agnes Cordero,

Ginette Milanes, Isabel Munoz, Fidel Sevillano, Rebecca Vargas, Jorge Matos, Liana

Gonzalez, Maria Teresa and Monica Yoma?

☐ Yes    ☐ No

If <u>yes</u>, please explain:_____

_____

_____

91.    Do you, a relative or anyone you know well know or have any connection to Judge Jose

A. Fuste or any member of his staff?

☐ Yes   ☐ No

If <u>yes</u>, please explain:_____

**Juror No. _____**

Cont._____

_____

92.    Do you, a relative or anyone you know well know or have any connection to the following Assistant United States Attorneys and Trial Attorney or their relatives or friends?

    a)    Julia Diaz-Rex

    b)    Marcela C. Mateo

    c)    Bruce Hegyi

If <u>yes</u>, please explain:_____

_____

_____

93.    Have you seen, heard or read anything about any of these prosecutors?

    ☐Yes  ☐No

If <u>yes</u>, please explain:_____

_____

_____

_____

94.    Do you, a relative or anyone you know well know or have any connection to the following defense attorneys or their relatives or friends?

    a)  Francisco Rebollo       c)  Jose R. Aguayo

    b)  Rafael Anglada-Lopez    d)  David Arthur Ruhnke

If <u>yes</u>, please explain:_____

_____

_____

95.    Have you seen, heard or read anything about any of these defense attorneys?

    ☐Yes  ☐No

If <u>yes</u>, please explain:_____

_____

35

**Juror No. _____**

Cont._____

_____

96.    Do you, a relative or anyone you know well know or have any connection to the
following law enforcement officers or their relatives or friends?

    a)      FBI Special Agent Carlos Barreiro

    b)      FBI TFA Antonio Nunez-Fox

    c)      DEA TFA Angel Sanchez

    d)      ATF SA Julio Torres

If yes, please explain:_____

_____

_____

97.    Do you, a relative or anyone you know well know or have any connection to defendant
[1] Alexis Candelario-Santana, a.k.a. "Congo" or to his relatives or friends?

If yes, please explain:_____

_____

_____

98.    The Court already disposed of the case against defendants [2] Carmelo Rondon-
Feliciano, a.k.a "Omi" and [3] Christian Lopez-Lebron.  They are not parties in the case
anymore.  However, do you, a relative or anyone you know well know or have any
connection to defendants [2] Carmelo Rondon-Feliciano, a.k.a. "Omi", and [3] Christian
Lopez-Lebron or to their relatives or friends?

If yes, please describe:_____

_____

_____

99.    Do you, a relative or anyone you know well know or have any connection to defendant
[4] Wilfredo Candelario-Santana, a.k.a. "Coper" or to his relatives or friends?

If yes, please describe:_____

_____

_____

**Juror No. _____**


100.    Do you, a relative or anyone you know well know or have any connection to defendant

[5] David Oquendo Rivas aka Gordo or to his relatives or friends?

If <u>yes</u>, please describe:_____

_____

_____

37

**Juror No. _____**

## PART VI:    QUESTIONS  CONCERNING  IMPORTANT  LEGAL  PRINCIPLES

Part VI explains some of the fundamental legal principles on which the Court will give instructions during the trial .  If you believe you may not be able to follow these principles, you must inform the Court through your answers below.

101.    Each defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in this case, decides that a defendant's guilt has been proven beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  Can and will you follow this rule of law?    ☐Yes  ☐No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

_____

102.    Under the law, a defendant need not testify.  If a defendant does not testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.  Can and will you follow this rule of law? Do you have an opinion regarding this rule of law?

☐ Yes      ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

_____

**Juror No. _____**

103.    Several witnesses will testify who have lengthy criminal histories for narcotics

trafficking, violent conduct and other criminal offenses.  These witnesses have pled

guilty and are testifying pursuant to cooperation agreements with the government with

the hope that their own sentences will be reduced.  Do you have an opinion regarding the

testimony of such witnesses?

☐ Yes          ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

104.    Some of the evidence likely to come before the jury will include crime scene photographs

of the murdered victims.  Do you believe that viewing such photographs would affect

your ability to serve as a juror in this case?

☐ Yes          ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

105.    Some of the evidence likely to come before the jury will include forensic evidence, such

as  ballistics.  Do you believe that you would be able to put aside anything that you may

have seen on television or at the movies and judge the evidence based only on what is

presented to you in court?

☐ Yes          ☐ No

If <u>no</u>, please explain:_____

**Juror No. _____**

Cont._____

_____

_____

_____

_____

106.    Under the law, sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of a defendant has been proven beyond a reasonable doubt. Would you have any difficulty following this rule in a case where the government is seeking the death penalty? Can you follow this rule of law?

☐ Yes          ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

107.    Under the law, the facts are for the jury to determine and the law is for the Judge to determine.  You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.  Can you follow this rule of law?

☐ Yes          ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

**Juror No. _____**

108.    Do you have any personal beliefs about what the law is or should be with respect to drug trafficking, gun possession or murder?

☐ Yes      ☐ No

Please explain:_____

_____

_____

_____

_____

109.    Do you have any impression, opinion or belief concerning the police, the government, the Department of Justice or law enforcement agencies in general that would cause you to lean in favor of or to lean against the government in this case?

☐ Yes           ☐ No

If yes, please explain:_____

_____

_____

_____

_____

_____

_____

_____

109A.   As a general proposition, do you tend to believe that a member of law enforcement, such as a police officer or federal agent, who testifies in court is: (check one)

☐        More likely to tell the truth than other witnesses.

☐        About as likely to tell the truth as other witnesses.

☐        Less likely to tell the truth than other witnesses.

**Juror No. _____**

Please explain your answer:

_____

_____

_____

_____

_____

_____

_____

_____

110.   Do you have any impression, opinion or belief concerning any defendant, law

enforcement, defense attorneys or any other matter that would cause you to lean in favor

of or lean against the defendants in this case?

☐ Yes          ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

**Part VII:       ABILITY TO SERVE**

Jury selection in this case will begin on January 28, 2013. Starting on January 28, 2013,

you likely will only be asked to come to Court on two days. Once a jury is selected, we will start

the trial by receiving evidence. You will be required to attend Court Monday through Friday

from approximately 9 am to 5 pm. The parties anticipate that the case will be completed on or

before June 30, 2013. Of course, this is only an estimate, and it is entirely possible that the case

may conclude before that date. Jurors will be free to go home in the evening, on weekends and

when the Court is not otherwise in session.

**Juror No. _____**

111.    Are you taking any medication(s) regularly?                    ☐ Yes ☐ No

112.    Do the medications affect your memory or concentration?    ☐ Yes ☐ No

113.    Do you have any physical, mental or medical conditions that might make it difficult for
you to serve as a juror in this case?

        ☐ Yes    ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

114.    Does your employer pay for work missed while on jury service?[1]

        ☐Yes    ☐ No

115.    Do you have any personal or professional obligations that you feel would severely
interfere with your ability to be a juror in this case, such as employment or childcare constraints?

        ☐Yes    ☐No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

_____

_____

---

[1]The Court pays juror a daily attendance fee of $40.00, plus mileage. Your employer can only deduct from your salary the daily amount you receive from the Court. The Court will not encourage or permit an employer to disrespect jury service or to discriminate against jurors on account of jury service.

**Juror No. _____**

116.  Do you have any other conflicts during the time of February through June 2013 which would impact your ability to serve?  Such matters may include pre-paid vacations, medical or dental appointments or any other matters that would reasonably prevent you from being present in the courtroom should be listed.

☐ Yes        ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

117.  Is there any other information that you feel you should share with the Judge that you believe may bear upon your qualification to serve as a juror?

☐ Yes        ☐ No

If <u>yes</u>, please explain:_____

_____

_____

_____

_____

118.  Is there anything you have not indicated in the above answers that you would like to discuss privately with the Judge and attorneys?        ☐ Yes        ☐ No

44

**Juror No. _____**

ADDITIONAL COMMENT PAGE (Please mark your responses to reflect the question number to which you are responding).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*I solemnly swear or affirm under penalty of perjury that all of the answers given to all of the questions contained in this questionnaire and on the attached sheets are true, correct and complete.*

☐ In agreement            _____

*Date*

45