*United States v. Anh The Duong*
No. 01-CR-20154 (N.D. Cal.)
Judge Presiding: The Hon. Jeremy Fogel
(Voir dire began March 23, 2010.)


*Note:*

Judge Fogel became the Director of the Federal Judicial Center in 2011. The Federal Judicial Center was created by Congress in 1967 to "further the development and adoption of improved judicial administration in the courts" through research and education. The Center is headquartered in the Thurgood Marshall Federal Judiciary Building in Washington, DC. *See* http://www.uscourts.gov/News/NewsView/11-07-01/Judge_Jeremy_Fogel_Selected_to_Head_Federal_Judicial_Center.aspx.


# EXHIBIT 2

# Juror Questionnaire

## United States District Court

Honorable Jeremy D. Fogel, Department 3
United States v. Anh The Duong, Case No: CR 01-20154 JF

Juror Name: _____ Juror No. _____
                              (Please Print)

Thank you for coming to court. This questionnaire was prepared by Judge Fogel and the parties to find out if this case is a good one for you to serve on as a juror. It is also intended to make the jury selection process efficient so that we take up as little of your time as possible. After filling out this questionnaire you will have to return to the court for part of one additional day so that the Court and the attorneys can speak with you personally. That will be your last appearance for this case if you are not selected as a juror. If you are selected as a juror you will be given a later date for your return for the actual trial.

The questions in this questionnaire are not being asked to invade your privacy. Some people have life experiences or strongly held beliefs that would make it difficult or impossible to serve on some cases, while they would be perfectly comfortable serving on others. These questions are being asked to ensure that the jurors selected in this case are a good match for it. If you feel that any question is too personal or sensitive for a questionnaire, please answer the question to the extent that you are comfortable in doing so, and then write "PRIVATE" next to the question. You will have an opportunity to discuss your answer in private when you return to speak with Judge Fogel and with the attorneys.

When answering the questions, please keep in mind that it is important that you tell us if there is anything that causes you to question that you can give either side a fair trial.

Because this questionnaire is part of the jury selection process, you must fill out this questionnaire by yourself, without any assistance from others. If you are unable for any reason to fill out a questionnaire, let us know so that other arrangements can be made.

Please keep in mind that this is not a test. There are no "right" or "wrong" answers - only complete and incomplete ones. Please answer the questions as accurately, as fully, and as honestly as possible. Continue on the blank section at the end of this questionnaire if there is not enough room for a complete answer next to the question. The questionnaires will be photocopied, so please use a black pen, rather than a pencil or colored pen, and do not write on the back of the pages.

After answering the questions you are to sign your questionnaire at the bottom of this page, your answers will have the effect of a statement given under oath.

Thank you very much for your assistance, cooperation and jury service.

***I swear that my answers to the questions in this questionnaire are true and correct.***

Date: February ___, 2010

_____
                              (Please Sign)

| Juror No.: | | Gender: _____ Female _____ Male Age: _____ |
|---|---|---|

**1. Your ethnicity:**
__ Caucasian
__ African American
__ Hispanic (What country? _____)
__ Asian (What country? _____)
__ American Indian
__ Other: _____

**2. Is English your native language?**
____ Yes ____ No
IF NO:
What is your native language? _____
Is it difficult for you to understand others when they speak English? __ Yes __ Sometimes __ No
Is it difficult for others to understand you when you speak English? __ Yes __ Sometimes __ No

**3. Your current marital status:**
_____ Never married
_____ Engaged
_____ Married for _____ yrs
_____ Partnered for _____ yrs
_____ Divorced for _____ years
_____ Separated for _____ years
_____ Widowed for _____ years

**4. With respect to your home, do you:** _____ Own _____ Rent _____ Live with others rent-free

**5. What is your employment status right now? (Check all that apply)**
_____ Employed full time
_____ Employed part time
_____ Not employed

If not employed, are you:
_____ A homemaker
_____ Retired
_____ A Student

_____ Disabled
_____ Temporarily Laid Off
_____ Other _____

**6. A. Please list both your current <u>occupation</u> and <u>employer</u>, and how long you have held (or did hold) this job; OR if you are unemployed or retired, list your most recent occupation and employer.**

   **B. Please list any prior <u>occupations</u> and/or <u>employers</u> you have had in the last ten years.**

| **7. How many people do you supervise at work?** _____ | **8. Do you have hiring/firing responsibilities?** __ Yes __ No |
|---|---|

**9. How far did you go in school?**
_____ Grade school
_____ Some high school
_____ High school graduate
_____ Trade / tech school degree or certificate

_____ Some college or AA degree (study area) _____
_____ College graduate (major): _____
_____ Post graduate study (major): _____
_____ Post graduate degree: _____

**10. Please list the sex, age & occupation (or area of study if in college) of any children and/or stepchildren:**

**11. To which unions, social, political, religious or volunteer organizations do you belong? Please mention if you hold any leadership positions:**

**12. A. Please list the current <u>occupation</u> <u>and</u> <u>employer</u> of your spouse/partner, or other adult living in the home, and how long s/he has held this job. If retired or unemployed, please list his/her most recent occupation:**

   **B. Please list any prior occupations and/or employers they have had in the last ten years.**

**13. Have you or a close family member immigrated to the United States from another country?**
_____ Yes, I have _____ Yes, a close family member has _____ Yes, both I have and a close family member has _____ No

| 14. Have you, or has anyone close to you (a friend, family member or close coworker), ever served in the military? | If you/they were involved in any way with military law enforcement or administration, please describe: |
|---|---|

_____ Yes, I have  _____ Yes, someone close to me has  _____ No

**IF YES:**

**Please indicate who, if not yourself:**

**What branches:**                                      **If you/they ever served in combat, please indicate:**

**Positions held:**

**Dates:**

---

15. Have you or anyone close to you (a friend, family member or close coworker) ever been employed by or affiliated with a law enforcement agency? (Including police, FBI, sheriff, highway patrol, drug enforcement, district attorney, state prisons, county jails, Attorney General, US Attorney, Immigration and Naturalization Services, &  Homeland Security)

___ Yes, I have  ___ Yes, someone close has  ___ Yes, both I have and someone close has ___ No

**IF YES:  Please indicate who, if not yourself:**

**Branches and positions:**

**Dates:**

---

| 16. Have you or has anyone close to you (a friend, family member or close coworker) ever had any training, education, jobs or volunteer work in any of the following areas: | If you have checked any of the areas on the left, please explain: |
|---|---|

     _____ Law or the legal profession
     _____ The criminal justice system
     _____ Crime victims support and/or victims rights
     _____ Government

---

17. On how many cases have you served on a jury?     _____ None     _____ 1     _____ 2     _____ 3 or more

Where was your jury service? _____  What type of cases?  ____ Civil____ Criminal____ Both

In how many of the cases in which you served did the jury reach a verdict? _____

Did you ever serve as foreperson?     _____ Yes  ___ No

Did you talk to any of the attorneys of the case(s) after your service was completed? ____ Yes  _____ No

If there was there anything about your jury experience that left you disappointed or dissatisfied with our justice system, please explain?

If you served as a juror in a criminal trial:

    **A.  What was your opinion of the prosecutor?**

    **B.  What was your opinion of the defense attorney?**

    **C.  What was your opinion of the defendant's demeanor during trial?**

---

18. Do you know any person(s) connected to the legal system, such as a lawyer, judge, bailiff, clerk or court reporter?

    _____ Yes          _____ No  **IF YES, what is their name, what is your relationship to them, and where do they work?**

---

19. Do you know any person(s) connected to the criminal justice system, such as a police officer, parole officer, or corrections officer?     _____ Yes          _____ No   **IF YES, what is their name, what is your relationship to them, and where do they work?**

---

20. **Do you have any feelings for or against criminal defense lawyers?** ____ Yes    ____ No    **IF YES, please explain:**

21. **Do you have any feelings for or against prosecutors?** ____ Yes    ____ No    **IF YES, please explain:**

22. **Have you, or has someone close to you (a friend, family member or close coworker), ever been a victim of a crime, whether or not that crime was reported to law enforcement authorities?**
____ Yes, I have    ____ Yes, someone has    ____ Both I have and someone close has    ____ No
**IF YES:**
   A. **Please explain, including what type of crime and how long ago:**

   B. **Was anyone caught?** ____ Yes    ____ No
   C. **Was there a trial?** ____ Yes    ____ No
   D. **Was there a conviction?** ____ Yes    ____ No
   E. **How do you feel about the way the police handled the case?**

   F. **How do you feel about the way the incident was resolved?**

   G. **How emotionally impacted are you by this experience today?** ____ Very    ____ Somewhat    ____ Not very or not at all
   H.
**If the case went to trial:**
   I. **What was your opinion of the prosecutor?**

   J. **What was your opinion of the defense attorney?**

23. **Have you, or has someone close to you (a friend, family member or close coworker), ever been accused of a crime?**
____ Yes, I have    ____ Yes, someone has    ____ Both I have and someone close has    ____ No
**IF YES:**
   A. **Please explain, including what type of crime and how long ago:**

   B. **Was there a trial?** ____ Yes    ____ No
   C. **Was there a conviction?** ____ Yes    ____ No
   D. **How do you feel about the outcome of this matter?**

   E. **How emotionally impacted are you by this experience today?** ____ Very    ____ Somewhat    ____ Not very or not at all

24. **Have you, or has anyone close to you, (a friend, family member or close coworker) ever:**

**Yourself    Someone Close**

| | | |
|---|---|---|
| _____ | _____ | a. Been a witness to a crime? |
| _____ | _____ | b. Had a close friend or relative die or be seriously injured by the wrongdoing of another party? |
| _____ | _____ | c. Been threatened by someone or been made to feel afraid for your life or the lives of others? |
| _____ | _____ | d. Had a bad experience with a gun? |
| _____ | _____ | e. Considered working in law enforcement? |
| _____ | _____ | f. Considered working in private investigation? |
| _____ | _____ | g. Applied for a job working in law enforcement? |
| _____ | _____ | h. Applied for a job in private investigation? |
| _____ | _____ | i. Filed a report with any law enforcement agency? |
| _____ | _____ | j. Had any contact with a District Attorney's Office or U.S. Attorney's office? |
| _____ | _____ | k. Been involved in a lawsuit of any kind, in any way? |
| _____ | _____ | l. Participated in an organization or event concerning crime prevention, law enforcement, victims' rights or changing any criminal law? |
| _____ | _____ | m. Owned or worked at a business that was broken into or robbed? |
| _____ | _____ | n. Been a customer in a business that was robbed while you were there? |

a. **If you checked any of the above in Question 24, please explain:**




25. **Have you or anyone close to you ever had any direct contact with the police (as a victim, witness, suspect, traffic accident, traffic citation, etc.) that you have not already mentioned in answering the previous questions?**
_____ Yes  _____ No    **IF YES, please explain:**



26. **Part of the role of a juror is to be the judge of the facts of the case, including the judge of the credibility, or believability of witnesses. Based on your own background and experience do you believe that you are able to judge whether a person is believable or not?** _____ Yes _____ No    **If YES, please explain:**


27. **You will hear testimony from witnesses who have pled guilty to crimes charged in this case and have agreed to cooperate with the government. These witnesses may receive reduced sentences as a result of their cooperation. Do you think that it is improper for the government to call such a witness at trial?**
_____ Yes _____No    **Please explain your answer:**


28. **Based on your background, education, outlook on life, religious views, or other personal views, are you unable to render judgments about other people?** _____ Yes _____No    **Please explain your answer:**



29. **If the government proved the defendant's guilt beyond a reasonable doubt, would you be reluctant to return a verdict of guilty?** _____ Yes _____ No    **If NO, please explain:**

30. If the government failed to prove the defendant's guilt beyond a reasonable doubt, would you be reluctant to return a verdict of not guilty? ____ Yes ____ No    If NO, please explain:

31. If the Court instructed you to disregard certain testimony or evidence, could you do so? ____ Yes ____No

If NO, please explain:

32. The Court will provide you with all of the instructions of law which pertain to this case. These instructions are the law of the case, and you must apply them regardless of your personal views. Will you be able to do that? ____ Yes ____No

If NO, please explain:

33. Would you be more likely to believe the testimony of a law enforcement officer than you would the testimony of other witnesses, because he or she is a law enforcement officer? ____ Yes, definitely    ____ Yes, probably    ____ No

| | |
|---|---|
| 34. Do you believe that punishment or rehabilitation is the more important objective in sentencing those convicted of violent crimes? ___ Punishment ___ Rehabilitation | 35. Do you feel that it's better for an innocent person to be convicted than for a guilty person to go free?<br><br>____ Yes    ____ No |
| 36. Do you believe that if the accused in a criminal case does not testify, it is because they are probably guilty?<br><br>____ Yes    ____ No | 37. Do you feel that if the U.S. federal government brings someone to trial on charges of murder, the person is probably guilty? ____ Yes    ____ No |
| 38. Do you feel that there are too many technicalities in the law that allow criminals to go free?<br><br>____ Yes    ____ No | 39. Because the defendant faces multiple charges of murder, do you believe that the defendant, in all probability, is guilty of something? ____ Yes    ____ No |

40. Do you have any negative feelings about psychiatrists or psychologists who testify as experts in criminal trials?

____ Yes    ____ No    IF YES, please explain:

41. In a criminal case, the prosecution has the burden of proving the defendant's guilt beyond a reasonable doubt. Do you think that this should be different? ____ Yes    ____ No    Please explain:

42. Because the prosecution has the burden of proving its case beyond a reasonable doubt, the defense does not have to put on any evidence to prove the defendant's innocence. Would you hold it against the defense if the defendant did not put on a single witness and solely argued that the prosecution did not meet its burden of proof?

____ Yes    ____ No    If YES, please explain:

43. If you are chosen as a juror in this case, you will hear evidence about deaths. You may see very disturbing pictures of the victims after they have been killed.

A. Do you have any concerns about your ability to listen to testimony about each victim's death?

____ Yes    ____ No    ____ Not Sure

B. Do you have any concerns about your ability to look at pictures of the victims after their deaths?

____ Yes    ____ No    ____ Not Sure

C. After listening to this testimony and looking at these photographs, do you have any concerns about your ability to set aside your emotions and impartially and dispassionately decide this case based solely on the evidence and the law?

____ Yes    ____ No    ____ Not Sure    If YES or NOT SURE, please explain:

| 44. How concerned are you with crime in your neighborhood? ___ Very concerned<br>___ Somewhat concerned ___ Not too concerned | 45. How concerned are you with gang activity in your neighborhood? ___ Very concerned<br>___ Somewhat concerned ___ Not too concerned |
|---|---|

**46. Are there times when you do not go out for fear of crime? ____ Yes ____ No**

**IF YES, why do you feel this way?**

**47. Which, if any, of the following security measures do you have in your home?**

____ Alarm ____ Bars ____ Other: _____

**48. Do you, or does anyone close to you (a friend, family member or close coworker), own a gun? ____ Yes ____ No**

**IF YES, please explain, including who owns the gun and the reason that they own it:**

**49. Do you have any negative feelings about people who practice and/or compete in martial arts?    ____ Yes ____ No**

**IF YES, please explain:**

| 50. To what extent do you read news stories about crime in your area? ____ Frequently ____ Occasionally<br>____ Sometimes ____ Never | 51. What high-profile criminal cases have you followed in the media? |
|---|---|

**52. Have you or anyone close to you (a friend, family member or close coworker) ever had any encounter with gangs or gang members? ____ Yes ____ No   IF YES, please explain:**

**53. Have you ever known anyone who is, or was at any point in their life, a member of a gang? ____ Yes ____ No**

**IF YES, please explain:**

**54. Have you ever encountered a group of young men of the same race standing around in your community and been concerned about their behavior? ____ Yes ____ No   IF YES, please explain:**

**55. Have you, any family members or any close friends ever taken part in any effort to keep your neighborhood, schools or community free of crime? ____ Yes ____ No   IF YES, please explain:**

**56. If you heard evidence that the defendant was previously a member of a gang, would that in any way affect your ability to be impartial? ____ Yes ____ No ____ Maybe   IF YES or MAYBE, please explain:**

| 57. Do you have any concerns about people immigrating to California? ___ Yes ___ No   IF YES, please explain: | 58. Do you have any concerns about people from Asia immigrating to California? ___ Yes ___ No<br><br>IF YES, please explain: |
|---|---|

**59.** Have you ever had a negative experience involving a person of another race or ethnic background?

___ Yes    ___ No    **IF YES, please explain:**

**60.** Bearing in mind that your answer will be kept confidential, is there any racial or ethnic group that you hold any negative attitudes about?    ____ Yes    ____ No

**IF YES, please explain:**

**61.** Do you feel: (Check any that apply)

___ That people of Asian descent have suffered less from racism or racial discrimination in California than other minorities

___ That people of Asian descent have not really suffered from racism or racial discrimination in California

**62.** To what extent do you agree with the statement, "Minorities blame too many of their problems on racial discrimination"?

___ Strongly Agree    ___ Somewhat Agree

___ Somewhat Disagree    ___ Strongly Disagree

**63.** Have you, or anyone you know, ever fled a country due to violence or political oppression?

___ Yes    ___ No    **IF YES, please explain:**

**64.** If you have immigrated to the United States, do you feel frustrated by other immigrants failing to adjust to or thrive in the U.S.?    ___ Yes    ___ No

**IF YES, please explain:**

**65.** How significant are the obstacles to success faced by immigrants to the United States?

____ Very significant    ____ Somewhat significant    ____ Not too significant    ____ Not at all significant

**66.** Do you hold any opinions or beliefs about racial issues that in your view would bear on your ability to judge the facts in this case in which many of the victims, witnesses, and the defendant are of Asian descent?    ____ Yes    ____ No

**IF YES, please explain:**

**67.** Have you watched movies or television shows about the criminal justice system such as "The Wire", "Law and Order", or "CSI"?

____ Yes    ____ No    **IF YES:**

**A. What shows?**

**B. If you have formed any views about the criminal justice system based upon watching such shows, please explain:**

**C. If you would have any difficulty putting what you may have seen, heard or been told about the law and/or crime scene evidence from these types of programs out of your mind and follow the law and evidence as you hear it in this case, please explain:**

**68.** Please list all sources of news you watch, listen to, or read on a regular basis, in print or on television, radio or the internet, including the names of any particular news programs or internet sites you frequent. Include radio talk shows.

**69.** If your family drives a vehicle, are there any bumper stickers are on it?    _____ Yes    _____ No

If YES, what do they say?

**70.   Have you ever posted a comment on a blog?** _____ Yes _____ No   **IF YES, what topic(s) did you comment about?**

**71.   Have you ever called in to a radio talk show?** _____ Yes _____ No   **IF YES, what topic(s) did you call in about?**

**The following summary of the charges is a condensed version of the description which the Court has already provided**

In this case Mr. Duong is charged with being the leader of a Racketeer Influenced and Corrupt Organization. As a part of that organization he is accused of personally murdering eight people and committing sixteen robberies during which he and other persons were armed with firearms. The firearms included assault rifles and handguns.

Some of these offenses are charged only as racketeering acts. Some are charged as crimes in this District. Four of the homicides occurred during robberies. Two of the robbery/homicide victims were security guards at jewelry stores that were robbed. One of the stores was in Las Vegas, Nevada, and was called Chong Hing Jewelers. The second was in Cupertino, California, and was a store named Jade Galore. Two other robbery/homicide victims were persons at the scenes of robberies. One of those robberies was of a grocery store in San Jose, named Thien Thanh. The other was a computer business in Fremont, named Wintec Industries.

The four remaining homicides are charged as racketeering acts and occurred in a single incident at a nightclub in Los Angeles County called the International Club. Mr. Duong has been tried in California State Court for those four homicides. He was found guilty of three counts of first degree murder and one count of second degree murder for those four murders in California state court.

All of the crimes are alleged to have occurred between 1993 and 2001.

**72.   Do you know, or have you read or heard, anything about this case?** _____ Yes _____ No

**IF YES:**

**Please check each of the ways that you have heard or read about this case**: _____ Newspapers _____ Television _____ Radio

_____ Internet _____ Friends or family _____ Coworkers _____ Police _____ People who knew victims _____ Other: _____

**What have you heard about the case?**

**If you have discussed this case with anyone, in general, what was discussed?**

**What thoughts do you have about this case based on what you have seen, read or heard?**

**73.   Is there anything about the statement of the case that that causes you to doubt, even slightly, your ability to keep an open mind in this case?** _____ Yes _____ Maybe _____ No   **IF YES or MAYBE, please explain:**

**74.   As noted above, because the defendant in this case, Mr. Duong, has already been convicted of four counts of murder, do you believe that he is, in all probability, guilty of any of the other four murders and other offenses charged in this case?**

_____ Yes _____ Maybe _____ No   **IF YES or MAYBE, please explain:**

75. **Based upon facts you have already heard about this case, do you have any feelings about what penalty the defendant deserves?** _____ Yes _____ Maybe _____ No    **IF YES or MAYBE, please explain:**

76. **What are your general feelings about the death penalty for a person who has been found guilty of intentional murder? (Intentional murder means that the murderer knew what he was doing was wrong. He was not acting in self defense, was not in any way mentally incompetent, and the murder was not an accident)**

77. **Have you ever held a different view on the death penalty than the view you hold today?** _____ Yes _____ No
**IF YES, what was your view and why did you change it?**

78. **Have you ever contributed to or been a member of an organization in support of the death penalty?** _____ Yes _____ No
**IF YES, please explain:**

79. **Today the death penalty may only be used to punish murders. Do you believe that the death penalty should be a possible punishment for more crimes than it currently is today?**
_____ Yes _____ No    **IF YES, what crimes?**

| 80. **Do you believe in the saying "an eye for an eye" or "a life for a life"?** ___ Yes ___ No | 81. **Do you believe that too often, defendants who are sentenced to a life term in prison do not actually serve a life term in prison?** ___ Yes ___ No |
|---|---|

82. **In the federal system, as opposed to the state system, a life sentence means life in prison without the possibility of release. If sentenced to life, the defendant will remain in prison for the rest of his life. Do you have any doubts about whether this is truly the case?** ___ Yes ___ No    **IF YES, please explain:**

| 83. **Do you believe that when someone intentionally takes another person's life, meaning that they killed not in self defense, were mentally competent, and the killing was not accidental, the only just consequence is that they too forfeit their life?** ___ Yes ___ No ___ Not sure**<br>If YES or NOT SURE, please explain:** | 84. **Do you believe that a person who committed eight intentional murders should automatically receive the death penalty?** ___ Yes ___ No ___ Not sure**<br>If YES or NOT SURE, please explain:** |
|---|---|

85. **Do you feel that too much blame for people's poor choices is placed on their childhood and stressful life experiences?**
___ Yes ___ No

Because the defendant is charged with capital offenses, if you are selected as a juror in this case you may have to serve in two separate phases. If in the first phase, the "guilt phase," the prosecution proves beyond a reasonable doubt that the defendant is guilty of a capital offense, the trial moves to a second phase, called the "penalty phase," in which jurors will decide whether the penalty should be life imprisonment without the possibility of release or death. Those will be the only two choices available, and the law will never require you to apply the death penalty.

86.  **In deciding whether the government has proved the defendant's guilt beyond a reasonable doubt in the first phase of the trial, you may not consider the issue of punishment. Will you have any difficulty following this instruction in the first phase of the trial? _____ Yes _____ No     If YES, please explain:**

87.  **Do you understand that, under the law, your duty as a juror in the penalty phase will be to determine whether the appropriate sentence is life without the possibility of release or death, never to automatically impose the death penalty? _____ Yes _____ No     If NO, please explain:**

88.  **Do you have beliefs, opinions, religious, moral, or philosophical feelings against the death penalty that are so strong such that you would always vote against the death penalty, regardless of the evidence, law or instructions provided by the judge? _____ Yes _____ No     IF YES, please explain:**

89.  **Do you have any beliefs, opinions, or religious, moral, or philosophical feelings in favor of the death penalty that you would always vote for the death penalty if a defendant was found guilty of intentional murder (Intentional murder means that the murderer was not acting in self defense, was not in any way mentally incompetent, and that the murder was not an accident)? _____ Yes _____ No     IF YES, please explain:**

| 90.  **Are you comfortable expressing yourself in a group? ___ Yes ___ No** | 91.  **Do you generally hold your ground when you feel that you are correct, or are you easily swayed by the strong influence of others?**<br><br>___ Always hold my ground          ___ Generally hold my ground<br><br>___ Generally am swayed by others     ___ Am almost always swayed by others |
|---|---|

92.  **Both the prosecution and the defense have the right to the individual opinion of each juror on each of the counts charged, however, before reaching a decision, the jurors must deliberate with each other.  Will you have any difficulty participating in deliberations with the other jurors? _____ Yes _____ No _____ Unsure  IF YES OR UNSURE, please explain:**

93.  **Do you have any problems concentrating or dealing with stress or pressure?     ___ Yes ___ No**

**If YES, please explain:**

**94.    Do you have any religious beliefs that might conflict with your duties as a juror in this case?**
____ Yes    ____ No    **IF YES, please explain:**

**95.    As a result of filling out this questionnaire, have you now formed an opinion about this case?    ____ Yes    ____ No**
**IF YES, please explain:**

**96.    Is there anything about the subject matter of this case, or the points covered in this questionnaire, that creates a question in your mind as to whether you should be a juror in this particular case?    ____ Yes    ____ No**
**IF YES, please explain:**

**97.    Do you know any of the other prospective jurors in this case?    ____ Yes    ____ No    IF YES, who do you know?**

**98.    Is there anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror?    ____ Yes    ____ No    ____ Not sure**

**IF YES or NOT SURE, please explain:**

**99.    The attorneys may need to ask you follow up questions. Are there any questions you would prefer to discuss in private?    ____ Yes    ____ No**

**IF YES, please indicate the question numbers here:**

Space for Continued Answers

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____