*United States v. Theodore Kaczynski*
No. 2:96-CR-0259-GEB
Judge Presiding: The Hon. Garland Burrell, Jr., E. District of California
(Voir dire began November 12, 1997)

# EXHIBIT 6

Juror No. _____

1.  Name: _____

2.  Your age: _____  Your race: _____  Your gender: ____

3.  What city and county do you live in? _____

4.  How long have you lived at your current address? _____

5.  What other cities, or communities have you lived in and during
what periods of time did you live there? _____

_____

_____

6.  What is your marital status:

      ____   married (for ____ years)
      ____   divorced (married in past for ____ years)
      ____   separated (for ____ years)
      ____   widowed (married in past for ____ years)
      ____   single
      ____   other (please explain _____)

7.  Do you have children or step-children?  _____.  If so, please
list their sex(es) age(s), occupation(s), if any; and, place(s) of
residence:

Sex/Age                Occupation                Place of Residence

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

8.  Do you have any grandchildren? _____.  If so, please list their
sex(es), age(s), occupation(s), if any; and place(s) of residence:

Sex/Age                Occupation                Place of Residence

_____      _____      _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

9.   Do you have any brothers or sisters, step-brothers or step-sisters? _____.  If yes, please indicate if they are alive or deceased, their age(s), relationship to you, their highest level of education and their occupation(s). _____

_____

_____

If any of your siblings are deceased, when did they die? _____

_____

10.   Have you, or anyone close to you, received training or taken courses, in any of the following areas?

| | | | |
|---|---|---|---|
| _____ | Advertising | _____ | Genetics |
| _____ | Biology | _____ | Law |
| _____ | Chemistry | _____ | Mathematics |
| _____ | Computer Science | _____ | Medicine |
| _____ | Engineering | _____ | Psychology |
| _____ | Explosives | _____ | Psychiatry |
| _____ | Forestry | _____ | Survival Skills |

If yes to any of the areas, please explain: _____

_____

_____

11.   What is your last level of education completed:

\_\_\_\_   Elementary school
\_\_\_\_   Some high school
\_\_\_\_   High school graduate
\_\_\_\_   Technical/Vocational school
\_\_\_\_   Some college
\_\_\_\_   College graduate
\_\_\_\_   Graduate school
\_\_\_\_   Graduate degree (e.g., M.A., Ph.D.)

If you attended school after high school, including trade or vocational school, please list the name and location of each school, your major area(s) of study and any certificates or degrees that you received: _____

_____

_____

12. Do you plan to attend school in the future? _____. If yes, please explain what you plan to study: _____

_____

13. What do you consider to be your most important or significant <u>informal</u> learning experience that is something you learned out of school? _____

_____

14. Have you ever used or handled explosive material? _____. If yes, please explain: _____

_____

_____

15. What is your employment status:

    ____ Full-time homemaker
    ____ Homemaker with part-time employment
    ____ Unemployed -- looking for work
    ____ Unemployed -- not looking for work
    ____ Work full-time outside the home
    ____ Work part-time outside the home
    ____ Student
    ____ Retired
    ____ Disabled
    ____ Other (please specify _____)

16. If you are currently unemployed, or retired, what is/was your profession, and last employment? _____

17.  If you are currently employed, where do you work, and what kind of work do you do? _____

_____

How long have you worked there and what is your job title?

_____

How long have you held your current position? _____

What other kinds of jobs have you had, or pursued in the past, and what was the reason for leaving the job(s)? _____

_____

_____

Do you currently, or have you ever, supervise(d) others at your job? _____.  If yes, how many people? _____.  Do, or did, you have the authority to hire and/or fire other employees? _____

18.  In the course of your employment, have you been required to attend training courses or seminars?  _____.  If yes, please describe: _____

19.  What is your spouse or domestic partner's employment status:

        ____  Full-time homemaker
        ____  Homemaker with part-time employment
        ____  Unemployed -- looking for work
        ____  Unemployed -- not looking for work
        ____  Work full-time outside the home
        ____  Work part-time outside the home
        ____  Student
        ____  Retired
        ____  Disabled
        ____  Other (please specify _____)

If you are widowed, divorced or separated, what was your former spouse or domestic partner's employment status? _____

20.  What is your spouse or domestic partner's (and if applicable, former spouse or partner) current occupation and job title? _____

_____

Please describe the nature of his or her job: _____

_____

21.  What is your spouse or domestic partner's (and if applicable, former spouse or partner) last level of education completed:

| | | | |
|---|---|---|---|
| ____ | Elementary school | ____ | Some College |
| ____ | Some high school | ____ | College Graduate |
| ____ | High school graduate | ____ | Graduate School |
| ____ | Technical/Vocational school | ____ | Graduate degree (e.g. M.A.,Ph.D.) |

22.  Has your spouse or domestic partner (and if applicable, former spouse or partner) received any training or taken any courses in any of the following areas:

| | | | |
|---|---|---|---|
| _____ | Advertising | _____ | Genetics |
| _____ | Biology | _____ | Law |
| _____ | Chemistry | _____ | Mathematics |
| _____ | Computer Science | _____ | Medicine |
| _____ | Engineering | _____ | Psychology |
| _____ | Explosives | _____ | Psychiatry |
| _____ | Forestry | _____ | Survival Skills |

If yes to any of the above, please explain: _____

_____

_____

23.  Have you, or has anyone close to you, ever worked in any of the following institutions, industries, or professions:

| | | | |
|---|---|---|---|
| _____ | Airlines | _____ | Heavy equipment |
| _____ | Advertising | _____ | Land Development |
| _____ | Biology | _____ | Lobbying |
| _____ | Biochemistry | _____ | Mathematics |
| _____ | College or University | _____ | Medical Engineering |

| | | | |
|---|---|---|---|
| _____ | Computer Technology | _____ | Mental Health |
| _____ | Engineering | _____ | Mining |
| _____ | Fish and Game | _____ | News Media |
| _____ | Forestry | _____ | Psychiatry |
| _____ | Genetics | _____ | Psychology |
| _____ | Health Care | _____ | Timber or Paper |

If yes to any of the above, please explain: _____

_____

_____

24.  Have you, your spouse or domestic partner, or any close family members ever served in the military (including Reserves, National Guard or ROTC)? _____.  If yes, please state whether the person is you, your spouse or partner or the person's relationship to you, what branch of service and the rank: _____

_____

Did you or this person ever see combat? _____.  If yes, please explain: _____

25.  Have you or your spouse or domestic partner (and if applicable, your former spouse or partner) had any experience with a military court martial or Article 15 proceeding, served in the military police, or other military law enforcement or prosecutorial capacity? _____.  If yes, please explain: _____

_____

26.  What is the most important source of news for you? (Choose one)

_____ Newspapers     _____ TV     _____ Radio     _____ Magazines
_____ Supermarket Tabloids _____ Friends and Family _____ Internet

27.  Please list the magazines, if any, including tabloids, that you read on a regular basis: _____

_____

28.  Do you subscribe to any newsletters? _____.  If yes, which ones? _____

29. How often do you read a newspaper?
___   everyday
___   several times a week
___   once or twice a week
___   less often than once a week
___   never

What newspaper(s), if any, do you read (including local and out-of-town papers)? _____

_____

30.  What news or talk radio programs do you listen to on the radio, and how often? _____

31.  Do you watch television? _____.  If yes, approximately how many hours per day? _____. What are your favorite T.V. shows or types of shows? _____

32.  What kinds of television shows, if any, do you watch on a regular basis? (Please check all that apply):

_____ Morning news shows like "Good Morning America" and "Today"
_____ Morning talk shows
_____ Morning or afternoon soap operas
_____ Afternoon talk shows like "Oprah", "Sally Jesse Raphael" and
      "Montel Williams"
_____ Evening network news (like Peter Jennings, Dan Rather, Tom
      Brokaw)
_____ Evening or late night local news
_____ T.V. tabloids like "Hard Copy", "Inside Edition" and "American
      Journal"
_____ Prime time series (sitcoms and dramas)
_____ Learning/Discovery/Educational channels
_____  Investigative journalism (like "20/20", "Primetime Live",
      "Dateline", and "60 Minutes")
_____ Crime shows (like "Cops" and "America's Most Wanted")
_____ Political talk shows (like "Rush Limbaugh" and "Charlie Rose")
_____ Late night news (like "Nightline")
_____ Late night talk shows (like "The Tonight Show" and "Letterman")
_____ Fictional crime stories (such as "N.Y.P.D. Blue" and "Law and
      Order")
_____ Court T.V., CNBC, or other court or law-related programs

33.  What kinds of movies do you enjoy watching? _____

What is your favorite movie? _____

What are the last three movies that you saw? _____

_____

_____

34.  What kinds of books do you enjoy reading:

____  History/biography          ____  Politics/Government
____  Novels/literature          ____  Self-help
____  Science Fiction            ____  True crime
____  Romance                    ____  Current Events
____  Other (specify _____)

What are the last three books that you read? _____

_____

_____

What is your favorite book? _____

35.  Do you use the Internet? _____.  If yes, in what way and how

often? _____

36.  Do you, or does anyone in your household, have a bumper

sticker(s) on your car, or have you ever displayed a bumper sticker

on your car? _____.  If yes, please tell us what each bumper sticker

says: _____

_____

In addition, what bumper sticker(s) have you seen that you like or

admire? _____

37.  What are your leisure time interests and activities? _____

_____

_____

38.  Have you, or your spouse or domestic partner (and, if

8

applicable, former spouse or partner) ever belonged to any civic, social, political, environmental, religious, professional or trade clubs or organizations (for example, choir, unions, bowling leagues, Sierra Club, NRA, PTA, Junior League, Rotary, etc.)? _____.  If yes, please identify the group and any leadership positions you, or your spouse or partner (or former) have held: _____

_____

Do you, or your spouse or domestic partner (or former) currently belong to any such groups? _____.  If yes, please identify the group and any leadership position currently held: _____

_____

39.  Whether or not you are or were a member of any such group, have you, your spouse or domestic partner (and, if applicable, former spouse or partner) ever attended meetings, volunteered time or donated money to any such group? _____.  If yes, please explain: ____

_____

_____

40.  Do you have any political, social or philosophical beliefs that may affect your service as a juror in this case? _____.  If yes, please explain: _____

_____

_____

41.  What did you think or feel when you received your jury summons for this case? _____

_____

_____

What kinds of things did you say to others, or did others say to you regarding your possible jury service in this case? _____

_____

_____

42. Please identify three people whom you most admire or admire greatly and tell us why. _____

_____

_____

_____

43. Do you speak or read any other language in addition to English? _____. If yes, please tell us which language(s) and describe your ability to speak, read and write the language(s): _____

_____

_____

_____

Do you have any experience with numeric coding, or encryption? _____ If yes, please explain:_____

_____

_____

44. Have you or anyone close to you ever been employed <u>in any capacity</u> by, or volunteered to help, any local, state or federal law enforcement or other investigative agency, including:

|  |  |  |  |
|---|---|---|---|
| ____ | Police Department | ____ | Bureau of Land Management |
| ____ | Sheriff's Department | ____ | National Parks Service |
| ____ | Security/Detective | ____ | U.S. Marshal's Service |
| ____ | State Police | ____ | FBI |
| ____ | Highway Patrol | ____ | IRS |
| ____ | School Police | ____ | CIA |
| ____ | Public Transit Police | ____ | DEA |

```
___  ATF                    ___  U.S. Customs
___  INS                    ___  Wildlife, Fish and Game
___  OSHA                   ___  National Forestry Service
___  Other (specify _____)
```

If yes as to yourself, please describe the agency and your job: _____

_____

If yes as to someone close to you, please describe that person's job

and relationship to you: _____

_____

45.  Whether or not you are employed by, or volunteered for, a law

enforcement or other investigative agency, have you ever had any

contact with anyone in any such agency through your work, in your

neighborhood, or in your social life? _____.  If yes, please

explain:_____

_____

46.  Have you ever applied for a job with a law enforcement or other

investigative agency?  _____.  If yes, please explain: _____

_____

47.  Have you or someone you know ever been employed in a security-

related job for a private business (for example, as a security guard

or investigator)? _____.  If yes, please explain: _____

_____

48.  Have you had any training, taken any courses in, or had work

experience in any of the following:

___  Law enforcement (describe) _____

___  Criminal Justice (describe)_____

___  Court System (describe) _____

___ Law (describe) _____

49. Have you or anyone close to you ever been employed <u>in any capacity</u> or volunteered in any respect for any local, state, or federal prosecutorial agency (for example, District Attorney, Attorney General, U.S. Attorney, etc.)? _____.  If yes as to yourself, please describe your job: _____

_____

_____

If yes as to a person close to you, please describe your relationship to that person(s) and the person's job(s): _____

_____

Have you ever applied for a job with any prosecutorial agency as described above? _____.  If yes, please explain: _____

_____

50.  Have you or anyone close to you, ever worked <u>in any capacity</u> in any federal, state, or local Department of Corrections, prison, jail, Board of Prisons, Pardons Parole Board or probation agency, any Youth Authority or any correctional or detention facility? _____ If yes as to yourself, please describe your job:_____

_____

_____

If yes as to a person close to you, please describe your relationship to that person(s) and the person's job(s): _____

_____

_____

51.  Have you ever applied for a job with any federal, state or

local Department of Corrections, prison or other agency as described

above?_____.   If yes, please explain: _____

_____

52.   Have you, or has anyone close to you, ever been employed by any

municipal, county, state or federal government? _____.   If yes as

to yourself, please describe your job: _____

_____

If yes as to a person close to you, please describe your

relationship to that person(s) and the person's job(s): _____

_____

53.   Do you have any negative or positive feelings about the federal

government? _____.   If yes, please explain: _____

_____

54.   Have you or any of your family members or close personal

friends ever had a serious dispute with any city, state or federal

government agency? _____.   If yes, please explain, including

whether you/they were treated fairly: _____

_____

_____

55.   Have you or anyone close to you ever held an elected or

appointed office? _____.   If yes as to yourself, please describe

your office and when it was held: _____

_____

If yes as to a person close to you, please describe your

relationship to that person(s) and the person's office(s): _____

56.  Have you or anyone close to you worked (with or without pay) in a law-related job or profession (for example, for a law firm, a legal department of a corporation)? _____.  If yes as to yourself, please describe your job, including what kind of law was involved:

_____

_____

_____

If yes as to a person close to you, please describe your relationship to that person(s) and the person's job(s), including what kind of law was involved: _____

_____

57.  Do you know anyone who works inside the walls of a courthouse, including lawyers, judges and court personnel? _____.  If yes, please describe your relationship to the person, where the person works and describe what he or she does: _____

_____

58.  What is your opinion of attorneys who prosecute people accused of crimes? _____

_____

59.  What is your opinion of attorneys who defend people accused of crimes? _____

_____

60.  Have you or any of your family members or close personal friends ever been employed or volunteered in any aspect of criminal

14

defense work, at a public defender's office, a legal aid office, or with a related support or advocacy group? \_\_\_\_\_.  If yes, please explain: _____

_____


Have you ever applied for a job with any criminal defense office or public defense agency as described above? _____.  If yes, please explain: _____

61.  Have you, any of your family members, or close personal friends ever been employed by or volunteered in any aspect with a victim's support or advocacy group, or a group that advocates changes in the criminal laws? \_\_\_\_\_.  If yes, please explain:_____

_____

62.  Have you, any member of your family, or close personal friend ever donated money to, belonged to, or otherwise supported any advocacy group(s) for people accused of crimes or people who are in prison? \_\_\_\_\_.  If yes, please explain: _____

_____

63.  Have you ever had a favorable or an unfavorable experience with a lawyer or a judge? _____.  If yes, please explain: _____

_____

64.  What is your opinion regarding the effectiveness of the criminal justice system?

    \_\_\_\_  It is working well
    \_\_\_\_  It is working adequately
    \_\_\_\_  It is not working well at all
    \_\_\_\_  No opinion

Please explain: _____

_____

What might improve the system? _____

_____

65.  Have you or a close friend or relative, been the victim of, or witness to, any kind of crime, whether it was reported to law enforcement authorities or not (including robbery, burglary, assault, sexual assault, etc.)? _____.  If yes:

| Relationship of Person to you | Type of Crime | Victim or Witness? | Anyone Caught? | Case Outcome | Handled well/poorly by police? |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

66.  Have you ever been accused of, charged with, or convicted of any crime, other than a minor traffic violation? _____.  If yes, please explain, including the date, the charge, who brought the charge and the outcome: _____

_____

_____

67.  Has any member of your family, or a close personal friend, ever been accused of, charged with or convicted of, any crime, other than a minor traffic violation? _____. If yes, please explain, including the relationship of the person to you, the date, the charge, who brought the charge and the outcome: _____

_____

_____

16

68.  With respect to any of the three previous answers, do you feel that you/they were justly accused, charged or convicted? _____. Were you/they treated fairly? _____.  If no as to either question, please explain:_____

_____

69.  Have you ever had to appear in court, or in any court proceeding (for example, court trial, court or administrative hearing, civil or criminal deposition, etc.) as a plaintiff, defendant, victim, or witness for any reason other than you have indicated above? _____.  If yes, please explain: _____

_____

70.  Do you believe that you, or any close friend or relative, has ever been treated unfairly or been the victim of misconduct by the police or federal law enforcement authorities? _____.  If yes, please explain: _____

71.  Have you or anyone close to you ever been under any investigation of any kind, or been a suspect in any crime or wrong doing? _____.  If yes, please explain: _____

_____

72.  Have you ever notified the police or any authority about any sort of a wrong-doing? ____.  If yes, please explain: _____

_____

_____

Was the person you reported known to you? _____.  If yes, what was the relationship? _____

73.  Have you ever <u>suspected</u> that someone close to you, or someone

17

that you knew, was engaging in illegal activity? _____.  If yes, what action, if any, did you take to address the situation? _____

_____

In making that decision, what were your thoughts? _____

_____

74.  Have you ever called the police for any reason? _____.  If yes, please explain, including whether you were satisfied with the response you received: _____

_____

75.  Have you ever been close to or aware of any situation in which a person was reported or "turned in" to authorities by someone close to him or her (a friend or family member)? _____.  If yes, please explain: _____

_____

76.  Have you ever served on a jury before? _____.  If yes, please complete for each case on which you served:

| Civil or Criminal? | Charges/ Allegations | When | Where | Did the Jury Reach a verdict? (Yes or No) |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

77.  Were you the foreperson on any of these juries? _____.  If yes, which case(s)? _____

78.  How did you feel about your experience as a juror:

_____ Generally positive
_____ Generally negative

___  Neutral

Please explain: _____

_____

Is there anything about the experience that would make you want to serve, or not serve, on a jury again? _____.  Please explain: _____

_____

79.  Were you contacted or interviewed by anyone concerning your jury experience after the conclusion of the case(s)? _____.  If yes, by whom? _____

80.  Have you ever served on a grand jury? _____.  If yes, please describe the experience: _____

81.  Have you had any relationships, experiences, or dealings with police, law enforcement, or the court system other than those described in the questions above? _____.  If yes, please explain:

_____

82.  Do you know anyone who has been injured or died as the result of a crime? _____.  If yes, what is or was that person's relationship to you? _____

Please describe the circumstance(s): _____

_____

83.  Do you know anyone who was killed or injured as the result of a blast or explosion? _____.  If yes, please explain: _____

_____

_____

84.  Have you ever witnessed or experienced any type of a explosion?

_____.  If yes, please explain: _____

_____

_____

85.  Have you ever conducted laboratory experiments as a part of

your training, education or employment? _____.  If yes, please

explain: _____

_____

86.  Have you ever ridden outdoor recreational vehicles, such as

motorcycles, dirt bikes, four-wheelers, snowmobiles, etc.? _____. If

yes, how often and where? _____

_____

_____

87.  What do you think of people who hunt or trap animals or birds

for food or clothing? _____

_____

_____

88.  Have you ever been a member of, or contributed to, any animal

rights organization, such as P.E.T.A., S.P.C.A. or any cause that

has the welfare of animals as its concern? _____.  If yes, please

explain: _____

_____

89.  Have you ever been a member of, or contributed to, any

organization that has nature, land preservation or environmental

issues as its concern? _____.  If yes, please explain: _____

_____

_____

90.  Have you ever kept, or do you now keep, a personal journal or diary? _____.  If yes, please tell us whether you now keep the journal or diary, what was or is the purpose, and, if you no longer keep it, how long did you keep the journal or diary? _____

_____

_____

91.  Have you ever kept a journal or log of events for work-related purposes? _____.  If yes, please explain: _____

_____

92.  How might your religious, philosophical or spiritual beliefs influence you, if you were chosen as a juror in this case? _____

_____

_____

93.  Have you, for any reason, sought counseling, treatment, or consultation with any mental health professionals? _____.  If yes, please explain: _____

_____

Has anyone recommended that you, or someone close to you, receive counseling or treatment from any mental health professionals? _____

If yes, please explain: _____

_____

94.  What is your opinion about psychologists, psychiatrists, or other mental health professionals? _____

_____

_____

95.  What is your opinion about psychologists, psychiatrists, or

other mental health professionals who testify in court? _____

_____

_____

_____

96.  Do you have any training, experience or any specialized or general knowledge about mental illness, disorders, or impairments? _____.  If yes, please describe: _____

_____

_____

_____

97.  Have you ever worked, or come in regular contact with others who work in a field that is technology based? _____.  If yes, please describe the field(s): _____

_____

98.  How worried or concerned are you about the crime problems in society?

_____   I am more concerned than anyone I know
_____   I am more concerned than most people I know
_____   I am concerned, to the same degree as most people I know
_____   I am less concerned than most people I know
_____   I am less concerned than anyone I know

99.  How has terrorism or the threat of terrorism affected you? _____

_____

_____

What steps, if any have you taken to protect yourself or your loved ones from terrorism? _____

_____

_____

100.  How fearful or concerned are you about acts of terrorism in the United States?

_____  I am more fearful and concerned than anyone I know
_____  I am more fearful and concerned than most people I know
_____  I am fearful and concerned, to the same degree as most people I know
_____  I am less fearful and concerned than most people I know
_____  I am less fearful and concerned than anyone I know

101.  Have you ever experienced concern or fear that you, or someone close to you, was in danger of a terrorist act (for example, a bomb threat, a threat on an airplane, etc.)? _____.  If yes, please explain: _____

_____

102.  In the past 10 years, what court cases have you followed with interest? _____

_____

What interested you about these cases? _____

_____

103.  What are your opinions and beliefs about the death penalty and its use in our society? _____

_____

What is the basis for that opinion? _____

_____

Has your opinion and belief changed over time? _____

104.  What does your religion, philosophy or spiritual training teach about the death penalty? _____

105. In your opinion, what purpose does the death penalty serve in our society? _____

_____

_____

106.  What articles, books, movies or television programs have you read or seen which address the death penalty, or have the death penalty as a part of the story? _____

_____

What effect did these have on you? _____

_____

107.  Please express the extent of your agreement with the following statements:

Anyone who plans and commits a murder should get the death penalty:

_____    STRONGLY AGREE
_____    AGREE SOMEWHAT
_____    DISAGREE SOMEWHAT
_____    STRONGLY DISAGREE

Anyone who deliberately murders two or more people should get the death penalty.

_____    STRONGLY AGREE
_____    AGREE SOMEWHAT
_____    DISAGREE SOMEWHAT
_____    STRONGLY DISAGREE

Any person who commits an act of terrorism in which someone dies should get the death penalty.

_____    STRONGLY AGREE
_____    AGREE SOMEWHAT
_____    DISAGREE SOMEWHAT
_____    STRONGLY DISAGREE

A person's background does not matter when it comes to whether or not he should be sentenced to death for a murder.

_____   STRONGLY AGREE
_____   AGREE SOMEWHAT
_____   DISAGREE SOMEWHAT
_____   STRONGLY DISAGREE

108.  Please check the line that most accurately states your views

about the death penalty:

Where one person intentionally kills another person:

___ The death penalty is always justified
___ The death penalty may or may not be justified depending
    on the circumstances of the case
___ The death penalty is never justified

109.  Have you heard about this case in the newspaper? _____.  If

yes, which newspapers? _____

_____

_____

Please describe what you remember seeing or reading about the case,

including any stories or pictures that particularly stand out in

your mind: _____

_____

_____

_____

_____

Have you ever written a letter to the editor or an article for the

Opinion or Editorial page of a newspaper, discussing this case? _____

If yes, when, to what newspaper and what did you write? _____

_____

_____

110. Have you heard about this case in magazine articles? _____.  If

25

yes, which articles? _____

_____

Please describe what you remember seeing or reading about the case,
including any stories or pictures that particularly stand out in
your mind: _____

_____

_____

_____

111.  Have you read any books about this case?  _____.  If yes, what
books? _____

_____

What do you remember from reading the books? _____

_____

_____

112.  Have you heard about this case on the radio? _____.  If yes,
which stations or programs? _____

_____

Please tell us what you remember hearing about the case on the
radio, including any programs, news reports or talk shows that
particularly stand out in your mind: _____

_____

_____

Did you ever call a show to discuss the case? _____.  If yes, what
was discussed? _____

_____

113.  Have you heard about the case on television? _____.  If yes,

which programs and stations? _____

_____

Please tell what you remember hearing and seeing about the case from television, including any programs or news reports that particularly stand out in your mind: _____

_____

_____

_____

114.  Have you seen any television movies about the case? _____.  If yes, please tell which movie(s), or channel(s), if you know, and what you remember about the movie(s): _____

_____

115.  How would you describe the amount of media coverage you have seen about this case:

_____  A great deal (went out of my way to read about it and watch
        news accounts of it)
_____  Quite a bit (read many articles or watched television
        specials)
_____  Moderate amount (just basic coverage on the nightly news or
        morning news)
_____  Little (basically, just heard about it)

_____  None (never heard of this case)

116.  Have you read the "Manifesto" which has been attributed to the "Unabomber"? _____.  If yes, what did you think of it? _____

_____

_____

Have you read articles, editorials or commentaries, or heard commentaries about the "Manifesto"? _____.  If yes, please describe them: _____

117.  What event or events do you remember hearing about that were attributed to the "Unabomber"? _____

_____

_____

_____

_____

118.  Do you ever recall being fearful or worried about yourself or your loved ones being harmed by the "Unabomber"? _____.  If yes, please explain: _____

_____

_____

119.  How would you describe your knowledge of the case?

____ Very knowledgeable
____ Somewhat knowledgeable
____ Not very knowledgeable
____ No knowledge

120.  Before coming here today what were your thoughts and opinions about this case? _____

_____

_____

_____

_____

121.  Before coming here today what were your thoughts and opinions about the defendant, Theodore Kaczynski and/or his family? _____

_____

_____

_____

_____

122. Is there any particular reason that you would <u>like</u> to be a juror in this case? _____. If yes, please explain: _____

_____

_____

_____

123. Is there any particular reason that you would <u>not like</u> to be a juror in this case? _____. If yes, please explain: _____

_____

_____

_____

124. As a result of any experience described in any of the previous questions in this questionnaire, is there anything that would cause you to favor or disfavor either the prosecution or the defendant in this case? _____. If yes, please explain: _____

_____

_____

_____

125. Are you personally acquainted with anyone in the U.S. Attorneys office, the U.S. Department of Justice or the Federal Defenders office? _____

126. Do you know anyone who has been injured or killed by a "Unabom" device or a friend or relative of a such a person? _____. If yes, please explain: _____

127.  Do you know anyone who you think may be a witness in this case? _____.  If yes, please explain:_____

_____

128.  Have you ever visited or viewed a location which you believe to be the scene of an incident involved in this case? _____.  If yes, please explain: _____

_____

_____

129.  What else would you like to say or do you think we should know about you? _____

_____

_____

_____

130. What is the condition of your hearing?

      ____ No problems at all
      ____ Have difficulty hearing
      ____ Have problems, but they are corrected with a hearing aid

131. What is the condition of your eyesight?

      ____ No problems at all
      ____ Have difficult seeing
      ____ Have problems, but they are corrected by glasses/contacts

132. Do you have difficulty understanding written or spoken English?

_____.  If yes, please explain: _____

_____

133. Do you have any medical condition that would make it difficult

for you to serve as a juror? _____.  If yes, please explain: _____

_____

_____

134. Do you have any specific problems dealing with stress or

pressure? _____. If yes, please explain: _____

_____

_____


135. Have you, or any member of your immediate family ever been

under a doctor's care for any of the following:

      ____ Mental problems
      ____ Alcohol-related problems
      ____ Drug-related problems

If yes to any of the above, please explain: _____

_____

136. Do you have any specific problems at home or at work that might

interfere with your ability to concentrate on the case during trial?

_____.  If yes, please explain: _____

_____

_____

137.  Is there any matter not covered by this questionnaire that

should be brought to the attention of the Court because it would

affect your ability to be a fair and impartial juror? _____. If yes,

please tell us what it is: _____

_____

_____

_____

I declare under the penalty of perjury that all my answers to the questions on this questionnaire are true and correct to the best of my knowledge and belief.


Dated: _____         _____
                                              (Your signature)

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS. **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____