*United States v. Ritz Williams*
No. 4:08-cr-00070-YK (M.D. Pa.)
Judge Presiding: The Hon. Yvette Kane (Chief Judge)
(Jury selection was scheduled to commence on April 16, 2013, and the case was resolved
by a negotiated life settlement on April 15, 2013. Note that this questionnaire had been
stipulated to by the parties and was filed as Doc. 712 on January 9, 2013.)

# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**      **:**
                                   **:**

**v.**                                        **:**                **4:08-CR-70**
                                   **:**
                                   **:**

**RITZ WILLIAMS**                    **:**

## JUROR QUESTIONNAIRE

**FIRST NAME:** _____

**LAST NAME:** _____

**JUROR NUMBER:** _____

_____
Juror Last Name

**JUROR QUESTIONNAIRE**
**PRELIMINARY INSTRUCTIONS**

**TO THE PROSPECTIVE JUROR:**

Thank you for participating in jury service. This questionnaire is an important part of the process of selecting a jury in a federal criminal case. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions which follow. Do not discuss this questionnaire or your answers, with friends, family, co-workers or anyone else. It is important that the answers you provide on the questionnaire are yours and yours alone.

From this point forward, the Court further directs you not to read or listen to any news or information about this case from any media sources such as TV, radio, newspaper, on-line sites, blogs, social media, google searches, etc.. You are also not to discuss this case with anyone or permit yourself to overhear others talking about the case, including your family, friends, and other jurors. You are directed not to research or seek out information about this case or the people involved – including any of the facts presented in this questionnaire, any prior court proceedings, the victim, the defendants, the lawyers and the judge – through any resource including the internet, media publications or any other source of information. Finally, if you do read, listen, watch, or overhear any information about this case from any source outside of the courtroom, you are directed to notify my bailiff of this fact as soon as possible.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. Of course this is also true of prospective jurors. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no right or wrong answers to these questions.

Please take your time and answer each question fully. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire. Please do not write on the back of any page. If you do not understand a question, please make a note on the question and leave it blank. You will be given an opportunity at a later time to answer that question. If there is a question or topic that you prefer to discuss privately, please write "private" next to the question.

3

_____
Juror Last Name

All of the information you provide will be kept confidential and seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Please write in dark ink and as legibly as possible. Please write your last name on the bottom of each page where indicated. Jury service is one of the most important duties a citizen can be called on to perform. You will be fulfilling your civic duty by responding completely and honestly to all questions in this questionnaire and in court during jury selection. Your participation and cooperation in this process is greatly appreciated.

_____

CHIEF JUDGE YVETTE KANE,

UNITED STATES DISTRICT COURT JUDGE

_____

Juror Last Name

**INTRODUCTION TO CASE**

On September 28, 2005, Ritz Williams was a prisoner serving a federal sentence at the United States Penitentiary located at Allenwood, Pennsylvania. Mr. Williams has been charged with intentionally and repeatedly stabbing and kicking to death another prisoner, Alvin Allery, at the penitentiary on September 28, 2005. Mr. Williams is a Pima Indian from the Gila River reservation which is just south of Phoenix, Arizona. Mr. Allery was a Lakota Sioux from North Dakota. They were being housed at Allenwood assigned by the Federal Bureau of Prisons. Mr. Williams is alleged to have acted intentionally, after substantial planning, without any excuse or justification. Mr. Williams is charged with the offense of first degree murder and is also charged with unlawfully possessing a sharpened piece of metal used as the weapon to stab Mr. Allery, a homemade knife.

The evidence in this case includes videotape from the September 28, 2005, incident showing Shawn Cooya and Ritz Williams walking up a hallway with Alvin Allery. Shawn Cooya grabs Alvin Allery from behind. An altercation takes place that results in the death pf Alvin Allery. The evidence will include autopsy reports indicating that Alvin Allery was stabbed a total of 10 times in the central abdomen with the wounds showing a maximum depth of 4-5 inches. The autopsy report also shows that he had fractured ribs on his left side at ribs 3-7 and 9-10 and that there were other soft tissue injuries. Jurors will also hear evidence that at the time of the killing, Ritz Williams was serving time for a second degree murder conviction that happened on his reservation when he had just turned 22. Mr. Williams is now 32 years old.

Mr. Williams has entered a plea of not guilty. He is presumed innocent of the crimes which have been charged. If the jury finds Mr. Williams not guilty, or guilty of second degree murder or manslaughter, that is, not premeditated intentional murder, then the jury's service will be completed. If, however, the jury finds Ritz Williams guilty of premeditated intentional murder, the jurors selected in the case will then return for a second "sentencing trial" in which they will hear additional evidence and argument, receive further legal instructions, and then determine whether Mr. Williams shall be sentenced to life imprisonment without the possibility of release or be executed.

_____
Juror Last Name

In the federal system the only possible sentences for someone convicted of first degree murder are life imprisonment without the possibility of release or death. Thus, the questionnaire includes questions about your views and feelings regarding life imprisonment without the possibility of release and the death penalty. The fact that the questionnaire contains questions about punishment does not mean the Court expects that the jury will find Mr. Williams guilty or that the case will proceed to a sentencing trial. However, we have to ask questions about your views on punishment in order to be prepared for all possible outcomes.

_____
Juror Last Name

## PART I: QUESTIONS ABOUT YOUR BACKGROUND

1.     What is your age: _____          Are you:      D Male          D Female

2.     In what county and town do you presently live?

       County: _____     Town: _____

       (a) How long have you lived at your current address? _____

       (b) In what other towns, neighborhoods or states have you lived as an adult?

       _____

       _____

3.     Where were you born and raised?

       Born: _____     Raised: _____

4.     Regarding your residence,

       (a) Do you:     D Rent          D Own          D Live with relatives/friends

       (b) With whom do you live (relationship status only)? _____

       _____

5.     What is your marital status?

       D Single, never married
       D Single, living with another person as a couple     For how long? _____
       D Married     ____times
       D Widowed_times     D
       Separated___times     D
       Divorced___times
       D Other (please explain): _____

6.     (a)     What is your race and that of your spouse or domestic partner (if applicable)?

               Yours:                          Spouse/Partner:
               D African American/Black         D African American/Black
               D Asian/Pacific Islander         D Asian/Pacific Islander
               D Caucasian/White                D Caucasian/White
               D Hispanic/Latino                D Hispanic/Latino
               D Native American                D Native American

7

_____
Juror Last Name

☐ Other (specify:_____)     ☐ Other (specify:_____)

(b)     What is your ethnic background (e.g. French-Canadian, Irish, Puerto Rican, etc.) and that of your spouse or domestic partner (if applicable)?

Yours: _____     Spouse/Partner: _____

7.     Do you smoke, chew or otherwise use tobacco?          ☐ Yes          ☐ No

8.     What is your highest level of education?

☐ 0-8th grade                          ☐ Some college
☐ Some high school                      ☐ 2-year college graduate
☐ High school graduate                 ☐ 4-year college graduate
☐ GED                                          ☐ Post graduate studies
☐ Community/technical/ business    ☐ Post graduate degree
   or other program post high school

(a)  Please list the schools you have attended, major areas of study and any degrees or certificates, licenses, etc., you have received.

| Schools | Field of Study | Degree(s)/Certificate | Dates |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(b) Do you have plans to attend school in the future?          ☐ Yes          ☐ No

IF YES, what are those plans and what will you study? _____

_____

9.     What is your current employment status (check all that apply)?

☐ Employed full-time                    ☐ Self-employed
☐ Employed part-time                    ☐ Unemployed/laid off
☐ Have more than one job              ☐ Disabled/unable to work
☐ Homemaker
☐ Retired          For how long? _____
☐ Student          ☐ Full-time               ☐ Part-time _____

10.     What is your current occupation or most recent occupation (if retired or not presently working)?

_____

_____

8

_____
Juror Last Name

(a) In what type of business, industry, field or profession do (did) you work?

_____

(b) Name and location of your employer:_____

(c) What is your job title:_____

(d) What are your primary duties and responsibilities:_____

_____

_____

(e) How long have you held your present job?  _____

(f) Do you now or have you ever worked for a local, state or federal government agency?

             ☐ Yes   ☐ No

IF YES, what is the agency and what was your position?

_____

_____

(g) In any of your jobs have you hired or fired others?  ☐ Yes  ☐ No

(h) In any of your jobs have you supervised others?  ☐ Yes  ☐ No

(i) Please describe any supervisory or management responsibilities you have held at work.

_____

_____

(j) If you could change your job or profession, what would you change it to?

_____

_____

11. Please describe your previous jobs, including any significant period of volunteer work:  *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Employer | Dates Worked | Job Title | Type of Work | Duties |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

_____

Juror Last Name

Case 4:08-cr-00070-YK   Document 712   Filed 01/09/13   Page 10 of 48

| | | | | |
|---|---|---|---|---|
| | | | | |

12.    If you are married or living with another person as a couple, please provide your spouse or domestic partner's education and employment background:

(a)    Highest level of education, field of study and any degrees:

_____

_____

(b)    Employment status (working full or part time, self-employed, homemaker, retired, unemployed, disabled, etc.):

_____

_____

(c)    Type of work, industry, job title and primary duties/responsibilities for current or most recent job if not presently working:

_____

_____

13.    If you have children, step-children, grand-children or foster-children, please complete the following: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male / Female | Highest Education | Occupation (if any) | Where do they live? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

14.    Other than your spouse or domestic partner and children listed above, please indicate who else resides in your household: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male / Female | Highest Education | Occupation (if any) |
|---|---|---|---|---|
| | | | | |

_____
Juror Last Name

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |

15.   Have you, an immediate family member or anyone close to you, ever served in the military, including the National Guard and Reserves? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

D Yes          D No

(a)    Please complete for each person:

| Person (Relation) | Branch | Highest Rank | Location of Service | Dates of Service | What did you do in the Service? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*If you ever served in the military did you:*

(b) Attend any special schools or receive special training?     D Yes  D No
(c) Serve in the Military Police or on a Court Martial?           D Yes  D No
(d) Serve in combat?                                              D Yes  D No
(e) Receive any medals, honors or commendations?                 D Yes  D No
(f)    Belong to the JAG Corp?                                    D Yes  D No

IF YES, to any of the above, please explain: _____

_____

16.    Have you, an immediate family member or anyone close to you, ever had any education, training, or work-experience in the following areas (please check all that apply)?

Child Protection or Social Services    D Myself        D Family/Friend
Corrections/Jails/Prisons              D Myself        D Family/Friend
Counseling/Mental Health Services      D Myself        D Family/Friend
Criminal Justice/Law Enforcement       D Myself        D Family/Friend
Crisis Intervention                    D Myself        D Family/Friend
Drugs/Alcohol Abuse                    D Myself        D Family/Friend
Education or Child Development          D Myself        D Family/Friend

_____
Juror Last Name

| | | |
|---|---|---|
| Firearms/Guns/Ballistics | D Myself | D Family/Friend |
| Firefighting, Rescue Squad or EMT | D Myself | D Family/Friend |
| Forensic Science | D Myself | D Family/Friend |
| Law/Legal Field | D Myself | D Family/Friend |
| Medicine/Nursing | D Myself | D Family/Friend |
| Philosophy | D Myself | D Family/Friend |
| Prisoners' Rights Work | D Myself | D Family/Friend |
| Private Security | D Myself | D Family/Friend |
| Psychology/Psychiatry | D Myself | D Family/Friend |
| Social Work | D Myself | D Family/Friend |
| Sociology | D Myself | D Family/Friend |
| Theology | D Myself | D Family/Friend |
| Victim Assistance Work | D Myself | D Family/Friend |

IF YES to any of the above, please state the nature of the education, training, or work experience and, if other than yourself, please state the person's relationship to you:

_____

_____

_____

_____

_____

_____

_____

17. (a)  Have you, an immediate family member or anyone close to you, ever worked for, or volunteered in, or otherwise been affiliated with any local, state or federal law enforcement agency (e.g. local or state police, sheriff, State Attorney's Office, United States Attorney's Office, Federal Bureau of Investigation, Bureau of Alcohol Tobacco Firearms and Explosives, Medical Examiner's Office, Drug Enforcement Agency, U.S. Marshals Service, Homeland Security, Immigration and Customs Enforcement, IRS, etc.)?

D Yes        D No

(b) Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply to any law enforcement agency such as those described above?

D Yes        D No

IF YES to (a) or (b), please indicate the person(s) relationship to you, the job, dates, location and the name of the law enforcement agency.

_____

12

_____

Juror Last Name

_____

_____

18.    (a)    Have you, an immediate family member or anyone close to you, ever worked or volunteered in, or ever otherwise been affiliated with any local, state or federal emergency response organization (e.g., rescue squad, fire department, crisis intervention or emergency management, etc.)?

                                                            D Yes            D No

       (b)    Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply to any emergency response organization such as those described above?

                                                            D Yes            D No

       IF YES to (a) or (b), please indicate the person(s) relationship to you, the job, dates, location and the name of the organization.

       _____

       _____

       _____

19.    (a)    Have you, an immediate family member or anyone close to you, ever worked or volunteered in, or ever otherwise been affiliated with any local, state or federal court (e.g., judge, law clerk, court security officer, court attendant or deputy, court clerk, probation or parole officer, etc.)?

                                                            D Yes            D No

       (b)    Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply for employment with any court system such as those described above?

                                                            D Yes            D No

       IF YES to (a) or (b), please indicate the person(s) relationship to you, the job, dates, location and the name of the court.

       _____

       _____

       _____

20.    (a)    Have you, an immediate family member or anyone close to you, ever attended law school or worked in the legal profession as, for example, a lawyer, legal secretary, paralegal, private investigator or in any other aspect of the legal field?

13

                                        _____
                                        Juror Last Name

☐ Yes          ☐ No

(b)  Have you, an immediate family member or anyone close to you, ever practiced law in the area of criminal defense or prosecution?

☐ Yes          ☐ No

IF YES to (a) or (b), please indicate the person(s) relationship to you, area of law, type of work/experience, dates and location.

_____

_____

_____

21.  (a)  Have you, an immediate family member or anyone close to you, ever worked or volunteered in or otherwise been affiliated with any local, state or federal correctional institution, jail, prison or penitentiary (e.g., at the State Correctional Institution (SCI) as a jail guard, corrections officer, administrator etc.)?

☐ Yes          ☐ No

(b)  Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply for employment with any correctional institution or facility such as those described above?

☐ Yes          ☐ No

(c)  Have you, anyone related to you by blood or marriage, any friends, neighbors or associates ever worked or volunteered in any Bureau of Prisons or Federal Correctional Institution or any other Federal Prison?

☐ Yes          ☐ No

IF YES to any above, please explain.  Indicate the person(s) relationship to you, the job, dates, location and the name of the facility.

_____

_____

_____

22.  Have you, an immediate family member or anyone close to you, ever worked with or volunteered with prisoners, inmates, or others under the supervision of a correctional institution, for example, as a teacher, counselor, advisor, or through a prison ministry or other organization?

☐ Yes          ☐ No

IF YES, please indicate the person(s) relationship to you, type of work/experience, dates and location.

_____

14

_____
Juror Last Name

_____

_____

23. Have you, an immediate family member or anyone close to you, ever worked or volunteered as, or for, a psychiatrist, psychologist, social worker, counselor or other similar professional in the mental health field?

D Yes          D No

IF YES, please indicate the person(s) relationship to you, type of work/experience, dates and location.

_____

_____

_____

24. Have you, an immediate family member or anyone close to you, ever worked or volunteered as, or for a drug or alcohol abuse counselor or for any group, facility or agency that counsels or assists those addicted to drugs or alcohol?

D Yes          D No

IF YES, please indicate the person(s) relationship to you, type of work/experience, dates and location.

_____

_____

_____

25. Do you, an immediate family member, or anyone close to you have any special training, education, experience or exposure in the area of drug or alcohol abuse and how it might affect a person mentally and physically?

D Yes          D No

IF YES, please indicate the person(s) relationship to you and the experience.

_____

_____

_____

26. (a)   Have you, an immediate family member or anyone close to you, ever had a substance abuse problem of any type, including alcohol, drugs, chemical inhalants or prescription medication?

D Yes          D No

(b)   Have you, an immediate family member or anyone close to you, ever received treatment or counseling for a substance abuse problem?

D Yes          D No

15

_____
Juror Last Name

(c)     Have you, an immediate family member or anyone close to you, ever been affected or impacted by drug or alcohol abuse and/or a drug or alcohol related incident?

D Yes          D No

(d)     Have you, a family member or anyone close to you, ever been the victim of any type of abuse or neglect from an alcohol or drug abuser?

D Yes          D No

IF YES to any above, please indicate the person(s) relationship to you and the experience.

_____

_____

_____

27.     Do you believe that drug or alcohol abuse of a parent while growing up can affect a person psychologically as an adult?

D Yes          D No

IF YES, please explain.

_____

_____

_____

28.     Have you, a family member or anyone close to you, ever been the victim of, witnessed, been aware of or involved  (as a relative, neighbor, teacher, friend, or in any other way) in a situation, whether reported or not reported, in which there was any kind of neglect, physical violence, emotional abuse, or other abuse of a child? *(Note:  If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

D Yes          D No

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

29.     (a) Have you, an immediate family member or anyone close to you, ever worked with, volunteered or had any other experience with children and youth, social services or worked with dependent children?

D Yes          D No

(b)     Have you, an immediate family member or anyone close to you, ever worked with, volunteered or had any other experience with troubled youth, high risk kids,

_____
Juror Last Name

juvenile offenders or other types of kids in need of rehabilitative services or attention at school, in the community, at home, or in a juvenile detention or correctional facility?

D Yes          D No

IF YES, please indicate the person(s) relationship to you, type of experience, dates and location.

_____

_____

_____

30.    Do you, an immediate family member or anyone close to you, have any training in child development, know, or ever worked with, children with emotional or behavioral problems or other developmental difficulties?

D Yes          D No

IF YES, please explain: _____

_____

_____

(a) In your experiences, did you believe that the children you knew or worked with would, as adults, be able to overcome these difficulties or problems?

D Yes          D No

, Please explain: _____

_____

_____

31.    To what extent do you believe a person has the ability to rise above whatever they experienced growing up?

D Strongly          D Somewhat          D A Little          D Not at all

(a) What do you believe are the most important reasons that explain how some people are able to rise above?

_____

_____

_____

17

_____
Juror Last Name

Case 4:08-cr-00070-YK   Document 712   Filed 01/09/13   Page 18 of 48

32.     Have you, a family member or anyone close to you, been diagnosed with or treated for any mental health or mood disorder or illness such as depression or a personality or identity disorder, post-traumatic stress disorder, or any other mental health related issue? *(Note:  If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

                                                         ☐ Yes          ☐ No

       IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

33.     Have you, an immediate family member or anyone close to you, ever committed or attempted to commit suicide? *(Note:  If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

                                                         ☐ Yes          ☐ No

       IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

34.     (a)     Have you, an immediate family member or anyone close to you, ever sought the services of a psychiatrist, psychologist, social worker, counselor, therapist, mental health professional or mental health facility? *(Note:  If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

                                                         ☐ Yes          ☐ No

     (b)     Have you, an immediate family member or anyone close to you, ever had an experience with such a professional that stands out in your mind as very positive or very negative?

                                                         ☐ Yes          ☐ No

     IF YES to either (a) or (b) please state the person(s) relationship to you and the circumstances:

_____

_____

_____

_____

Juror Last Name

35. (a)  You may hear testimony from a psychologist, psychiatrist, social worker or other mental health professional.  What is your opinion about the field of psychology and psychiatry, and the ability of such persons to identify and explain reasons for human behavior?

_____

_____

_____


(b)  What opinions do you have about psychological or psychiatric testimony that is offered by defendants in a criminal trial?

_____

_____

_____

_____

Juror Last Name

## PART II: QUESTIONS ABOUT PERSONAL AND COMMUNITY INTERESTS AND EXPERIENCES

36.  What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with (e.g., PTA, Kiwanis, Rotary Club, American Legion, NRA, VFW, Masonic Orders, Knights of Columbus, Political Action Committees, etc.):

_____

_____

_____

Have you held any offices or positions of leadership?      □ Yes      □ No

IF YES, please describe: _____

_____

_____

37.  What are your hobbies and special interests?

_____

_____

38.  What television <u>news</u> or radio <u>talk</u> shows (NPR, Rush Limbaugh, Sports Center, etc.) do you watch or listen to on a regular basis?

_____

_____

39.  What are your three favorite TV shows?

1) _____    2) _____    3) _____

40.  What newspapers do you read on a regular basis? _____

_____

41.  What magazines or journals or web blogs do you subscribe to? _____

_____

_____
Juror Last Name

42.    What is your primary source of news? _____

_____

(a) Please check the types of news that you follow on a regular basis:

      D World News        D Local News        D Business / Financial News
      D National (U.S.) News    D Sports News     D Entertainment

43.    What authors and types of books do you like to read? _____

_____

44.    What internet websites or blogs do you visit on a regular basis?

_____

_____

(a) Do you have an online blog, web page, or a social network account such as Facebook,
My Space, LinkedIn, Twitter, Google+, etc.?

                                          D Yes        D No

IF YES, please describe: _____

_____

45.    Have you ever called in to a radio talk show, written a letter to the editor, participated in
any web-blogs or chat rooms on the internet or posted a comment on-line?

      D Radio caller    D Editorial    D Blog/Chat room    D Posted comment    D No

What topics have you addressed? _____

_____

46.    Please list any stickers, placards, signs, patches, symbols, and other messages that you
display at home or on an automobile, motorcycle, bicycle, bag, backpack, laptop
computer, etc.

_____

_____

47.    What recent criminal trials, if any, have you followed in the newspapers or on TV or on
line?

_____

_____

_____
Juror Last Name

(a) Has following a public criminal trial caused you to form an opinion regarding the judicial system?

            D Yes        D No

IF YES, please explain: _____

_____

48.   (a) Are you presently affiliated with any church, synagogue, mosque, temple or other religious organization?

           D Yes        D No

IF YES, what is that religious affiliation? _____

(b) How often do you attend religious services? _____

(c) Have you or anyone in your family ever studied for or served in any position of responsibility in any religious organization?

           D Yes        D No

IF YES, please explain: _____

_____

(d) Do you belong to any Bible or other religious study group?   D Yes        D No

IF YES, please explain: _____

_____

(e) Have you ever attended any religious-based school or received any specific education in any religion?

           D Yes        D No

IF YES, please explain: _____

_____

(f) How important is religion to you?

D Very Important     D Important     D Somewhat     D Not so Important

49.   In the past 10 years, have you, a family member or anyone close to you, ever been a member of, or otherwise involved with, any group that (check all that apply):

D   Takes a position on social or legal issues (e.g., immigration, gun control, drug use, public health, gay marriage, abortion, etc.)

D   Focuses on crime prevention (e.g., neighborhood watch, auxiliary police, crime stoppers, M.A.D.D., etc.)

D   Focuses on crime victims' rights (e.g., victim advocacy groups, victim assistance, etc.)

_____
Juror Last Name

    D  Focuses on child protection (e.g., child abuse, bullying, anti-gang/anti-drug campaigns, etc.)

    D  Focuses on prisoners' rights (e.g., prisoner advocacy, prison ministries, etc.)

    D  No

IF YES to any of the above, please indicate who was involved, the nature of involvement and the names of the organization(s):

_____

_____

_____

_____

50.    (a)    Have you, a family member or anyone close to you, ever served or run for any elected federal, state, or local political office (e.g., congress, state representative, selectman, school board, city council, mayor, etc.)?

                     D Yes        D No

    (b)    Have you ever served on any local board or commission, whether elected or appointed?

                     D Yes        D No

IF YES to (a) or (b) please explain:

_____

_____

_____

51.    In terms of your political outlook, do you usually think of yourself as:

    D very conservative    D conservative    D moderate    D liberal    D very liberal

52.    Other than friends and relatives, please name the 3 <u>living public</u> figures you:

Admire Most:

1) _____    2) _____    3) _____

Admire Least:

1) _____    2) _____    3) _____

_____

Juror Last Name

53.  (a)  Have you ever owned or used any type of firearm or received any training in the use of a firearm?

                                                                                 ☐ Yes          ☐ No

     (b)  Do you, or anyone in your household, own any guns?          ☐ Yes          ☐ No

IF YES to either, please indicate the training, the number and type of guns, and the reason for using or owning the gun(s):

_____

_____

_____

## PART III: QUESTIONS ABOUT YOUR EXPERIENCES WITH NATIVE AMERICAN PERSONS AND CULTURE

Ritz Williams is Native-American. Individuals in our community hold a variety of views and feelings about many different topics; this includes people of different ancestry or ethnic background and Native American individuals. You will not be judged or criticized by the Court, court staff, or attorneys in this case regarding these views. If you prefer to answer any of these questions privately please indicate your preference in your answers.

54. Are you, or do you personally know anyone who is of Native American ancestry?

                                                                                ☐ Yes          ☐ No

IF YES, please describe your relationship to that person and what you have discussed regarding his or her background, beliefs and traditions.

_____

_____

_____

55.  Have you, an immediate family member or anyone close to you, ever studied about, visited, lived or worked on an Indian Reservation or had any work or personal contacts with a Native American Reservation, its tribal members and/or the Bureau of Indian Affairs?

                                                                                ☐ Yes          ☐ No

IF YES, please explain: _____

_____

_____

24

_____

Juror Last Name

56.    Is there a Native-American Indian Reservation near where you, a family member or anyone close to you lives?

☐ Yes          ☐ No

IF YES, what is the name of the reservation and where is it? _____

_____

_____


57.    Have you read any articles or books, seen any television programs or movies about Native American culture, beliefs, or traditions or have any knowledge at all about life on an Indian Reservation?

☐ Yes          ☐ No

IF YES, please explain? _____

_____

_____


58.    What impressions or opinions do you have about Indian Reservations or about people who grow up on an Indian Reservation?

_____

_____

_____


59.    Have you ever had a negative encounter or unfortunate experience with someone who was of Native-American ancestry?

☐ Yes          ☐ No

IF YES, please explain? _____

_____

_____


60.    Some people believe that Native Americans commit more crimes of violence than Non-Native-Americans.  What do you think?

_____

_____

_____


61.    The defendant and victim in this case are Native-American men.  How might your

25

_____

Juror Last Name

personal views or feelings toward Native-Americans influence your assessment of this case?

Please explain: _____

_____

_____

## PART IV: QUESTIONS ABOUT YOUR EXPERIENCES
## RELATED TO THE CRIMINAL JUSTICE SYSTEM

62.     Have you ever served as juror?     ☐ Yes, at trial     ☐ Yes, on a grand jury     ☐ No

(a) Have you served as a grand or trial juror in state or federal court within the past two years?                                                    ☐ Yes          ☐ No

(b) Please complete for each case:

| Approx Year | Civil or Criminal | State or Federal | Nature of Case (Charges/ Allegations) | What was the Verdict | Foreperson: Yes/No | Pos or Neg Experience |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(c) How did you feel about your jury service(s)? _____

_____

_____

63.     Have you, an immediate family member or anyone close to you, ever been the victim of or a witness to a crime, whether or not that crime was reported to law enforcement? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

                                                    ☐ Yes          ☐ No

(a)  Please complete for each instance:

| Person (Relation) | Victim or Witness | Type of Crime | Reported Yes/No | Testified Yes/No | Outcome/ Result |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

_____

Juror Last Name

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

(b) How did you/they feel about the way law enforcement handled the case(s)?

_____

_____

_____

64.   Have you, an immediate family member or anyone close to you, ever been accused of, investigated, targeted, arrested or charged with a criminal offense? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

D Yes          D No

(a) Please complete for each instance:

| Person (Relation) | Accusations/Charges | Trial: Yes/No | Outcome/Result |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(b) What are your opinions or attitudes toward the criminal justice system as a result of the experience(s)?

_____

_____

_____

65.   Have you known anyone who has been murdered or died as a result of a crime?

D Yes          D No

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

66.   (a)    Have you ever called the police or filed a criminal complaint against someone?

D Yes          D No

(b)    Have you ever called a crime stoppers or police tip hotline?

_____

Juror Last Name

☐ Yes          ☐ No

IF YES to (a) or (b), please explain: _____

_____

_____

67.     Have you ever appeared in court or been involved in any legal proceeding as a plaintiff, witness, defendant or victim?

                                                    D Yes          D No

IF YES, please explain: _____

_____

_____

                                                    D Yes          D No

68.     Have you, a family member or someone close to you, ever been detained in a detention center, jail, prison or other type of correctional institution?

                                                    D Yes          D No

IF YES, please explain: _____

_____

69.     Have you ever visited any detention center, jail or prison, or been inside any Bureau of Prisons Facility for any reason?

                                                    D Yes          D No

IF YES, please explain: _____

_____

70.     (a)     What are your views about how well the corrections/prison system is working in the United States?

                _____

                _____

                _____

        (b)     In your opinion, what role should the prison system play in the criminal justice system (e.g., punishment, rehabilitation, confinement, etc.)

                _____

28

_____

Juror Last Name

_____

_____

(c)   Please describe your overall impression of prison life and how prisoners are
       treated?

_____

_____

_____

71. In your opinion, what are the three major causes of crime?

1) _____

_____

2) _____

_____

3) _____

_____

What do you think should be done to solve the crime problem? _____

_____

_____

72.   (a)   How serious a problem is crime in your community or neighborhood?

             D Very Serious          D Somewhat Serious          D Not a Serious Problem

      (b)   What is the most serious crime you can remember occurring in your town in the
             past 5 years?

_____

_____

      (c)   Is there a neighborhood watch or crime prevention group in your neighborhood?

                                                    D Yes          D No

      (d)   In your home, do you have any security bars, alarms, guard dogs or weapons for
             self-protection?

                                                    D Yes          D No

29

_____

Juror Last Name

(e)    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?

☐ Yes, moved          ☐ Yes, considered moving          ☐ No

Please describe any crime problems and how safe you feel in your home/neighborhood:

_____

_____

_____

73.    Please describe your general opinion about correctional officers/prison guards:

_____

_____

_____

74.    In general, do you tend to believe that a member of law enforcement, such as a federal agent or Bureau of Prisons investigator, who testifies in court, is (check one):

_____ More likely to tell the truth than other witnesses
_____ About as likely to tell the truth as other witnesses
_____ Less likely to tell the truth than other witnesses

75.    Describe your general opinions about:

Lawyers: _____

_____

Lawyers who prosecute criminal cases: _____

_____

Lawyers who defend criminal cases: _____

_____

76.    Please describe your general opinion of the U.S. Criminal Justice System:

_____

_____

_____

30                                    _____
                                        Juror Last Name

## PART V: QUESTIONS CONCERNING PUNISHMENT

If the jury determines that Ritz Williams is guilty beyond a reasonable doubt of the first degree murder of Alvin Allery, your jury service will not be over. The same jury must also decide, at a second sentencing trial, whether or not Mr. Williams will be sentenced to life imprisonment without the possibility of release or death. In the federal system there is no parole and if a defendant is sentenced to life imprisonment he will spend the rest of his life in prison and never be released.

The questions in this section are not meant to imply that Mr. Williams is guilty or that you will, in fact, be called upon to decide punishment in this case. In a case where jurors may have to consider lifetime incarceration and death as possible punishments, it is important that we know your opinions and feelings regarding punishment.

The decision whether to impose a sentence of life imprisonment without the possibility of release or to impose a sentence of death is one the law leaves entirely up to the jurors. Each juror must ultimately make a unique individual moral judgment about whether to sentence a defendant to life imprisonment without the possibility of release or death. The law never requires any member of the jury to vote for a sentence of death.

During a sentencing trial, if one is required, jurors consider certain evidence referred to in the law as "aggravating factors" and "mitigating circumstances." Aggravating factors are factors that could support a sentence of death. In order for an aggravating factor to be considered, all twelve jurors must agree that the factor has been proved by the government beyond a reasonable doubt. Jurors may not consider anything else as an aggravating factor.

Mitigating circumstances are circumstances about the crime, the defendant or anything else that would suggest, for any individual juror, that life imprisonment without the possibility of release, rather than the death, is the appropriate punishment. Mitigating circumstances do not excuse or justify the crime and the law does not require that there be a connection between the mitigating circumstances and the crime committed.

Unlike aggravating factors, the law does not require mitigating circumstances to be proved beyond a reasonable doubt or be found unanimously by all twelve jurors. Any single juror may find, and consider, any mitigating circumstance proved by a preponderance of the evidence. This is a lower standard of proof than required for aggravating factors. Furthermore, unlike aggravating factors, the jurors may also consider mitigating circumstances that have not been specifically presented to them by the court or parties.

After considering the aggravating factors unanimously found proven beyond a reasonable doubt and the mitigating circumstances found proven by a preponderance of the evidence by one or more jurors, the jurors then assign the significance each feels is appropriate to the aggravating factors and mitigating circumstances. Jurors then determine whether the aggravating factors so sufficiently outweigh the mitigating circumstances to justify the sentence of death, or, in the absence of any mitigating circumstance, whether the aggravating factors alone are sufficient to justify a sentence of death.

_____
Juror Last Name

If, and only if, all twelve jurors unanimously find that death is the appropriate sentence for Mr. Williams, will a death sentence be imposed. On the other hand, if one or more jurors find that a sentence of life imprisonment without the possibility of release is the appropriate sentence for Mr. Williams, the judge will impose a sentence of life imprisonment without the possibility of release.

Please bear in mind that life imprisonment without the possibility of release is always an possible sentence in a capital case and the law never requires that a juror vote for a sentence of death. If even one juror concludes that life imprisonment without the possibility of release is appropriate for Mr. Williams, then the judge will impose a sentence of life imprisonment without the possibility of release. In other words, a decision to agree to disagree will result in the Court imposing a sentence of life imprisonment without the possibility of release.

The sentence imposed by the jury, whether a unanimous vote for life imprisonment without the possibility of release, a non-unanimous vote that results in a life imprisonment without release sentence, or a unanimous vote for death, is final. The judge must follow the jury's sentencing determination.

This is only an overview of the law about a juror's consideration of life imprisonment without the possibility of release and the death penalty. If this case requires a sentencing trial, the judge will instruct the jurors in greater detail about their duties.

With the above overview in mind, please answer the following questions completely and honestly, always remembering that there are no right or wrong answers.

77.   In general, what are your views on the death penalty?

_____

_____

_____

_____

78.   In general what are your views on the death penalty for a prisoner who intentionally kills another prisoner with premeditation and malice and without any legal excuse or justification (e.g., not insane, not acting under the heat of passion, etc.)?

_____

_____

_____

_____

Please explain why you hold those beliefs:  _____

_____

_____

Juror Last Name

_____

79. How long have you held your views on the death penalty? _____

_____

_____

   (a) How have your views about the death penalty changed in the last 10 years?

       D More in favor         D Less in favor         D No change

   (b) Why did your views change, if they did? _____

_____

_____

80.   Please CIRCLE below the number from 1 - 10 that best reflects your overall opinion regarding the death penalty, with "1" being strongly opposed and "10" being strongly in favor:

   <u>Strongly Opposed</u>                          <u>Strongly in favor</u>

      1     2     3     4     5     6     7     8     9     10

81.   In what kinds of intentional premeditated murder cases do you feel that the death penalty is appropriate?

_____

_____

_____

82.   In what kinds of intentional premeditated murder cases do you feel that the penalty of life imprisonment without the possibility of release is appropriate?

_____

_____

_____

_____
Juror Last Name

83.    (a)    Do you believe the death penalty is sought:

D Too Often              D Too Seldom              D About Right

(b)    From your perspective, how important is it that the U.S. has a death penalty for punishment?

D Very Important         D Somewhat Important      D Not Important

(c)    What are your views on how the death penalty is actually used in the United States?

_____

_____

_____

84.    What purpose, if any, does the death penalty serve in our society?

_____

_____

_____

85.    What are your views of life imprisonment without the possibility of release for a prisoner who deliberately and intentionally kills another prisoner in a United States Penitentiary?

_____

_____

_____

86.    Is there anything about a sentence of life imprisonment without the possibility of release for a prisoner already serving a federal prison sentence that bothers you?

D Yes          D No

Please explain: _____

_____

_____

_____
Juror Last Name

87.  If a person is sentenced to life imprisonment without the possibility of release in a federal prison, do you believe in fact that person will spend the rest of his or her life in prison?

                                            D Yes         D No         D Unsure

Please  explain: _____

_____

88.  If a person is sentenced to the death penalty, how likely do you think it is that the person will actually be put to death?

              D Highly likely         D Not likely         D Unsure

Please  explain: _____

_____

89.  If the evidence at trial showed a defendant planned and premeditated intentional murder while serving time in a federal penitentiary for murder, could you consider either a sentence of life imprisonment without the possibility of release or the death penalty for that defendant?

                                            D Yes         D No

Please  explain: _____

_____

_____

90.  Based on your feelings and values, could life imprisonment without the possibility of release be a severe enough sentence for a prisoner, already serving a federal prison sentence, who then intentionally kills another prisoner with premeditation and malice?

                                            D Yes         D No

Please  explain: _____

_____

_____

91.  What, if anything, would be important to you in deciding whether a person found guilty of intentionally killing another person should receive the punishment of life imprisonment without the possibility of release rather than the death penalty?

_____

35

_____
Juror Last Name

_____

_____

92.   Do you believe that the personal circumstances, childhood and background of a defendant is relevant and should be taken into account in making a decision on whether to impose a sentence of life imprisonment without the possibility of release or the death penalty?

                                                          ☐ Yes          ☐ No

Why or why not? _____

_____

_____

93.   In deciding whether to impose a sentence of death or life imprisonment without the possibility of release, how much importance would you attach to each of the following:

|  | Not At all | A little | Some-what | Very important |
|---|---|---|---|---|
| (a) Even someone who kills can change for the better | 1 | 2 | 3 | 4 |
| (b) A defendant previously committed violent crimes | 1 | 2 | 3 | 4 |
| (c) A defendant's remorse | 1 | 2 | 3 | 4 |
| (d) The defendant was the actual killer | 1 | 2 | 3 | 4 |
| (e) The costs of keeping someone in prison for life | 1 | 2 | 3 | 4 |
| (f) The impact on family/friends who lost a loved one | 1 | 2 | 3 | 4 |
| (g) The defendant's difficult childhood | 1 | 2 | 3 | 4 |
| (h) Federal prisons can safely and securely incapacitate prisoners | 1 | 2 | 3 | 4 |

94.   Do you believe that a defendant should first have to prove that he does not deserve the death penalty before the jury should give any consideration as to whether to impose a life sentence?

                                                          ☐ Yes          ☐ No

Why or why not? _____

_____

_____

95.   What does your religious or spiritual affiliation or background, if any, teach regarding the death penalty?

                                        _____
                                        Juror Last Name

_____

_____

_____

Do you agree or disagree with this teaching?        D Agree        D Disagree

Please explain: _____

_____

96.    Have you read any articles or books, seen any television programs, plays and/or movies regarding the death penalty?

                                                                                 D Yes        D No

IF YES, please describe what you read or watched:

_____

_____

97.    Have you read, listened to, or watched news stories, articles, books, television programs, or other sources of information about jails, prisons, or detention centers describing policies or what it's like for prisoners to live in a detention center, jail, prison or federal penitentiary?

                                                                                 D Yes        D No

IF YES, please describe what you read or watched:

_____

_____

98.    Have you, a family member or anyone close to you, ever belonged to, supported, signed petitions, attended a rally or donated time or money to any group or organization which opposes or supports the death penalty (check all that apply)?

      Supports:        D Yes, myself        D Yes, friends/family        D No
      Opposes:        D Yes, myself        D Yes, friends/family        D No

Please explain: _____

_____

(a) Have you ever made a public statement in favor of or against the death penalty?

                                                                D Yes        D No

IF YES, please explain: _____

_____
Juror Last Name

_____

(b) Have you ever been involved in any effort to speed up or slow the execution rates in any state or federal jurisdiction or traveled to the site of a scheduled execution?

        ☐ Yes        ☐ No

IF YES, please explain: _____

_____

(c) Do you have any close friends or family members who would criticize you, or be disappointed in you, if you voted for or against the death penalty?

☐ Yes, if I voted for the death penalty
☐ Yes, if I voted against the death penalty
☐ No
IF YES, please explain: _____

_____

99.    Each juror ultimately makes a unique individual moral judgment about the life or death sentencing decision. If you serve as a juror in this case, will you respect the right of each juror to arrive at an individual decision regarding punishment, even if you disagree with the decision reached by the other juror?

        ☐ Yes        ☐ No

Please explain: _____

_____

100.    Will you ensure that every juror is treated with respect and dignity and is not intimidated, coerced, or bullied about a vote one way or another on the ultimate punishment decision, even if you or other jurors disagree?

        ☐ Yes        ☐ No

Please explain: _____

_____

101.    If after evaluating all the evidence and deliberating with fellow jurors you come to a personal and reasoned moral decision about the appropriate sentence (either life in prison without the possibility of release or death), will you be able to stand by your decision even if one or more of your fellow jurors may disagree with your personal decision about the appropriate penalty?

        ☐ Yes        ☐ No

Please explain: _____

_____
Juror Last Name

_____
Juror Last Name

## PART VI: QUESTIONS CONCERNING LEGAL PRINCIPLES AND EVIDENCE AND PRETRIAL PUBLICITY

This part explains some of the fundamental legal principles on which the Court will give instruction during the trial.  If you believe you cannot follow these principles, you are duty bound to let the Court know.

102.   The defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides that the government has proven guilt beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  A defendant is not required to prove his or her innocence and has no burden of proof at all.

   (a)  Do you agree or disagree with this principle?        ◻ Agree        ◻ Disagree

   (b)        Do you have any concerns about your ability to presume Mr. Williams innocent?

                                                                    ◻ Yes            ◻ No

   Please explain: _____

   _____


103.   If you heard evidence that Ritz Williams has prior convictions of violent felonies including a conviction of second degree murder would this information make it more difficult to remain completely objective and impartial in deciding his guilt or innocence in the first phase of trial?

                                                                    ◻ Yes            ◻ No

   If YES, please explain: _____

   _____

   _____


104.   If you are selected as a juror in this case, you may be asked to decide the punishment for a defendant already serving a federal prison sentence.  Does this in any way make it more difficult for you to be fair and impartial in deciding his guilt or innocence?

                                                                    ◻ Yes            ◻ No

   IF YES, please explain: _____

   _____


105.   Under the law, a defendant does not have to testify in his defense.  If a defendant does not testify, the jury may not consider that fact, in any way, in reaching a decision.

_____

Juror Last Name

(a)     Do you agree or disagree with this principle?     ☐ Agree     ☐ Disagree

(b)     Do you have any concerns about applying this principle if Mr. Williams does not testify?                                                  ☐ Yes     ☐ No

(c)

(d) Would you hold it against Mr. Williams if he did not testify?     ☐ Yes     ☐ No

Please explain: _____

_____

106.    Can you accept Mr. Williams, although a prisoner in a federal prison is afforded the same rights and presumption of innocence as any other defendant or do you have some doubts about providing Mr. Williams the same rights and presumption of innocence as other defendants who are not serving prison time?

                                                    ☐ Accept     ☐ Have Doubts

Please explain: _____

_____

107.    If you are selected as a juror in this case, the Court will instruct you that the law never requires a juror to vote for a sentence of death even in cases involving the intentional and premeditated killing of a prisoner by another prisoner in a federal prison.

        (a) Do you agree or disagree with this principle?     ☐ Agree     ☐ Disagree

        (b) Do you have any concerns about following this instruction?     ☐ Yes ☐ No

Please explain: _____

_____

108.    If you are selected as a juror in this case, the Court will instruct you that, when considering aggravating factors, if all 12 jurors are not convinced beyond a reasonable doubt the aggravating factor has been proven, then that alleged aggravating factor may not be considered by any juror in the decision on what the punishment should be.

        (a) Do you agree or disagree with this instruction?     ☐ Agree     ☐ Disagree

        (b) Do you have any concerns about following this instruction?     ☐ Yes ☐ No

Please explain: _____

_____

109.    If you are selected as a juror in this case, the Court will instruct you that each juror must decide for him or herself whether a mitigating circumstance has been proven and, if proven, the weight or significance to assign to the mitigating circumstance. Some jurors may agree a circumstance is mitigating, some may not agree and some may identify their own mitigating circumstances.  If any juror finds a mitigating circumstance by a

_____

Juror Last Name

preponderance of the evidence, it may be considered in favor of a life sentence.

(a) Do you agree or disagree with this instruction?    D Agree    D Disagree

(b) Do you have any concerns about following this instruction?    D Yes D No

Please explain: _____

_____

110.    Under the law, if the jury is unanimous for life imprisonment without the possibility of release or for a death sentence, that sentence will be imposed. If the jurors are not unanimous about the appropriate punishment then a sentence of life imprisonment without the possibility of release will be imposed. In other words, if one juror votes to impose a sentence of life imprisonment without the possibility of release that sentence will be imposed.

(a) Do you agree or disagree with this principle?    D Agree    D Disagree

(b) Do you have any concerns about applying this principle?    D Yes    D No

Please explain: _____

_____

111.    (a)    If you are selected as a juror in this case, you will be required to view and consider a videotape of the actual murder.  This video showing multiple stabbings into Alvin Allery's body and repeated kicking of him in the torso and head for an extended number of minutes leading to his death is not a reenactment but video of a human being actually being killed.  You will also be required to view and consider the crime scene, coroner's photographs of the dead body and stab wounds, and other graphic evidence.  Do you believe the exposure to such graphic evidence may affect your ability to hear other evidence in the case with an open mind and remain completely objective and impartial?

D Yes        D No

Please  explain: _____

_____

112.    At this time, what is your opinion about whether Ritz Williams is guilty of the murder charge in this case?

_____

_____

113.    Does the fact that Mr. Williams is a prisoner at a federal penitentiary lead you to believe he is guilty in this case?

42

_____

Juror Last Name

                                         ☐ Yes        ☐ No

If YES, please explain: _____

_____

114.    The defendant Ritz Williams is a Native American and a member of the Pima Tribe.  Ritz Williams is a member of the Gila River Indian Community located in Sacaton, Arizona where he was born and raised.  Do you, a family member or anyone close to you, know or have any connection to Ritz Williams, or his relatives or friends?

                                         ☐ Yes        ☐ No

If YES, please explain: _____

_____

115.    Alvin Allery was a Native American and a member of the Sisseton-Wahpeton Sioux Tribe located in South Dakota. Do you, a family member or anyone close to you, know or have any connection to Mr. Allery, or his relatives or friends?

                                         ☐ Yes        ☐ No

If YES, please explain: _____

_____

116.    (a)    Have you, at any time, read, seen or heard any news stories about this case in the newspapers, on television, through the internet or while listening to the radio?

                                         ☐ Yes        ☐ No

    (b)    Have you, at any time, ever participated in any discussions about this case with anyone (friends, family, co-workers, associates, other jurors, etc.) or heard other people talking about his case?

                                         ☐ Yes        ☐ No

IF YES to (a) or (b), please indicate in detail what you have read, seen, heard or discussed about this case:

_____

_____

_____

117.    What stands out most in your mind about what you have read, seen, heard or learned about this case up to this point?

_____

_____

Juror Last Name

_____

_____

118.    What opinions and feelings, if any, do you have about this case?

_____

_____

_____

_____

Juror Last Name

## PART VIII: CONCLUDING QUESTIONS

119.   If you are selected as a juror in this case, the judge will instruct you to avoid all media coverage, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, "googling" this case, blogging/tweeting about it or posting comments on any social media site, etc. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

☐ Yes      ☐ No

Please explain: _____

_____

120.   Do you know anyone else who has received a questionnaire from this case?

☐ Yes      ☐ No

IF YES, please explain: _____

_____

121.   Is there anything about the nature of the charges or the facts of the case as they have been explained to you thus far that would affect your ability to be a completely objective and impartial juror in this case?

☐ Yes      ☐ No

IF YES, please explain: _____

_____

122.   Do you know of any reason at all why you might not be able to serve as a completely objective and impartial juror in this case?

☐ Yes      ☐ No

IF YES, please explain: _____

_____

_____

Juror Last Name

123. Is there any other information that you feel you should share with the Judge that you believe may bear upon your ability to serve as a juror?

                                                ☐ Yes          ☐ No

IF YES, please explain: _____

_____


I hereby declare under penalty of perjury that the answers that I provide on the questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.


_____          _____
                           Signature                                      Date


46

_____

Juror Last Name

**Additional Pages to Complete Responses to any Question**

Juror Last Name

**Additional Pages to Complete Responses to any Question**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
Juror Last Name