*United States v. Timothy O'Reilly*
No. 05-80025 (E.D. Mich.)
Judge Presiding: The Hon. Victoria A. Roberts
(Voir dire began June 8, 2010.)

# EXHIBIT 12

**JUROR #**_____

## CONFIDENTIAL JUROR QUESTIONNAIRE

Thank you for participating in jury service.  The following questions are used by the Court to obtain information about you in order to assist in the jury selection process. Providing complete answers will save significant time for you and the Court.  Remember, there are no "right" or "wrong" answers.  The only correct answers are those that are honest, thoughtful and most accurately reflect your personal attitudes, beliefs, and experiences.  It is very important that you answer the questions to the best of your ability and in the most complete manner as possible. Your answers will become part of the Court's permanent record.

The information in this questionnaire will be strictly confidential and will not be made available to the general public or to anyone except the interested parties in this case.  Please fill out the answers by yourself without consulting any other person**. If you need additional space for your answers or wish to make further comments please use the blank page located at the back of the questionnaire.**  Simply identify the question number next to your continued response.  When you finish answering all of the questions, you are required to sign this questionnaire and your answers will be the same as if you gave a statement to the Court under oath.

**If there is information that is requested that you believe is too sensitive to answer in this questionnaire, please make a note of that at the appropriate place in the questionnaire and arrangements will be made to discuss these issues privately.**

**YOU ARE NOT TO DISCUSS THIS CASE WITH ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL YOU HAVE BEEN OTHERWISE INSTRUCTED**.

Thank you very much for your cooperation

_____
Hon. Victoria Roberts
Judge United States District Court

**CONFIDENTIAL JUROR QUESTIONNAIRE**       **JUROR #**_____

### GENERAL INFORMATION

1.  Full Name:_____

2.  What is your age?  _____       3. Please indicate: ☐Male   ☐Female

**HARDSHIP**

Jury selection will begin on June 1, 2010 . The jury selection process could last approximately four weeks and the trial will commence shortly afterward.  Trial usually will be in session four days per week (Monday through Thursday) from 9:00 a.m. to approximately 5:00 p.m.   In addition to Mondays, there may be other court scheduled breaks.  To be on the safe side, we are requiring that the jurors who serve on this case be available through August 31st 2010.

If you are selected as a juror, you will be required to be present for the taking of testimony for as long as the case lasts. There are no plans to sequester the jury, which means you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties a citizen owes to the United States.  Mere inconvenience or the usual financial hardships of jury service will not be sufficient to excuse a prospective juror.

1.      Do you have an unusual financial hardship or other serious problem that would prevent you from serving as a juror in this case? [ ] Yes [ ] No
        If yes, please explain briefly the nature of the hardship:

_____

_____

_____

        (a) Will you be paid your salary while you serve on jury duty? [ ] Yes [ ] No

2.    Do you have any difficulty speaking, reading or understanding English? [ ] Yes  [ ] No
      If yes, what is your first language?

a. Do you have hearing difficulties not corrected by a hearing aid? ☐YES ☐NO

b. Do you have trouble seeing even with glasses? ☐YES ☐NO

c.  Are you taking any medication(s) regularly? ☐YES ☐NO  If yes, please
indicate name or type of medication:_____

_____

_____

c.  Do any of these medications affect your memory or concentration? ☐YES ☐NO
d. Do you have any physical, mental, or medical problems which would make jury duty
(requiring uninterrupted courtroom attendance for two or three hours) difficult for you?
☐YES ☐NO  If yes, please explain:_____

_____

_____

_____

3.      Do you have any physical or medical condition (such as hearing, eyesight, back problems, or medication you are taking) that would make it unusually difficult for you to serve as a juror in this case?
[ ] Yes [ ] No
If yes, please explain

_____

_____

4.      Do you have any pre-paid travel plans that cannot be rescheduled that would make it impossible for you to attend court as scheduled above? [ ] Yes [ ] No
If yes, please describe

_____

_____

5. Does your employer pay you for time missed as a result of jury service? ☐YES ☐NO ☐UNSURE*

*If you are unsure, please find out before you return to court for jury selection questioning.*

6. Do you have any personal or professional obligations that you feel would interfere with your ability to be a juror in this case, such as employment or childcare difficulties? ☐YES ☐NO  If yes, please describe:_____

_____

_____

_____

_____

**CONFIDENTIAL**                                                                Page  3

**Whether or not you are claiming a hardship, you must complete the rest of this questionnaire.**

7.  What is your current relationship status?  Are you:

**Single**
☐ Never married
☐ Living with someone
☐ Divorced

**Married**
☐ Never divorced
☐ Previously divorced
☐ Currently separated

**Widowed**
☐ Remarried
☐ Now single
☐ Living with someone

8.  What city, town, and/or area do you currently reside?_____

    _____

9.  How long have you lived in this area?_____

10. Where else have you lived?_____

    _____

    _____

    _____

11. Have you, or anyone you know well, ever lived in the Los Angeles area? ☐YES ☐ NO  If yes,

    please explain who and when:_____

    _____

    _____

12. Please indicate what persons currently live in your home: *(Describe the person, not by name,*
    *but by their relationship to you, e.g. daughter, father, roommate, partner, spouse, etc.)* _____

    _____

    _____

    _____

13. Below, please indicate the age, gender and occupation of your children over the age of 18:

**Age**             **Gender**                          **Level in School *or* Occupation**

_____

_____

_____

_____

_____

14. Are you currently:  **(Please check all that apply)**

☐ Employed *full time*              ☐ Self employed              ☐ A student

☐ Employed *part time*              ☐ A homemaker              ☐ Unemployed

☐ Employed *more than one job*      ☐ Retired                  ☐ Disabled

15.  Please indicate and describe your **current job** *and* **employer** (if retired indicate so, and describe what retired from):, what from?)_____

_____

_____

16. Please briefly describe the types of jobs you have held throughout your life:_____

_____

_____

_____

17. Do you now, or have you ever, held a supervisory position? ☐YES ☐NO  If yes, please describe type of work, when, and number of people supervised:_____

_____

_____

18. No matter what your current employment status, if you could change your job/profession to anything, what would you change it to?_____

**CONFIDENTIAL**                                              Page  5

_____

_____

19. What special training _or_ interests do you have either as a result of formal education or self-education?_____

_____

20. What is the highest level of education you have completed, and what degrees, certifications and/or diplomas have you earned?_____

_____

21. Please describe your spouse's or partner's occupation and place of employment?_____

_____

_____

22. What is your spouse or spouse's or partner's highest level of education or degree?_____

_____

23. Have you ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)? ☐YES ☐NO  If yes, please answer the following:

   a) What branch of service; approximate years of service; highest rank; places where stationed:_

   _____

   _____

   b) What areas of specialized training did you receive?_____

   c) Did you ever participate in a court martial? ☐YES ☐NO If yes, please describe your role and the charges:_____

   _____

   _____

   d) Did you serve in active combat duty? ☐YES ☐NO

   e) _If yes_, which conflict, war, combat zone, etc? _____

   _____

## COURTS AND THE LAW

24. Have *you* ever volunteered, been employed, or applied for work in any law enforcement field or agency, such as the police, sheriff, FBI, INS, or private security or as a probation, parole, or correctional officer?  ☐YES ☐NO  If yes, please describe the job and approximate dates:_____

_____

_____

_____

25. Has *anyone you know well* ever volunteered, been employed, or applied for work in the law enforcement field? ☐YES ☐NO  If yes,  please describe your relationship to the person, the job, and approximate dates:_____

_____

_____

_____

26. Do you believe that law enforcement officers are more likely to tell the truth than other witnesses? ☐YES ☐NO  Please explain:_____

_____

_____

27. Have *you* ever volunteered, been employed, or applied for work in any legal field, such as in a law office, courthouse, prosecutor's or defense counsel's office?  ☐YES ☐NO  If yes,  please describe the job, and approximate dates:_____

_____

**CONFIDENTIAL**                                                          Page  7

28. Has *anyone you know well* ever volunteered, been employed, or applied for work in any legal field, such as in a law office, courthouse, prosecutor's or defense counsel's office? ☐YES ☐NO If yes,  please describe your relationship to the person, the job, and approximate dates:_____

_____

_____

29. Do you believe that if a person has been charged with or convicted of a crime, he or she can no longer be believed?  ☐YES ☐NO If yes, please explain:_____

_____

_____

_____

_____

30. Have you, or any family members or friends ever had a particularly *good or bad* experience involving the police or any law enforcement agency? ☐YES ☐NO  If yes, please explain:_____

_____

_____

_____

_____

31. In this case the prosecution will call several witnesses who are providing testimony in exchange for a recommendation of a reduced sentence. Many people see that as an appropriate tool in fighting crime. Others see it as having great potential for abuse. What are your views?_____

_____

_____

_____

32. What steps, if any, do you think the authorities should take to insure that a witness who provides evidence in exchange for a recommendation for a reduced sentence is, in fact, providing truthful testimony?_____

_____

_____

_____

33. In your opinion, what do you believe are **three** major causes of crime in America today?

1._____

2._____

3._____

34. Have you ever served as a juror before? ☐YES ☐NO  <u>If yes</u>, how many times?__

    a) Have you served in ☐State Court ☐Federal Court *and/or on a* ☐Grand Jury?

    b) Have you served in (check all that apply) ☐Civil case(s) *and/or* ☐Criminal case(s)?

    c) In what type of case(s) have you served as a juror (for example, auto accident, burglary, etc.)? _____

    _____

    _____

    d) Were you ever the foreperson? ☐YES ☐NO  <u>If yes</u>, how many times?_____

35. What do you feel you learned from your prior jury service about courts, crime, or the legal system? _____

_____

_____

36. Have you ever been a victim of any violent *or* non-violent crime whether or not it was reported to the authorities? ☐YES ☐NO  If yes,  please explain the crime, the outcome, and situation:_____

_____

_____

_____

_____

_____

37. Has anyone you know well ever been a victim of any violent *or* non-violent crime?
   ☐YES ☐NO  If yes, please explain the crime, the outcome, and situation:_____

_____

_____

_____

38. In your own words, how would you define ***justice*** in a case involving *intentional* premeditated murder? _____

_____

_____

39a. Have **you** or **any family members** or **close friends** ever been:

   1. A party in a lawsuit?          ☐No   ☐Yes (Self)   ☐Yes (Friend or Family)

   2. A witness in court?            ☐No   ☐Yes (Self)   ☐Yes (Friend or Family)

   3 Arrested for, accused of, ☐No   ☐Yes (Self)   ☐Yes (Friend or Family)
     or charged with a crime?

   4. Convicted of a crime?          ☐No   ☐Yes (Self)   ☐Yes (Friend or Family)

b. If you answered YES to any of the above, please briefly describe the **circumstances surrounding that event,** the **ultimate result**, and **your relationship to the person(s) involved**:

_____

_____

_____

_____

40. As a result of any experience in the criminal justice system, do you believe you are inclined to favor either the prosecution or the defense? ☐YES ☐NO  If so, please explain:

_____

_____

_____

41.  Please tell us your reaction to the following statement:    *Even though the law says a Defendant has the right to remain silent, an <u>innocent</u> person accused of murder would probably testify.*

☐Strongly Agree     ☐Agree     ☐Disagree     ☐Strongly Disagree     ☐Unsure     ☐Other

Please explain:_____

_____

_____

_____

## COMMUNITY AND MEDIA INTERESTS

42. What social clubs, organizations, or volunteer groups do you belong to or support?_____

_____

_____

_____

43. Have you ever held an office or position of leadership in an organization either currently or in the past?  ☐YES ☐NO  If yes, please explain:_____

_____

_____

_____


44. What radio talk shows, if any, do you listen to regularly?_____

_____

_____


45. What television talk shows, if any, do you watch regularly?_____

_____

_____


46. Do you or does anyone in your household regularly enjoy watching television shows like "CSI," Court TV, or "Law and Order?"  ☐YES ☐NO  What do you like or dislike about those types of shows?_____

_____

_____

_____


47. What criminal cases have you followed in the media, and what interested you in those cases?____

_____

_____


48. When you think of prosecutors what thoughts and feelings come to mind/

_____

_____

_____

_____

_____

49. When you think of defense lawyers representing accused killers what thoughts or feelings come to mind?

_____

_____

_____

_____

_____

50  Have you, or anyone you know, ever been involved personally or professionally with a family where there were problems related to child abuse or neglect? ☐YES ☐NO  Please explain:_____

_____

_____

_____

    50 (a) Have you, or anyone you know, ever been involved personally or professionally with a family where there were problems sexual abuse of adults or children? ☐YES ☐NO  Please explain:_____

_____

_____

51.    Do you know what a developmental disability is?

Yes_____                No_____

If yes, please provide details:

_____
_____
_____
_____

52.    Have you ever had any experience with anyone who is developmentally disabled?

Yes_____                No_____

If yes, please provide details:

_____
_____
_____
_____

53.    Have you ever known someone who had a developmental disability?
       a. Could you please tell us how you knew that person?
       b. In knowing that person did you get to know their family at all?
       c. Can you share with us your thoughts about the impact of a person with a
       developmental disability on a family?
       d. In your opinion how did the family you knew deal with these difficulties?

       _____
       _____
       _____

54.    In your mind is there a difference between a person who is developmentally disabled and a person who is mentally ill?

Yes_____                     No_____

If yes, please provide details:

_____

_____

_____

_____

55.    Do you feel that it is possible for a person who is developmentally disabled to appear and behave normally?

Yes_____                     No_____

If yes, please provide details:

_____

_____

_____

56.    Some feel that people who are developmentally disabled are more prone to violent behavior than others, what do you think?
please provide details:

_____

_____

_____

_____

57     What are your thoughts and feelings about punishment for a person with a developmental disability who commits a crime?

Please provide details:

_____

_____

_____

_____


58.    Do you have any training, experience, or any specialized or general knowledge about mental illness, disorders, or impairments?

Yes_____          No_____

If yes, please provide details:

_____

_____

_____

_____


59.  Have you, a close friend, or a family member received any treatment or counseling for mental, emotional, or psychological problems? ☐YES ☐NO If yes, please explain:_____

_____

_____

_____

_____


60.  What are your opinions about psychiatrists, psychologists, or other mental health professionals who come to court and testify in some criminal cases?_____

_____

_____

_____

**CONFIDENTIAL**                                           Page  16

61.  Do you know anyone whom you believe abuses or has abused alcohol or other drugs?

☐YES ☐NO  If yes, please describe however you may omit their names:_____

_____

_____


62. Have you or anyone you know well ever been employed, trained, applied for work, or volunteered

in the mental health field (such as psychiatrist, psychologist, social worker, counselor, etc.)?

☐YES ☐NO  If yes,  please explain:_____

_____

_____


## KNOWLEDGE AND OPINIONS ABOUT THE CASE

**The defendant, Timothy Dennis O'Reilly, has been charged with violations of federal law involving bank robbery, conspiracy, and the use of a firearm to commit murder during the course of a bank robbery. The government charges that in the early morning hours of December 14, 2001, the defendant and five other men armed with shotguns and pistols robbed armored truck guards who were loading money into ATM machines at the Dearborn Federal Credit Union near the Fairlane Mall. The government charges that during the course of the robbery, the defendant shot and killed Norman Anthony Stephens, one of the armored truck guards. The government is seeking the death penalty against the defendant for the count charging the murder of Norman Anthony Stephens with a firearm during and in relation to a bank robbery and for the count charging a bank robbery which resulted in the death of Norman Anthony Stephens.**

**The defendant also is charged with robbing armored truck guards who were filling ATM machines at a Comerica Bank in Detroit in June 2003.One of the truck guards was shot and wounded during that robbery. The defendant has pleaded not guilty to all charges.**

**If the defendant is convicted of an offense for which death is a possible penalty, the government alleges that his offense is aggravated by his conduct while incarcerated, specifically that he had conversations with other inmates during which he allegedly sought their assistance in killing witnesses.**

63. Have you read, seen, or heard anything about this case or crime? ☐YES ☐NO ☐UNSURE


**CONFIDENTIAL**                                              Page  17

64. Please describe everything that you believe you have you read, seen or heard that you believe pertains to the incident described above? _____

_____

_____

_____

65. Have you talked about or overheard discussions about this case among friends, family, or coworkers? ☐YES ☐NO ☐UNSURE

66. Based on what you know about this case, have you formed any opinions about the guilt or innocence of the defendant, Timothy O'Reilly? ☐YES ☐NO ☐UNSURE   Please explain: _____

_____

_____

_____

_____

67.    Based upon the description above and/or your knowledge of the case do you have an opinion of what the outcome of the case will be.

_____

_____

_____

68. This case involves allegations of the use of firearms.  Does that fact cause you to question whether you can sit as a fair/impartial juror? ☐YES ☐NO  If yes, please explain: _____

_____

_____

_____

_____

69.  Do you have opinions about the firearm laws, or officers who enforce those laws that would affect your ability to be a fair/impartial juror?  ☐YES ☐NO  If yes, please explain:

_____

_____

_____

70. Have you ever known someone who was injured or killed with a firearm?

☐YES ☐NO  If yes, please explain:

_____

_____

_____

_____

71. If your answer to No. 70 is yes, how would this affect your ability to be a juror in a case involving alleged use of a firearm?  _____

_____

_____

_____

## BELIEFS, VALUES, AND OPINIONS ABOUT PUNISHMENT

**The following questions concern your beliefs, thoughts and opinions about the death penalty and the penalty of life in prison without the possibility of parole, or some lesser punishment.**

The Court is asking these questions because **IF** a person is convicted beyond a reasonable doubt of Count 2, these are only two sentencing options.  Death or Life Imprisonment Without the Possibility of Parole or Release. However if Mr. O'Reilly is acquitted of Count two and convicted of count three there are three sentencing options Death or Life Imprisonment Without the Possibility of Parole or Release or a sentence to a term of years.

Furthermore, **IF** the jury finds the defendant guilty of Capital murder, it is the jury, not the judge, that must decide whether to impose the death penalty. While the law never requires the jury or an individual juror to impose a sentence of death if the jury unanimously recommends the death penalty, the Court must follow that recommendation and impose a death sentence. If the jury does not unanimously recommend the death penalty, the Court will sentence the defendant to life without parole.  At no time will any juror be required to impose a sentence of death.

**CONFIDENTIAL**                                                    Page  19

By asking these questions, the Court is not suggesting that you will ever need to decide this question. The Court has no way of knowing what the evidence will be in this case, or if the jury will find Timothy O'Reilly guilty or not guilty of anything at all. Please answer the following questions honestly and completely concerning your current beliefs and opinions about the death penalty and the penalty of life in prison without parole.

72. In your opinion, should the punishment for a crime be based on: ☐ The Crime ☐ The Person, or

☐ Both ☐ Or Something Else Altogether. Please Explain:

_____

_____

_____

_____

73. Life imprisonment without the possibility of parole is another possible sentence for premeditated intentional murder. Please describe in some detail your thoughts and opinions about the sentence of life in prison without the possibility of parole in a case involving a person who *is guilty* of intentional, premeditated murder._____

_____

_____

_____

_____

_____

74. What are the particular reasons for your beliefs about the sentence of life in prison without parole? _____

_____

_____

_____

75. When a defendant is sentenced to life in prison without the possibility of parole, do you believe the defendant actually spends the rest of his/her life in prison? ☐YES ☐NO Explain:_____

_____

_____

_____

76. Do you think that life imprisonment without parole is a severe punishment? ☐YES ☐NO Please explain:_____

_____

_____

77. If Mr. O'Reilly is found guilty of Murder for the intentional killing of Norman Anthony Stephens, without any legal excuse or justification, the defense might present evidence at a sentencing phase of the trial about Mr. O'Reilly's childhood and background.  How relevant is information like that to you when making a decision about punishment for intentional murder?

_____

_____

_____

_____

CONFIDENTIAL                                        Page  21

78.    If Mr. O'Reilly is found guilty of Murder for the intentional killing of Norman Anthony Stephens, without any legal excuse or justification in all likeihood you will be required to make a decision to impose life without possibility of release or parole or death, explain how important is Mr. O'Reilly's ability to be rehabilitated in considering that decision?

_____

_____

_____

_____

**VIEWS AND OPINIONS REGARDING THE DEATH PENALTY**

79. Please describe in some detail your opinions and beliefs about the death penalty for a person who *is guilty* of intentional, premeditated murder.

_____

_____

_____

80.  What in your life's experiences have led you to your beliefs about the death penalty?

_____

_____

_____

_____

81. In your opinion, is the death penalty used:

☐Too often   ☐An appropriate amount   ☐Too seldom

Explain:

_____

_____

_____

82 What is your spouse/significant other's view on the death penalty? _____

_____

_____

_____

83. If a jury sentences a defendant with the death penalty, do you believe the defendant is actually

executed? ☐YES ☐NO Explain: _____

_____

_____

84. Do you believe in "an eye for an eye"? ☐YES ☐NO

Please explain your beliefs concerning this: _____

_____

_____

85. Do you believe life without parole is a more severe form of punishment than a sentence of death?

☐Yes, more severe          ☐No, less severe          ☐Just as severe

Please explain: _____

_____

_____

86. Have you ever held a different view about the death penalty or life in prison without parole?

☐YES ☐NO  Please explain:

_____

_____

_____

_____

87.    Please describe your feelings about the death penalty in your own words.  Additionally, how strong are they and how long have you had them? _____

_____

_____

_____

88.    Regarding the death penalty, which of the following statements most accurately represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

89. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case? Yes _____ No _____ If yes, why?

90.    There has been some publicity recently regarding the death penalty.  Would you please describe what you have seen, heard, or read regarding the death penalty?

_____

_____

_____

_____

_____

91.    Would you please explain any personal, moral, religious, or other views or opinions you have regarding the death penalty?

_____

_____

_____

_____

_____

92.    If you attend religious services, would to please state where you attend those services.

_____

_____

_____

   a.    How frequently do you attend services?

_____

_____

_____

   b.    What does your religion or spiritual affiliation teach regarding the death penalty? Do you agree or disagree with those teachings?

_____

_____

_____

## CONCLUDING QUESTIONS

93. In your opinion, is there **anything** about this case, the issues, and/or the people involved in this case that might hinder you, *even slightly*, from being an impartial juror? ☐YES ☐NO Please describe:_____

_____

_____

_____

_____

94. Is there anything else that we have forgotten to ask you that we should know, which you believe might affect your ability to be on this jury? ☐YES ☐NO Please describe:_____

_____

_____

_____

_____

95. Is there anything you have not indicated in the above answers which you would like to discuss privately with the judge and attorneys? ☐YES ☐NO

96. Please review the list of names and organizations on the following page, and then answer this final question - Are you familiar with any of the individuals or organizations named on the following page? ☐YES ☐NO

**CONFIDENTIAL**

### PLEASE FILL IN YOUR NAME, DATE AND SIGN THE CERTIFICATION BELOW.

**Prospective Juror's Certification**

I, _____, hereby declare under penalty of perjury
that the foregoing answers set forth in this Jury Questionnaire are true and correct to the
best of my knowledge and belief. I have not discussed my answers with others, or
received assistance in completing the questionnaire. I have answered all of the above
questions in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT
THIS CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL
THE JUDGE IN THIS CASE HAS INSTRUCTED ME OTHERWISE**.

Executed in the State of Michigan, on this _____ day of _____ 2010.


_____
Signature