EXHIBIT 1

**RESTRICTED MATERIAL**

FD-302 (Rev. 5-8-10)　　　　　　　　- 1 of 2 -



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry　06/20/2015

    On 06/19/2015 Brock Osteen Pack, W/M, DOB: ▮▮▮▮, Address: ▮▮▮▮ and John Henry Patton, W/M, DOB: ▮▮▮▮, Newberry, SC, ▮▮▮▮ were interviewed by TFO Steven Conley at their place of employment, Clark's Pest Control, 405 Western Lane, Irmo, SC. Both Patton and Pack were co-workers with Roof at Clark's Pest Control. After being advised of the identity of the interviewing Agent and the nature of the interview, they provided the following information:

    Patton stated he worked with Roof in 2014 and again in 2015. He described Roof as quiet and keeping to himself. He stated when they would go to lunch Roof would sit off by himself instead of sitting with other workers. Patton stated around the first week of May 2015 Roof mentioned his father had given him some money and he bought a gun. Roof described the gun as a Glock and told him it was either a .40 or .45 caliber hand gun. Roof mentioned Shooter's Choice but Patton could not recall if the gun was purchased there or he just fired the gun at that range. Roof offered to show Patton the gun but Patton told him not to bring the gun to work. Roof had mentioned the only reason he worked was because his dad made him.

    Pack stated he worked with Roof during his employment in 2015. He tried to get to know him but Roof kept to himself. He tried to get him to open up but Roof wouldn't talk much. He stated Roof had told him that he just stayed home. He said he didn't play video games he just sat in his room and stared at the walls. Pack recalled a time when someone made some racist joke at which time Roof stated he was a racist. Money didn't seem to be a problem for Roof and Pack once asked him what he would do if his parents died? Roof responded "I can't handle that." Pack advised he stated it as though he couldn't get by without them and their assistance. He once asked Roof if he had a girlfriend at which point Roof just laughed. Roof had also stated he would like to get a job as a clerk or in the retail field but nobody would hire him due to the way he looked.

**UNCLASSIFIED//FOUO**

Investigation on　06/19/2015　at　Irmo, South Carolina, United States (In Person)

File #　44A-CO-6460937　　　　　　　　　　　Date drafted　06/19/2015

by　Steven D Conley

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**RESTRICTED MATERIAL**　　　　　　　　　　　　　　　US-017180

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

44A-CO-6460937

Continuation of FD-302 of  Interview of Brock Pack and John Patton  , On  06/19/2015  , Page  2 of 2

    Both Pack and Patton recalled Roof talking about going to Charleston, SC, sometimes on the weekends. He mentioned having an uncle who lived there. Roof had told both of them that on one trip he saw a black guy who was a bum on the street in Charleston. Roof stated he spent the day hanging out and running around with this guy.

**UNCLASSIFIED//FOUO**

RESTRICTED MATERIAL                                                                 US-017181