EXHIBIT 5

FD-302 (Rev. 5-8-10)                    - 1 of 4 -                    

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/30/2015

On June 20, 2015, JOSEPH MEEK JR., a/k/a JOEY MEEK, white male, born ▓▓▓▓▓▓▓▓▓▓▓▓, was interviewed by Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Michael E. Stansbury and Special Agent (SA) Craig A. Januchowski at the FBI's Columbia Violent Gang Task Force (CVGTF) office in Columbia, South Carolina (SC). The interview was audio and video recorded (see details below for specifics).

Prior to the interview, SSA Stansbury and SA Januchowski went to MEEK's residence, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Lexington, SC. The residence was a two bedroom single-wide trailer located in a small trailer park. MEEK was not home. MEEK's girlfriend, Lindsey Fry, his brothers Jacob Meek and Justin Meek, and a white male named Sam Wiggins, were inside the residence. Fry told Agents MEEK was working with her father doing landscaping. Fry called her father because MEEK did not have a phone. Fry was able to speak with MEEK. Agents heard Fry tell MEEK the FBI was there and wanted to speak with him. When Fry finished the call she told Agents MEEK was on the way to the house to speak with Agents.

MEEK arrived approximately 15 minutes later. SSA Stansbury approached MEEK and introduced himself as an FBI Agent, showing his credentials. SSA Stansbury informed MEEK that he wanted to speak with him about Dylann Roof and their relationship. MEEK indicated he already spoke with the FBI. SSA Stansbury informed MEEK he knew Meek spoke with agents, but SSA Stansbury said he had additional questions based on other interviews as well as information MEEK gave the media. MEEK agreed to speak with agents. SSA Stansbury informed MEEK that the interview would take some time and he had some documents he wanted to show MEEK. SSA Stansbury asked MEEK if they could go to the downtown FBI office to do the interview. It was extremely hot and there was nowhere to do a comprehensive interview at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

MEEK told Lindsey Fry and her father that he was going to go with the

| | | |
|---|---|---|
| Investigation on | 06/20/2015 at | Columbia, South Carolina, United States (In Person) |
| File # | 44A-CO-6460937 | Date drafted  06/24/2015 |
| by | Michael E. Stansbury, Craig A. Januchowski | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Recorded Interview of Joey Meek  , On  06/20/2015  , Page  2  of  4

   FBI to be interviewed. SSA Stansbury apologized to Lindsey Fry's father for interrupting their work day but stressed the importance of the interview given the circumstances. Mr. Fry indicated he understood.

   SSA Stansbury, SA Januchowski, and MEEK traveled in SSA Stansbury's vehicle from 132B Weaver Lane to the FBI Downtown Office located at 1801 Assembly Street. SSA Stansbury drove, MEEK rode in the front seat, and SA Januchowski rode in the backseat. MEEK brought a Verizon LG tablet with him and a bottle of Gatorade. MEEK indicated the tablet was his and he used it to connect to the internet via WIFI. MEEK said the table no longer had mobile internet service through Verizon. During the trip SSA Stansbury and MEEK made small talk, discussing video games, the tablet, and other topics unrelated to the investigation.

   Upon arrival at the downtown office MEEK and SA Januchowski went into the interview/conference room while SSA Stansbury activated the recording equipment. At approximately 1:38 p.m., SSA Stansbury activated the interview room audio/video recording device in order to record the interview. The interview officially started at approximately 1:47 p.m. MEEK, SSA Stansbury, and SA Januchowski were the only parties present for the interview.

   The first seven to eight minutes of the interview were video recorded but not audio recorded. At approximately 1:55 p.m., SSA Stansbury activated a secondary audio recording device to capture the interview. SSA Stansbury used the second recorder to serve as a backup because he was not sure if the recording equipment interview room was working properly. SSA Stansbury's suspicions were confirmed after the interview when SSA Stansbury learned the recording equipment did not capture the audio portion of the interview because the cord for the microphone was unplugged. Therefore, the primary recording equipment only captured the video images and did not capture the audio. The backup recording device captured the audio portion of the interview with the exception of the first seven to eight minutes of the interview.

   During the first seven to eight minutes of the interview SSA Stansbury and SA Januchowski formally identified themselves and showed MEEK their FBI credentials. MEEK confirmed he voluntarily went with the agents to the Downtown FBI office to be interviewed regarding Dylann Roof and the Charleston African Methodist Episcopal (AME) Church shooting. MEEK knew he was not in custody and acknowledged that he understood he was free to leave or request to be taken home at any time. Other statements made by MEEK to SSA Stansbury and SA Januchowski prior to the secondary recorder being activated revolved around his being interviewed by the local media, CNN, Good Morning America, and NBC Dateline about Dylann Roof. MEEK was telling

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Recorded Interview of Joey Meek  , On  06/20/2015  , Page  3 of 4

agents about how and when he met Dylann Roof when the secondary recorder was activated. The substance of the interview, which related to MEEK's relationship with Dylann Roof and knowledge about Dylann Roof's plan to shoot people at the Charleston AME Church, was captured on the audio recording.

The interview lasted approximately three hours and twenty-seven minutes. During the interview MEEK had a drink with him, took a smoke and restroom break, and was offered water.

The audio recording of the MEEK interview, and the accompanying transcript, memorialize the information provided by MEEK during interview; therefore, a detailed summary of the interview is not documented in this report. The following information merely provides a brief and limited synopsis of the interview in order to relay the significance of the information provided by MEEK during the interview. During the first phase of the interview, MEEK relayed a story to SSA Stansbury and SA Januchowski similar to the one he told SA Douglas Gaines on June 18, 2015, regarding his knowledge of Dylann Roof and the AME Church shooting. After the interview had become confrontational, MEEK admitted he lied to SSA Stansbury and SA Januchowski, and admitted he lied to SA Gaines. Following his admission to being untruthful, MEEK admitted Dylann Roof told him at least a week prior to the shooting that he (Dylann Roof) was going to shoot people at the AME Church in Charleston, SC on a Wednesday night. MEEK also admitted to obstructing justice after the shooting by telling others, on multiple occasions, to keep quiet and not tell law enforcement of his and their knowledge about the AME Church shooting. Specifically, MEEK told others not to call law enforcement and tell them that Dylann Roof was the shooter. MEEK knew Dylann Roof was the shooter as soon as he received a media alert about the AME Church shooting over his digital tablet the night of the shooting. MEEK also saw the surveillance photo of Dylann Roof entering the church which was published by the media the morning of June 18, 2015. MEEK obstructed and/or tried to delay justice because he was afraid of being implicated in the shooting plot. MEEK did not want law enforcement to know that he had prior knowledge of Dylann Roof's intent to shoot people at the AME Church. See the recording and transcript for specific details about these and other statements made by MEEK.

At the conclusion of the interview, MEEK made a phone call while SSA Stansbury downloaded the recording equipment to portable media. The backup recording was downloaded to a CD and the interview room DVR, which contained the video recording, was downloaded onto two DVDs. After the recordings were downloaded SSA Stansbury and SA Januchowski drove MEEK back to ███████████████ .

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Recorded Interview of Joey Meek                        , On  06/20/2015 , Page  4 of 4

    The original audio recording and the video recording without audio were submitted to the FBI Electronic Surveillance Evidence Room for storage.