EXHIBIT 6

RESTRICTED MATERIAL



RESTRICTED MATERIAL US-012769