IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dylann Storm Roof. ) | |
| ) | |

On December 5, 2016, the Court announced its plans to electronically publish certain exhibits to its website once they have been admitted into evidence. Defense counsel objects, on Fifth, Sixth, Eighth, and Fourteenth Amendment grounds, to publishing electronically any exhibits admitted into Court. (Dkt. No. 744). In the alternative, Defendant moves for the Court not to publish exhibits admitted over Defendant's objection. (*Id.*).

Once admitted into evidence, exhibits are a matter of public record. The Court will consider case-by-case objections to publishing certain types of exhibits to its website. (*See* Dkt. No. 702 (granting the Government's motion to not electronically publish evidence depicting deceased victims at the crime scene)). However, the Constitution does not require the Court to restrict access to public information in the manner requested here. Accordingly, the Court OVERRULES Defendant's objection and DENIES its motion in the alternative. (Dkt. No. 744).

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 6, 2016
Charleston, South Carolina

-1-