IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

UNITED STATES OF AMERICA,

v.

Criminal No. 2:15cr472

DYLANN STORM ROOF,

EX PARTE ORDER

Defendant.

## **ORDER**

In light of the defendant's indigency, it is hereby ORDERED that the United States Marshal's Service shall serve the subpoenas authorized by this Court for trial in this matter, currently scheduled to commence on December 7, 2016.

The individuals to be served are:

Lt. Chris Griffin

Jason Benfield

Dan Bernat

Stephen Donald Black

Joe Burris

Brian Fanning

Lindsey Fry

Thom Hiers

Grayson Hicks

Justin Meek

Jacob Meek

Michael Myers

Brock Pack

John Patton

Laura Plexico

Chris Scriven

Steve Seate

Mark Sjolund

Matt Styers

Dalton Tyler

    It is so ORDERED.

_____
Richard Mark Gergel
United States District Judge

December 7, 2016