IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 2:15-CR-472 |
| ) | |
| DYLANN STORM ROOF ) | |

**DEFENDANT'S PROFFER OF EVIDENCE EXCLUDED BY
THE COURT'S ORDER IN DKT. NO. 783**

The defendant, through counsel, files this proffer of evidence that would have been presented on his behalf, but for the Court's order in Dkt. No. 783, supplemented in open court on December 13, 2016.[1]

We note that our proffer in Dkt. 795 was incomplete as to Grayson Hicks. Mr. Hicks, in addition to being a bank employee who interacted with the defendant, reported to the tip-line following the offense that he suspected the defendant might be involved. This is directly relevant to the investigation, to which the government's witnesses have testified at length.

We attach here the following exhibits, as part of our proffer:

1. A CaseMap report outlining our proposed cross-examination of Agent Hamski.

---

[1] We are having difficulty filing the exhibits to this pleading this morning. We are filing what we can with this pleading, and we are reformatting the remainder of the materials and will file them as soon as possible. We regret the delay.

1

2. Records collected by the FBI, portions from the relevant time period (2013-2015) which we would have sought to admit through Agent Hamski:

    a. Medical Records, Laurel Endocrine and Thyroid Specialists

    b. Medical Records, Palmetto Health Baptist

    c. Timesheets, Clarks Termite and Pest

    d. Academic Records, Lexington County

    e. Medical Records, South Carolina Oncology

    f. Employment Records, Clarks Termite and Pest

    g. Academic Records, Richland County

    h. Academic Records, Provost Academy

    i. GED Transcript

    j. Records, Richland County Library

    k. Insert, Clarks Termite and Pest, Employment Records

3. FBI Complaint Form (FD-71) of Grayson Hicks

4. Proffer of testimony by Rachel Loftin, Ph.D.

5. Proffer of testimony by Donna Maddox, M.D.

Respectfully submitted,

s/ *Sarah S. Gannett*
Sarah S. Gannett
Assistant Federal Public Defender
Federal Public Defender for the District of Arizona
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
602-382-2862
sarah_gannett@fd.org

3

3

David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Kimberly C. Stevens
Capital Resource Counsel
Assistant Federal Public Defender for the
District of Oregon
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
336-788-3779
kim_stevens@fd.org

Emily C. Paavola
900 Elmwood Ave., Suite 200
Columbia, SC 29201
803-765-1044
Emily@justice360sc.org

Attorneys for Dylann S. Roof