IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**ADDITIONAL REQUESTED DEFENSE INSTRUCTION REGARDING CHURCH INFERENCES**

The defendant, through counsel, submits the attached proposed instruction to address the potential inference from the evidence that the defendant may have planned other attacks, which is unsupported by the evidence.

          Respectfully submitted,

          s/ *Sarah S. Gannett*
          Sarah S. Gannett
          Assistant Federal Public Defender
          Federal Public Defender for the District of Arizona
          850 W. Adams Street, Suite 201
          Phoenix, AZ 85007
          602-382-2862
          sarah_gannett@fd.org

          David I. Bruck
          Washington & Lee School of Law
          Lexington VA 24450
          540-458-8188
          bruckd@wlu.edu

Kimberly C. Stevens
Capital Resource Counsel
Assistant Federal Public Defender for the
District of Oregon
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
336-788-3779
kim_stevens@fd.org

Emily C. Paavola
900 Elmwood Ave., Suite 200
Columbia, SC 29201
803-765-1044
Emily@justice360sc.org

Attorneys for Dylann S. Roof

2

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**PROPOSED INSTRUCTION REGARDING**
**<u>EVIDENCE OF OTHER SITES VISITED BY THE DEFENDANT</u>**

The defendant, through counsel, proposes the Court give the following instruction to jurors in connection with government evidence regarding other sites visited by the defendant, including church lists:

You have heard evidence that the defendant identified and investigated other locations, including a number of churches, in addition to Emanuel A.M.E Church. There is no evidence, however, that the defendant planned to attack these locations, whether prior to, on, or after June 17, 2015. The evidence regarding other churches is offered only in an attempt to demonstrate the defendant's planning for the crimes at Emanuel A.M.E. Church. You are not to infer, based on this evidence, that the defendant planned or intended to commit additional crimes at these other sites.

Respectfully submitted,

s/ *Sarah S. Gannett*
Sarah S. Gannett
Assistant Federal Public Defender
Federal Public Defender for the District of Arizona
850 W. Adams Street, Suite 201

1

Phoenix, AZ 85007
602-382-2862
sarah_gannett@fd.org

David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Kimberly C. Stevens
Capital Resource Counsel
Assistant Federal Public Defender for the
District of Oregon
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
336-788-3779
kim_stevens@fd.org

Emily C. Paavola
900 Elmwood Ave., Suite 200
Columbia, SC 29201
803-765-1044
Emily@justice360sc.org

Attorneys for Dylann S. Roof