IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>vs. )<br>)<br>Dylann Storm Roof, )<br>)<br>Defendant. )<br>) | Criminal No. 2:15-472<br><br>VERDICT FORM |

We, the Jury, unanimously find as follows:

**Hate Crimes Act Resulting in Death**
**(Counts 1-9)**

1. In regard to Count 1, involving the death of the Reverend Sharonda Coleman-Singleton, we find Defendant Dylann Storm Roof:

    \_\_\_\_ Not Guilty

    ✓ Guilty

2. In regard to Count 2, involving the death of Cynthia Hurd, we find Defendant Dylann Storm Roof:

    \_\_\_\_ Not Guilty

    ✓ Guilty

3. In regard to Count 3, involving the death of Susie Jackson, we find Defendant Dylann Storm Roof:

    \_\_\_\_ Not Guilty

    ✓ Guilty

-1-

4. In regard to Count 4, involving the death of Ethel Lee Lance, we find Defendant Dylann Storm Roof:

>   \_\_\_\_ Not Guilty
>
>   ✓ Guilty

5. In regard to Count 5, involving the death of the Reverand DePayne Middleton-Doctor, we find Defendant Dylann Storm Roof:

>   \_\_\_\_ Not Guilty
>
>   ✓ Guilty

6. In regard to Count 6, involving the death of the Reverend Clementa Pinckney, we find Defendant Dylann Storm Roof:

>   \_\_\_\_ Not Guilty
>
>   ✓ Guilty

7. In regard to Count 7, involving the death of Tywanza Sanders, we find Defendant Dylann Storm Roof:

>   \_\_\_\_ Not Guilty
>
>   ✓ Guilty

8. In regard to Count 8, involving the death of the Reverend Daniel Simmons, Sr., we find Defendant Dylann Storm Roof:

>   \_\_\_\_ Not Guilty
>
>   ✓ Guilty

9. In regard to Count 9, involving the death of Myra Thompson, we find Defendant Dylann Storm Roof:

　　　　____ Not Guilty
　　　　✓ Guilty

### Hate Crimes Act Involving an Attempt to Kill
### (Counts 10-12)

10. In regard to Count 10, involving K.M., a minor, we find Defendant Dylann Storm Roof:

　　　　____ Not Guilty
　　　　✓ Guilty

11. In regard to Count 11, involving Felicia Sanders, we find Defendant Dylann Storm Roof:

　　　　____ Not Guilty
　　　　✓ Guilty

12. In regard to Count 12, involving Polly Sheppard, we find Defendant Dylann Storm Roof:

　　　　____ Not Guilty
　　　　✓ Guilty

### Obstruction of Exercise of Religion Resulting in Death
### (Counts 13-21)

13. In regard to Count 13, involving the death of the Reverend Sharonda Coleman-Singleton, we find Defendant Dylann Storm Roof:

　　　　____ Not Guilty
　　　　✓ Guilty

14. In regard to Count 14, involving the death of Cynthia Hurd, we find Defendant Dylann Storm Roof:

  ____ Not Guilty
  __✓__ Guilty

15. In regard to Count 15, involving the death of Susie Jackson, we find Defendant Dylann Storm Roof:

  ____ Not Guilty
  __✓__ Guilty

16. In regard to Count 16, involving the death of Ethel Lee Lance, we find Defendant Dylann Storm Roof:

  ____ Not Guilty
  __✓__ Guilty

17. In regard to Count 17, involving the death of the Reverend DePáyne Middleton-Doctor, we find Defendant Dylann Storm Roof:

  ____ Not Guilty
  __✓__ Guilty

18. In regard to Count 18, involving the death of the Reverend Clementa Pinckney, we find Defendant Dylann Storm Roof:

  ____ Not Guilty
  __✓__ Guilty

19. In regard to Count 19, involving the death of Tywanza Sanders, we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

20. In regard to Count 20, involving the death of the Reverend Daniel Simmons, Sr., we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

21. In regard to Count 21, involving the death of Myra Thompson, we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

### Obstruction of Exercise of Religion Involving An Attempt to Kill and Use of a Dangerous Weapon
### (Counts 22-24)

22. In regard to Count 22, involving K.M., a minor, we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

*If you found Defendant guilty of Count 22, answer 22A. and 22B below. If you found Defendant not guilty of Count 22, proceed to No. 23.*

22A. Do you find that Defendant Dylann Storm Roof used a dangerous weapon in the commission of the offense charged in Count 22?

___ No

_✓_ Yes

22B. Do you find that Defendant Dylann Storm Roof attempted to kill K.M., a minor, in the commission of the offense charged in Count 22?

___ No

_✓_ Yes

23. In regard to Count 23, involving Felicia Sanders, we find Defendant Dylann Storm Roof:

___ Not Guilty

_✓_ Guilty

*If you found Defendant guilty of Count 23, answer 23A and 23B below. If you found Defendant not guilty of Count 23, proceed to No. 24.*

23A. Do you find that Defendant Dylann Storm Roof used a dangerous weapon in the commission of the offense charged in Count 23?

___ No

_✓_ Yes

23B. Do you find that Defendant Dylann Storm Roof attempted to kill Felicia Sanders in the commission of the offense charged in Count 23?

___ No

_✓_ Yes

24. In regard to Count 24, involving Polly Sheppard, we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

*If you found Defendant guilty of Count 24, answer 24A and 24B below. If you found Defendant not guilty of Count 24, proceed to No. 25.*

24A. Do you find Defendant Dylann Storm Roof used a dangerous weapon in the commission of the offense charged in Count 24?

      \_\_\_\_ No

      ✓ Yes

24B. Do you find that Defendant Dylann Storm Roof attempted to kill Polly Sheppard in the commission of the offense charged in Count 24?

      \_\_\_\_ No

      ✓ Yes



### Use of a Firearm to Commit Murder During and in Relation to a Crime of Violence (Counts 25-33)

25. In regard to Count 25, involving the death of the Reverend Sharonda Coleman-Singleton, we find Defendant Dylann Storm Roof:

      \_\_\_\_ Not Guilty

      ✓ Guilty

*If you found Defendant guilty of Count 25, answer 25A and 25B below. If you found Defendant not guilty of Count 25, proceed to No. 26.*

25A. Did Defendant Dylann Storm Roof commit the offense charged in Count 25 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

\_\_\_\_ No

✓ Yes

25B. Did Defendant Dylann Storm Roof commit the offense charged in Count 25 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

\_\_\_\_ No

✓ Yes

26. In regard to Count 26, involving the death of Cynthia Hurd, we find Defendant Dylann Storm Roof:

\_\_\_\_ Not Guilty

✓ Guilty

*If you found Defendant guilty of Count 26, answer 26A and 26B below. If you found Defendant not guilty of Count 26, proceed to No. 27.*

26A. Did Defendant Dylann Storm Roof commit the offense charged in Count 26 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249

\_\_\_\_ No

✓ Yes

26B.  Did Defendant Dylann Storm Roof commit the offense charged in Count 26 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

\_\_\_\_ No

√ Yes

27.  In regard to Count 27, involving the death of Susie Jackson, we find Defendant Dylann Storm Roof:

\_\_\_\_ Not Guilty

√ Guilty

*If you found Defendant guilty of Count 27, answer 27A and 27B below. If you found Defendant not guilty of Count 27, proceed to Count 28.*

27A.  Did Defendant Dylann Storm Roof commit the offense charged in Count 27 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

\_\_\_\_ No

√ Yes

27B.  Did Dylann Storm Roof commit the offense charged in Count 27 during and in relation to the following crime of violence: Obstruction of the Exercise of Religion Resulting in Death, 18 U.S.C § 247?

\_\_\_\_ No

√ Yes

28. In regard to Count 28, involving the death of Ethel Lee Lance, we find Defendant Dylann Storm Roof:

     \_\_\_\_ Not Guilty
     ✓ Guilty

*If you found Defendant guilty of Count 28, answer 28A and 28B below. If you found Defendant not guilty of Count 28, proceed to No. 29.*

28A. Did Defendant Dylann Storm Roof commit the offense charged in Count 28 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

     \_\_\_\_ No
     ✓ Yes

28B. Did Defendant Dylann Storm Roof commit the offense charged in Count 28 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

     \_\_\_\_ No
     ✓ Yes

29. In regard to Count 29, involving the death of the Reverend DePayne Middleton-Doctor, we find Defendant Dylann Storm Roof:

     \_\_\_\_ Not Guilty
     ✓ Guilty

*If you found Defendant guilty of Count 29, answer 29A and 29B below. If you found Defendant not guilty of Count 29, proceed to No. 30.*

29A. Did Defendant Dylann Storm Roof commit the offense charged in Count 29 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?



\_\_\_\_ No

✓ Yes

29B. Did Defendant Dylann Storm Roof commit the offense charged in Count 29 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?



\_\_\_\_ No

✓ Yes

30. In regard to Count 30, involving the death of the Reverend Clementa Pinckney, we find Defendant Dylann Storm Roof:



\_\_\_\_ Not Guilty

✓ Guilty

*If you found Defendant guilty of Count 30, answer 30A and 30B below. If you found Defendant not guilty to Count 30, proceed to No. 31.*

30A. Did Defendant Dylann Storm Roof commit the offense charged in Count 30 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?



\_\_\_\_ No

✓ Yes

30B.  Did Defendant Dylann Storm Roof commit the offense charged in Count 30 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

\_\_\_\_ No

✓ Yes

31. In regard to Count 31, involving the death of Tywanza Sanders, we find Defendant Dylann Storm Roof:

\_\_\_\_ Not Guilty

✓ Guilty

*If you found Defendant guilty of Count 31, answer 31A and 31B below. If you found Defendant not guilty of Count 31, proceed to No. 32.*

31A.  Did Defendant Dylann Storm Roof commit the offense charged in Count 31 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

\_\_\_\_ No

✓ Yes

31B.  Did Defendant Dylann Storm Roof commit the offense charged in Count 31 during and in relation to the following crime of violence: Obstruction of Religion Resulting in Death, 18 U.S.C. § 247?

\_\_\_\_ No

✓ Yes

32. In regard to Count 32, involving the death of the Reverend Daniel Simmons, Sr., we find Defendant Dylann Storm Roof:

    \_\_\_\_ Not Guilty
    \_✓\_ Guilty

*If you found Defendant guilty of Count 32, answer 32A and 32B below. If you found Defendant not guilty of Count 32, proceed to No. 33.*

32A. Did Defendant Dylann Storm Roof commit the offense charged in Count 32 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

    \_\_\_\_ No
    \_✓\_ Yes

32B. Did Defendant Dylann Storm Roof commit the offense charged in Count 32 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

    \_\_\_\_ No
    \_✓\_ Yes

33. In regard to Count 33, involving the death of Myra Thompson, we find Defendant Dylann Storm Roof:

    \_\_\_\_ Not Guilty
    \_✓\_ Guilty

*If you found Defendant guilty of Count 33, answer 33A and 33B below. If you found Defendant not guilty of Count 33, follow the instructions at the end of the Verdict Form after No. 33.*

33A. Did Defendant Dylann Storm Roof commit the offense charged in Count 33 during and in relation to the following crime of violence: Hate Crime Act Resulting in Death, 18 U.S.C. § 249?

\_\_\_ No

  ✓ Yes

33B. Did Defendant Dylann Storm Roof commit the offense charged in Count 33 during and in relation to the following crime of violence: Obstruction of Exercise of Religion Resulting in Death, 18 U.S.C. § 247?

\_\_\_ No

  ✓ Yes

*After completing all questions set forth above, the Foreperson should sign and date the Verdict Form and advise the Court Security Officer that the jury has reached a verdict.*



Jury Foreperson

December 15, 2016

-14-