# EXHIBIT A



Let's ask for a recess to talk w/ DR before introducing pix from car. See note.

You are a liar
you lied about not presenting exhibits

If you do it a swear to god you will regret it

you know what the what I'm talking about pictures from my car that have nothing to do with my guilt

12/8/16