watching and observing the Defendant in the court room and during times when he is functioning as his own counsel. In this examiner's most recent examinations, he finds no new evidence of any negative change in the Defendant or in his competency. There is no evidence of an occurrence of any "disease or defect" effecting his competence or ability to work to assist his supporting counsel. He exhibits considerable ability to cooperate with counsel, but at this point, he has again chosen to refuse to cooperate with them, because he feels they do not represent his best interests. Finally, this examiner finds no reason to change or amend his report or findings of competency in the initial competency hearing.

James C. Ballenger, M.D.

James C. Ballenger, M.D.