Mr. Dylann Roof
No. 0001518680
SACDC
3841 Leeds Avenue
North Charleston, SC 29405

CHARL... SC 294
18 MAR ... PM 2 L

ITEM X-RAYED
... USMS 3/2...

FOREVER
USA

RECEIVED CL...
2017 MAR 2...
DISTRI... DISTRICT OF S... CHAR...

Judge Richard Mark Gergel
85 Broad Street
Charleston, South Carolina
29401

29401$2202