FILED: January 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DYLANN STORM ROOF

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to withdraw April J. Anderson from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk