FILED: January 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DYLANN STORM ROOF

  Defendant - Appellant

_____

O R D E R
_____

The court grants the motion for substitution of counsel. Interim Federal Public Defender, Amy M. Karlin, is substituted as counsel for Dylann Storm Roof on appeal. Hilary Potashner is relieved of the obligation of further representation of appellant on appeal.

For the Court -- By Direction

/s/ Patricia S. Connor, Clerk