IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 2:15-472-RMG |
| DYLANN STORM ROOF, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S JANUARY 28, 2025 LETTER**

The United States hereby provides notice to the Court of the Government's response to the defendant's letter filed on January 28, 2025. ECF No. 1039.

Respectfully submitted,

BENJAMIN N. GARNER
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s *Kathleen M. Stoughton*
Kathleen M. Stoughton (#12161)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   (803) 929-3000
Email: Kathleen.Stoughton@usdoj.gov