

**UNITED STATES DEPARTMENT OF JUSTICE**
*United States Attorney's Office*
*District of South Carolina*

_____

| | | | |
|---|---|---|---|
| **Wells Fargo Building** | 151 Meeting Street | John L. McMillan Federal | 105 N. Spring Street |
| **Suite 500** | Suite 200 | Building, Room 222 | Suite 200 |
| **1441 Main Street** | Post Office Box 978 | 401 W. Evans Street | Post Office Box 10067 |
| **Columbia, SC 29201** | Charleston, SC 29402 | Post Office Box 1567 | Greenville, SC 29603 |
| **(803) 929-3000** | (843) 727-4381 | Florence, SC 29503 | (864) 282-2100 |
| **FAX (803) 254-2912** | FAX (843) 727-4443 | (843) 665-6688 | FAX (864) 233-3158 |
| | | FAX (843) 678-8809 | |

**Reply to: Columbia, SC**

January 29, 2025

Angela Elleman, Esq.
Chief, Capital § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

Jill HaLevi, Esq.
102 Broad St., Suite C
Charleston, SC 29401

      RE: *United States v. Dylann Roof*, Case No. 2:15-472-RMG, Agreement Regarding Timing of Initial 28 U.S.C. § 2255 Motion

Dear Counsel,

As you are aware, under 28 U.S.C. § 2255(f)(1), the defendant was required to file his motion to vacate, set aside, or correct his sentence on or before October 10, 2023 – one year following the date on which his judgment of conviction became final. By agreements reached on June 20, 2023; December 21, 2023; and July 31, 2024, the Government agreed to affirmatively waive any statute of limitations defense and consent to the filing of any § 2255 motion filed by April 18, 2025.

On Friday, January 24, 2025, the U.S. Attorney's Office memorialized an agreement to further waive any statute of limitations defense until July 21, 2025. However, on Monday, January 27, 2025, that agreement was rescinded in accordance with Executive Order 14164, "Restoring the Death Penalty and Protecting Public Safety." I immediately notified you that the U.S. Attorney's Office does not have authority to extend the filing deadline beyond April 18, 2025. The agreement memorialized in the letter you filed the next day, ECF No. 1039, has been revoked.

The Government maintains its right to dispute the timeliness of any § 2255 motion or supplement filed after April 18, 2025, and to dispute entitlement to equitable tolling.

Sincerely,

BENJAMIN N. GARNER
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s *Kathleen M. Stoughton*
Kathleen M. Stoughton (#12161)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   (803) 929-3000
Email:  Kathleen.Stoughton@usdoj.gov