AFFIDAVIT OF
SENIOR UNITED STATES DISTRICT JUDGE TERRY L. WOOTEN

I, Terry L. Wooten, Senior United States District Court Judge, swear and affirm:

1. Dylann Roof was convicted of capital murder in the District of South Carolina and sentenced to death.

2. Roof now asserts that the presiding judge in his case, Richard M. Gergel, sitting in Charleston, South Carolina, sought to have Roof's case assigned to him.

3. I was the Chief Judge for the District of South Carolina when charges were brought against Dylann Roof.

4. As the Chief Judge at that time, the assignment of criminal cases was at the discretion of and under my supervision. All criminal cases, including the Roof case, were routinely assigned based on: (i) caseloads that each district judge carried; and (ii) related cases. This process was followed in the Roof case. Judge Gergel was assigned the case by me in light of those criteria.

5. At no time did Judge Gergel request of me that Roof's case be assigned to him. He had no role in the assignment of the Roof case. No other judge had any role in the assignment of the Roof case other than me, acting in my role as Chief Judge. Again, the Roof case was assigned to Judge Gergel in the routine process as previously outlined.

6. In the six years I was Chief Judge, no district judge sought to have a particular case assigned to him or her. All district judges are well aware of the routine assignment of criminal cases as outlined to ensure a balance of work among judges. This is the standard operating procedure in the District of South Carolina.

7. Any assertion that Judge Gergel sought assignment of the Dylann Roof case to himself is not accurate nor a credible assertion. No information has been provided to me to support that contention.

I SO SWEAR.

April 1, 2025
Columbia, SC

_Terry L. Wooten_
Terry L. Wooten,
Senior United States District Judge