UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OFAMERICA, ) Case No. 2:15-CR-00472-RMG
  )
  Plaintiff-Respondent, )
  ) EXHIBITS IN SUPPORT
  ) OF MOTION TO VACATE,
  v. ) SET ASIDE, OR CORRECT
  ) THE CONVICTION & SENTENCE
  ) PURSUANT TO 28 U.S.C. § 2255
DYLANN STORM ROOF, )
  )
  Defendant-Petitioner. )
  )
_____)

## **INDEX TO EXHIBITS**

Exhibit 1. Report of Dr. Amy Fritz
Exhibit 2. Report of Dr. Robert Ouaou
Exhibit 3. Report of Dr. Jay Lucker
Exhibit 4. Report of Dr. Erin Bigler
Exhibit 5. Declaration of David Bruck
Exhibit 6. Declaration of Kimberly Stevens
Exhibit 7. Declaration of Emily Paavola
Exhibit 8. Declaration of Michael O'Connell
Exhibit 9. Declaration of Lindsey Vann
Exhibit 10. Declaration of Ashley Pennington
Exhibit 11. Declaration of William (Bill) McGuire
Exhibit 12. Declaration of Teresa Norris
Exhibit 13. Declaration of Dr. Donna Schwartz Maddox
Exhibit 14. Declaration of Dr. Rachel Loftin
Exhibit 15. Declaration of Dr. George Woods
Exhibit 16. Declaration of Dr. Arlene Andrews
Exhibit 17. Declaration of Denise de La Rue
Exhibit 18. Declaration of Jeffrey Martin
Exhibit 19. Declaration of Laura Carpenter
Exhibit 20. Declaration of Meredith Childs
Exhibit 21. Affidavit of Dr. James Austin 04-14-25

1

Exhibit 22.   Declaration of Danny Atkinson
Exhibit 23.   Declaration of Ali Burch
Exhibit 24.   Declaration of Brian Fanning
Exhibit 25.   Declaration of Bonnylin Henry
Exhibit 26.   Declaration of Karen Able
Exhibit 27.   Declaration of Kathy Brown
Exhibit 28.   Declaration of Catherine Garren
Exhibit 29.   Declaration of Geoffrey McConnell
Exhibit 30.   Declaration of Ralph Waldrop
Exhibit 31.   Declaration of Kay Horton
Exhibit 32.   Declaration of James Grayson Hicks
Exhibit 33.   Declaration of Kimberly Konzy (Schultz)
Exhibit 34.   Declaration of Darce Cruea
Exhibit 35.   Declaration of Alison DeLeon
Exhibit 36.   Declaration of William Shockey
Exhibit 37.   Declaration of Sonya Clifford
Exhibit 38.   Declaration of Amy Roof
Exhibit 39.   Declaration of Tim Livingston
Exhibit 40.   Declaration of Kathleen McAteer
Exhibit 41.   Declaration of Ashley Ireland
Exhibit 42.   Declaration of Brock Pack
Exhibit 43.   Declaration of Alice Richardson
Exhibit 44.   Declaration of Brittany Simmons
Exhibit 45.   Declaration of Jack Zurheide
Exhibit 46.   Declaration of Philip Mubarak
Exhibit 47.   Declaration of Jill Hnat
Exhibit 48.   This Exhibit is filed under seal
Exhibit 49.   Cradock Interview 07-25-16
Exhibit 50.   Bixby 302
Exhibit 51.   McPherson 302
Exhibit 52.   2016 Area C Demographics
Exhibit 53.   Memo of Investigation 09-07-15
Exhibit 54.   Complete Inmate file CDC
Exhibit 55.   Declaration of Bryan Edelman
Exhibit 56.   Holland news article ("Dylann Roof trial")
Exhibit 57.   Lerman law review article ("Lying to Clients")
Exhibit 58.   Steinberg 2012 academic article ("Adolescent Brain Development")
Exhibit 59.   USSC Report ("Youthful Offenders")
Exhibit 60.   Rudolph et al. academic article ("At risk of being risky")
Exhibit 61.   Breiner et al. research article ("Cognitive control in adolescents")

Exhibit 62.   Cohen et al. law review article ("When does a Juvenile Become an Adult")
Exhibit 63.   Giedd academic article ("The Amazing Teen Brain").pdf
Exhibit 64.   Email from Court 11-16-16
Exhibit 65.   Scott et al. law review article ("Young Adulthood")
Exhibit 66.   Shulman et al. academic article ("The Dual Systems Model")
Exhibit 67.   Steinberg 2008 academic article ("Adolescent Risk-Taking")
Exhibit 68.   Steinberg et al. academic article ("Immature Self-regulation")
Exhibit 69.   Taber-Thomas et al. academic article ("Adulthood Brain Development")
Exhibit 70.   Cohen et. al. research article ("When is an Adolescent an Adult")
Exhibit 71.   There is no Exhibit 71
Exhibit 72.   There is no Exhibit 72
Exhibit 73.   There is no Exhibit 73
Exhibit 74.   There is no Exhibit 74
Exhibit 75.   There is no Exhibit 75
Exhibit 76.   Elliot news article ("Charleston's Oldest Black Church")
Exhibit 77.   Cobb news article ("Trial of Dylann Roof")
Exhibit 78.   This Exhibit is filed under seal
Exhibit 79.   SC Federal Jury Areas
Exhibit 80.   P&C Facebook Page post -12-7-16
Exhibit 81.   BBC news article ("Dylann Roof trial")
Exhibit 82.   Santaella news article ("Pit of Hell")
Exhibit 83.   NBC news article ("Roof's Mom Had Heart Attack During Trial")
Exhibit 84.   Hersher news article ("We All Know I am Guilty")
Exhibit 85.   Sack news article ("Dylann Roof Trial")
Exhibit 86.   Berry Hawes news article ("He is evil")
Exhibit 87.   Smith et al news article ("Dylann Roof trial")
Exhibit 88.   This Exhibit is filed under seal
Exhibit 89.   This Exhibit is filed under seal
Exhibit 90.   This Exhibit is filed under seal
Exhibit 91.   This Exhibit is filed under seal
Exhibit 92.   This Exhibit is filed under seal
Exhibit 93.   Declaration of Michael Bixby
Exhibit 94.   Declaration of Farah Wilson
Exhibit 95.   Declaration of Fredrick Stork
Exhibit 96.   Declaration of Austin Brazell
Exhibit 97.   Declaration of Erin Forsell
Exhibit 98.   Declaration of Jeanna Simpson
Exhibit 99.   Declaration of Nichole Stafford
Exhibit 100. Declaration of Jean Sullivan
Exhibit 101. Declaration of Robbie Wright

Exhibit 102. Declaration of Patricia Hastings
Exhibit 103. Amy Roof EMS Records
Exhibit 104. P&C Facebook Comments
Exhibit 105. Incident Report 08-18-16
Exhibit 106. This Exhibit is filed under seal
Exhibit 107. This Exhibit is filed under seal
Exhibit 108. This Exhibit is filed under seal
Exhibit 109. This Exhibit is filed under seal
Exhibit 107. This Exhibit is filed under seal
Exhibit 108. This Exhibit is filed under seal
Exhibit 109. This Exhibit is filed under seal
Exhibit 110. This Exhibit is filed under seal
Exhibit 111. This Exhibit is filed under seal
Exhibit 112. This Exhibit is filed under seal
Exhibit 113. This Exhibit is filed under seal
Exhibit 114. This Exhibit is filed under seal
Exhibit 115. This Exhibit is filed under seal
Exhibit 116. This Exhibit is filed under seal
Exhibit 117. This Exhibit is filed under seal
Exhibit 118. This Exhibit is filed under seal
Exhibit 119. This Exhibit is filed under seal
Exhibit 120. This Exhibit is filed under seal
Exhibit 121. This Exhibit is filed under seal
Exhibit 122. This Exhibit is filed under seal
Exhibit 123. This Exhibit is filed under seal
Exhibit 124. This Exhibit is filed under seal
Exhibit 125. This Exhibit is filed under seal
Exhibit 126. This Exhibit is filed under seal
Exhibit 127. This Exhibit is filed under seal
Exhibit 128. This Exhibit is filed under seal
Exhibit 129. This Exhibit is filed under seal
Exhibit 130. This Exhibit is filed under seal
Exhibit 131. This Exhibit is filed under seal
Exhibit 132. This Exhibit is filed under seal
Exhibit 133. This Exhibit is filed under seal
Exhibit 134. This Exhibit is filed under seal
Exhibit 135. This Exhibit is filed under seal
Exhibit 136. This Exhibit is filed under seal
Exhibit 137. This Exhibit is filed under seal
Exhibit 138. This Exhibit is filed under seal

Exhibit 139. This Exhibit is filed under seal
Exhibit 140. This Exhibit is filed under seal
Exhibit 141. This Exhibit is filed under seal
Exhibit 142. This Exhibit is filed under seal
Exhibit 143. This Exhibit is filed under seal
Exhibit 144. This Exhibit is filed under seal
Exhibit 145. This Exhibit is filed under seal
Exhibit 146. This Exhibit is filed under seal
Exhibit 147. This Exhibit is filed under seal
Exhibit 148. This Exhibit is filed under seal
Exhibit 149. This Exhibit is filed under seal
Exhibit 150. This Exhibit is filed under seal
Exhibit 151. This Exhibit is filed under seal
Exhibit 152. This Exhibit is filed under seal
Exhibit 153. This Exhibit is filed under seal
Exhibit 154. This Exhibit is filed under seal
Exhibit 155. This Exhibit is filed under seal
Exhibit 156. This Exhibit is filed under seal
Exhibit 157. This Exhibit is filed under seal
Exhibit 158. This Exhibit is filed under seal
Exhibit 159. This Exhibit is filed under seal
Exhibit 160. This Exhibit is filed under seal
Exhibit 161. This Exhibit is filed under seal
Exhibit 162. This Exhibit is filed under seal
Exhibit 163. This Exhibit is filed under seal
Exhibit 164. This Exhibit is filed under seal
Exhibit 165. This Exhibit is filed under seal
Exhibit 166. This Exhibit is filed under seal
Exhibit 167. This Exhibit is filed under seal
Exhibit 168. This Exhibit is filed under seal
Exhibit 169. This Exhibit is filed under seal
Exhibit 170. This Exhibit is filed under seal
Exhibit 171. This Exhibit is filed under seal

Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Attorneys for Defendant-Petitioner Dylann Storm Roof