DECLARATION OF GEOFFREY CADE MCCONNELL

I, Geoffrey Cade McConnell, state as follows:

1. My name is Geoffrey "Cade" McConnell. I live in Columbia, South Carolina. *I attended the University of South Carolina for college, and I work for the South Carolina Department of Agriculture.*

2. I met Dylann Roof in fifth grade at Rosewood Elementary School. We were in the same class, and our teacher was Ms. Ali Burch. Dylann was a transfer student to Rosewood Elementary School, which I remember because I was excited to have new kids in class. In addition to attending Rosewood together, Dylann and I lived *about* four blocks away from each other on Elm Avenue in the Rosewood neighborhood. We both attended Hand Middle School together until Dylann moved away in middle school.

3. Dylann was an excitable kid. He was high energy – the archetype of a hyperactive kid. And he was a funny person. In sixth grade science class, we had an assignment related to mixtures and solutions. Dylann brought in a red bundt-cake-shaped Jell-o mountain that had sprinkles in it. Dylann had put the sprinkles in while the Jell-o was still liquid, and the sprinkles were soft and disintegrating. It was really gross, but it was exactly the type of thing that sixth graders thought was so funny.

4. Dylann and I both liked watching wrestling, and we'd watch wrestling together at different kids' houses in our neighborhood. We sometimes hung out together outside of school in late elementary and early middle school years.

5. My mother worked a lot, so I spent a lot of time at the local park with neighborhood boys. Dylann was one of those boys. We would ride bikes together and play outside a lot.

6. Dylann was close with other neighborhood kids, including Caleb Brown. Caleb and Dylann were very close back then, way closer than I was with Dylann. People got along well with Dylann, and I didn't ever see Dylann being rude or mean to anyone. He was a goofy kid.

IFCD 001343

7. Dylann and I were mainly friendly from fifth grade or so until partway through middle school, which was when Dylann moved away. Dylann moved around a lot. Even though he transferred out of Hand Middle School, Dylann came back to Richland County for high school, and I remember seeing him at Dreher High School. I moved out of the neighborhood in tenth grade, and I don't remember seeing Dylann after that.

8. Prior to Dylann's capital trial, I spoke on the phone with someone on Dylann's defense team. I did not type up this declaration. I provided this information to a member of Dylann's current defense team, who typed it up for me. I have looked over the contents carefully.

9. I am over 18 years of age and am competent to make this declaration.

10. ~~I do not want Dylann Roof to be executed.~~

10. I do not believe that Dylann Roof should be executed, although his actions were horrendous. I believe it would only bring more harm. *G.M.*

I, Geoffrey Cade McConnell, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _November 15_, 20_23_, in _Columbia, SC_ _(Richland County)_.

_G. McConnell_

IFCD 001344