IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:15-cr-00472-RMG |
| v. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| DYLANN STORM ROOF, | |

    The United States requests that Trial Attorney Aaron J. Stewart be permitted to withdraw as attorney of record in this case pursuant to Local Civ. Rule 83.I.07 (D.S.C.). Mr. Stewart is leaving the Department of Justice and will therefore no longer be employed as an attorney for the United States. Mr. Stewart's departure will not leave the United States unrepresented, as attorneys Christopher B. Schoen and Mary J. Hahn will remain as attorneys of record for the United States. The United States consents to Mr. Stewart's withdrawal, as do Mr. Schoen and Ms. Hahn.

    WHEREFORE, the United States requests that this Court permit Trial Attorney Aaron J. Stewart to withdraw as attorney of record in this case.

Respectfully submitted,

        BENJAMIN N. GARNER
        Attorney for the United States
        Acting under Authority Conferred by 28 U.S.C. § 515

By: *s/Aaron J. Stewart*
    Aaron J. Stewart
    Trial Attorney
    U.S. Department of Justice
    Capital Case Section
    1331 F Street NW
    Washington, DC 20530
    (202) 353-4385

    Christopher B. Schoen
    Assistant U.S. Attorney
    D.C. Bar No. 11421
    55 Beattie Place, Suite 700
    Greenville, SC 29601
    (864) 282-2100

    Mary J. Hahn
    Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    150 M Street NE/7.1108
    Washington, DC 20002
    (202) 532-8176

October 29, 2025