UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00472-RMG |
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| _____ | ) | |

## **INDEX TO EXHIBITS**

Exhibit 234.  This Exhibit is filed under seal

Exhibit 235.  This Exhibit is filed under seal

Exhibit 236.  This Exhibit is filed under seal

Exhibit 237.  This Exhibit is filed under seal

Exhibit 238.  Dkt. 649-1 Wagner Report – redacted

Exhibit 239.  Dkt. 832-7 Moberg Report - redacted

Exhibit 240.  2016.11.19 Loftin disclosure

Exhibit 241.  Selected List of Relevant Media Articles

Exhibit 242.  Eighth Amendment Handbook

Exhibit 243.  Notices of Intent-Federal Death Penalty Resource Counsel

Exhibit 244.  News Use 2016

Exhibit 245.  2016 Social Media Update

Exhibit 246.  Social Media Usage: 2005-2015

1

Exhibit 247.  This Exhibit is filed under seal

Exhibit 248.  This Exhibit is filed under seal

Exhibit 249.  This Exhibit is filed under seal

Exhibit 250.  "The Death Penalty Is Even More Horrifying Than You Think." The New York Times

Exhibit 251.  "Their Death Sentences Were Commuted by Biden. They Could Face Execution Again."
The New York Times

Exhibit 252.   This Exhibit is filed under seal

Exhibit 253.   2016.6.8 Index Journal


Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Attorneys for Defendant-Petitioner Dylann Storm Roof