Exhibit 234 has been filed under seal