Exhibit 235 has been filed under seal