Exhibit 236 has been filed under seal