Exhibit 237 has been filed under seal