DAVID I. BRUCK
ATTORNEY AT LAW
WASHINGTON & LEE SCHOOL OF LAW
LEXINGTON VA 24450
540-460-8178
bruckd@wlu.edu

November 19, 2016

Julius N. Richardson                     Mary J. Hahn
Nathan Williams                          Trial Attorney
Assistant United States Attorneys        Civil Rights Division
1441 Main Street, Suite 500              U.S. Department of Justice
Columbia, SC 29201

                                         Richard E. Burns
                                         Deputy Chief
Stephen J. Curran                        Capital Case Section
Special Litigation Counsel               U.S. Department of Justice

Re:  *United States v. Dylann Roof,* No. 15CR472 (D. S.C.)

Dear Counsel:

We are providing herewith an affidavit of Rachel Loftin, Ph.D.  Dr. Loftin has diagnosed the defendant with Autism Spectrum Disorder.  She is currently attending an International Conference on Autism Treatment and Research in Paphos, Cyprus.  She is not due to return to the United States until November 28.  As Dr. Loftin is unavailable to testify at the competency hearing, we will offer this affidavit from Dr. Loftin that simply attests to her diagnosis and impressions.

We are also providing all of Dr. Loftin's notes, testing and interpretive materials that are currently in our possession.   If and when we obtain additional discoverable materials from Dr. Loftin, we will provide them.

Yours truly,

*s/ David I. Bruck*
David I. Bruck
Attorney for Dylann Roof

Ex. 240 pg.1 of 4

**DECLARATION OF RACHEL LOFTIN, Ph.D.**

I, Rachel Loftin, declare and state as follows:

1. All of the facts contained in this declaration are known to me personally and if called as a witness, I could and would testify thereto. I am unavailable to testify during the week of November 21, 2016, because I am out of the country, at a conference in Paphos, Cyprus.

2. I am Assistant Professor and Clinical Director of the Autism Assessment, Research & Treatment Services (AARTS) Center at the Rush University Medical Center in Chicago Illinois. I attach my curriculum vitae to describe further my qualifications. *See* Exhibit A (Curriculum Vitae of Rachel Loftin, Ph.D).

3. I was asked to evaluate Dylann Roof to determine whether or not he meets the criteria for an autism spectrum disorder ("ASD").

4. Autism spectrum disorder is neurodevelopmental disorder, which means that difficulties associated with ASD are brain-based, present early in life and affect the course of development. ASD is diagnosed based on the presence of symptoms of social-communication challenges and atypical behaviors.

5. Consistent with best practices in the field, my assessment was based on a combination of interviews with Mr. Roof, social and developmental history investigation, adaptive functioning evaluation, neurodevelopmental testing, including the Autism Diagnostic Observation Schedule (ADOS-2), psychological and neuropsychological testing, reference to the Diagnostic and Statistical Manual of Mental Disorders (Fifth Edition) criteria, and review of case-related materials provided by defense counsel. I also evaluated Mr. Roof for, and consulted with Dr. Donna Maddox about, possible psychiatric comorbidities.

1

6.      As part of the evaluation, I traveled to Charleston, S.C. to meet with Mr. Roof three times for interviews and testing.  One of those three times, I met with him for three sessions, over a two-day period.  I also interviewed multiple family members as part of my social and developmental history investigation, including Mr. Roof's grandparents, his parents, an uncle and an aunt, and his sister.

7.      Although I have not yet completed the report of my assessment, I can report, with a reasonable degree of scientific certainty, that I have diagnosed Mr. Roof with an autism spectrum disorder.

8.      Mr. Roof also has, currently or by history, psychiatric symptoms that are not explained by autism spectrum disorder, including anxiety, depression, suicidal ideation, obsessive-compulsive symptoms, delusions and psychosis. It is my impression that it is too early to predict his psychiatric trajectory, but his symptoms appear to me to be consistent with the schizophrenia spectrum.  I have consulted with Dr. Donna Maddox about Mr. Roof's complex presentation.

9.      I did not anticipate the necessity of the competency proceeding, so I do not have access to any of my test results or case notes here in Cyprus.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ day in November, 2016.

_____
Rachel Loftin, Ph.D

2

Ex. 240 pg.3 of 4

6.

for i

two-

deve

and

7.

reas

diso

8.

by

comp

his p

spec

9.

any

... to Charleston, S.C. to meet with Mr. Roof three times

... three times, I met with him for three sessions, over a

... ultiple family members as part of my social and

... ding Mr. Roof's grandparents, his parents, an uncle

... ed the report of my assessment, I can report, with a

... at I have diagnosed Mr. Roof with an autism spectrum

... history, psychiatric symptoms that are not explained

... anxiety, depression, suicidal ideation, obsessive-

... osis. It is my impression that it is too early to predict

... ms appear to me to be consistent with the schizophrenia

... Maddox about Mr. Roof's complex presentation.

... the competency proceeding, so I do not have access to

... Cyprus.

... ury that the foregoing is true and correct.

... cuted this 19th day in November, 2016.

... hel Loftin, Ph.D