# Relevant press coverage by location and source

A. <u>The Post and Courier (Charleston, South Carolina)</u>

1. Melissa Boughton, Solicitor Files Motion Seeking to Move Slager Trial, POST & COURIER, (Apr. 26, 2020), https://www.postandcourier.com/archives/solicitor-files-motion-seeking-to-move-slager-trial/article_d088e5f4- ddb4-5dfb-ab42-476f4275392a.html

2. Associated Press, New Trial Date Sought for Former Officer in Motorist, POST & COURIER (April 27, 2016), https://www.postandcourier.com/aikenstandard/news/new-trial-date-sought-for-former-officer-inmotorist/ article_be1f1a22-57c1-556f-b357-86f0ed8d30d9.html

3. Jennifer Berry Hawes, Friend of Dylann Roof admits he was told of plan to attack Emanuel AME, POST & COURIER, (April 28, 2016), https://www.postandcourier.com/archives/friend-of-dylann-roof-admits-he-was-told-of-plan-to-attack-emanuelame/ article_23d40030-632d-5876-93f5-81bf713ccd82.html

4. Meg Kinnard and Bruce Smith, Friend of alleged Charleston church shooter pleads guilty, POST & COURIER, (April 28, 2016), https://www.postandcourier.com/aikenstandard/news/friend-of-alleged-charleston-church-shooter-pleadsguilty/ article_4584a9db-0ca3-5682-8f58-c5b92fa6d324.html

5. Associated Press, Black motorist fatally shot: Ex-officer trial date disputed, POST & COURIER, (May 2, 2016), https://www.postandcourier.com/aikenstandard/news/black-motorist-fatally-shot-ex-officer-trial-date-disputed/article_9e0ae8d1-ae97-5504-8439-e0817c6508b5.html

6. Andrew Knapp, With federal action possible, trial date for ex-officer Michael Slager is disputed, POST & COURIER, (May 2, 2016), https://www.postandcourier.com/archives/with-federal-action-possible-trial-date-for-ex-officer-michael-slager-isdisputed/ article_d55f95b7-83a6-5b3a-89d7-38d2113c57bc.html

7. Bruce Smith and Meg Kinnard, White ex-cop to remain free on bail after federal indictment, POST & COURIER, (May 10, 2016), https://www.postandcourier.com/aikenstandard/news/white-ex-cop-to-remain-free-on-bail-after-federalindictment/ article_5bcd8c71-227e-5188-a48b-88158106237e.html

8. Andrew Knapp, Solicitor: Decisions not based on race Wilson defends way juries were selected, POST & COURIER, (May 11, 2016), https://www.postandcourier.com/archives/solicitor-decisions-not-based-on-race-wilson-defends-way-juries-wereselected/article_5200f596-f3a1-59a4-82fd-5056912c140f.html

9. Andrew Knapp, Dylann Roof attorneys oppose 'windfall of information' for prosecution, POST & COURIER, (May 11, 2016), https://www.postandcourier.com/archives/dylann-roof-attorneys-oppose-windfall-of-information-forprosecution/article_8eb2aade-d0ef-5c93-8e28-c97b74f4c4e4.html

1

10. Bruce Smith, Widow of church victim: Mural captures husband, Post & Courier, (May 12, 2016), https://www.postandcourier.com/aikenstandard/news/widow-of-church-victim-mural-captureshusband/ article_dbfc4272-1e87-5416-add2-690c3eace0af.html

11. Andrew Knapp, Slager trial judge has civil rights expertise, Post & Courier, (May 15, 2016), https://www.postandcourier.com/archives/slager-trial-judge-has-civil-rights-expertise/article_cac6163c-bff2-5016- a6ff-d5a359d2c335.html

12. Andrew Knapp, Federal hearing set for June 8 in Dylann Roof case, Post & Courier, (May 16, 2016), https://www.postandcourier.com/archives/federal-hearing-set-for-june-8-in-dylann-roof-case/article_92bc1e87- 3c5f-5ebd-8933-742dccb0b349.html

13. Bruce Smith, Defense does not object to outside mental exam of Roof, Post & Courier, (May 16, 2016), https://www.postandcourier.com/aikenstandard/news/defense-does-not-object-to-outside-mental-exam-ofroof/ article_efc0ab3e-3a97-5726-a885-61498f00cf10.html

14. Eric Tucker and Meg Kinnard, U.S. seeking death penalty in Charleston church massacre case, Post & Courier, (May 23, 2016), https://www.postandcourier.com/aikenstandard-/news/u-s-seeking-death-penalty-in-charleston-church-massacrecase/article_54568bef-b29e-5fca-b4df-aa117eba9cae.html

15. Jennifer Berry Hawes and Andrew Knapp, Feds seek death penalty for Roof, Post & Courier, (May 23, 2016), https://www.postandcourier.com/archives/feds-seek-death-penalty-for-roof/article_90de41e8-cdd2-5256-82fb- 9b43a497c1c1.html

16. Meg Kinnard, Church slaying families accept pursuit of death penalty, Post & Courier, (May 24, 2016), https://www.postandcourier.com/aikenstandard/news/church-slaying-families-accept-pursuit-of-deathpenalty/ article_17f331a5-6ea1-54db-8467-10c412d908b2.html

17. Andrew Knapp, Federal hearing in Dylann Roof case moved up a day, Post & Courier, (May 24, 2016), https://www.postandcourier.com/archives/federal-hearing-in-dylann-roof-case-moved-up-a-day/article_4530d7d2- 0875-5904-90aa-c350e7558a2b.html

18. Opinion, Right Penalty for Vile Crime, Post & Courier, (May 25, 2016), https://www.postandcourier.com/opinion/right-penalty-for-vile-crime/article_ad626648-04d5-5013-b9f9- a08da4bdb083.html

19. Andrew Knapp, New time set for June 7 Dylann Roof hearing, Post & Courier, (May 25, 2016), https://www.postandcourier.com/archives/new-time-set-for-june-7-dylann-roof-hearing/article_9a0544c0-46d7- 500d-a552-a2ce0aa07203.html

20. Andrew Knapp, Dylann Roof prosecution entering 'uncharted waters' of legal history, Post & Courier, (May 26, 2016), https://www.postandcourier.com/archives/dylann-roof-prosecution-entering-uncharted-waters-of-legalhistory/ article_157d0493-a5a9-50c5-9221-a15f5ddd7046.html

21. Bruce Smith, Defendant in church shootings faces November federal trial, Post & Courier, (June 6, 2016), https://www.postandcourier.com/aikenstandard/news/defendant-

2

in-church-shootings-faces-november-federaltrial/ article_41446452-86f7-5998-a212-ff9b4ae88546.html

22. Bruce Smith, Federal judge sets Nov. 7 trial date for Dylann Roof, POST & COURIER, (June 6, 2016), https://www.postandcourier.com/aikenstandard/news/federal-judge-sets-nov-7-trial-date-for-dylannroof/ article_39645d34-7b08-550a-a7c7-8f3a406c36a3.html

23. Andrew Knapp, Federal death penalty trial for Roof Nov. 7 Capital case in system where few are executed, to precede S.C. trial, POST & COURIER, (June 6, 2016), https://www.postandcourier.com/archives/federal-death-penalty-trial-for-roof-nov-7-capital-case-in-system-wherefeware/article_08754d22-f55c-50a0-b0bc-b79781e780c2.html

24. Andrew Knapp, Solicitor's filing sets up chance of simultaneous trials for Slager, Roof, POST & COURIER, (June 7, 2016), https://www.postandcourier.com/archives/solicitor-s-filing-sets-up-chance-of-simultaneous-trials-for-slagerroof/ article_2cc7045f-6862-5a27-8860-b0489ec6097e.html

25. Andrew Knapp, Roof seeking to waive right to jury trial, POST & COURIER, (June 8, 2016), https://www.postandcourier.com/archives/roof-seeking-to-waive-right-to-jury-trial/article_5c2f7536-29de-592ab2f9- 65a725d861eb.html

26. Associated Press, Prosecutors oppose bench trial for Dylann Roof, POST & COURIER, (June 12, 2016), https://www.postandcourier.com/georgetown/news/prosecutors-oppose-bench-trial-for-dylannroof/ article_bf86b3af-cced-5226-a59e-faae7d8f3264.html

27. Andrew Knapp, Federal judge rules Dylann Roof must face trial by jury, POST & COURIER, (June 12, 2016), https://www.postandcourier.com/archives/federal-judge-rules-dylann-roof-must-face-trial-byjury/article_c22d812f-85b9-5eea-a76d-5d2f7a27209c.html

28. Meg Kinnard, Judge rules jury to mull case of Roof, POST & COURIER, (June 12, 2016), https://www.postandcourier.com/aikenstandard/news/judge-rules-jury-to-mull-case-of-roof/article_4fcfbf86-bdcd- 5e9e-88bd-0c69117eec0f.html

29. Associated Press, Charleston church shooting defendant seeking local jury, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/aikenstandard/news/charleston-church-shooting-defendant-seeking-localjury/ article_560fee18-fa1e-5e11-8818-90268553e8ab.html

30. Meg Kinnard, US Attorney, steps down months before church shooting trial, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/georgetown/news/us-attorney-steps-down-months-before-church-shootingtrial/ article_b3e06d08-56d1-5eec-97c3-2d7f71f8c4a0.html

31. Glenn Smith, U.S. Attorney Bill Nettles resigning after lengthy, unlikely stay, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/archives/u-s-attorney-bill-nettles-resigning-after-lengthy-unlikelystay/ article_7dd80512-6067-54c2-806a-4dfa6f9d68a2.html

3

32. Andrew Knapp, Roof lawyers want jury with Charleston-area residents, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/archives/roof-lawyers-want-jury-with-charleston-arearesidents/ article_cce66803-18a8-55bf-9318-2d3d117c1272.html

33. Andrew Knapp, If OK'd by federal judge in Dylann Roof case, attorney's move could change Michael Slager trial date, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/archives/if-ok-d-by-federal-judge-in-dylann-roof-case-attorney-s-move-couldchange/ article_b20f449b-f605-5682-8fd7-dfff383ed049.html

34. Brian Hicks, Gunman has no say — this is Charleston's call, POST & COURIER, (June 14, 2016), https://www.postandcourier.com/staff/brian_hicks/gunman-has-no-say-this-is-charleston-s-call/article_f9ad31cb- 7c2d-5654-946b-565c834524ee.html

35. Andrew Knapp, Attorney blames Roof, Slager trial conflicts on federal court's leapfrogging, POST & COURIER, (June 15, 2016), https://www.postandcourier.com/archives/attorney-blames-roof-slager-trial-conflicts-on-federal-court-sleapfrogging/ article_37d72515-c260-57b8-a2aa-15327d848380.html

36. Andrew Knapp, Citing shooting's effect on Charleston, prosecutors concerned about local jurors for Dylann Roof trial Attorney blames Roof, Slager trial conflicts on federal court's leapfrogging, POST & COURIER, (June 15, 2016), https://www.postandcourier.com/archives/citing-shooting-s-effect-on-charleston-prosecutors-concerned-aboutlocaljurors-for-dylann-roof-trial/article_35dcc6f1-26ac-5c8e-8fca-3416e24ddc72.html

37. Associated Press, Judge asks if defense wants to move church shooting trial, POST & COURIER, (June 15, 2016), https://www.postandcourier.com/aikenstandard/news/judge-asks-if-defense-wants-to-move-church-shootingtrial/ article_9f90fef7-7655-5852-aa06-f35e7e609fb4.html

38. Andrew Knapp, Wilson: Feds ignoring S.C. Roof case Solicitor frustrated over scheduling conflicts, idea of families enduring trial during holidays, POST & COURIER, (June 19, 2016), https://www.postandcourier.com/archives/wilson-feds-ignoring-s-c-roof-case-solicitor-frustrated-over-schedulingconflictsidea-of-families/article_9eb4911e-fe10-5d68-9771-228e4dcc2fe6.html

39. Bruce Smith, Prosecutor: Dylann Roof federal case conflicts with state, holidays, POST & COURIER, (June 19, 2016), https://www.postandcourier.com/aikenstandard/news/prosecutor-dylann-roof-federal-case-conflicts-with-stateholidays/ article_6549ca95-2de4-5787-b09e-7ec848153034.html

40. Letter to the Editor: Trial By Jury, POST & COURIER, (June 19, 2016), https://www.postandcourier.com/opinion/letter-trial-by-jury/article_3d27135a-a23d-5214-8274-12def5b37d9f.html

41. Andrew Knapp, Roof, Slager Trials Set to Overlap, POST & COURIER, (June 20, 2016), https://www.postandcourier.com/archives/roof-slager-trials-set-to-overlap/article_aae3f0ff-b7a9-5fe1-8fc8- e3362490782e.html

42. Bruce Smith, *Judge keeps trial date for Michael Slager, one week before Dylann Roof*, POST & COURIER, (June 20, 2016), https://www.postandcourier.com/georgetown/news/judge-keeps-trial-date-for-michael-slager-one-week-beforedylannroof/article_ea0a2e0a-9a9b-5de7-bce6-aa9fd7ea33e6.html

43. Bruce Smith, *Judge intends to keep trial date of North Charleston officer*, POST & COURIER, (June 20, 2016), https://www.postandcourier.com/aikenstandard/news/judge-intends-to-keep-trial-date-of-north-charlestonofficer/ article_b35d13cc-3454-5db9-880f-dee41f756cff.html

44. Bruce Smith, *Hearing may affect trial date for Michael Slager*, POST & COURIER, (June 20, 2016), https://www.postandcourier.com/aikenstandard/news/hearing-may-affect-trial-date-for-michaelslager/ article_3d151c82-2d71-5d0c-973d-c3fa0b81181a.html

45. Eva Moore, *A Last Resort*, POST & COURIER, (June 22, 2016), https://www.postandcourier.com/a-last-resort/article_ecd40334-2699-5c0d-a54a-84f16bb7ede3.html

46. Cleve O'Quinn, *Jury issues still being worked out in federal trial of Dylann Roof*, POST & COURIER, (June 23, 2016), https://www.postandcourier.com/archives/jury-issues-still-being-worked-out-in-federal-trial-of-dylannroof/ article_efe471b5-358a-5bc3-9f61-dcf367443301.html

47. Andrew Knapp, *Wilson: Federal trial for Roof has little relevance*, POST & COURIER, (June 27, 2016), https://www.postandcourier.com/archives/wilson-federal-trial-for-roof-has-little-relevance/article_5e3b42ad-8220- 5df3-a012-a3fdcb9754a0.html

48. Bruce Smith, *Prosecutors ask for mitigating factors in Charleston church shooting*, POST & COURIER, (June 27, 2016), Https://www.postandcourier.com/aikenstandard/news/prosecutors-ask-for-mitigating-factors-in-charlestonchurchshooting/article_c53aaf67-bef5-5d3a-9061-d734de94026d.html

49. Associated Press, *Lawyer in church shooting case calls prosecutor reckless*, POST & COURIER, (June 28, 2016), https://www.postandcourier.com/aikenstandard/news/lawyer-in-church-shooting-case-calls-prosecutorreckless/ article_dc0760cc-4da3-5973-9020-82e00a3c51e7.html

50. Andrew Knapp, *July 18 hearing to address Dylann Roof jury, mental health issues*, POST & COURIER, (June 29, 2016), https://www.postandcourier.com/archives/july-18-hearing-to-address-dylann-roof-jury-mental-healthissues/ article_3cc05f98-676c-50f1-a327-118c23bb1b1c.html

51. Meg Kinnard, *Federal judge sets July 18 hearing in Charleston church shooting case*, POST & COURIER, (June 29, 2016), https://www.postandcourier.com/aikenstandard/news/federal-judge-sets-july-18-hearing-in-charleston-churchshootingcase/article_e11f32bd-1cb8-527e-9be3-e0914445b8ab.html

52. Andrew Knapp, *Arguing federal charges are unconstitutional, Dylann Roof lawyers seek dismissal*, POST & COURIER, (July 4, 2016),

5

https://www.postandcourier.com/archives/arguing-federal-charges-are-unconstitutional-dylann-roof-lawyers-seekdismissal/ article_b388bd7d-9ccf-5d45-860a-64a666ca202e.html

53. Andrew Knapp, Without statewide jury, feds fear an 'eleventh-hour' move to derail Roof trial, POST & COURIER, (July 4, 2016), https://www.postandcourier.com/archives/without-statewide-jury-feds-fear-an-eleventh-hour-move-to-derail-rooftrial/ article_9e37ad4f-59ce-55a4-87ee-ad61fd810606.html

54. Meg Kinnard, Charleston church shooting suspect wants federal case dismissed, POST & COURIER, (July 5, 2016), https://www.postandcourier.com/georgetown/news/charleston-church-shooting-suspect-wants-federal-casedismissed/ article_373ef70c-e3c5-5e37-830e-3ef8cd9541b1.html

55. Andrew Kanpp, Public defender: Solicitor 'reckless' in quest to try Dylann Roof, POST & COURIER, (July 5, 2016), https://www.postandcourier.com/archives/public-defender-solicitor-reckless-in-quest-to-try-dylannroof/ article_0eb2d644-73f3-5ff9-afba-52864e118b95.html

56. Andrew Knapp, All seek justice in Roof case, feds say, POST & COURIER, (July 6, 2016), https://www.postandcourier.com/archives/all-seek-justice-in-roof-case-feds-say/article_c00f205f-4113-5faa-ac7a- 839a06238e1f.html

57. Andrew Knapp, Defense confirms plan to show mental defect in Dylann Roof trial, POST & COURIER, (July 10, 2016), https://www.postandcourier.com/archives/defense-confirms-plan-to-show-mental-defect-in-dylann-rooftrial/ article_1a94b89a-6793-5af7-bff8-e7167974015d.html

58. Associated Press, Attorneys for Dylann Roof to argue mental illness in Charleston church shooting case, POST & COURIER, (July 11, 2016), https://www.postandcourier.com/aikenstandard/news/attorneys-for-dylann-roof-to-argue-mental-illness-incharlestonchurch-shooting-case/article_17f56ff9-1435-5eef-90c2-53655958763a.html

59. Andrew Knapp, Judge refuses to set state's Roof trial before feds' case, POST & COURIER, (July 12, 2016), https://www.postandcourier.com/archives/judge-refuses-to-set-state-s-roof-trial-before-feds-case/article_14474dedad47- 5051-9fad-1d6d0af04185.html

60. Associated Press, Judge delays state trial in Charleston church shooting, POST & COURIER, (July 12, 2016), https://www.postandcourier.com/aikenstandard/news/judge-delays-state-trial-in-charleston-churchshooting/ article_bf1148a9-88ba-532f-a0e8-e12b7c2edf32.html

61. Bruce Smith, Solicitor: Justice unlikely in federal church slayings trial, POST & COURIER, (July 13, 2016), https://www.postandcourier.com/georgetown/news/solicitor-justice-unlikely-in-federal-church-slayingstrial/ article_9f9c4725-fc28-5e9f-adc7-3e20f32504b3.html

62. Andrew Knapp, Federal indictment of Dylann Roof lacks key element, judge rules, POST & COURIER, (July 13, 2016), https://www.postandcourier.com/archives/federal-indictment-

6

of-dylann-roof-lacks-key-element-judgerules/ article_4374aed2-e30c-5d30-aef5-f462eb343882.html

63. Andrew Knapp, $61K from grant will let more people watch Dylann Roof trial, POST & COURIER, (July 14, 2016), https://www.postandcourier.com/archives/61k-from-grant-will-let-more-people-watch-dylann-rooftrial/ article_4a07c15f-c5ca-576e-bad4-106f7848b8df.html

64. Andrew Knapp, Judge: Roof jury will be local, POST & COURIER, (July 17, 2016), https://www.postandcourier.com/archives/judge-roof-jury-will-be-local/article_6065ffc1-ef38-5e9a-818b- 3c0b18c69828.html

65. Bruce Smith, Judge: Jurors for Dylann Roof trial to come from Charleston, POST & COURIER, (July 17, 2016), https://www.postandcourier.com/aikenstandard/news/judge-jurors-for-dylann-roof-trial-to-come-fromcharleston/ article_25d5ab13-17f2-50cd-9a7e-962b491a4e92.html

66. Andrew Knapp, Motion to bar evidence from Dylann Roof trial centers on videos, documents, POST & COURIER, (July 19, 2016), https://www.postandcourier.com/archives/motion-to-bar-evidence-from-dylann-roof-trial-centers-on-videosdocuments/ article_a195ff66-08e0-5af4-9ec4-8d31a30c60eb.html

67. Andrew Knapp, Dylann Roof defense seeks to add fourth attorney, POST & COURIER, (July 20, 2016), https://www.postandcourier.com/archives/dylann-roof-defense-seeks-to-add-fourth-attorney/article_cb706310- 8f51-54af-80bc-5d59c5f3d497.html

68. Gregory Yee, Federal officials to assess Roof's mental health status, POST & COURIER, (July 25, 2016), https://www.postandcourier.com/archives/federal-officials-to-assess-roof-s-mental-health-status/article_e49f461ef298- 536d-a5c8-39b85751f14a.html

69. Angie Jackson, Dylann Roof's attorneys challenge constitutionality of federal death penalty, POST & COURIER, (August 1, 2016), https://www.postandcourier.com/archives/dylann-roof-s-attorneys-challenge-constitutionality-of-federal-deathpenalty/ article_cfc39fdc-55c4-5f0b-bed3-1e62c6182aff.html

70. Bruce Smith, Roof slugged by a fellow inmate, POST & COURIER, (August 3, 2016), https://www.postandcourier.com/aikenstandard/news/roof-slugged-by-a-fellow-inmate/article_f256c2be-7599- 5975-8f12-a14b1c69aeb6.html

71. Melissa Boughton, Angie Jackson, Inmate assaults unguarded Roof Sheriff: Officers were supposed to be present, inmates locked in cells, POST & COURIER, (August 3, 2016), https://www.postandcourier.com/archives/inmate-assaults-unguarded-roof-sheriff-officers-were-supposed-to-bepresentinmates-locked-in-cells/article_4c4d43cb-c307-5daf-afc3-b9cabcedf219.html

72. Associated Press, Defense pushes to drop hate crime charges in Charleston church shooting, POST & COURIER, (August 8, 2016), https://www.postandcourier.com/aikenstandard/news/defense-pushes-to-drop-hate-crime-

7

charges-in-charlestonchurchshooting/article_683ad58d-b220-5e52-8dfb-af786868c9ed.html

73. Gregory Yee, Accused attacker mocked Roof, POST & COURIER, (August 9, 2016), https://www.postandcourier.com/archives/accused-attacker-mocked-roof/article_2ac74c4f-1e3d-5999-a50d- 92962a10bb0b.html

74. Gregory Yee, Documents filed to seal evidence in Dylann Roof's federal trial, POST & COURIER, (August 15, 2016), https://www.postandcourier.com/archives/documents-filed-to-seal-evidence-in-dylann-roof-s-federaltrial/ article_0bdc0581-efa2-56ac-a391-955a29c80f14.html

75. Associated Press, Attorney objects to closed hearing in Charleston church shooting case, POST & COURIER, (August 21, 2016), https://www.postandcourier.com/aikenstandard/news/attorney-objects-to-closed-hearing-in-charleston-churchshootingcase/article_b5cb982a-9a57-53a0-9674-61009c00183a.html

76. Andrew Knapp, Post and Courier attorney objects to closed hearing, POST & COURIER, (August 21, 2016), https://www.postandcourier.com/archives/post-and-courier-attorney-objects-to-closed-hearing/article_4c3f60e7- 20a4-5464-8c1a-ef6c31a68653.html

77. Meg Kinnard, Feds: Church shooting suspect entrenched in his beliefs, POST & COURIER, (August 22, 2016), https://www.postandcourier.com/aikenstandard/news/feds-church-shooting-suspect-entrenched-in-hisbeliefs/ article_33ea1d91-5fa6-517d-919a-f7d5312c1d14.html

78. Andrew Knapp, Federal judge to reconsider closing Roof hearing, POST & COURIER, (August 28, 2016), https://www.postandcourier.com/archives/federal-judge-to-reconsider-closing-roof-hearing/article_795663b2- dcc7-563a-9189-5565b43e845f.html

79. Andrew Knapp, Media attorney: No 'closed doors' during Roof trial, POST & COURIER, (August 29, 2016), https://www.postandcourier.com/archives/media-attorney-no-closed-doors-during-roof-trial/article_4aa7e160- a41d-5f96-95cf-094c2d736ad4.html

80. Andrew Knapp, Hearing for Roof will be closed, POST & COURIER, (August 30, 2016), https://www.postandcourier.com/archives/hearing-for-roof-will-be-closed/article_31111c6e-d8a8-5cfe-861c- 789d422ced23.html

81. Wade Henderson, Executing Dylann Roof would not advance civil rights, POST & COURIER, (August 30, 2016), https://www.postandcourier.com/opinion/executing-dylann-roof-would-not-advance-civil-rights/article_af8a0835- 02d9-5a91-855e-2a8616889380.html

82. Op-Ed, A Case for the Death Penalty, POST & COURIER, (August 30, 2016), https://www.postandcourier.com/opinion/a-case-for-the-death-penalty/article_e3b9a972-0083-51d6-9a0f- 1dd6eba37c3b.html

83. Andrew Knapp, Closed evidence hearing in Emanuel AME Church shooting to stretch into 2nd day, POST & COURIER, (September 1, 2016), https://www.postandcourier.com/archives/closed-evidence-hearing-in-emanuel-ame-

8

church-shooting-to-stretchinto- 2nd-day/article_c159f3fd-03d5-544b-85e0-92a4b1e096b6.html

84. Andrew Knapp, Judge's ruling sets up back-to-back trials for Dylann Roof, POST & COURIER, (September 5, 2016), https://www.postandcourier.com/archives/judge-s-ruling-sets-up-back-to-back-trials-for-dylannroof/ article_f7696766-bd5c-5fca-8a02-d143bd97d907.html

85. Andrew Knapp, 3 federal courtrooms dedicated to Dylann Roof trial in Charleston, POST & COURIER, (September 5, 2016), https://www.postandcourier.com/archives/3-federal-courtrooms-dedicated-to-dylann-roof-trial-incharleston/ article_92396631-3195-5672-a126-6bb62082dee0.html

86. Andrew Knapp, Citing 'flawed' process, Dylann Roof lawyers again fight to toss death penalty, POST & COURIER, (September 12, 2016), https://www.postandcourier.com/archives/citing-flawed-process-dylann-roof-lawyers-again-fight-to-toss-deathpenalty/ article_972ef0bc-4d70-5786-ac6c-14b6918addd4.html

87. Andrew Knapp, Closed to public, hearing on Dylann Roof evidence ends on second day, POST & COURIER, (September 19, 2016), https://www.postandcourier.com/archives/closed-to-public-hearing-on-dylann-roof-evidence-ends-on-secondday/ article_49badc94-4e72-52d0-8281-e0ce44ba05f8.html

88. Jennifer Berry Hawes, Jury selection begins in Roof trial, POST & COURIER, (September 25, 2016), https://www.postandcourier.com/features/faith_and_values/jury-selection-begins-in-roof-trial/article_c8ae6152- 49cc-56ea-9856-fc6f21ea4872.html

89. Bruce Smith, First of hundreds of jurors report in Emanuel AME shooting trial, POST & COURIER, (September 25, 2016), https://www.postandcourier.com/georgetown/news/first-of-hundreds-of-jurors-report-in-emanuel-ame-shootingtrial/ article_f340c5a5-e3f4-52e7-ba54-650cdddb2390.html

90. Andrew Knapp, Roof trial jury pool reaches nearly 600, POST & COURIER, (September 26, 2016), https://www.postandcourier.com/archives/roof-trial-jury-pool-reaches-nearly-600/article_3b8a37ee-3d5a-50f8- bb60-aa15fcb4d36f.html

91. Eva Moore, FT Roundup: Jury Questioning Begins in Roof Trial, POST & COURIER, (September 26, 2016), https://www.postandcourier.com/free-times/news/ft-roundup-jury-questioning-begins-in-roof-trial/article_8265af7f-1b13-584a-95b5-3b0df9bf835f.html

92. Abigail Darlington, Jury pool selected in Roof case 12 jurors, 6 alternates to be chosen from 758, POST & COURIER, (September 27, 2016), https://www.postandcourier.com/archives/jury-pool-selected-in-roof-case-12-jurors-6-alternates-to-be-chosenfrom- 758/article_ffc891f0-b75a-54ee-9fed-d46679cfeb0f.html

93. Caitlin Byrd, Courtroom sketch artist on drawing Dylann Roof: 'I was praying for him,' POST & COURIER, (September 27, 2016), https://www.postandcourier.com/archives/courtroom-sketch-artist-on-drawing-dylann-roof-i-was-praying-for-himjuryselection-begins/article_ac740c6e-c1a0-5583-8bcf-4a72ce182878.html

94. Andrew Knapp, Applauding Dylann Roof jury pool and attorneys' work, federal judge stands by trial schedule, POST & COURIER, (October 2, 2016), https://www.postandcourier.com/archives/applauding-dylann-roof-jury-pool-and-attorneys-work-federal-judgestandsby-trial-schedule/article_1452b47d-a6d0-5e05-9dac-193ff4ce5a7b.html

95. Letter to the Editor, Life Term, POST & COURIER, (October 7, 2016), https://www.postandcourier.com/opinion/letter-life-term/article_f7f9054e-d650-585a-b84a-4717ac46eb02.html

96. Gregory Yee, Slager's team wants trial moved, POST & COURIER, (October 17, 2016), https://www.postandcourier.com/archives/slager-s-team-wants-trial-moved/article_69a45997-2872-5608-9b5b-2a8e04db366d.html

97. Gregory Yee, Michael Slager's defense team asks for murder trial to be moved from Charleston area, POST & COURIER, (October 19, 2016), https://www.postandcourier.com/news/michael-slager-s-defense-team-asks-for-murder-trial-to-be-moved-fromcharlestonarea/article_7764d064-95fd-11e6-aea2-83a80d42dec7.html

98. Glenn Smith, Charleston police hope security plans for Roof, Slager trials will balance safety, normalcy, POST & COURIER, (October 21, 2016), https://www.postandcourier.com/church-shooting/charleston-police-hope-security-plans-for-roof-slager-trials-willbalancesafety-normalcy/article_8032089c-97a1-11e6-92e8-2b981163f0d9.html

99. Andrew Knapp, A look at what's in store as Michael Slager's murder trial begins, POST & COURIER, (October 30, 2016), https://www.postandcourier.com/news/a-look-at-whats-in-store-as-michael-slagers-murder-trialbegins/ article_88c99cc2-9c74-11e6-8ebe-437b69795980.html

100.    Bruce Smith, Mayor: High-profile trials can let Charleston show unity, POST & COURIER, (October 31, 2016), https://www.postandcourier.com/aikenstandard/news/mayor-high-profile-trials-can-let-charleston-showunity/ article_f4dcd658-8d09-58b5-b431-0adefcebd409.html

101.    Glenn Smith and Jennifer Berry Hawes, Hundreds summoned as lawyers seek 12 to judge Dylann Roof, POST & COURIER, (November 5, 2016), https://www.postandcourier.com/church-shooting/hundreds-summoned-as-lawyers-seek-12-to-judge-dylannroof/ article_02e0a516-9f70-11e6-95c6-9babfccbc0e5.html

102.    Meg Kinnard, Jury selection to resume in Charleston church shooting, POST & COURIER, (November 7, 2016), https://www.postandcourier.com/aikenstandard/news/jury-selection-to-resume-in-charleston-churchshooting/ article_14926dcc-ba49-58ed-8cfe-08b92c99746d.html

103.    Jennifer Berry Hawes and Glenn Smith, Jury selection postponed after closed hearing in Dylann Roof death penalty case, POST & COURIER,  (November 7, 2016), https://www.postandcourier.com/church-shooting/jury-selection-postponed-after-closed-

10

hearing-in-dylann-roofdeathpenalty-case/article_c40c7800-a4f2-11e6-89e9-f3869162cee6.html

104.    Meg Kinnard, Jury selection halted in Charleston church shooting, POST & COURIER, (November 7, 2016), https://www.postandcourier.com/georgetown/news/jury-selection-halted-in-charleston-churchshooting/ article_2670a138-17b8-54e6-bb24-76827387c450.html

105.    Jeffrey Collins, Judge orders competency exam, delays church shooting trial, POST & COURIER, (November 8, 2016), https://www.postandcourier.com/aikenstandard/news/judge-orders-competency-exam-delays-church-shootingtrial/ article_d3e26bf1-ce53-53a9-8cd3-6c3f1c463966.html

106.    Jennifer Berry Hawes, Federal judge in Dylann Roof case delays trial until Nov. 21, POST & COURIER, (November 8, 2016), https://www.postandcourier.com/church-shooting/federal-judge-in-dylann-roof-case-delays-trial-until-nov- 21/article_ca63eece-a5ef-11e6-a4a0-d3ba07cabae7.html

107.    Jennifer Berry Hawes, New questions arise about Dylann Roof's competency to stand trial, POST & COURIER, (November 11, 2016), https://www.postandcourier.com/church-shooting/new-questions-arise-about-dylann-roofs-competency-to-standtrial/ article_b6fae7fa-a830-11e6-b43c-0f09048ebac8.html

108.    Associated Press, Judge delays Dylann Roof competency hearing for a day, POST & COURIER, (November 14, 2016), https://www.postandcourier.com/aikenstandard/news/judge-delays-dylann-roof-competency-hearing-for-aday/ article_6db23025-1716-521f-b739-16ff3bcc4e46.html

109.    Jennifer BerryHawes, Judge to keep Dylann Roof competency hearing closed despite pleas from victims' families, POST & COURIER, (November 17, 2016), https://www.postandcourier.com/church-shooting/judge-to-keep-dylann-roof-competency-hearing-closed-despitepleasfrom-victims-families/article_bf58b918-accc-11e6-9207-b7371378458c.html

110.    Associated Press, Roof competency hearing will determine if trial can continue, POST & COURIER, (November 21, 2016), https://www.postandcourier.com/georgetown/news/roof-competency-hearing-will-determine-if-trial-cancontinue/ article_545895db-ce00-53a8-9f86-3f768ef26a31.html

111.    Christina Cleveland, Gov. Haley calls for statewide prayer vigils today, POST & COURIER, (November 21, 2016), https://www.postandcourier.com/aikenstandard/news/gov-haley-calls-for-statewide-prayer-vigilstoday/ article_beff0235-c14d-526c-be8a-8f1ec7044909.html

112.    Jennifer Berry Hawes, Gov. Nikki Haley prays for healing at Emanuel AME Church, POST & COURIER, (November 22, 2016), https://www.postandcourier.com/church-shooting/gov-nikki-haley-prays-for-healing-at-emanuel-amechurch/ article_b4bd22ac-b0bc-11e6-9369-03fdf4b26a4f.html

11

113.    Jennifer Berry Hawes, Judge: Dylann Roof is competent to stand trial for hate crimes, POST & COURIER, (November 25, 2016), https://www.postandcourier.com/church-shooting/judge-dylann-roof-is-competent-to-stand-trial-for-hatecrimes/ article_d47293b2-b17e-11e6-8aef-971aa53436af.html

114.    Jennifer Berry Hawes, Acting as own attorney, Dylann Roof helps select jury that will decide his fate, POST & COURIER, (November 28, 2016), https://www.postandcourier.com/church-shooting/acting-as-own-attorney-dylann-roof-helps-select-jury-that-willdecidehis-fate/article_27281404-b56e-11e6-aca9-b3862d04ed6a.html

115.    Jennifer Berry Hawes, After 3-week delay, jury selection begins in Dylann Roof 's hate crimes trial, POST & COURIER, (November 28, 2016), https://www.postandcourier.com/berkeley-independent/news/after-3-week-delay-jury-selection-begins-in-dylannroofshate-crimes-trial/article_9be3c62d-21ac-528e-95de-b2046c5fce5f.html

116.    Jennifer Berry Hawes and Abigail Darlington, Dylann Roof and his former lead attorney navigate new waters in jury selection, POST & COURIER, (November 29, 2016), https://www.postandcourier.com/church-shooting/dylann-roof-and-his-former-lead-attorney-navigate-new-watersinjury-selection/article_b8b2944c-b629-11e6-bf6a-db3bd45def1b.html

117.    News Brief: Judge Lets Roof Represent Himself; Jury Selection Begins, POST & COURIER, (November 30, 2016), https://www.postandcourier.com/free-times/news/news_brief/judge-lets-roof- represent-himself-jury-selection-begins/article_3d8d26c2-c45b-5333-8bf1- 0c2eecf310cf.html

118.    Jennifer Berry Hawes and Abigail Darlington, Dylann Roof trial judge found accused killer highly intelligent, POST & COURIER, (November 30, 2016), https://www.postandcourier.com/charleston_sc/dylann-roof-trial-judge-found-accused-killer-highlyintelligent/ article_35dfb694-b719-11e6-82ad-1f849d85769b.html

119.    Meg Kinnard, Dylann Roof murder trial starts next week, POST & COURIER, (December 1, 2016), https://www.postandcourier.com/aikenstandard/news/dylann-roof-murder-trial-starts-nextweek/ article_e887d500-ca87-5991-8ba0-37793e9d2234.html

120.    Jennifer Berry Hawes, Killers Facing Death Penalty Rarely Want to Admit Mental Illness, POST & COURIER, (December 2, 2016), https://www.postandcourier.com/church-shooting/killers-facing-death-penalty-rarely-want-to-admit-mental-illness/article_003fe382-b8b4-11e6-a590-07696c594719.html

121.    Jeffrey Collins, Dylann Roof's lawyers want delay after Slager's mistrial, POST & COURIER, (December 6, 2016), https://www.postandcourier.com/georgetown/news/dylann-roofs-lawyers-want-delay-after-slagersmistrial/ article_f97dc0a6-daf0-5df8-a00e-033818eacc26.html

122.    Jennifer Berry Hawes, Dylann Roof trial moves ahead into new legal terrain, POST & COURIER, (December 6, 2016), https://www.postandcourier.com/church-

12

shooting/dylann-roof-trial-moves-ahead-into-new-legalterrain/ article_ac40609e-bb52-11e6-a56f-abf8eb89516a.html

B. The Herald (Rock Hill, South Carolina)

1. John Monk, *Feds to Seek Death Penalty against Roof*, THE HERALD, May 25, 2016, at A1.

2. Bruce Smith, *November Trial for Man Charged in Charleston Church Attack*, THE HERALD, June 8, 2016, at A4.

3. Andrew Dys, *Death Penalty? Mother of Killed Cop Says Throw Switch*, THE HERALD, June 11, 2016, at ST1.

4. Meg Kinnard, *Judge Rules for Jury Trial in Case of Church Shooting Suspect*, THE HERALD, June 14, 2016, at A4.

5. Associated Press, *US Attorney Quits Before Charleston Trial*, THE HERALD, June 16, 2016, at ST1.

6. Bruce Smith, *Prosecutor: Federal Trial for Roof Conflicts with State, Holidays*, THE HERALD, June 21, 2016, at ST1.

7. Associated Press, *Trial for Shooting of S.C. Motorist will go on as Planned,* THE HERALD, June 22, 2016, at ST1.

C. The State (Columbia, South Carolina)

1. John Monk, *Feds Want the Death Penalty for Roof*, THE STATE, May 25, 2016, at A1.

2. Meg Kinnard, *Families Accept Pursuit of Death Penalty*, THE STATE, May 26, 2016, at A3.

3. John Monk, *Judge Advances Date of Roof's Next Hearing*, THE STATE, May 27, 2016, at A7.

4. OP-ED, *Roof death penalty,* THE STATE, May 31, 2016, at C2.

5. John Monk, *Roof's federal death penalty trial set*, THE STATE, June 8, 2016, at A1.

6. John Monk, *Accused Killer Gambles, Says He Wants Trial by a Single Judge, Not Jury*, THE STATE, June 10, 2016, at A1.

7. Cassie Cope, *Most SC Blacks Say Dylann Roof Should Get Life without Parole*, THE STATE, June 12, 2016, at A1.

8. John Monk, *Roof Must Have a Jury in His Trial, Federal Judge Rules*, THE STATE, June 14, 2016, at A3.

9. John Monk, *Nettles Leaves Before Roof Trial*, THE STATE, June 15, 2016, at A1.

10. Associated Press, *Charleston Church Shooting Defendant Seeking Local Jury*, THE STATE, June 16, 2016, at A7.

11. Associated Press, *Prosecutor: US Trial Against Roof Conflicts with SC Trial*, THE STATE, June 21, 2016, at A6

12. John Monk, *State should try Roof first, prosecutor argues*, THE STATE, June 29, 2016, at A3.

13

13. John Monk, *Feds want statewide jury pool*, THE STATE, July 6, 2016, at A3.

14. Associated Press, *Alleged Charleston church shooter to argue mental illness*, THE STATE, July 13, 2016, at A7.

15. John Monk, *Roof's mental state emerging as key issue*, THE STATE, July 19, 2016, at A3.

16. John Monk, *Fed move to have their psychiatric expert examine Dylann Roof*, THE STATE, July 20, 2016, at A7.

17. John Monk, *Mystery videos, documents under seal in Roof case*, THE STATE, July 22, 2016, at A1.

18. Bruce Smith, *Roof used internet to study churches,* THE STATE, July 27, 2016, at A3.

19. Associated Press, *Roof attorneys want death penalty ruled unconstitutional*, THE STATE, August 3, 2016, at A5.

20. Jane Moon Dail, *Officials: Inmate attacks Roof at jail*, THE STATE, August 5, 2016, at A3.

21. Associated Press, *Defense pushes to drop hate crime charges in church shooting*, THE STATE, August 10, 2016, at A3.

22. John Monk, *Anti-death penalty veterans added to Roof's legal team*, THE STATE, August 16, 2016, at A7.

23. Associated Press, *Judge wants to close hearing on evidence in church shooting*, THE STATE, August 18, 2016, at A6.

24. Meg Kinnard, *Roof 'self-radicalized,' feds allege*, THE STATE, August 24, 2016, at A3.

25. John Monk, *Judge in Roof trial sets hearing on keeping some evidence secret*, THE STATE, August 30, 2016, at A3.

26. Bruce Smith, *SC lawyer at center of race, gun debate*, THE STATE, August 30, 2016, at C1.

27. Bruce Smith, *Don't let Roof ask jury for mercy, prosecutors tell judge*, THE STATE, September 8, 2016, at A6.

28. Bruce Smith, *Jury selection in Roof trial to begin*, THE STATE, September 26, 2016, at A3.

29. John Monk, *Roof federal death penalty jury screening progressing quickly,* THE STATE, September 28, 2016, at A3.

30. John Monk, *Can Dylann Roof jurors set aside what they have seen?*, THE STATE, November 6, 2016, at A1.

D. <u>The Item (Sumter, South Carolina)</u>

1. Associated Press, *Death Penalty Sought in Church Shooting Case*, THE ITEM, May 25, 2016, at 2.

2. Associated Press, *Bible Study, Unity Walks to Honor Church Victims*, THE ITEM, June 8, 2016, at 3.

3. Associated Press, *Federal Trial Date now set in Charleston Church Shooting Case*, THE ITEM, June 9, 2016, at 10.

4. Associated Press, *Judge rules jury will consider charges of shooting suspect*, THE ITEM, June 14, 2016, at 5.

14

5.  Associated Press, *Local Jury Sought in Church Shooting Case*, THE ITEM, June 16, 2016, at 2.

6.  John Monk, *U.S. Attorney Bill Nettles stepping down on the eve of Roof trial*, THE ITEM, June 16, 2016, at 11.

7.  Wire Reports, *Roof Federal Case Causes Conflict, Prosecutors Say*, THE ITEM, June 21, 2016, at 7.

8.  Associated Press, *Charleston Church Shooting Victims Sue FBI About Gun Sale*, THE ITEM, July 2, 2016, at 1.

9.  Associated Press, *Charleston Shooting Suspect Wants Fed Case Dismissed*, THE ITEM, July 7, 2016, at 2.

10. Associated Press, *Judge: Jurors for Roof Trial to Come from Charleston*, THE ITEM, July 19, 2016, at 2.

11. Bruce Smith, *Sheriff says jail inmate assaults man charged in church massacre*, THE ITEM, August 5, 2016, at 2.

12. Associated Press, Feds: Church Shooting Suspect Entrenched in his Beliefs, THE ITEM, August 24, 2016, at 1.

13. Bruce Smith, *It's Simply About Justice for Charleston Lawyer at Center of Race, Gun Debate*, THE ITEM, August 30, 2016, at 2.

14. Associated Press, *Feds Get More Time to Respond to Shooting Lawsuits*, THE ITEM, August 31, 2016, at 2.

15. Associated Press, *Judge sets 2017 trial for ex-officer who shot black motorist*, THE ITEM, August 31, 2016, at 2.

16. Associated Press, *Judge Closes Hearing in Charleston Shooting*, THE ITEM, September 1, 2016, at 2.

17. Associated Press, *Feds: Judge Shouldn't Let Church Shooting Defendant Ask for Mercy*, THE ITEM, September 8, 2016, at 1.

18. Associated Press, *Closed Hearing Ends for Church Shooting*, THE ITEM, September 21, 2016, at 2.

19. Associated Press, *Defense: Roof Will Not Ask Jury for Mercy*, THE ITEM, September 24, 2016, at 2.

20. Associated Press, *1st of Hundreds of Jurors Report in Church Massacre Trial*, THE ITEM, September 27, 2016, at 3.

21. Associated Press, *Jury Pool Narrowed to 750 in Church Shooting*, THE ITEM, September 29, 2016, at 2.

22. Meg Kinnard, *FBI Moves to Dismiss Lawsuit in Shooting*, THE ITEM, October 18, 2016, at 1.

23. Associated Press, *Lawyer for Officer Charged with Murder Want Trial Moved*, THE ITEM, October 20, 2016, at 9.

24. Tonya Maxwell*, Jury Selection Postponed in Dylann Roof Trial*, THE ITEM. November 8, 2016, at 19.

15

25. Associated Press, *Judge Keeps Dylann Roof Hearing Closed*, THE ITEM, November 18, 2016, at 2.

26. Associated Press, *Judge: Roof Competent to Stand Trial in Deaths*, THE ITEM, November 27, 2016, at 8.

27. Associated Press, *Church shooting suspect will act as his own attorney*, THE ITEM, November 29, 2016, at 2.

28. Associated Press, *Shooting Defendant Steps up Participation in Case*, THE ITEM, November 30, 2016, at 7.

29. Associated Press, *Judge: Roof's Request Not Rashly Made*, THE ITEM, December 1, 2016, at 1.

30. Associated Press*, Roof Allowed to Hire Lawyers Back, For Now*, THE ITEM, December 6, 2016, at 3.

### E. The Gaffney Ledger (Gaffney, South Carolina)

1. Associated Press, *Judge Asks if Defense Wants to Move Church Shooting Trial*, THE LEDGER, June 17, 2016, at A8.

### F. Anderson Independent-Mail (Anderson, South Carolina)

1. Bruce Smith, *Defendant in Church Shootings Faces November Federal Charges*, THE ANDERSON INDEPENDENT-MAIL, June 8, 2016, at 5.

2. Associated Press, *Jury Will Hear Dylann Roof Case*, THE ANDERSON INDEPENDENT-MAIL, June 14, 2016, at 2.

3. Meg Kinnard, *U.S. Attorney Steps Down Months Before Shooting Trial*, THE ANDERSON INDEPENDENT-MAIL, June 16, 2016, at 3.

4. Bruce Smith, *Prosecutor: Federal Trial for Roof Conflicts with State, Holidays*, THE ANDERSON INDEPENDENT-MAIL, June 21, 2016, at 3.

### G. The Index-Journal (Greenwood, South Carolina)

1. Eric Tucker and Meg Kinnard, *US to Seek Death Penalty in Charleston Shooting Case*, THE INDEX-JOURNAL, May 25, 2016, at 1.

2. Meg Kinnard, *Seeking Closure to Tragedy*, THE INDEX-JOURNAL, May 26, 2016, at 1.

3. Bruce Smith, *Date Set for Trial: Up to 1,500 Jurors Could be Called*, THE INDEX-JOURNAL, June 8, 2016, at 1.

4. Associated Press, *Judge Rules Jury Will Mull Case of Church Shooting Suspect*, THE INDEX-JOURNAL, June 14, 2016, at 3.

5. Associated Press, *Prosecutor: Roof Federal Case Conflicts with State, Holidays*, THE INDEX-JOURNAL, June 21, 2016, at 3.

### H. The Greenville News (Greenville, South Carolina)

16

1. Kevin Johnson, *Feds to seek death penalty against accused Charleston church killer Roof*, GREENVILLE NEWS, May 25, 2016, at A3.

2. Meg Kinnard, *Death penalty sought against Roof*, GREENVILLE NEWS, May 26, 2016, at A7.

3. Bruce Smith, *Bible study, unity walk honor church victims*, GREENVILLE NEWS, June 7, 2016

4. Associated Press, *US death penalty trial set in church shooting*, GREENVILLE NEWS, June 8, 2016, at A3.

5. John Monk, *Roof wants to put his fate in the hands of a federal judge*, GREENVILLE NEWS, June 11, 2016, at A10.

6. Tim Smith, *A long way to go*, GREENVILLE NEWS, June 12, 2016, at A1.

7. Meg Kinnard, *Judge rules jury will mull case of church shooting,* GREENVILLE NEWS, June 14, 2016, at A6.

8. Associated Press, *Shooting defendant seeking local jury,* GREENVILLE NEWS, June 16, 2016, at A3.

9. Bruce Smith, *Prosecutor: Roof federal case conflicts with state, holidays*, GREENVILLE NEWS, June 21, 2016, at A7.

10. Associated Press, *Jury rules disputed in church shooting trial*, GREENVILLE NEWS, June 25, 2016, at A3.

11. Meg Kinnard, *Charleston church shooting victims sue FBI over gun* buy, GREENVILLE NEWS, July 2, 2016, at A9.

12. Meg Kinnard, *Church shooting suspect wants federal case* dismissed, GREENVILLE NEWS, July 7, 2016, at A3.

13. Meg Kinnard and Jeffrey Collins, *Haley was praised,* vilified in letters, GREENVILLE NEWS, July 7, 2016, at A5.

14. John Monk, *Statewide jury pool sought in Charleston shooting trial*, GREENVILLE NEWS, July 8, 2016, at A3.

15. Associated Press, *Alleged black church shooter to argue mental illness,* GREENVILLE NEWS, July 13, 2016, at A3.

16. Mary Orndorff Troyan, *Emanuel 9 families, lawmakers meet*, GREENVILLE NEWS, July 14, 2016, at A3

17. Bruce Smith, *Solicitor: Justice unlikely in Roof trial*, GREENVILLE NEWS, July 14, 2016, at A3.

18. John Monk, *Mental state of alleged church shooter a key issue*, GREENVILLE NEWS, July 20, 2016, at A7.

19. Bruce Smith, *Roof's lawyer seeking to restrict video evidence,* GREENVILLE NEWS, July 22, 2016, at A5.

20. Bruce Smith, *Lawyers for Roof want death penalty ruled out,* GREENVILLE NEWS, August 3, 2016, at A7.

17

21. Associated Press, *Feds: Accused church killer radicalized self*, GREENVILLE NEWS, August 23, 2016, at A3.

22. Bruce Smith, *Closing church shooting hearing weighed*, GREENVILLE NEWS, September 1, 2016, at A1.

23. Bruce Smith, *Feds: Judge shouldn't let Roof ask for mercy*, GREENVILLE NEWS, September 8, 2016, at A2.

24. Associated Press, *Closed hearing in Charleston church shooting concludes,* GREENVILLE NEWS, September 21, 2016, at A9.

25. Associated Press, *Defense: Roof won't ask jury for mercy*, GREENVILLE NEWS, September 24, 2016, at A3.

26. Bruce Smith, *Selection of jury begins in Roof case,* GREENVILLE NEWS, September 26, 2016, at A11.

27. Bruce Smith, *First of hundreds of jurors report in church massacre trial,* GREENVILLE NEWS, September 27, 2016, at A3.

28. Meg Kinnard, *FBI wants Charleston church shooting lawsuit dismissed,* GREENVILLE NEWS, October 18, 2016, at A3.

29. Bruce Smith, *Appeal for calm*, GREENVILLE NEWS, November 1, 2016, at A1.

30. Tonya Maxwell, *Church slaying jury to be picked*, GREENVILLE NEWS, November 6, 2016, at A1.

31. Tonya Maxwell, *Roof jury pool among the largest* called, GREENVILLE NEWS, November 6, 2016, at A7.

32. Tonya Maxwell, *Roof jury selection delayed,* GREENVILLE NEWS, November 8, 2016, at A3. [*Second page of the article was not available*]

33. Tonya Maxwell, *Jury selection postponed in Dylann Roof trial*, GREENVILLE NEWS, November 8, 2016, at B3.

34. Tonya Maxwell, *Competency issue delays trial in church shooting*, GREENVILLE NEWS, November 9, 2016, at A10.

35. Associated Press, *Documents question Roof's competency*, GREENVILLE NEWS, November 12, 2016, at A3.

36. James Yockey (Letter to the Editor), *What price justice?*, GREENVILLE NEWS, November 14, 2016, at A8.

37. Tim Smith, *Government, media oppose closed competency hearing*, GREENVILLE NEWS, November 16, 2016, at A3.

38. Tim Smith, *Roof competency hearing to be closed*, GREENVILLE NEWS, November 17, 2016, at A1.

39. Tim Smith, *Judge hears objections, keeps Roof hearing closed*, GREENVILLE NEWS, November 18, 2016, at A1.

40. Tim Smith and Tonya Maxwell, *Roof hearing to go into second day*, GREENVILLE NEWS, November 22, 2016, at A1.

18

41. Tim Smith, *US judge weighing Roof's competency*, GREENVILLE NEWS, November 23, 2016, at A1.

42. Tim Smith, *Judge rules Roof competent,* GREENVILLE NEWS, November 26, 2016, at A1.

43. Tonya Maxwell, *Roof to represent himself in trial*, GREENVILLE NEWS, November 29, 2016, at A1.

44. Tonya Maxwell, *Judge tells Roof he can no longer rely on lawyers*, GREENVILLE NEWS, November 30, 2016, at A1.

45. John Bacon, *Officer's 'mind was like spaghetti',* GREENVILLE NEWS, November 30, 2016, at B2.

46. Meg Kinnard, *Roof's request to represent not rashly made, judge rules*, GREENVILLE NEWS, December 1, 2016, at A3.

47. Tonya Maxwell, *Roof both confident and unsure at trial*, GREENVILLE NEWS, December 2, 2016, at A1.

48. Tonya Maxwell, *Alleged Charleston shooter intends to keep his secret,* GREENVILLE NEWS, December 3, 2016, at A3.

49. Tonya Maxwell, *Roof asks for defense team, in part*, GREENVILLE NEWS, December 5, 2016, at A1.

50. Tim Smith, *Judge grants Roof's request for lawyers to again represent him*, GREENVILLE NEWS, December 6, 2016, at A3.

51. Jeffrey Collins, *Delay denied in Roof trial*, GREENVILLE NEWS, December 7, 2016, at A3.


I. Florence Morning News (Florence, South Carolina)

1. Associated Press, *US seeking death penalty in Charleston church massacre case,* MORNING NEWS, May 25, 2016, at 3.

2. Associated Press, *Church slaying families accept pursuit of capital punishment,* MORNING NEWS, May 26, 2016, at 4.

3. Associated Press, *Bible study, unity walks to honor church victims*, MORNING NEWS, June 7, 2016, at 3.

4. Associated Press, *Defendant in church shootings faces November federal trial*, MORNING NEWS, June 8, 2016, at 3.

5. Cassie Cope, *Most SC blacks oppose death penalty for Roof*, MORNING NEWS, June 13, 2016, at 1.

6. Associated Press, *US attorney steps down months before church shooting trial*, MORNING NEWS, June 16, 2016, at 3.

7. Associated Press, *Prosecutor: Roof Federal Case Conflicts with State, Holidays*, MORNING NEWS, June 21, 2016, at 5.

8. Associated Press, *Messages Show Haley was Praised, Vilified on Flag Stance*, MORNING NEWS, July 7, 2016, at 4.

9. Associated Press, *Solicitor: Justice Unlikely in Federal Trial*, MORNING NEWS, July 14, 2016, at 3.

19

10. Associated Press, *Feds Must Show How Church Shooting Affected Commerce*, MORNING NEWS, July 16, 2016, at 4.

11. Associated Press, *Judge: Jurors for Trial to Come from Charleston*, MORNING NEWS, July 19, 2016, at 3.

12. Associated Press, *Lawyer Wants Evidence Kept out of Church Trial*, MORNING NEWS, July 22, 2016, at 3.

13. Associated Press, *Judge: Roof Lawyer Motion to Block Evidence to Be Sealed*, MORNING NEWS, July 23, 2016, at 4.

14. Associated Press, *Prosecutors: Roof Headed to Tennessee After Church Shootings*, MORNING NEWS, July 27, 2016, at 4.

15. Associated Press, *Roof Attorneys Want Death Penalty Ruled Unconstitutional,* MORNING NEWS, August 3, 2016, at 4.

16. Associated Press, *Sheriff: Jail Inmates Slugs Man Charged in Church Massacre*, MORNING NEWS, August 5, 2016, at 4.

17. Associated Press, *Federal Judge Closes Hearing in Charleston Church Shooting Trial*, MORNING NEWS, September 1, 2016, at 3.

18. Associated Press, *Feds: Judge Shouldn't Let Church Defendant Ask Mercy of Jury,* MORNING NEWS, September 8, 2016, at 3.

19. Associated Press, *Defense: Roof Won't Ask Jury for Mercy in Church Trial*, MORNING NEWS, September 25, 2016, at 4.

20. Associated Press, *Lengthy Jury Selection in Church Shootings Begins*, MORNING NEWS, September 26, 2016, at 4.

21. Associated Press, *Hundreds of Jurors Report to Court in Church Massacre Trial*, MORNING NEWS, September 27, 2016, at 3.

22. Associated Press, *Mayor: High Profile Trials Can Let Charleston Show Unity*, MORNING NEWS, November 1, 2016, at 3.

23. Associated Press, *Jury Selection Resumes Today in Charleston Church Shooting Trial*, MORNING NEWS, November 7, 2016, at 3.

24. Associated Press, *Jury Selection to Resume Wednesday in Church Shooting Trial*, MORNING NEWS, November 8, 2016, at 10.

25. Associated Press, *Judge Delays Church Shooting Trial, Orders Competency Exam*, MORNING NEWS, November 9, 2016, at 3.

26. Associated Press, *Judge Doesn't Change His Mind on Closed Dylann Roof Hearing*, MORNING NEWS, November 18, 2016, at 3.

27. Associated Press*, Judge: Roof Competent to Stand Trial*, MORNING NEWS, November 26, 2016, at 3.

28. Associated Press, *Suspect Allowed to Act as His Own Attorney*, MORNING NEWS, November 29, 2016, at 3.

29. Associated Press, *Church Shooting Defendant Eases into Role as Own Attorney*, MORNING NEWS, November 30, 2016, at 5.

20

30. Associated Press, *Judge: Request to Represent Himself in Murder Trial Not Rashly Made*, MORNING NEWS, December 1, 2016, at 4.

31. Associated Press, *Church Shooting Trial to Begin Next Week*, MORNING NEWS, December 2, 2016, at 5.

32. Associated Press, *Dylann Roof's Lawyers Want Back on Case*, MORNING NEWS, December 3, 2016, at 4.

33. Associated Press, *Dylann Roof to Judge: Let Lawyers Back on Guilt Phase of Murder Trial*, MORNING NEWS, December 5, 2016, at 3.

34. Associated Press, *Dylann Roof Allowed to Hire Lawyers Back*, MORNING NEWS, December 6, 2016, at 4.

35. Associated Press, *Dylann Roof's Lawyers Want Delay*, MORNING NEWS, December 7, 2016, at 4.


J.   The Sun-News (Myrtle Beach, South Carolina)

1. Eric Tucker and Meg Kinnard, *U.S. Seeking Death Penalty Against Roof*, SUN-NEWS, May 25, 2016, at A8.

2. OP-ED, *Roof Death Penalty,* SUN-NEWS, May 31, 2016, at A9.

3. Bruce Smith, *Bible Study, Unity Walks to Honor Church Victims in S.C.*, SUN-NEWS, June 7, 2016, at A7.

4. Bruce Smith, *Defendant in Church Shootings Faces November Federal Trial*, SUN-NEWS, June 8, 2016, at A7.

5. John Monk, *Accused Charleston Killer Roof Gambles, Wants Death Trial by Lone Judge*, SUN-NEWS, June 10, 2016, at A4.

6. Andrew Dys, *Death Penalty for S.C. Racial Killings? Mother of Murdered Cop Says Do it*, SUN-NEWS, June 11, 2016, at A3.

7. Associated Press, *Emanuel: A Year Later,* SUN-NEWS, June 12, 2016, at C1.

8. Meg Kinnard, *Judge Rules Jury Will Mull Case of Church Shooting Suspect*, SUN-NEWS, June 14, 2016, at A5.

9. Meg Kinnard, *U.S. Attorney Steps Down Months Before Church Shooting Trial*, SUN-NEWS, June 16, 2016, at A4.

10. Bruce Smith, *Mourners Recall Victims at Service*, SUN-NEWS, June 18, 2016, at A1.

11. Bruce Smith, *Prosecutor: Roof Federal Case Conflicts with State, Holidays*, SUN-NEWS June 21, 2016, at P57.

12. Bruce Smith, *Motorist Shooting Trial Set Week Before Church Shooting Case*, SUN-NEWS, June 22, 2016, at A4.

13. Bruce Smith, *Prosecutor Asks that State Be Allowed to Try Dylann Roof First*, SUN-NEWS, June 29, 2016, at A4.

14. Associated Press, *Federal Judge Sets July 18 Hearing in Church Shooting Case*, SUN-NEWS July 1, 2016, at A9.

15. John Monk, *Federal Prosecutors Want Statewide Jury Pool in Roof Case*, Sun-News, July 6, 2016, at D4.

16. Meg Kinnard, *Church Shooting Attorney Calls State Prosecutor 'Reckless,'* Sun-News, July 8, 2016, at A4.

17. Associated Press, *Judge Delays State Trial in Church Shooting*, Sun-News, July 14, 2016, at A4.

18. Associated Press, *Judge: Jurors for Dylann Roof Trial to Come from Charleston*, Sun-News, July 19, 2016, at A3.

19. Bruce Smith, *Roof Lawyer Wants Some Evidence Kept out of Church Trial*, Sun-News, July 22, 2016, at A3.

20. Bruce Smith, *Prosecutors: Roof Headed to Tennessee After Church Shootings*, Sun-News, July 27, 2016, at A5.

21. Bruce Smith, *Roof Attorneys Want Death Penalty Ruled Unconstitutional,* Sun-News, August 3, 2016, at A1.

22. OP-ED, *One thing prosecutors can do to restore trust in police,* Sun-News, August 9, 2016, at A9.

23. Associated Press, *Defense Pushes to Drop Hate Crime Charges in Church Shooting*, Sun-News, August 10, 2016, at A10.

24. Associated Press, *Judge Wants to Close Hearing on Evidence in Church Shooting*, Sun-News, August 18, 2016, at A8.

25. Bruce Smith*, Lawyer is at Center of Race, Gun Debate on Two Charleston Cases*, Sun-News, August 29, 2016, at A4.

26. John Monk*, Roof Trial: Judge Sets Hearing on Keeping Some Evidence Secret.* Sun-News, August 30, 2016, at A3.

27. Associated Press, *Closed Hearing Held in Charleston Church Shooting*, Sun-News, September 2, 2016, at A5.

28. Bruce Smith, *Selecting a Jury in Charleston Church Shootings to Take Weeks*, Sun-News, September 26, 2016, at A3.

29. Bruce Smith, *First Hundreds of Jurors Report in Charleston Massacre Trial*, Sun-News, September 27, 2016, at A4.

30. Jeffrey Collins, *Lawyers for Former Officer Want Trial Moved*, Sun-News, October 20, 2016, at A3.

31. Jeffrey Collins*, Defense Lays Out Case in Police Shooting of Scott*, Sun-News, October 23, 2016, at C4.

32. Bruce Smith, *Jury Selection Set to Resume in Charleston Church Shooting Trial*, Sun-News, November 7, 2016, at A5

33. Bruce Smith, *CSI Investigator: I was Concerned when I saw Body's Wounds*, Sun-News, November 9, 2016, at A3.

34. John Monk, *Mental Status of Charleston Church Killer Dylann Roof Might Delay the Start of His Trial*, Sun-News, November 12, 2016, at A3.

22

35. Jeffrey Collins, *Roof Competency Hearing Closed to the Public*, SUN-NEWS, November 17, 2016, at A5.

36. Associated Press, *Church Suspect Competency Hearing Wraps up with no Decision Made Yet*, SUN-NEWS, November 23, 2016, at A5.

37. Jeffrey Collins, *Federal Judge Declares Roof Competent to Stand Trial*, SUN-NEWS, November 26, 2016, at A9.

38. John Monk, *Judge Grants Roof's Request to Act as Own Attorney in Federal Murder Trial*, SUN-NEWS, November 29, 2016, at A1.

39. Meg Kinnard, *Charleston Church Shooting Trial Set to Begin Next Week*, SUN-NEWS, December 2, 2016, at A4.

40. Associated Press, *Jury Pool of 67 Chosen for Dylann Roof trial on Wednesday*, SUN-NEWS, December 4, 2016, at C5.

41. Meg Kinnard, *Dylann Roof to Judge: Let Lawyers Back on Death Penalty Case*, SUN-NEWS, December 5, 2016, at A3.


K. The Island Packet (Hilton Head, South Carolina)

1. Eric Tucker and Meg Kinnard, *US Seeking Death Penalty in Roof Case*, THE ISLAND PACKET, May 25, 2016, at A7.

2. OP-ED, *Roof Death Penalty,* THE ISLAND PACKET, May 31, 2016, at A7.

3. Bruce Smith, *Bible Study, Unity Walks to Honor Church Victims*, THE ISLAND PACKET, June 7, 2016, at A3.

4. Associated Press, *Suspect in Church Shooting Faces Nov. Federal Trial*, THE ISLAND PACKET, June 8, 2016, at A7.

5. John Monk, *Church Suspect Says 'No' to Jury*, THE ISLAND PACKET, June 11, 2016, at A3.

6. Meg Kinnard, *US Attorney Steps Down Before Trial*, THE ISLAND PACKET, June 16, 2016, at A8.

7. Associated Press, *Shooting Suspect Seeks Local Jury*, THE ISLAND PACKET, June 16, 2016, at A7.

8. Bruce Smith, *Mourners Recall Charleston Church Victims at Service*, THE ISLAND PACKET, June 18, 2016, at A1.

9. Bruce Smith, *Prosecutor: Dates for Case Conflict with State, Holidays*, THE ISLAND PACKET, June 21, 2016, at A3.

10. Associated Press, *Church Shooting Suspect Wants Fed Case Dismissed*, THE ISLAND PACKET, July 7, 2016, at A5

11. Bruce Smith, *Jurors to Come from Charleston Area*, THE ISLAND PACKET, July 19, 2016, at A5.

12. Bruce Smith, *Lawyers Want Ruling on Death Penalty*, THE ISLAND PACKET, August 3, 2016, at A6.

13. Bruce Smith, *Fellow Inmate Beats up Roof*, THE ISLAND PACKET, August 7, 2016, at A5.

23

14. Associated Press, *Accused Attacker of Alleged Shooting Out on Bond*, THE ISLAND PACKET, August 7, 2016, at A5.

15. OP-ED, *One thing prosecutors can do to restore trust in police*, THE ISLAND PACKET, August 9, 2016, at A7.

16. Associated Press, *Jury Selection in Church Shooting Trial to Begin Monday, Last Weeks,* THE ISLAND PACKET, September 26, 2016, at A5.

17. Bruce Smith, *First of jurors report in Charleston trial*, THE ISLAND PACKET, September 27, 2016, at A3.

18. Meg Kinnard, *FBI Moves to End Negligence Lawsuit Over Church Shooting,* THE ISLAND PACKET, October 18, 2016, at A2.

19. OP-ED, *The Case Against the Death Penalty for Dylann Roof*, THE ISLAND PACKET, October 28, 2016, at B6.

20. Alan Blinder, *S.C. reflects on race as 2 murder trials begin*, THE ISLAND PACKET, November 4, 2016, at C1.

21. Bruce Smith, *Jury Selection Resumes in Church Shooting Trial*, THE ISLAND PACKET, November 7, 2016, at A9.

22. Associated Press, *Guv Sets Tuesday as S.C. Day of Prayer*, THE ISLAND PACKET, November 17, 2016, at A3.

23. Cynthia Roldan, *Judge Declares Roof Competent for Trial*, THE ISLAND PACKET, November 26, 2016, at A1.

24. John Monk, *Suspect Will Be Allowed to Act as His Own Attorney*, THE ISLAND PACKET, November 29, 2016, at A5.

25. Meg Kinnard, *Roof Steps Up role in Church Shooting Trial*, THE ISLAND PACKET, November 30, 2016, at A2.


L. The Beaufort Gazette (Beaufort, South Carolina)

1. Associated Press, *Shooting Suspect Seeks Local Jury*, BEAUFORT GAZETTE, June 16, 2016, at A7.

2. Bruce Smith, *Mourners Recall Charleston Church Victims at Service*, BEAUFORT GAZETTE, June 18, 2016, at A1.

3. Bruce Smith, *Jury Selection Resumes in Church Shooting Trial*, BEAUFORT GAZETTE, November 7, 2016, at A9.

4. Cynthia Roldan, *Judge Declares Roof Competent for Trial*, BEAUFORT GAZETTE, November 26, 2016, at A1.


M. The Times and Democrat (Orangeburg, South Carolina)

1. Eric Tucker and Meg Kinnard, *U.S. seeks death penalty for Roof*, TIMES & DEMOCRAT, May 25, 2016, at A1.

2. Meg Kinnard, *Church slaying families accept death penalty*, TIMES & DEMOCRAT, May 26, 2016, at A4.

24

3.  Bruce Smith, *Defendant in church shootings faces Nov. trial*, TIMES & DEMOCRAT, June 8, 2016, at A1.

4.  Meg Kinnard, *Jury to mull case of shooting suspect*, TIMES & DEMOCRAT, June 14, 2016, at A2.

5.  Meg Kinnard, *State's US Attorney Steps Down Suddenly*, TIMES & DEMOCRAT, June 16, 2016, at A5.

6.  Associated Press, *Charleston church shooting defendant seeking local jury*, TIMES & DEMOCRAT, June 16, 2016, at A5.

7.  Bruce Smith, *Prosecutor: Roof Federal Case Conflicts with State, Holidays*, TIMES & DEMOCRAT, June 21, 2016, at A3.

8.  Bruce Smith, *Motorist Shooting Trial Planned Week Before Emanuel 9 Case,* TIMES & DEMOCRAT, June 22, 2016, at A6.

9.  Associated Press, *Church Shooting Trail [sic] Jury Issues Being Worked Out*, TIMES & DEMOCRAT, June 25, 2016, at A3.

10. Bruce Smith, *Mitigating Factors Requested in Church Shooting*, TIMES & DEMOCRAT, June 29, 2016, at A2.

11. Meg Kinnard, *Friend of Accused Church Shooter Wants Sentencing Delayed for Medical Issues,* TIMES & DEMOCRAT, June 30, 2016, at A4.

12. Associated Press, *Lawyer in Church Case Calls Prosecutor Reckless*, TIMES & DEMOCRAT, June 30, 2016, at A4.

13. Meg Kinnard, *Judge Sets Hearing in Church Shooting Case*, TIMES & DEMOCRAT, July 1, 2016, at A4.

14. Meg Kinnard, *Church Shooting Victims Sue FBI Over Gun Buy*, TIMES & DEMOCRAT, July 2, 2016, at A6.

15. Meg Kinnard and Jeffrey Collins, *Haley Flag Messages Released*, TIMES & DEMOCRAT, July 7, 2016, at A1.

16. Meg Kinnard, *Church Shooting Attorney Calls State Prosecutor Reckless*, TIMES & DEMOCRAT, July 8, 2016, at B8.

17. Associated Press, *Alleged Church Shooter to Argue Mental Illness*, TIMES & DEMOCRAT, July 13, 2016, at A6.

18. Bruce Smith, *Solicitor: Justice Unlikely in Federal Church Slayings Trial*, TIMES & DEMOCRAT, July 14, 2016, at A5.

19. Bruce Smith, *Judge: Jurors for Roof Trial from Charleston*, TIMES & DEMOCRAT, July 19, 2016, at A3.

20. Bruce Smith, *Roof Lawyer Wants Some Evidence Kept out of Trial*, TIMES & DEMOCRAT, July 22, 2016, at A4.

21. Bruce Smith, *Prosecutors: Roof Headed to Tenn After Shootings*, TIMES & DEMOCRAT, July 27, 2016, at A3.

22. Bruce Smith, *Roof Attorneys Want Death Penalty Ruled Unconstitutional*, TIMES & DEMOCRAT, August 3, 2016, at A6.

25

23. Bruce Smith, *Sheriff: Jail Inmate Slugs Man Charged in Church Massacre*, TIMES & DEMOCRAT, August 5, 2016, at A5.

24. Associated Press, *Lawyers: Drop Roof Hate Crime Charges*, TIMES & DEMOCRAT, August 10, 2016, at A6.

25. Associated Press, *Judge Wants to Close Hearing on Evidence*, TIMES & DEMOCRAT, August 18, 2016, at A4.

26. Associated Press, *Attorney Objects to Closed Hearing*, TIMES & DEMOCRAT, August 23, 2016, at A3.

27. Bruce Smith, *Attorney at Center of 2 Major Legal Cases*, TIMES & DEMOCRAT, August 29, 2016, at A1.

28. Associated Press, *Judge to Hear Objections to Closing Roof Hearing*, TIMES & DEMOCRAT, August 30, 2016, at A3.

29. Bruce Smith, *Judge Hears Objections to Closing Roof Hearing*, TIMES & DEMOCRAT, September 1, 2016, at A5.

30. Associated Press, *Charleston Shooting Hearing Continues Later this Month*, TIMES & DEMOCRAT, September 3, 2016, at A3.

31. Bruce Smith, *Feds: Judge Shouldn't Let Accused Church Shooter Ask Mercy of Jury*, TIMES & DEMOCRAT, September 8, 2016, at A3.

32. Associated Press, *Witness List to be on Church Shooting Jury Questionnaire*, TIMES & DEMOCRAT, September 15, 2016, at A4.

33. Bruce Smith, *Lengthy Jury Selection in Church Shootings*, TIMES & DEMOCRAT, September 26, 2016, at A3.

34. Bruce Smith, *Potential Jurors Report for Charleston Trial*, TIMES & DEMOCRAT, September 27, 2016, at B3.

35. Associated Press, *More Jurors Reporting Charleston Church Shooting Trial*, TIMES & DEMOCRAT, September 28, 2016, at A5.

36. Associated Press, *Judge Trying to Avoid Stress for Families in Church Shooting Trial*, TIMES & DEMOCRAT, October 5, 2016, at A6.

37. Meg Kinnard, *FBI Moves to Dismiss Suit Over Church Shooting*, TIMES & DEMOCRAT, October 18, 2016, at A3.

38. Jeffrey Collins, *Lawyers Want Police Shooting Trial Moved*, TIMES & DEMOCRAT, October 20, 2016, at A4.

39. Bruce Smith, *Mayor: High-Profile Trials Can Charleston Show Unity*, TIMES & DEMOCRAT, November 1, 2016, at B3.

40. Meg Kinnard, *Jury Selection to Resume in Roof Trial*, TIMES & DEMOCRAT, November 8, 2016, at A3.

41. Seanna Adcox, *Documents Question Charleston Massacre Suspect's Competency*, TIMES & DEMOCRAT, November 12, 2016, at A3.

42. Jeffrey Collins, *Judge: Roof Hearing Will Remain Closed*, TIMES & DEMOCRAT, November 18, 2016, at A2.

26

43. Associated Press, *Competency Hearing Will Decide if Trial Can Continue*, TIMES & DEMOCRAT, November 22, 2016, at A3.

44. Meg Kinnard and Jeffrey Collins, *Church Shooting Suspect Allowed to Act As His Own Attorney*, TIMES & DEMOCRAT, November 29, 2016, at A2.

45. Meg Kinnard, *Roof Eases into Role as Own Attorney*, TIMES & DEMOCRAT, November 30, 2016, at A5.


N. New York Times

1. Chris Dixon, Friend of Dylann Roof Pleads Guilty in Charleston Case, N.Y. TIMES (Apr. 29, 2016), https://www.nytimes.com/2016/04/30/us/joseph-meek-charleston-shooting-dylann-roof.html

2. Alan Blinder, Death Penalty is Sought for Dylann Roof in Charleston Church Killings, N.Y. TIMES (May 24, 2016), https://www.nytimes.com/2016/05/25/us/dylann-roof-will-face-federal-death-penalty-in-charleston-church-killings.html

3. Chris Dixon, November Trial Scheduled for Dylann Roof in Charleston Church Killings, N.Y. TIMES (June 7, 2016), https://www.nytimes.com/2016/06/08/us/november-trial-dylann-roof-charleston-church-killings.html

4. Michael Schwirtz and Chris Dixon, Families Bearing Up a Year After Slayings in a Charleston Church, N.Y. TIMES (June 16, 2016), Https://www.nytimes.com/2016/06/17/us/families-bearing-up-a-year-after-slayings-in-a-charleston-church.html

5. Associated Press, Survivors of Charleston Attack Sue F.B.I., Citing Errors That Let Dylann Roof Buy Gun, N.Y. TIMES (July 1, 2016), https://www.nytimes.com/2016/07/02/us/survivors-of-charleston-attack-sue-fbi-citing-errors-that-let-dylann-roof-buy-gun.html

6. Mike McPhate, Dylann Roof's Lawyers Argue Against Death Penalty, N.Y. TIMES (Aug. 2, 2016), https://www.nytimes.com/2016/08/03/us/dylann-roof-death-penalty.html

7. Christopher Mele, Dylann Roof Attacked by a Fellow Inmate, Officials Say, N.Y. TIMES (Aug. 4, 2016), https://www.nytimes.com/2016/08/05/us/dylann-roof-attack-southcarolina-jail.html

8. Christina Swarns, OP-ED Dylann Roof Shouldn't Get the Death Penalty, N.Y. TIMES (Nov. 7, 2016), https://www.nytimes.com/2016/11/07/opinion/dylann-roof-shouldnt-getthe-death-penalty.html

9. Kevin Sack, Charleston Judge Orders Competency Evaluation of Dylann Roof, N.Y. TIMES (Nov. 8, 2016), https://www.nytimes.com/2016/11/09/us/charleston-dylann-roofemanuel.html

10. Alan Blinder, Dylann Roof Found Competent for Trial in Charleston Church Killings, N.Y. TIMES (Nov. 25, 2016), https://www.nytimes.com/2016/11/25/us/dylann-roof-found-competent-fortrial-in-charleston-church-killings.html

27

11. Kevin Sack, Dylann Roof to Represent Himself at Trial in Charleston Church Shootings, N.Y. TIMES (Nov. 28, 2016), https://www.nytimes.com/2016/11/28/us/dylann-roof-charlestonmassacre.html

O.  WBTW News 13 (Myrtle Beach, South Carolina)

1.  Associated Press, *Judge rules jury will mull case of Charleston church shooting suspect,* www.wbtw.com, (Jun. 13, 2016, 02:46 PM), https://www.wbtw.com/news/judge-rules-jury-will-mull-case-of-charleston-church-shooting-suspect/

2.  Associated Press*, Prosecutors request state trial before federal trial in Dylann Roof Case*, www.wbtw.com, (Jun. 28, 2016, 03:55 PM), https://www.wbtw.com/news/prosecutors-request-state-trial-before-federal-trial-in-dylann-roof-case/

3.  *Admitted Charleston church shooter in court as jury selection begins*, www.wbtw.com, (Sep. 26, 2016, 07:03 AM), https://www.wbtw.com/news/admitted-charleston-church-shooter-in-court-as-jury-selection-begins/

4.  *Federal death penalty trial to begin for admitted Charleston church shooter*, www.wbtw.com, (Nov. 7, 2016, 06:26 AM), https://www.wbtw.com/news/federal-death-penalty-trial-to-begin-for-admitted-charleston-church-shooter/

5.  *Roof fit to stand trial, jury selection continues Monday,* www.wbtw.com, (Nov. 28, 2016, 06:27 AM), https://www.wbtw.com/news/roof-fit-to-stand-trial-jury-selection-continues-monday/

6.  Associated Press, *Judge refuses to delay Dylann Roof's trial*, www.wbtw.com, (Dec. 6, 2016, 07:03 PM), https://www.wbtw.com/news/judge-refuses-to-delay-dylann-roofs-trial/

P.  WPDE ABC15 News (Myrtle Beach)

1.  Sam Tyson and Associated Press, *Jury issues being sorted out in federal trial of Dylann Roof*, https://wpde.com, (June 24, 2016, 08:57 PM), https://wpde.com/news/local/jury-issues-being-sorted-out-in-federal-trial-of-dylann-roof

2.  Sam Tyson, *Feds motion for statewide jury pool to protect from late venue change in Dylann Roof trial*, https://wpde.com, (July 5, 2016, 05:02 PM), https://wpde.com/news/local/feds-motion-for-statewide-jury-pool-to-protect-from-late-venue-change-in-dylann-roof-trial-07-05-2016-205448021

3.  Sam Tyson, *Dylann Roof's murder trial slated to start at the end of January*, https://wpde.com, (Sep. 6, 2016, 04:58 PM), https://wpde.com/news/local/dylann-roofs-murder-trial-slated-to-start-at-the-end-of-january-09-06-2016

4.  Sam Tyson, *Jury pool for Dylann Roof cut to 750 after three days of hearings*, https://wpde.com, (Sep. 28, 2016, 03:23 PM), https://wpde.com/news/local/jury-pool-for-dylann-roof-cut-to-750-after-three-days-of-hearings

5.  Sam Tyson and Bill Burr, *Nearly 300 sent on to next phase of jury selection in Dylann Roof's federal trial*, https://wpde.com, (Sep. 26, 2016, 06:47 PM),

28

https://wpde.com/news/nation-world/attorneys-begin-process-of-selecting-jury-in-dylann-roofs-federal-trial

6. Sam Tyson and Lara Rolo, *Dylann Roof competent to stand trial, jury selection begins Monday, judge says*, https://wpde.com, (Nov. 25, 2016, 07:28 PM), https://wpde.com/news/nation-world/dylann-roof-competent-to-stand-trial-jury-selection-begins-monday-judge-says

7. Sam Tyson, *7 jurors retained as Dylann Roof takes over his own defense in first day of jury selection*, https://wpde.com, (Nov. 28, 2016, 10:09 PM), https://wpde.com/news/nation-world/3-weeks-delayed-jury-selection-finally-begins-in-dylann-roofs-federal-trial

8. Sam Tyson, *Jury pool complete at 67 in Dylann Roof federal hate crimes trial*, https://wpde.com, (Dec. 2, 2016, 11:51 PM), https://wpde.com/news/nation-world/roof-proposes-another-delay-before-start-of-federal-hate-crimes-trial

Q. <u>WSCS Live 5 (Charleston, South Carolina)</u>

1. Patrick Phillips, *Court order: Dylann Roof jury to be selected from pool of* 600, www.live5news.com, (Jan. 27, 2016, 11:07 PM), https://www.live5news.com/story/31073900/court-order-dylann-roof-jury-to-be-selected-from-pool-of-600/"Judge Sets Jury Selection Date in Trial of Dylann Roof's friend" – January 28, 2016

2. Live 5 News Web Staff, *Judge won't change Slager trial* date, www.live5news.com, (Jun. 21, 2016, 07:51 PM), https://www.live5news.com/story/32272048/judge-wont-change-slager-trial-date/

3. Live 5 News Web Staff, *Attorneys Debate Jury Selection, Mental Health Evaluations in Charleston Church Shooting Case*, https://live5news.com, (Jun. 30, 2016, 09:10 PM), https://www.live5news.com/story/32347347/attorneys-debate-jury-selection-mental-health-evaluations-in-charleston-church-shooting-case/

4. Patrick Phillips, *Judge sets jury selection, trial date in Dylann Roof state trial*, https://www.live5news.com, (Sep. 6, 2016, 07:41 PM), https://www.live5news.com/story/33030887/judge-sets-jury-selection-trial-date-in-dylann-roof-state-trial/

5. *Judge to call more potential jurors Wednesday in death penalty trial of Dylann Roof*, www.live5news.com, (Nov. 29, 2016, 05:56 PM), https://www.live5news.com/story/33812507/judge-to-call-more-potential-jurors-wednesday-in-death-penalty-trial-of-dylann-roof/

6. Patrick Phillips, *Jury Selection Continues in Roof trial; Potential Jurors Struggle with Death Penalty*, https://www.live5news.com, (Nov. 30, 2016, 08:12 PM), https://www.live5news.com/story/33821690/jury-selection-continues-in-roof-trial-potential-jurors-struggle-with-death-penalty/

R.  WCBD Count on News 2 (Charleston, South Carolina)

1.  Tori Bolt, *Judge rules jury will mull case of church shooting* suspect, https://www.counton2.com, (Jun. 14, 2016, 05:45 AM), https://www.counton2.com/news/judge-rules-jury-will-mull-case-of-church-shooting-suspect/

2.  Shawn Cabbagestalk, *Charleston church shooting defendant seeking local jury*, https://www.counton2.com, (Jun. 15, 2016, 03:48 PM), https://www.counton2.com/news/charleston-church-shooting-defendant-seeking-local-jury/

3.  Tori Bolt, *Attorneys disagree on how to select jury for Dylann Roof trial*, https://www.counton2.com, (Jun. 24, 2016, 07:27 AM), https://www.counton2.com/news/attorneys-disagree-on-how-to-select-jury-for-dylann-roof-trial/

4.  Shawn Cabbagestalk, *No plans to move federal church trial of Dylann* Roof, https://www.counton2.com, (Jul. 13, 2016, 11:17 AM), https://www.counton2.com/news/no-plans-to-move-federal-church-trial-of-dylann-roof/No Plans to Move Federal Church Trial of Dylann Roof"

5.  Shawn Cabbagestalk, *Judge: Jurors for Dylann Roof trial to come from Charleston,* – https://www.counton2.com, (Jul. 18, 2016, 12:34 PM), https://www.counton2.com/news/judge-jurors-for-dylann-roof-trial-to-come-from-charleston/

6.  Shawn Cabbagestalk, *Attorneys want jury questionnaires in church shooting sealed,* https://www.counton2.com, (Aug. 16, 2016, 11:32 AM), https://www.counton2.com/news/attorneys-want-jury-questionnaires-in-church-shooting-sealed/

7.  Catherine Korizno, *Lengthy jury selection in Charleston church shootings continues*, https://www.counton2.com, (Sep. 25, 2016, 08:21 AM), https://www.counton2.com/news/lengthy-jury-selection-in-charleston-church-shootings-continues/

8.  Shawn Cabbagestalk, *Jury selection postponed in Dylann Roof trial*, https://www.counton2.com, (Nov. 8, 2016, 11:46 AM), https://www.counton2.com/news/jury-selection-postponed-in-dylann-roof-trial/

S.  WCIV ABC 4News (Charleston, South Carolina)

1.  Sam Tyson, *Dylann Roof asks for jury pool to come from Charleston, Beaufort in federal trial*, https://abcnews4.com, (Jun. 15, 2016, 10:57 PM), https://abcnews4.com/news/emanuel-ame-shooting/dylann-roof-asks-for-jury-pool-to-come-from-charleston-beaufort-in-federal-trial

2.  Sam Tyson, *Feds motion for statewide jury pool to protect from late venue change in Dylann Roof trial*, https://abcnews4.com, (July 5, 2016, 04:03 PM),

30

https://abcnews4.com/news/local/feds-motion-for-statewide-jury-pool-to-protect-from-late-venue-change-in-dylann-roof-trial

3. Sam Tyson, *Attorneys don't expect scales to tip in favor of press in Roof evidence hearing*, https://abcnews4.com, (Aug. 31, 2016, 12:49 PM), https://abcnews4.com/news/emanuel-ame-shooting/attorneys-dont-expect-scales-to-tip-in-favor-of-press-in-roof-evidence-hearing

4. Bill Burr, *Jury selection process in Roof trial begins* Monday, https://abcnews4.com, (Sep. 23, 2016, 06:45 PM), https://abcnews4.com/news/emanuel-ame-shooting/jury-selection-process-in-roof-trial-begins-monday

5. Sam Tyson and Bill Burr, *Nearly 300 sent on to the next phase of jury selection in Dylann Roof's federal trial*, https://abcnews4.com, (Sep. 26, 2016, 06:47 PM), https://abcnews4.com/news/local/attorneys-begin-process-of-selecting-jury-in-dylann-roofs-federal-trial

6. Sam Tyson, *Jury pool complete at 67 in Dylann Roof federal hate crime* trial, https://abcnews4.com, (Dec. 2, 2016, 11:51 PM), https://abcnews4.com/news/emanuel-ame-shooting/roof-proposes-another-delay-before-start-of-federal-hate-crimes-trial

7. Sam Tyson, *'Dubious premise' Slager mistrial would affect jurors in Dylann Roof's case, judge* says, https://abcnews4.com, (Dec. 6, 2016, 07:16 PM), https://abcnews4.com/news/local/citing-slager-mistrial-dylann-roofs-attorneys-want-to-postpone-federal-hate-crimes-trial

## T. WTGS FOX28 Savannah (Savannah, Georgia)

1. Sam Tyson, *Dylann Roof asks for jury pool to come from Charleston, Beaufort in federal trial*, https://fox28savannah.com, (Jun. 15, 2016, 10:57 PM), https://fox28savannah.com/news/nation-world/dylann-roof-asks-for-jury-pool-to-come-from-charleston-beaufort-in-federal-trial

2. Sam Tyson and Bill Burr, *Nearly 300 sent on to next phase of jury selection in Dylann Roof's case*, https://fox28savannah.com, (Spt. 26, 2016, 06:47 PM), https://fox28savannah.com/news/nation-world/attorneys-begin-process-of-selecting-jury-in-dylann-roofs-federal-trial

3. Sam Tyson and Lara Rolo, *Dylann Roof competent to stand trial, jury selection begins Monday, judge says*, https://fox28savannah.com, (Nov. 25, 2016, 07:28 PM), https://fox28savannah.com/news/nation-world/dylann-roof-competent-to-stand-trial-jury-selection-begins-monday-judge-says

4. Sam Tyson, *7 jurors retained as Dylann Roof takes over his own defense in first day of jury selection*, https://fox28savannah.com, (Nov. 28, 2016, 10:09 PM), https://fox28savannah.com/news/nation-world/3-weeks-delayed-jury-selection-finally-begins-in-dylann-roofs-federal-trial

5. Sam Tyson, *Jury pool complete at 67 in Dylann Roof federal hate crimes trial*, https://fox28savannah.com, (Dec. 2, 2016, 11:51 PM),

31

https://fox28savannah.com/news/nation-world/roof-proposes-another-delay-before-start-of-federal-hate-crimes-trial

U. ABC

1. *ABC World News with David Muir* (ABC May 24, 2016), https://archive.org/details/WPVI_20160524_223000_ABC_World_News_With_David_Muir/start/600/end/660?q=%22dylann+roof%22

2. *ABC World News with David Muir* (ABC August 4, 2016), https://archive.org/details/WPVI_20160804_223000_ABC_World_News_With_David_Muir/start/802/end/862?q=%22dylann+roof%22

3. *ABC World News with David Muir* (ABC November 28, 2016), https://archive.org/details/WISN_20161128_233000_ABC_World_News_With_David_Muir/start/730/end/790?q=%22dylann+roof%22

4. *Good Morning America* (ABC November 29, 2016)

V. BLOOMBERG

1. *With All Due Respect* (Bloomberg May 24, 2016), https://archive.org/details/BLOOMBERG_20160524_210000_With_All_Due_Respect/start/3600/end/3660?q=%22dylann+roof%22

2. *Charlie Rose* (Bloomberg May 24, 2016), https://archive.org/details/BLOOMBERG_20160525_020000_Charlie_Rose/start/3625/end/3685?q=%22dylann+roof%22

3. *Bloomberg Markets* (Bloomberg August 2, 2016), https://archive.org/details/BLOOMBERG_20160802_160000_Bloomberg_Markets/start/5446/end/5506?q=%22dylann+roof%22

4. *Bloomberg Markets* (Bloomberg September 1, 2016), https://archive.org/details/BLOOMBERG_20160901_160000_Bloomberg_Markets/start/311/end/371?q=%22dylann+roof%22

5. *Bloomberg Markets: European Close* (Bloomberg November 28, 2016) https://archive.org/details/BLOOMBERG_20161128_160000_Bloomberg_Markets_European_Close/start/381/end/441?q=%22dylann+roof%22

W. CBS

1. *CBS Evening News with Scott Pelley* (CBS May 24, 2016), https://archive.org/details/WUSA_20160524_223000_CBS_Evening_News_With_Scott_Pelley/start/414/end/474?q=%22dylann+roof%22

2. *CBS Morning News* (CBS May 25, 2016), https://archive.org/details/WUSA_20160525_080000_CBS_Morning_News/start/471/end/531?q=%22dylann+roof%22

32

3. *CBS Morning News* (CBS June 8, 2016),
   https://archive.org/details/KYW_20160608_080000_CBS_Morning_News/start/808/end/868?q=%22dylann+roof%22

4. *CBS Evening News with Scott Pelley* (CBS August 4, 2016),
   https://archive.org/details/WCBS_20160804_223000_CBS_Evening_News_With_Scott_Pelley/start/1332/end/1392?q=%22dylann+roof%22

5. *CBS Evening News with Scott Pelley* (CBS September 30, 2016),
   https://archive.org/details/WDJT_20160930_223000_CBS_Evening_News_With_Scott_Pelley/start/997/end/1057?q=%22dylann+roof%22

6. *CBS Morning News* (CBS November 29, 2016),
   https://archive.org/details/WOIO_20161129_090000_CBS_Morning_News/start/732/end/792?q=%22dylann+roof%22

X. CNBC

1. *Closing Bell* (CNBC August 4, 2016),
   https://archive.org/details/CNBC_20160804_190000_Closing_Bell/start/5153/end/5213?q=%22dylann+roof%22

2. *Closing Bell* (CNBC November 25, 2016),
   https://archive.org/details/CNBC_20161125_170000_Closing_Bell/start/5180/end/5240?q=%22dylann+roof%22

Y. CNN

1. *Early Start with John Berman and Christine Romans* (CNN June 10, 2016),
   https://archive.org/details/CNNW_20160610_080000_Early_Start_With_John_Berman_and_Christine_Romans/start/1164/end/1224?q=%22dylann+roof%22

2. *Early Start with John Berman and Christine Romans* (CNN August 2, 2016),
   https://archive.org/details/CNNW_20160802_080000_Early_Start_With_John_Berman_and_Christine_Romans/start/1090/end/1150?q=%22dylann+roof%22

3. *Early Start with John Berman and Christine Romans* (CNN August 5, 2016),
   https://archive.org/details/CNNW_20160805_080000_Early_Start_With_John_Berman_and_Christine_Romans/start/1042/end/1102?q=%22dylann+roof%22

4. *CNN Newsroom with Carol Costello* (CNN September 1, 2016),
   https://archive.org/details/CNNW_20160901_130000_CNN_Newsroom_With_Carol_Costello/start/3573/end/3633?q=%22dylann+roof%22

5. *CNN Tonight with Don Lemon* (CNN September 19, 2016),
   https://archive.org/details/CNNW_20160920_030000_CNN_Tonight_With_Don_Lemon/start/1889/end/1949?q=%22dylann+roof%22

6. *CNN Newsroom with Carol Costello* (CNN September 21, 2016),
   https://archive.org/details/CNNW_20160921_140000_CNN_Newsroom_With_Carol_Costello/start/3155/end/3215?q=%22dylann+roof%22

33

7. *Early Start with John Berman and Christine Romans* (CNN September 29, 2016), https://archive.org/details/CNNW_20160929_080000_Early_Start_With_John_Berman_and_Christine_Romans/start/2203/end/2263?q=%22dylann+roof%22]

8. *CNN Tonight with Don Lemon* (CNN October 6, 2016) https://archive.org/details/CNNW_20161006_020000_CNN_Tonight_With_Don_Lemon/start/2749/end/2809?q=%22dylann+roof%22

9. *Erin Burnett Out Front* (CNN November 14, 2016) https://archive.org/details/CNNW_20161115_000000_Erin_Burnett_OutFront/start/1379/end/1439?q=%22dylann+roof%22

10. *CNN Newsroom with Carol Costello* (CNN November 21, 2016), https://archive.org/details/CNNW_20161121_150000_CNN_Newsroom_With_Carol_Costello/start/3515/end/3575?q=%22dylann+roof%22

11. *CNN Newsroom with Fredricka Whitfield* (CNN November 26, 2016), https://archive.org/details/CNNW_20161126_180000_CNN_Newsroom_With_Fredricka_Whitfield/start/3112/end/3172?q=%22dylann+roof%22

12. *CNN Newsroom with Carol Costello* (CNN November 28, 2016), https://archive.org/details/CNNW_20161128_140000_CNN_Newsroom_With_Carol_Costello/start/3384/end/3444?q=%22dylann+roof%22

13. *CNN Tonight with Don Lemon* (CNN November 28, 2016), https://archive.org/details/CNNW_20161129_040000_CNN_Tonight_With_Don_Lemon/start/82/end/142?q=%22dylann+roof%22

14. *Early Start with John Berman and Christine Romans* (CNN November 29, 2016) https://archive.org/details/CNNW_20161129_090000_Early_Start_With_John_Berman_and_Christine_Romans/start/979/end/1039?q=%22dylann+roof%22

Z. FOX NEWS

1. *Special Report with Bret Baier* (Fox News May 24, 2016), https://archive.org/details/FOXNEWSW_20160524_220000_Special_Report_With_Bret_Baier/start/222/end/282?q=%22dylann+roof%22

2. *FOX & Friends* (Fox News June 17, 2016), https://archive.org/details/FOXNEWSW_20160617_100000_FOX__Friends/start/2299/end/2359?q=%22dylann+roof%22

3. *Shepard Smith Reporting* (Fox News August 4, 2016), https://archive.org/details/FOXNEWSW_20160804_190000_Shepard_Smith_Reporting/start/3195/end/3255?q=%22dylann+roof%22

4. *FOX & Friends* (Fox News August 10, 2016), https://archive.org/details/FOXNEWSW_20160810_100000_FOX__Friends/start/3789/end/3849?q=%22dylann+roof%22

34

5. *Hannity* (Fox News November 11, 2016), https://archive.org/details/FOXNEWSW_20161112_030000_Hannity/start/877/end/937?q=%22dylann+roof%22

6. *America's Newsroom with Bill Hemmer and Martha MacCallum* (Fox News November 21, 2016), https://archive.org/details/FOXNEWSW_20161121_140000_Americas_Newsroom_With_Bill_Hemmer_and_Martha_MacCallum/start/6656/end/6716?q=%22dylann+roof%22

7. *Outnumbered* (Fox News November 21, 2016), https://archive.org/details/FOXNEWSW_20161121_170000_Outnumbered/start/2942/end/3002?q=%22dylann+roof%22]

8. *Red Eye with Tom Shillue* (Fox News November 23, 2016), https://archive.org/details/FOXNEWSW_20161123_080000_Red_Eye_With_Tom_Shillue/start/2623/end/2683?q=%22dylann+roof%22

9. *America's Newsroom with Bill Hemmer and Martha MacCallum* (Fox News November 25, 2016), https://archive.org/details/FOXNEWSW_20161125_140000_Americas_Newsroom_With_Bill_Hemmer_and_Martha_MacCallum/start/1927/end/1987?q=%22dylann+roof%22

10. *Special Report with Bret Baier* (Fox News November 25, 2016), https://archive.org/details/FOXNEWSW_20161125_230000_Special_Report_With_Bret_Baier/start/1037/end/1097?q=%22dylann+roof%22

11. *America's News HQ* (Fox News November 26, 2016), https://archive.org/details/FOXNEWSW_20161126_230000_Americas_News_HQ/start/3036/end/3096?q=%22dylann+roof%22

## AA.    MSNBC

1. *All In with Chris Hayes* (MSNBC May 24, 2016), https://archive.org/details/MSNBCW_20160525_000000_All_In_With_Chris_Hayes/start/2930/end/2990?q=%22dylann+roof%22

2. *Hardball with Chris Matthews* (MSNBC June 2, 2016), https://archive.org/details/MSNBCW_20160602_230000_Hardball_With_Chris_Matthews/start/3041/end/3101?q=%22dylann+roof%22

3. *Way Too Early* (MSNBC June 17, 2016), https://archive.org/details/MSNBCW_20160617_093000_Way_Too_Early/start/412/end/472?q=%22dylann+roof%22]

4. *MSNBC Live* (MSNBC June 17, 2016), https://archive.org/details/MSNBCW_20160617_150000_MSNBC_Live/start/1679/end/1739?q=%22dylann+roof%22

5. *MSNBC Live* (MSNBC July 9, 2016), https://archive.org/details/MSNBCW_20160709_110000_MSNBC_Live/start/349/end/409?q=%22dylann+roof%22

35

6. *Hardball with Chris Matthews* (MSNBC July 11, 2016), https://archive.org/details/MSNBCW_20160711_230000_Hardball_With_Chris_Matthews/start/2224/end/2284?q=%22dylann+roof%22

7. *Hardball with Chris Matthews* (MSNBC August 4, 2016), https://archive.org/details/MSNBCW_20160804_230000_Hardball_With_Chris_Matthews/start/1931/end/1991?q=%22dylann+roof%22

8. *MSNBC Live* (MSNBC October 10, 2016), https://archive.org/details/MSNBCW_20161010_130000_MSNBC_Live/start/1301/end/1361?q=%22dylann+roof%22

9. *MSNBC Live with Andrea Mitchell* (MSNBC November 25, 2016), https://archive.org/details/MSNBCW_20161125_170000_MSNBC_Live_With_Andrea_Mitchell/start/1685/end/1745?q=%22dylann+roof%22

10. *MSNBC Live with Hallie Jackson* (MSNBC November 25, 2016), https://archive.org/details/MSNBCW_20161125_180000_MSNBC_Live_With_Hallie_Jackson/start/1758/end/1818?q=%22dylann+roof%22

11. *MSNBC Live with Thomas Roberts* (MSNBC November 25, 2016), [https://archive.org/details/MSNBCW_20161125_190000_MSNBC_Live_With_Thomas_Roberts/start/1566/end/1626?q=%22dylann+roof%22]

12. *MSNBC Life with Stephanie Ruhle* (MSNBC November 28, 2016), https://archive.org/details/MSNBCW_20161128_140000_MSNBC_Live_With_Stephanie_Ruhle/start/1728/end/1788?q=%22dylann+roof%22

13. *MSNBC Live with Kate Snow* (MSNBC November 28, 2016), https://archive.org/details/MSNBCW_20161128_200000_MSNBC_Live_With_Kate_Snow/start/1721/end/1781?q=%22dylann+roof%22

## BB.     NBC

1. *NBC Nightly News with Lester Holt* (NBC May 24, 2016), https://archive.org/details/WRC_20160524_230000_NBC_Nightly_News_With_Lester_Holt/start/1394/end/1454?q=%22dylann+roof%22

2. *NBC Nightly News with Lester Holt* (NBC November 28, 2016), https://archive.org/details/KSNV_20161129_013000_NBC_Nightly_News_With_Lester_Holt/start/650/end/710?q=%22dylann+roof%22]

## CC.     NPR

1. *Dylann Roof Death Penalty Trial Poses Challenging Second Phase of Jury Selection* (NPR November 6, 2016), https://www.npr.org/transcripts/500898899.

2. *Jury Selection Postponed in the Trial of Church Shooting Suspect Dylann Roof* (NPR November 7, 2016), https://www.npr.org/sections/thetwo-

36

way/2016/11/07/501001947/jury-selection-postponed-in-trial-of-church-shooting-suspect-dylann-roof.

3.  *Dylann Roof to Represent Himself in Charleston Shooting Trial* (NPR November 28, 2016), https://www.npr.org/transcripts/503632374.