# Federal Capital Trial Project

|   | Search |
|---|--------|

Overview ▼    Statutes ▼    Notices of Intent    Declarations ▼    Seminars    Other Useful ▼ Info    Verdict Forms    Contact Us

# Notices of Intent

This section includes most of the NOIs filed in federal capital cases since 1988.  They can be found by circuit and district, gateway intent factor(s), statutory and non-statutory aggravating factor(s) and number of victims.   We have also categorized them by underlying criminal statute if indicated in the Notice of Intent. A compilation of non-statutory aggravating factors alleged in NOIs since 2009 is here.

By District / Circuit

| Fourth Circuit | D. S.C. |
|----------------|---------|

By Statutory Aggravating Factors

- Any -

By Non-Statutory Aggravating Factors

- Any -

By Mental State (Gateway) Factors

- Any -

By Number of Victims

- Any -

By Criminal Offense

- Any -

Apply Filters    Reset Filters

Fulks, Chadrick Evan (S.C., 2003)
Hans, Eric Preston (S.C., 2006)
Roof, Dylan (D SC 2016)
Smith, Jaremy Alexander (DSC, 2026)

Ex. 243 pg.1 of 1