Home    >    Research Topics

REPORT | MAY 26, 2016

# News Use Across Social Media Platforms 2016

   Add Us On Google

BY **JEFFREY GOTTFRIED** AND **ELISA SHEARER**

▶ Table of Contents

A majority of U.S. adults – 62% – get news on social media, and 18% do so often, according to a new survey by Pew Research Center, conducted in association with the John S. and James L. Knight Foundation. In 2012, based on a slightly different question, 49% of U.S. adults reported seeing news on social media.[1]

But which social media sites have the largest portion of users getting news there? How many get news on multiple social media sites? And to what degree are these news consumers seeking online news out versus happening upon it while doing other things?

As part of an ongoing examination of social media and news, Pew Research Center analyzed the scope and characteristics of social media news consumers across nine social networking sites. This study is based on a survey conducted Jan. 12-Feb. 8, 2016, with 4,654 members of Pew Research Center's American Trends Panel.

News plays a varying role across the social networking sites studied.[2] Two-thirds of Facebook users (66%) get news on the site, nearly six-in-ten Twitter users (59%) get news on Twitter, and seven-in-ten Reddit users get news on that platform. On Tumblr, the figure sits at 31%, while for the other five social networking sites it is true of only about one-fifth or less of their user bases.

It is also useful to see how, when combined with the sites' total reach, the proportion of users who gets news on each site translates to U.S. adults overall. Facebook is by far the largest social networking site, reaching 67% of U.S. adults. The two-thirds of Facebook users who get news there, then, amount to 44%



**About 6-in-10 Americans get news from social media**

*% of U.S. adults who get news on a social networking site ...*

62% get news on social media
Often 18%
Sometimes 26%
Hardly ever 18%
Never 38%

Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

**PEW RESEARCH CENTER**



**Reddit, Facebook and Twitter users most likely to get news on each site**

*% of each social networking sites' users who get news on the site*

| | |
|---|---|
| Reddit | 70% |
| Facebook | 66 |
| Twitter | 59 |
| Tumblr | 31 |
| Instagram | 23 |
| YouTube | 21 |
| LinkedIn | 19 |
| Snapchat | 17 |
| Vine | 14 |

Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

**PEW RESEARCH CENTER**

Ex. 244 pg.1 of 7

https://www.pewresearch.org/journalism/2016/05/26/news-use-across-social-media-platforms-2016/

of the general population. YouTube has the next greatest reach in terms of general usage, at 48% of U.S. adults. But only about a fifth of its users get news there, which amounts to 10% of the adult population. That puts it on par with Twitter, which has a smaller user base (16% of U.S. adults) but a larger portion getting news there.



**Social media news use: Facebook leads the pack**

*% of U.S. adults who …*

| | Use site | Get news on site |
|---|---|---|
| Facebook | 67% | 44% |
| YouTube | 48 | 10 |
| Twitter | 16 | 9 |
| Instagram | 19 | 4 |
| LinkedIn | 20 | 4 |
| Reddit | 4 | 2 |
| Snapchat | 10 | 2 |
| Tumblr | 4 | 1 |
| Vine | | 2 |

Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

PEW RESEARCH CENTER

## The audience overlap

To what extent do the various news audiences on social media overlap? Of those who get news on at least one of the sites, a majority (64%) get news on just one – most commonly Facebook. About a quarter (26%) get news on two of those sites. Just one-in-ten get news on three or more.

https://www.pewresearch.org/journalism/2016/05/26/news-use-across-social-media-platforms-2016/



**Most social media news consumers only get news on one site**

% of news users of at least one social media site who ...

64% get news on just one site

26% get news on two sites

10% get news on three or more sites

Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

PEW RESEARCH CENTER

## Seeking out news online

Differences also emerge in how active or passive each group of news users is in their online news habits more generally. YouTube, Facebook and Instagram news users are more likely to get their news online mostly by chance, when they are online doing other things. Alternatively, the portion of Reddit, Twitter and LinkedIn news users who seek out news online is roughly similar to the portion that happen upon it.[3]



**Instagram, Facebook and YouTube news users most likely to happen upon news online**

% of news users of each site who mostly get news online ...

| | ... when they're doing other things online | ... because they're looking for it |
|---|---|---|
| Instagram | 63% | 37% |
| Facebook | 62 | 38 |
| YouTube | 58 | 41 |

**But LinkedIn, Twitter and Reddit news users are more evenly divided between news seekers and non-seekers**



| | | |
|---|---|---|
| LinkedIn | 48 | 51 |
| Twitter | 45 | 54 |
| Reddit | 42 | 55 |

Note: Sample sizes for Vine, Tumblr and Snapchat are too small to include in this analysis.
Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

PEW RESEARCH CENTER

Ex. 244 pg.3 of 7

https://www.pewresearch.org/journalism/2016/05/26/news-use-across-social-media-platforms-2016/

## The demographics of social media news consumers

A look at the demographic characteristics of news consumers on the five social networking sites with the biggest news audiences shows that, while there is some crossover, each site appeals to a somewhat different group. Instagram news consumers stand out from other groups as more likely to be non-white, young and, for all but Facebook, female. LinkedIn news consumers are more likely to have a college degree than news users of the other four platforms; Twitter news users are the second most likely. The demographics of other sites can be found in the Appendix.



**Demographic profile of social networking site news users**

*% of news users of each site who are ...*

|  | Facebook | YouTube | Twitter | Instagram | LinkedIn | All U.S. Adults |
|---|---|---|---|---|---|---|
| Male | 43% | 57% | 47% | 35% | 56% | 48% |
| Female | 57 | 43 | 53 | 65 | 44 | 52 |
| 18-29 | 31 | 38 | 38 | 58 | 20 | 22 |
| 30-49 | 38 | 30 | 39 | 28 | 46 | 34 |
| 50-64 | 22 | 23 | 19 | 12 | 24 | 26 |
| 65+ | 8 | 9 | 3 | 2 | 11 | 19 |
| High school or less | 33 | 34 | 17 | 28 | 8 | 41 |
| Some college | 34 | 41 | 38 | 41 | 26 | 31 |
| College degree | 33 | 25 | 45 | 31 | 65 | 28 |
| White, non-Hispanic | 65 | 55 | 61 | 40 | 65 | 65 |
| Non-white | 34 | 44 | 38 | 57 | 34 | 35 |
| Republican | 22 | 21 | 19 | 14 | 23 | 25 |
| Democrat | 31 | 29 | 31 | 40 | 29 | 30 |
| Independent | 32 | 31 | 31 | 27 | 34 | 31 |

Note: "All U.S. Adults" figures based on non-institutionalized, 18 and older U.S. adults.
Source: Survey conducted Jan. 12-Feb. 8, 2016. Pew Research Center analysis of 2014 American Community Survey (IPUMS).
"News Use Across Social Media Platforms 2016"

**PEW RESEARCH CENTER**

## Social news consumers and other news platforms

Social media news consumers still get news from a variety of other sources and to a fairly consistent degree across sites. For example, across the five sites with the biggest news audiences, roughly two-in-ten news users of each also get news from nightly network television news; about three-in-ten turn to local TV. One area that saw greater variation was news websites and apps. Roughly half of Twitter and LinkedIn news consumers also get news from news websites and apps, while that is true of one-third of Facebook and YouTube news users.



**Social media news consumers access news on a number of other platforms**

*% of news users of each site who often get news from ...*

| Local TV | |
|---|---|
| Facebook | 39% |
| YouTube | 30 |
| Twitter | 30 |
| Instagram | 33 |
| LinkedIn | 33 |
| All adults | 46 |

| Cable TV | |
|---|---|
| Facebook | 25% |
| YouTube | 24 |
| Twitter | 20 |
| Instagram | 25 |
| LinkedIn | 26 |
| All adults | 31 |

| Network nightly TV | |
|---|---|
| Facebook | 23% |
| YouTube | 21 |
| Twitter | 21 |
| Instagram | 20 |
| LinkedIn | 23 |
| All adults | 30 |

| News websites/apps | |
|---|---|
| Facebook | 33% |
| YouTube | 33 |
| Twitter | 53 |
| Instagram | 42 |
| LinkedIn | 50 |
| All adults | 28 |

| Radio | |
|---|---|
| Facebook | 23% |
| YouTube | 26 |
| Twitter | 27 |
| Instagram | 21 |
| LinkedIn | 30 |
| All adults | 25 |

| Print newspapers | |
|---|---|
| Facebook | 15% |
| YouTube | 13 |
| Twitter | 8 |
| Instagram | 12 |
| LinkedIn | 15 |
| All adults | 20 |

Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

PEW RESEARCH CENTER

## Changes over time

This report is an update to a 2013 report, with the addition of Snapchat and the removal of three sites: Pinterest, which has been shown to have a small portion of users who use it for news; Myspace, which has largely transitioned to a music site; and Google+, which through its recent transformations is being phased out as a social networking site. For the sites analyzed in both 2013 and 2016, a few significant differences emerge.

Of the sites we tracked since 2013, three of eight show an increase in the portion of users who get news there: Facebook, Instagram and LinkedIn.[4]

The full 2013-2016 trends for usage and demographics can be found in the Appendix.



**Growth in use of social media for news**

*% of users of each social networking site who get news there*

■ 2016  ■ 2013

| Site | 2016 | 2013 |
|---|---|---|
| Reddit | 70% | 62% |
| Facebook | 66 | 47 |
| Twitter | 59 | 52 |
| Tumblr | 31 | 29 |
| Instagram | 23 | 13 |
| YouTube | 21 | 20 |
| LinkedIn | 19 | 13 |
| Vine | 14 | 9 |

Note: Statistically significant differences in **bold**.
Source: Survey conducted Jan. 12-Feb. 8, 2016.
"News Use Across Social Media Platforms 2016"

PEW RESEARCH CENTER

Next: Acknowledgments



1. In 2012, this was asked over the phone and asked about "seeing" news rather than "getting" news. Additionally, this figure combines items about news on social media generally and news specifically on Twitter. ↵

2. News consumers for each social networking website are defined as those who answered that they "ever get news or news headlines" on each site. News is defined as "information about events and issues that involve more than just your friends or family." ↵

Ex. 244 pg.5 of 7

https://www.pewresearch.org/journalism/2016/05/26/news-use-across-social-media-platforms-2016/

3. While the portion of Reddit news users who get news online because they are looking for it is 13 percentage points higher than the portion of those users that get news while doing other things online, these numbers are not statistically different due to the small number of Reddit news users in the sample. ↵

4. Twitter's difference between 2013 and 2016 approaches statistical significance, but does not reach significance with traditional standards. ↵

---

📄 Report PDF

📄 Topline

⬇ American Trends Panel Wave 14

## Sign up for our weekly newsletter

Fresh data delivered Saturday mornings



| Email Address | Submit |

Topics   Digital News Landscape,   News Audience Demographics,   Social Media,   Social Media & the News

SHARE THIS LINK:     http://pewrsr.ch/249haJM     ↪

## Related



VIDEO | FEB 2, 2026

### Video: How do young adults get their news?



DATA ESSAY | DEC 3, 2025

### Young Adults and the Future of News



FACT SHEET | SEP 25, 2025

### News Platform Fact Sheet



SHORT READS | JUN 24, 2025

### Few Americans pay for news when they encounter paywalls



DATA ESSAY | MAY 13, 2025

### What Is News?

## Most Popular

1  Confidence in Trump Dips, and Fewer Now Say They Support His Policies and Plans

2  How Americans View AI and Its Impact on People and Society

3  8 facts about divorce in the United States

4  If the U.S. had 100 people: Charting Americans' religious beliefs and practices

Ex. 244 pg.6 of 7

https://www.pewresearch.org/journalism/2016/05/26/news-use-across-social-media-platforms-2016/

5  Growing shares say the Trump administration is doing 'too much' to deport immigrants in the U.S. illegally

Pew Research Center ✳

901 E St. NW, Suite 300
Washington, DC 20004
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | **Media Inquiries**

**RESEARCH TOPICS**

| | | **FOLLOW US** |
|---|---|---|
| Politics & Policy | Family & Relationships | ✉ Email Newsletters |
| International Affairs | Economy & Work | ▶ YouTube |
| Immigration & Migration | Science | Instagram |
| Race & Ethnicity | Internet & Technology | Facebook |
| Religion | News Habits & Media | LinkedIn |
| Age & Generations | Methodological Research | X |
| Gender & LGBTQ | | Bluesky |
| | | Threads |
| | | RSS Feed |

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan, nonadvocacy fact tank that informs the public about the issues, attitudes and trends shaping the world. It does not take policy positions. The Center conducts public opinion polling, demographic research, computational social science research and other data-driven research. Pew Research Center is a subsidiary of The Pew Charitable Trusts, its primary funder.

© 2026 Pew Research Center

About     Terms & Conditions     Privacy Policy     Cookie Policy     Feedback     Careers     Contact Us

Ex. 244 pg.7 of 7