Home    >    Research Topics    >    Internet & Technology    >    Platforms & Services    >    Social Media

REPORT | OCTOBER 8, 2015

# Social Media Usage: 2005-2015

*65% of adults now use social networking sites – a nearly tenfold jump in the past decade*

( ↗ ) ( ✉ ) ( 🖨 ) ( Add Us On Google )

BY **ANDREW PERRIN**

▶ Table of Contents

Nearly two-thirds of American adults (65%) use social networking sites, up from 7% when Pew Research Center began systematically tracking social media usage in 2005. Pew Research reports have documented in great detail how the rise of social media has affected such things as work, politics and political deliberation, communications patterns around the globe, as well as the way people get and share information about health, civic life, news consumption, communities, teenage life, parenting, dating and even people's level of stress.

**Social Networking Use Has Shot Up in Past Decade**

*% of all American adults and internet-using adults who use at least one social networking site*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart        Data        Share

A special analysis of 27 national surveys of Americans across the past decade documents this substantial spread of technology throughout the population, although the overall number of users of social networking sites has leveled off since 2013.[1] At the same time, there continues to be growth in social media usage among some groups that were not among the earliest adopters, including older Americans.

The figures reported here are for social media usage among all adults, not just among those Americans who are internet users. In many previous Pew Research reports, the share of social media users has been reported as the proportion of *internet users* who had

Ex. 246 pg.1 of 8

https://www.pewresearch.org/internet/2015/10/08/social-networking-usage-2005-2015/

adopted such sites, rather than the full adult population, which continues to include a relatively small share (currently 15%) who still remain offline. In this report, a broader picture of the American landscape is presented, and so the figures are based on the entire adult population.

Across demographic groups, a number of trends emerge in this analysis of social media usage:

- **Age differences: Seniors make strides** – Young adults (ages 18 to 29) are the most likely to use social media – fully 90% do. Still, usage among those 65 and older has more than tripled since 2010 when 11% used social media. Today, 35% of all those 65 and older report using social media, compared with just 2% in 2005.
- **Gender differences: Women and men use social media at similar rates** – Women were more likely than men to use social networking sites for a number of years, although since 2014 these differences have been modest. Today, 68% of all women use social media, compared with 62% of all men.
- **Socio-economic differences: Those with higher education levels and household income lead the way** – Over the past decade, it has consistently been the case that those in higher-income households were more likely to use social media. More than half (56%) of those living in the lowest-income households now use social media, though growth has leveled off in the past few years. Turning to educational attainment, a similar pattern is observed. Those with at least some college experience have been consistently more likely than those with a high school degree or less to use social media over the past decade. 2013 was the first year that more than half of those with a high school diploma or less used social media.
- **Racial and ethnic similarities:** There are not notable differences by racial or ethnic group: 65% of whites, 65% of Hispanics and 56% of African-Americans use social media today.
- **Community differences: More than half of rural residents now use social media** – Those who live in rural areas are less likely than those in suburban and urban communities to use social media, a pattern consistent over the past decade. Today, 58% of rural residents, 68% of suburban residents, and 64% of urban residents use social media.

What follows is an overview of changes over time in social media by various demographic groups. A full archive of Pew Research Center reports on different social media platforms such as Facebook, Twitter, Instagram, Pinterest and LinkedIn as well as about social media usage on mobile devices in general can be found at: https://www.pewresearch.org/internet/topics/social-networking/.

## Social Media Usage by Age: Ubiquitous Among Youngest Adults, Notable Among Older Adults

Age is strongly correlated with social media usage: Those ages 18 to 29 have always been the most likely users of social media by a considerable margin. Today, 90% of young adults use social media, compared with 12% in 2005, a 78-percentage point increase. At the same time, there has been a 69-point bump among those ages 30-49, from 8% in 2005 to 77% today.

**Young Adults Still Are the Most Likely to Use Social Media**

*Among all American adults, % who use social networking sites, by age*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart     Data     Share

While usage among young adults started to leveled off as early as 2010, since then there has been a surge in usership among those 65 and older. In 2005, 2% of seniors used social media, compared with 35% today.

## Social Media Usage by Gender: A Shifting Balance Over Time, With Parity Today

In 2005, 8% of men and 6% of women used social media.

**Women and Men Use Social Networking Sites at Comparable Rates**

*Among all American adults, % who use social networking sites, by gender*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart     Data     Share

Starting in 2009, women started using social media at slightly higher rates than men, although this balance has shrunk yet again in recent years. Today, 68% of women and 62% of men report social media usage, a difference that is not statistically significant.

Ex. 246 pg.3 of 8

https://www.pewresearch.org/internet/2015/10/08/social-networking-usage-2005-2015/

## Social Media Usage by Educational Attainment: Those With Higher Education Levels More Likely to be Social Media Users

Those who have attended at least some college are more likely than those with a high school diploma or less to use social media, a trend that has been consistent since 2005. In that year, 4% of those with a high school diploma or less used social media, along with 8% of those who attended some college and 12% of college graduates.

**Those With Lower Levels of Education Are Less Likely to Use Social Media**

*Among all American adults, % who use social networking sites, by education level*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart     Data     Share

Currently adoption rates for social media stand at 76% for those with college or graduate degrees, 70% of those with some college education and 54% for those who have a high school diploma or less.

At the same time, the share of those with a high school diploma or less who use social media has grown more than tenfold over the past decade.

## Social Media Usage by Household Income: Those Living in Affluent Households More Likely to Be Social Media Users

There were modest differences by household income when Pew Research first began measuring social media usage in 2005: 4% of those living in households earning less than $30,000 used social media, compared with 12% of those living in household earning $75,000 or more.

Ex. 246 pg.4 of 8

https://www.pewresearch.org/internet/2015/10/08/social-networking-usage-2005-2015/

**Those in Higher Income Households Lead the Way**

*Among all American adults, % who use social networking sites, by income*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart     Data     Share

Those differences have persisted even as each group has seen dramatic growth in usage.

Today, 78% of those living in the highest-income households use social media, compared with 56% of those in the lowest-income households – a 22-point difference.

## Social Media Usage by Race/Ethnicity: Consistent Similarities

When it comes to race and ethnicity, trends in social media adoption are defined by similarities, not differences. Whites, African-Americans and Hispanics have broadly adopted social media at the same brisk pace.

**Racial Differences Not Very Evident as Social Media Usage Has Grown**

*Among all American adults, % who use social networking sites, by racial/ethnic group*



Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart     Data     Share

In 2005, 6% of African-Americans, 7% of whites and 10% of Hispanics used social networking sites. Today, those figures stand at 56% of African-Americans and 65% of both whites and Hispanics.

Ex. 246 pg.5 of 8

## Social Media Usage by Community Type: More Than Half of Rural Residents Now Use Social Media

Adults who live in rural communities have historically been the least likely to use social media. In 2005, 5% of rural residents, 7% of suburban residents and 9% of urban residents reported social media usage. Today, 58% of rural residents, 68% of suburban residents and 64% of urban residents use social media.

### Rural Citizens Have Consistently Lagged Behind

*Among all American adults, % who use social networking sites, by community type*




Source: Pew Research Center surveys, 2005-2006, 2008-2015. No data are available for 2007.

**PEW RESEARCH CENTER**

Chart        Data        Share

Next: About This Report

← PREV PAGE                    1  2  3                    NEXT PAGE →

1. The data reported here result from a general question about whether people use social networking sites of any kind, rather than an aggregation of individual site usage. No data is available from 2007. ↵

📄 Report PDF

## Sign up for our weekly newsletter

Fresh data delivered Saturday mornings

| Email Address | Submit |

Topics  Social Media,  Technology Adoption

SHARE THIS LINK:   http://pewrsr.ch/1OnM2kW

## Related

REPORT | NOV 20, 2025

### Americans' Social Media Use 2025



FACT SHEET | NOV 20, 2025

Social Media Fact Sheet



SHORT READS | OCT 15, 2025

In a shift, more Republicans now say calling people out on social media represents accountability



FACT SHEET | JUL 10, 2025

Teens and Social Media Fact Sheet

SHORT READS | AUG 26, 2024

Many Israelis say social media content about the Israel-Hamas war should be censored

## Most Popular

1  Confidence in Trump Dips, and Fewer Now Say They Support His Policies and Plans

2  How Americans View AI and Its Impact on People and Society

3  8 facts about divorce in the United States

4  If the U.S. had 100 people: Charting Americans' religious beliefs and practices

5  Growing shares say the Trump administration is doing 'too much' to deport immigrants in the U.S. illegally

# Pew Research Center

901 E St. NW, Suite 300
Washington, DC 20004
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | Media Inquiries

### RESEARCH TOPICS

| | |
|---|---|
| Politics & Policy | Family & Relationships |
| International Affairs | Economy & Work |
| Immigration & Migration | Science |
| Race & Ethnicity | Internet & Technology |
| Religion | News Habits & Media |
| Age & Generations | Methodological Research |
| Gender & LGBTQ | |

### FOLLOW US

Email Newsletters
YouTube
Instagram
Facebook
LinkedIn
X
Bluesky
Threads
RSS Feed



https://www.pewresearch.org/internet/2015/10/08/social-networking-usage-2005-2015/

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan, nonadvocacy fact tank that informs the public about the issues, attitudes and trends shaping the world. It does not take policy positions. The Center conducts public opinion polling, demographic research, computational social science research and other data-driven research. Pew Research Center is a subsidiary of The Pew Charitable Trusts, its primary funder.

© 2026 Pew Research Center

About     Terms & Conditions     Privacy Policy     Cookie Policy     Feedback     Careers     Contact Us

Ex. 246 pg.8 of 8