Exhibit 247 has been filed under seal