Exhibit 248 has been filed under seal