Exhibit 249 has been filed under seal