Exhibit 252 has been filed under seal