**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| United State of America,<br><br>   Respondent,<br> v.<br><br>Dylann Storm Roof,<br><br>   Petitioner. | Case No. 2:15-cr-472-RMG<br><br><br>**ORDER** |

The Government filed on October 15, 2025, a 413-page brief titled "Government's Response in Opposition to Defendant's Motion to Vacate under 28 U.S.C. § 2255 and Memorandum in Support of Motion for Summary Judgment." (Dkt. No. 1087). The Court entered an Order on July 27, 2026, setting forth a schedule for addressing Petitioner's request for discovery and responding to the Government's motion for summary judgment. (Dkt. No. 1126).

Petitioner filed on August 10, 2026, a Motion to Clarify Government's Position and Alter and Amend Scheduling Order. (Dkt. No. 1128). Petitioner asserts that although the Government filed its memorandum in support of a motion for summary judgment in October 2025, it did not at that time file along with it a motion for summary judgment and did not address the summary judgment standard. To avoid any dispute over whether all procedural requirements have been satisfied, the Court directs the Government, within 60 days of this Order, to file a motion for summary judgment and to supplement its previously filed brief (Dkt. No. 1087) to address the summary judgment standard regarding each of Petitioner's nineteen claims.

Once the Government files its motion for summary judgment and supplemental memorandum in support of summary judgment, Petitioner is directed to file his response within

1

90 days thereafter.  The Government may file a reply brief within 45 days after Petitioner files his response in opposition to its motion for summary judgment.

Additionally, Petitioner seeks to alter the Court's schedule regarding when Petitioner must provide information relating to his request for discovery. (Dkt. No. 1128 at 3).  Petitioner seeks to have the Court first address the Government's summary judgment motion before Petitioner must disclose details concerning the discovery he seeks to obtain in this § 2255 proceeding.  That portion of the motion is denied.  The Court finds that addressing the discovery issue in advance of a ruling on the summary judgment motion promotes a more orderly process and judicial economy.  Petitioner's response to the Court's Order regarding discovery (Dkt. No. 1126) continues to be due 60 days from the issuance of the Court's July 27, 2026, Order.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 11, 2026
Charleston, South Carolina