IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLANN STORM ROOF | Cr. No. 2:15-cr-00472-RMG<br><br>**CERTIFICATE OF SERVICE** |

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the attached "GOVERNMENT'S RESPONSE REGARDING MATERIALS RELATING TO DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255" by a paralegal employed in the Office of the United States Attorney for the District of South Carolina and is a person of such age and discretion as to be competent to serve papers.

That on September 11, 2026, my paralegal served a copy of the foregoing document via the court's e-noticing system or, if that means failed, by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, and by depositing said envelope(s) and contents in the United States Mail at United States Attorney's Office, Florence.

Dylann Storm Roof
Prisoner NO.: 28509-171
Terre Haute USP
P. O. Box 33
Terre Haute, IN 47808

/s/ *Everett E. McMillian*
Everett E. McMillian (Fed Id. 11791)
Assistant United States Attorney
401 West Evans Street, Room 222
Florence, South Carolina 29501