**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br><br> ***Plaintiff*****,** <br><br> **v.** <br><br> **DYLANN STORM ROOF,** <br><br> ***Defendant*****.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 2:15-CR-00472-RMG** <br><br> **MOTION TO FILE PORTIONS OF MOTION FOR DISCOVERY UNDER SEAL** |

**MOTION TO FILE PORTIONS OF MOTION FOR DISCOVERY UNDER SEAL**

Petitioner, Dylann Storm Roof, by and through appointed counsel Jill E.M. HaLevi and Angela S. Elleman, respectfully submits this Motion to File Portions of Motion for Discovery Under Seal. The reasons for this request are explained in the attached memorandum of support. The government does not oppose this request.

**CONCLUSION**

WHEREFORE, Mr. Roof respectfully requests that the Court grant an order authorizing him to file portions of his Motion for Discovery under seal. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,

*<u>/s/ Jill E.M. HaLevi</u>*
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

*<u>/s/ Angela S. Elleman</u>*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated: September 23, 2026